UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALPS SOUTH, LLC,                    )
a Florida Corporation,              )
                                    )     **CASE NO.:** 8:08-cv-01893-VMC-MAP
        Plaintiff,                  )
                                    )
v.                                  )
                                    )     FOREGOING MOTION
THE OHIO WILLOW WOOD                )     DENIED   GRANTED
COMPANY, an Ohio corporation;       )     this 2/ day of ____ .200__.
                                    )
        Defendant.                  )     Mark a. Pyzy
                                    )     UNITED STATES MAGISTRATE JUDGE

### JOINT STIPULATION TO AMEND PROTECTIVE ORDER

Wherefore counsel for parties Alps South, LLC and The Ohio Willow Wood Company,

engaged as adversaries in two separate litigations in the Middle District of Florida (Case Nos.

8:08-cv-01893 and 8:09-cv-00386), desire to use information discovered in one litigation in the

other and vice versa, hereby stipulate and agree to modify the existing Protective Order entered

in this matter on May 22, 2009 as Dkt. #25, by substituting the following for Paragraph 21 of the

Protective Order:

     21.     ANY INFORMATION DESIGNATED AS CONFIDENTIAL INFORMATION,
I.E., "CONFIDENTIAL" OR "CONFIDENTIAL – FOR TRIAL COUNSEL ONLY", THE
INFORMATION CONTAINED THEREIN, AND ANY SUMMARIES, COPIES,
ABSTRACTS, OR OTHER DOCUMENTS DERIVED IN WHOLE OR IN PART FROM
MATERIAL SO DESIGNATED SHALL NOT BE USED BY THE OTHER PARTY FOR ANY
PURPOSE OTHER THAN IN CONNECTION WITH ADVANCING THIS PROCEEDING,
CASE NO. 8:08-cv-01893, OR THE PROCEEDING IDENTIFIED AS CASE NO. 8:09-CV-
00386.

By: /s/ Michael Stonebrook          By: /s/ Mindi M. Richter
Benjamin H. Hill, III               Ronald A. Christaldi
William C. Guerrant, Jr.            J. Todd Timmerman
Patrick J. Risch                    Mindi M. Richter
Hill, Ward & Henderson, P.A.        SHUMAKER, LOOP & KENDRICK, LLP

101 East Kennedy Boulevard, Suite 3700
Tampa, Florida 33601-2231
Tel.: (813) 221-3900
Fax: (813) 221-2900
bhill@hwhlaw.com
wguerrant@hwhlaw.com
prisch@hwhlaw.com

Jeffrey S. Standley
F. Michael Speed, Jr.
Michael Stonebrook
STANDLEY LAW GROUP, LLP
6300 Riverside Drive
Dublin, Ohio 43017
Tel.: (614) 792-5555
Fax: (614) 792-5536
litigation@standleyllp.com

Counsel for Defendant,
The Ohio Willow Wood Company

101 E. Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Tel.: (813) 229-7600
Fax: (813) 229-1660
rchristaldi@slk-law.com
ttimmerman@slk-law.com

Counsel Plaintiff, Alps South, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 26th day of October, 2009. Any other counsel of record will be served by first class mail.

/s/ Michael Stonebrook
An attorney for Defendant/Counterclaimant,
THE OHIO WILLOW WOOD COMPANY