1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

-----------------------------*

ALPS SOUTH, LLC, a Florida     :
limited liability company,     :
                               :
          Plaintiff,           :
                               :  Case No.:
vs.                            :  8:08-CIV-01893-T-33MAP
                               :
THE OHIO WILLOW WOOD           :
COMPANY, an Ohio Corporation,  :
                               :
          Defendant.           :

-----------------------------*

**EXCERPTS OF THIS TRANSCRIPT HAVE BEEN DECLARED**
**CONFIDENTIAL AND ARE SEALED UNDER SEPARATE COVER**

VOLUME I OF II
PAGES 1 - 143

PROCEEDINGS          Markman Hearing
DATE:                April 29, 2010
PLACE:               Courtroom 11B U.S. Courthouse
                     801 North Florida Avenue
                     Tampa, Florida
BEFORE:              The Honorable Mark A. Pizzo
                     U.S. Magistrate Judge

TIME:                9:30 a.m. - 5:00 p.m.

REPORTED BY:         Carmen Snapp, Court Reporter
                     Notary Public
                     State of Florida at Large

DEMPSTER, BERRYHILL & ASSOCIATES
1875 N. Belcher Road, Suite 102
Clearwater, Florida 33765
(727) 725-9157

```
 1                        APPEARANCES
 2

     J. TODD TIMMERMAN, ESQUIRE
 3   RONALD A. CHRISTALDI, ESQUIRE
     MINDI M. RICHTER, ESQUIRE
 4   SHUMAKER, LOOP & KENDRICK, LLP
     101 East Kennedy Boulevard, Suite 2800
 5   Tampa, Florida 33602
     Attorneys for Plaintiff, Alps South, LLC
 6
 7

     MICHAEL STONEBROOK, ESQUIRE
 8   JEFFREY S. STANDLEY, ESQUIRE
     F. MICHAEL SPEED, JR., ESQUIRE
 9   STANDLEY LAW GROUP, LLP
     4300 Riverside Drive
10   Dublin, Ohio 43017
     Attorneys for Defendant, The Ohio Willow Wood Company
11
12   ALSO PRESENT:  DANA KANFER, ESQUIRE
                    LAW CLERK
13
14
                    INDEX OF PROCEEDINGS
15                      VOLUME I
16   WITNESSES FOR ALPS
17   ALDO LAGHI
     Direct Examination by Mr. Christaldi        58
18   Cross-Examination by Mr. Standley          100
     Redirect Examination by Mr. Christaldi     137
19
20
21
22
23
24
25       DEMPSTER BERRYHILL & ASSOCIATES (727) 725-9157
```

1          (Court called to order)

2      THE COURT:  We have a Markman Hearing this

3  morning in Alps South, LLC, a Florida liability

4  company, Plaintiff versus Ohio Willow Wood

5  Company, an Ohio corporation, Defendant, Case No.

6  08-CIV-1893-T-33MAP.

7      Will counsel please announce their

8  appearances.

9      MR. CHRISTALDI:  Good morning, Your Honor.

10  Ron Christaldi with the law firm of Shumaker, Loop

11  & Kendrick for Alps South Corporation -- I'm

12  sorry -- Alps South, LLC.  I have here with me my

13  partner Todd Timmerman and Ms. Mindi Richter also

14  in our office.

15      THE COURT:  Thank you.

16      MR. RISCH:  Good morning, Judge, Pat Risch,

17  Hill, Ward & Henderson.  And we have Mike Speed,

18  Jeff Standley, Mike Stonebrook from the Standley

19  Law Group in Dublin, Ohio.

20      THE COURT:  Thank you.

21      MR. RISCH:  And I believe Mr. Speed is going

22  to be handling the majority of the hearing today.

23      THE COURT:  All right.  We haven't discussed

24  the format of the hearing other than perhaps

25  approaching it from a hot tub perspective, but

1    there's certainly no requirement for doing that at

2    the very beginning.

3        Let me inquire of the parties how you

4    anticipate proceeding in this matter.

5        MR. CHRISTALDI:  Your Honor, I gathered from

6    our discussion -- brief discussion yesterday that

7    you had a preference for us keeping opening

8    statements short.  So we intended to have a short

9    opening statement.  We have two witnesses that

10   we'd like to put on, Dr. Aldo Laghi and Dr. Jerry

11   Atwood.  And then we would turn it over to

12   Mr. Speed for his part of the hearing.

13       THE COURT:  Okay.

14       MR. SPEED:  And, Your Honor, from our

15   perspective we have a relatively short opening and

16   then we would call our expert, Dr. Walker.

17       THE COURT:  Then you would what?

18       MR. SPEED:  Then we would call our expert,

19   Dr. Walker.

20       THE COURT:  Okay.

21       MR. SPEED:  The parties have stipulated that

22   each of the experts are indeed experts for the

23   purposes of this hearing.  So while we'll

24   introduce them and provide qualifications, we've

25   already agreed there's no Daubert challenges with

1    respect to this matter at least today.

2        THE COURT:  But maybe tomorrow?

3        MR. SPEED:  Well --

4        THE COURT:  It sounds like Wimpy out of

5    Popeye, you know, a hamburger today --

6        MR. CHRISTALDI:  From Alps' side, we've

7    stipulated to that, Your Honor.

8        THE COURT:  Okay.  All right.  Is this the

9    typical -- no, I won't say the typical, but the

10   lawyer caution of not stipulating to anything

11   until you have to?

12       MR. SPEED:  No, Your Honor, it's -- with

13   respect to the opinions that they're rendering

14   here, so --

15       THE COURT:  Okay.  All right.  Let me -- one

16   second, please.

17       At some point, preferably early on, I don't

18   want to dictate to you what you want to say in

19   your opening statements, but I addressed some

20   questions to you yesterday.  And, essentially, I

21   focused on why it is that I have to define these

22   terms.  So that's something I want to know.

23   What's the difference?  Which is -- was also a

24   subject of yesterday's conversation.  That is, the

25   difference between what the plaintiffs want and

1    what the defendants want and how is that

2    significant.

3        The next question, obviously is, what's the

4    source for your position.  Because when I read the

5    briefs it's, frankly, a little difficult for me to

6    figure out what the source is for your particular

7    position.  And whether that source is within the

8    patent itself and the specifications.  Whether

9    it's from the prosecution history.  Or whether

10   this is extrinsic based, and if it's extrinsic

11   based, the source of that as well.  So it's a

12   broad overview of what I'm particularly interested

13   in.

14       As I've said from the very beginning, I want

15   to keep in mind the eye -- what's at the goal

16   line, that is, to make it more meaningful and

17   understandable to a jury.  But also I want to make

18   sure that -- that there is a reason for doing what

19   you're asking me to do or particularly the

20   district judge to do.

21       So Mr. Christaldi, please begin.

22       MR. CHRISTALDI:  Thank you, Your Honor.

23       Your Honor, as a preliminary matter, if I

24   might approach.  We prepared a binder with the

25   exhibits we intend to introduce today.

1        THE COURT:  Certainly.

2        MR. CHRISTALDI:  We provided a copy to

3    opposing counsel and to the law clerk.

4        THE COURT:  Thank you.

5        MR. CHRISTALDI:  Your Honor, just to orient

6    you to those, the reason we put them in two

7    binders, the bigger of the two binders contains

8    just two exhibits.  Those are the two file

9    wrappers or file histories for the two patents at

10   issue.  The other binder, which we probably will

11   draw upon with the witnesses more frequently

12   contain the two patents and the joint claim chart

13   that was submitted to the Court.

14       THE COURT:  Good.

15       MR. CHRISTALDI:  And, Your Honor, to -- you

16   asked three questions and before I start kind of

17   the more formal presentation, I'll show you that

18   at least we took those questions to heart

19   yesterday and we intend to address those.  They'll

20   be addressed through a combination of the opening

21   argument and the testimony today.

22       The principle of why these claims need to be

23   construed is part of what we'll address in the

24   opening statement, what these terms mean and why

25   they're relevant to the case is something that we

1    felt the folks of ordinary skill in the art would

2    be better able to testify to and point to

3    specification.  And then the source of those

4    things, you'll note in the smaller of those two

5    binders, Your Honor, each of the patents, the '253

6    patent and the '109 patent are in there.  We've

7    taken the liberty of highlighting in yellow all

8    the sources and the specification for the first

9    disputed claim term, hydrogenated styrene

10   isoprene/butadiene block copolymer.  And in

11   orange -- it may come up in pink in the photocopy,

12   but in the orangish color the references in the

13   specification that relate to the term,

14   plasticizing oil, those are all references that

15   are cited in our initial brief and in our joint

16   claims construction chart.  But just for ease of

17   following along today, we prepared that exhibit

18   for you, Your Honor.

19       Your Honor, one other thing I brought with me

20   today as a preliminary matter, which is just a

21   sample of an SEEPS polymer put on to a substrate,

22   we're not intending necessarily on introducing it

23   as an exhibit, but I just thought you might want

24   to have it in front of you as we talk about it.

25       Can I approach, Your Honor?

1          THE COURT:  Certainly.

2          MR. CHRISTALDI:  It's simply a piece of

3     fabric that was cut and put on the bottom of the

4     tin.  A raw polymer was mixed with a plasticizing

5     oil, as I understood it, 100 parts per polymer,

6     700 parts per plasticizing oil, heat and stirred

7     in a pot and dumped into that tin and cooled.  And

8     it's the fabric just to show a substrate.

9          THE COURT:  Okay.

10         MR. CHRISTALDI:  We have some other exhibits

11    that we intend to introduce into evidence, as I'm

12    sure Ohio Willow Wood does.

13         I'm going to give you the tin too, Your

14    Honor, in case you want to put it back in there at

15    some point.

16         May it please the Court, Your Honor, for the

17    record my name is Ronald Christaldi with the law

18    firm of Shumaker, Loop & Kendrick.  We're here

19    today, Your Honor, for a Markman Hearing in the

20    case where Alps has accused Ohio Willow Wood of

21    infringing two patents licensed to Alps; namely

22    those patents are Patents 6,552,109 and 6,867,253,

23    both issued to Inventor, John Y. Chen.

24         Your Honor, Alps South Corporation -- I keep

25    saying corporation -- Alps South, LLC.  I'm

1    getting my legal entities confused.  Alps South,

2    LLC is a St. Petersburg, Florida-based company

3    principally involved in the prosthetics business.

4         Alps has been making polymer gel liners since

5    about 1994 and employs approximately 80 people

6    locally.  In 2008, Alps licensed a portfolio of

7    over 30 patents for Mr. Chen including the '109

8    and '253 patents.  Ohio Willow Wood makes products

9    that compete with Alps' products and that Alps

10   contends infringed the '109 and '253 patents.

11        It's important to note too, Your Honor, that

12   this case originally included three patents.

13   Through the discovery process, Ohio Willow Wood

14   disclosed to us what the specific polymer that

15   they used to make their products is and what the

16   specific plasticizing oil is.  And Alps determined

17   that one of those three patents was not -- no

18   longer relevant, that those patents were not --

19   that that patent was not infringed.  And we

20   voluntarily dropped that patent from the case.

21        So this case, I want to talk a little bit

22   more about it, we know through discovery, I can't

23   say in open Court because it's protected by the

24   protective order, but of course we can -- if Your

25   Honor chooses to know what those polymers and

1    plasticizing oils are, it's in the record and I

2    can disclose it to you as long as we dismiss some

3    folks from the courtroom.  We know what those

4    ingredients are.  We know that they fall squarely

5    within the patent.

6         This -- today, getting to your first question

7    of why are we here.  We're not here really because

8    there's a contention at least on Alps' part with

9    respect to infringement.  We believe infringement

10   is clear.

11        THE COURT:  Well, that's not the why that I

12   want answered.

13        MR. CHRISTALDI:  Yes, sir.

14        THE COURT:  The why that I want answered is,

15   why are these terms disputed and how does that --

16   this -- that specific dispute fit into the claims

17   or defenses in the case.

18        MR. CHRISTALDI:  Sure, Your Honor.  I'm

19   slowly getting there to framing the issue.  But I

20   understand.  Thank you, Your Honor.

21        Just by way of a little more background, Your

22   Honor, the patents at issue in this case generally

23   claim inventions, which are composite articles

24   made up of polymer gels.

25        And a polymer, again, is a chemical component

1     ingredient.  And when we use the phrase gel, Your

2     Honor, and I as a layperson am using that to mean

3     a polymer that's been plasticized with oil and

4     turned into a product similar to what we've handed

5     to the court as a demonstrative.

6         As Your Honor knows, we're here to construe

7     two claims today, hydrogenated styrene

8     isoprene/butadiene block copolymer.  And the

9     second phrase is plasticizing oil.  In the patent

10    case, as I mentioned, there are two principle

11    elements to the case, infringement and invalidity.

12    And as I mentioned in this case, infringement from

13    Alps' perspective is not an issue.  So the key to

14    this Markman Proceeding that frames this Markman

15    Proceeding is the invalidity piece.

16        And what Ohio Willow Wood wants to argue in

17    its invalidity contentions and what we've seen so

18    far in discovery is that there's a full universe

19    of polymers out there including, as we heard

20    yesterday a little bit in Mr. Stonebrook's

21    presentation, technology that was disclosed in the

22    early 1970s, over 20 years before these patents

23    were filed, that would invalidate these patents.

24    They're seeking to reassert, if you will, Your

25    Honor, prior art that is listed on the face of the

1    patent.

2        On the face of each patents, Your Honor,

3    you'll see a list of prior art references.  It's

4    in the form of a date, an inventor, and on the

5    face of, for instance, the '109 patent, the

6    Lindlof and Crossland Patents that were mentioned

7    yesterday by Mr. Stonebrook are on the face of the

8    patent.  They were known to the Patent Office.

9    They were examined at the time.

10       What we're here today discussing, make no

11   mistake, is Ohio Willow Wood's attempt to

12   unreasonably broaden these claims beyond what the

13   Patent Office intended, beyond what the inventor

14   intended, beyond what is supported by the

15   specification in order to bring in prior art that

16   was well known -- was well known now 40 years ago

17   and was considered by the Patent Office.

18       This is an attempt by an infringer, someone

19   who we believe is knowingly and willfully

20   infringing to invalidate the patent and to do so

21   by using this Markman Proceeding as a vehicle to

22   unnecessarily expand those claims.

23       As the Court will hear today, Ohio Willow

24   Wood's proposed claim construction is to seek to

25   expand the claims beyond the inventor's intent.

1   They hope by an overly broad reading of the claims

2   they will be able to invalidate these patents and

3   thereby get out of infringement of the patents.

4   Testimony is going to be heard today by Dr. Atwood

5   and Dr. Laghi that the specification of this

6   patent, the four corners of this patent, are clear

7   to one of ordinary skill in the art as to which

8   oils would be used and what the polymer

9   hydrogenated styrene isoprene/butadiene block

10   copolymer means.

11       Ohio Willow Wood's proposed definition, Your

12   Honor, of hydrogenated styrene isoprene/butadiene

13   block copolymer is not a definition at all.  After

14   our tutorial yesterday, Your Honor, I went through

15   the exercise of -- and, Your Honor, we've got a

16   poster board that just shows the claim chart,

17   essentially.  Would you mind if we put it on the

18   board?

19       THE COURT:  No.

20       MR. CHRISTALDI:  Your Honor, while he's doing

21   that, I went through the exercise --

22       THE COURT:  You have to be careful.  I had a

23   lawyer once take a tumble with that chart in the

24   middle of a trial so we don't want the same result

25   to happen to you.

1     MR. CHRISTALDI:  Your Honor, while he's

2  fixing the chart, I went through the exercise last

3  night, and I apologize for it not occurring to me

4  before last night, but to take their definition

5  and to take the words that are being construed and

6  to cross out the words that are the same to see

7  what is left of their definition when you go

8  through that exercise.  And if I could approach

9  the exhibit, Your Honor.

10     THE COURT:  Mr. Speed, you can move wherever

11  you want to.

12     MR. CHRISTALDI:  Your Honor, if you were to

13  take out the words hydrogenated styrene

14  isoprene/butadiene block copolymer of their

15  definition, you're left with the words, "resulting

16  from the," and "of a."  That's the only thing that

17  they've added to help the jury define this.  This

18  is not a definition at all, Your Honor.  It's

19  simply rearranging the same words, again, to

20  ignore the specification and to not give the jury

21  specific instruction on what is in the

22  specification.  These are words from the

23  specification.  This is simply a rewrite with a

24  couple of transitional words of the same exact

25  thing.  The only words that appear in Ohio Willow

1    Wood's definition that don't appear here are,

2    "resulting from the," and "of a."

3         Likewise, Your Honor, their definition of

4    plasticizing oil ignores the specification and it

5    ignores how one of ordinary skill in the art would

6    read the specification.

7         It's important, as the Court construes these

8    terms, to understand that the inventor is not

9    speaking philosophically about something.  The

10   inventor is conceiving and reducing to practice an

11   invention.  The inventor teaches in a patent how

12   to make a product.  One of ordinary skill in the

13   art would understand that a substantially

14   aromatic-free plasticizing oil would need to be

15   used in order to create these products.

16        The reason is that -- what we'll hear from

17   the expert and Dr. Laghi, one of ordinary skill in

18   the art is when there is a aromatic oil used it

19   breaks up the styrene component of the polymer

20   which significantly changes the physical

21   properties of the product.  That little hockey

22   puck-shaped product that we handed Your Honor, for

23   example that we handed Your Honor, is a very

24   special and unique polymer.  Not all polymers have

25   the same physical characteristics.  And in this

1    industry that both my client and Ohio Willow Wood

2    are in, the softness, if you will, of the gel, the

3    gel's ability to permeate mineral oil to not

4    abrase the skin when it's being worn, the strength

5    of it, because frequently folks that are wearing

6    these are active individuals.  Your Honor

7    mentioned yesterday natural disasters and

8    accidents, and certainly those are a large

9    component.  Diabetics are also a large component

10   of who make this up.  And so we have -- both

11   clients have customers who run marathons and play

12   basketball and do things that are very active in

13   these.  The strength and durability of this gel is

14   far superior.  (The following page has been

15   designated confidential by stipulation of parties

16   and has been sealed, as requested.)

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        To use an aromatic plasticizing oil, one of

2    ordinary skill in the art would know that all of

3    the descriptor in the specification of why this is

4    a good product, of why this is new and unique and

5    novel, and why it is superior to the prior art, it

6    would not be achieved.  It's clear to one of

7    ordinary skill in the art that it would not be

8    achieved when the definition that Ohio Willow Wood

9    proposed for plasticizing oil would be applied.

10   And, again, it ignores the specification.

11       As Your Honor knows, in 1996 the Supreme

12   Court from the Federal Circuit's decision in

13   Markman v. Westview Instruments decree that claims

14   construction is a matter for the judge and not the

15   jury.  And in the Federal Circuit decision that

16   was considered by the Supreme Court, the Federal

17   Circuit Markman decision established essentially

18   two categories of evidence that I'm sure Your

19   Honor is well familiar with, intrinsic evidence

20   and extrinsic evidence.

21       It's very important for this case as well,

22   Your Honor, because what the Supreme Court and

23   what the Federal Circuit have said specifically,

24   for instance, in the Vitronics Corporation v.

25   Conceptronic case, which is 90 F.3d 1576, that the

1    Court must first look to the intrinsic evidence of

2    the record.  And I know Your Honor has done

3    Markman Hearings before and is familiar with this,

4    but it bears repeating this morning because it's

5    key to what you're going to hear today.  What the

6    courts have said is, you look first at the

7    ordinary meaning.  But the ordinary meaning is the

8    ordinary meaning to one of ordinary skill in the

9    art in the context of the patent.

10        In some conversation with Dr. Atwood over the

11   past few days he talked to me a little bit about

12   what the danger would be to not reading these

13   things in context.  And what he told me is a

14   freshman mistake that literally his freshman

15   students make is they try to draw on their lay

16   frame of reference to read chemical terms and

17   chemistry terms and those are the students who

18   fail his courses.

19        The students who succeed understand that you

20   have to get beyond the surface.  You have to look

21   at the text or what is being taught in a

22   description to make a product, whether it be a

23   patent or a textbook as a whole.

24        The reason that's important today, Your

25   Honor, is what you're going to hear from

1   Dr. Atwood and what you're going to hear from

2   Dr. Laghi is evidence of how one of ordinary skill

3   in the art would read the specification.  The

4   specification is intrinsic evidence.  It is the

5   favored evidence.  It's what the Court should look

6   to.  And it's what the Court should only look to

7   unless there is some ambiguity with the language

8   in reading the patent as a whole.  The intrinsic

9   evidence includes the specification, the abstract,

10  the drawings, the file prosecution history of the

11  patent.

12       By contrast, extrinsic evidence is all other

13  sources.  And, again, the reason that becomes even

14  more important today is what we think you're going

15  to hear from Dr. Walker today, Your Honor, is

16  Dr. Walker's opinion in the abstract of how she

17  understands these terms to be, not based on the

18  specification, not based on the intrinsic

19  evidence, but based on secondary sources.  You'll

20  see a dictionary definition.  You'll see other

21  secondary sources from them.  You'll hear her

22  opinion as to how, in the abstract, one of

23  ordinary skill in the art would define these

24  terms.  That's not the standard.  That's not the

25  favored approach.  The favored approach is to look

1    to the specification.  And we would submit to Your

2    Honor to pay close attention today to, as I know

3    you will, to Dr. Atwood and Dr. Laghi's testimony

4    and the fact that it's based on the specification

5    and the intrinsic evidence and how one of ordinary

6    skill in the art interprets those terms based on

7    the intrinsic evidence.

8         Your Honor, one other point that you made at

9    the case status conference, you asked us a bit

10   about whether Alps was seeking to expand the claim

11   term through this claim construction process.  And

12   I would submit that what I've read in Hornbooks is

13   that that and the case law is that that's most

14   likely the case when you have a plaintiff, the

15   plaintiff argues to the Patent Office that the

16   claims are narrow and they get the patents out,

17   and then they argue to the court that they're very

18   broad and try to ensnare as much -- as much art as

19   they can by way of infringing art.  That's simply

20   not the case here.  In fact, it's quite the

21   opposite.

22        Alps' prosed claim construction on both of

23   these terms is quite a bit more narrow than Ohio

24   Willow Wood's.  We believe it's the correct

25   approach.  We believe it's supported by the

1    intrinsic evidence in the specification.  We

2    believe what Ohio Willow Wood is trying to do is

3    ask the Court essentially to revisit a decision

4    that the Patent Office made 20 years ago and

5    considering some patents not today, but down the

6    road by using today as a vehicle to recast or

7    redefine words different than what the inventor

8    and the Patent Office meant.

9        So it's also an important context this

10   morning to understand that Alps is not trying to

11   reach to get Ohio Willow Wood's products within

12   its definition.  Ohio Willow Wood's products will

13   infringe these patents regardless of which

14   definition were chosen by the Court unless the

15   Court were so to choose something different than

16   these two.

17       And if I can approach the exhibit one more

18   time, Your Honor.  As we understand it, through

19   the discovery process, these are Ohio Willow

20   Wood's proposed definitions:  A block copolymer

21   resulting from the hydrogenated of a styrene

22   isoprene/butadiene block copolymer.  Their block

23   copolymer that they use in their product falls

24   within this definition.  The processing oil that

25   they use falls within the definition of a

1    processing oil that extends the elastomeric

2    portion of a polymer or block copolymer.

3        So, in this case, they understand that.  They

4    understand that their products infringe both our

5    definition and their definition.  What they're

6    trying to do is ignore the specifications, ignore

7    these words that are in the specifications.

8    You'll see the word aromatic, substantially

9    aromatic-free in the specification.  You'll see

10   reference to 2-methyl-1,3-butadiene and

11   1,3-butadiene in the specification.  You'll see,

12   specifically, reference to

13   poly(styrene-ethylene-ethylene-propylene-styrene)

14   in the specification as defined in the inventions

15   in this case.

16       And, Your Honor, as we're on this, it's

17   important to understand that with this definition

18   there are essentially two components to it.  If we

19   abbreviate -- and what I have seen happen from

20   time to time is the polymer will be commonly

21   referred to by an acronym that's derived taking

22   the first letter of each of the elements of the

23   polymer.  So this particular polymer is S-E-E-P-S.

24   You're going to hear a lot of testimony about that

25   today.  It's a very, very specific type of polymer

1    of hundreds, maybe thousands of polymers.  That's

2    a very specific polymer.  And regardless of what

3    you might hear from Ohio Willow Wood today, that's

4    the polymer that's going to ultimately be at issue

5    in this case that frames the issue in this case.

6    It's not S-E-B-S or S-E-P-S.  It's

7    (styrene-ethylene-ethylene-propylene-styrene).

8    That's very important that's supported by the

9    specification.

10         The second component of this is what it's

11   made from.  And because it can derive from

12   different elements -- we talked a little bit

13   yesterday and, Your Honor, and I'm not qualified

14   myself to fully describe the

15   2-methyl-1,3-butadiene and the 1,3-butadiene.

16   You'll hear that from the experts again today.

17   But this specifically refers to the spot -- this

18   1,3 -- I'm sorry, Your Honor, for the record,

19   these 1,3 connotations essentially refer to the

20   places, if you will, on the chain for the polymer

21   where the carbon double bond exists.  If it's not

22   in the 1,3 position, and I'm looking at my expert

23   to tell me if I'm making mistakes here, if it's

24   not in the 1,3 position, if it's in a different

25   position, it changes the composition of the

1    polymer.  It changes the physical characteristics

2    of the polymer.  It would not have the same

3    strength, durability, feel, and all those

4    properties.

5        So it's very important to understand that

6    there are two components to this definition.

7    You'll hear why scientifically from a patent

8    perspective, one of ordinary skill in the art, as

9    to why those things are important.  But it's

10   important to understand that it's both the

11   S-E-E-P-S portion and this 2-methyl-1,3-butadiene

12   and 1,3-butadiene naming the invention for a

13   specific component that goes in to make the

14   specific S-E-E-P-S that will be at issue in this

15   case when we start talking about infringement.

16       Your Honor, I have much more to say, but I

17   cut this down quite a bit last night to keep our

18   proceeding briefer today.  So I have just one more

19   point to make.  And that's that the Federal

20   Circuit has stated that when it's reasonable to do

21   so, claims should be construed to preserve their

22   validity.  And the case that I'm talking about

23   here is the Housey, H-o-u-s-e-y, Pharmaceutical,

24   Inc. versus Astrazeneca.  That's 366 F.3d 1348.

25   It's a 2004 Federal Circuit decision.  And so

1    essentially, Your Honor, if two or more

2    interpretations are possible, the Court should

3    give preference to an interpretation that

4    preserves the validity disregarding the written

5    description and enablement requirements of 35

6    U.S.C. 112(1) or the definite requirements of 35

7    U.S.C. 112(2), during claims construction may

8    result in claims that are invalid due to undo

9    breath vagueness, lack of written description or

10   lack of enablement.

11        And so taking that back a step, Your Honor,

12   35 U.S.C. 112 has two parts to it.  Subsection 1

13   deals with the requirement that there be a written

14   description and an enablement provision.  In other

15   words, you have to be able to enable essentially

16   the person of ordinary skill in the art rating the

17   patent to reduce the patent to practice or reduce

18   the invention to practice.  That's a requirement

19   of getting a patent issued.  35 U.S.C. 112(2) has

20   a definiteness requirement meaning that the claims

21   have to be definite.  They can't be ambiguous,

22   vague.  The Patent Office, in issuing every patent

23   and examining every patent, goes through that

24   process.  Presumably a patent does not issue if it

25   doesn't meet those statutory requirements for

1    issuance.

2         Certainly it's within the purview of a

3    defendant to challenge those things.  But what the

4    courts have said in claim construction is, claim

5    construction is not the appropriate place to

6    challenge those things and the court has a

7    presumption that the Patent Office looked at prior

8    art and that these claims met Section 112(1) and

9    Section 112(2).

10        This was discussed as well, Your Honor, in

11   the Phillips case.  And in Phillips the court said

12   that the maxim the claim should be construed to

13   preserve their validity is properly applied in

14   cases, which the court concludes after applying

15   all the available tools to claim construction,

16   that there is some ambiguity.

17        In other words, if the Court were to

18   determine that the specification is clear and the

19   patent language is clear, it does so irregardless

20   of prior art.  If the Court is to determine that

21   the specification intrinsic evidence is not clear

22   and needs to go to extrinsic evidence, it's

23   important that the Court then apply these

24   principles, this maxim that the Court not look to

25   prior art that would invalidate this patent, but

1   rather the Court construe the claims assuming that

2   35 U.S.C. 112(1)(2) were considered by the Patent

3   Office when the patent is issued.

4       That's important for this case, Your Honor,

5   because, although I've said time and time again

6   here that we believe strongly that the

7   specification and the intrinsic evidence as will

8   be interpreted by one of ordinary skill in the

9   art, two of ordinary skill in the art today, is

10  clear.  But if Your Honor were to find that

11  extrinsic evidence is necessary to interpret in

12  these claims, I would ask your Court to be

13  cognizant of the fact of Ohio Willow Wood's desire

14  to try to look at some of these prior patents.

15  Again, particularly, the Lindlof, Crossland, and

16  we could give Your Honor the cites of these, but

17  they're on the face of the patent.  If I can --

18      THE COURT:  I have that in front of me.

19      MR. CHRISTALDI:  Your Honor, for instance, in

20  the '109 patent, which is your Exhibit 2, in the

21  first page of that patent you'll see the second

22  and third references, for instance, that were

23  cited by the Patent Office.  The second is to an

24  individual named Lindlof.  It looks like it's

25  patent -- for the record, it's Patent 3,676,387.

1    The third is to a fella named Crossland.  It's

2    Patent 3,827,999.  And I believe, Your Honor, if

3    you were to look on to the next column, the second

4    from the last, for instance, Your Honor, is a

5    patent to an individual named Hammond.  And that

6    patent is 5,618,882.

7        Mr. Stonebrook didn't fully complete his

8    presentation yesterday, which included some

9    argumentation in this regard, but it's important

10   that Your Honor understand where they're going

11   with the Cesar Patents that were known to the

12   Patent Office that were cited by the Patent Office

13   that were considered, if Ohio Willow Wood's

14   interpretations are found to be the proper

15   interpretations of these claims, it's going to

16   permit them to recast the claims, recast the

17   invention and have the Court and maybe the Patent

18   Office re-look at claims in a way that is, we

19   believe, was already done.  And we believe that

20   the Patent Office looked at them differently.

21       You may hear today, Your Honor, about the

22   re-examination process a little bit.  I am -- I

23   have over the past year or so gotten familiar,

24   maybe a little bit more than that, familiar with

25   the re-exam process.  It is very much, Your Honor,

1    an administrative process.  It is not like a court

2    proceeding in a few respects.  One, the

3    re-examination process is -- at least the one

4    that's been selected by Ohio Willow Wood is what's

5    called an ex parte process.  And so Ohio Willow

6    Wood submits their request and the inventor is

7    really the only one who can have contact with the

8    Patent Office and work with the Patent Office from

9    there.

10       In this case the examiner has taken a few

11   actions.  The first action was to find that there

12   are questions of patentability.  And thereby

13   opening the re-exam.  And the standard essentially

14   there, Your Honor, is that if the Patent Office

15   finds that the art that was proffered by the

16   requester, in light of their arguments, offers a

17   question that should have or would have or should

18   have been considered or would have been considered

19   by the Patent Office and it would be material to

20   the patent, they will open the re-exam.  It's the

21   kin, Your Honor, to what I would call in my

22   practice, a probable cause determination whether

23   there's probable cause to proceed.

24       The Patent Office issued essentially a

25   probable cause determination and they opened the

1    patent.  They then, without any response yet from

2    the patent owner, patent owner has a chance to

3    respond, but the conventional wisdom, as I

4    understand it, and I'm not speaking for the

5    inventor because I'm not representing the inventor

6    in the Patent Office proceeding, but the

7    conventional wisdom is, why argue against

8    yourself.  Let's see if the Patent Office finds

9    any merit to the claims.

10        So, in this case, Mr. Chen waived his initial

11   right to respond to see what the Patent Office

12   thought of the allegations made against the

13   patent.  And so, without any information or any

14   argumentation from Mr. Chen, the Patent Office

15   issued a first office action.  That's really the

16   only office action that's there today as

17   Mr. Speed, I think, indicated yesterday, the

18   claims were rejected.  But Mr. Chen has filed a —

19   85 or so page response to that.  I am not as

20   intimately familiar with every page and every word

21   in that as I am with what's before the Court today

22   and there are amendments to the claims, but

23   amendments can come in varying forms and we

24   believe that these amendments are things that

25   Mr. Chen felt were supported by the specification

1    and simply clarifications given the arguments that

2    Ohio Willow Wood made based on some of the prior

3    art.

4         THE COURT:  When you say amendments, I'm

5    somewhat confused by what you mean.  Amendments

6    during the re-examination process?

7         MR. CHRISTALDI:  Yes.  It's a good question,

8    Your Honor.  Amendment would refer to taking an

9    existing claim in a patent and adding or

10   subtracting words to it.

11        THE COURT:  All right.  Let me ask you, there

12   is -- my recollection -- because it's not often

13   that we do that much -- this is not in

14   Washington D.C. or the Washington -- the Federal

15   -- the D.C. Circuit where you would get the

16   rebound of judicial review of administrative

17   action cases that proceeded through the

18   administrative process.  But my recollection is

19   that there is an administrative admission or a

20   position taken during the administrative process,

21   say, by a party.  That party essentially is bound

22   by that previous administrative admission.  I

23   can't give you the site, but that's my

24   recollection of the broad aspect of the law.

25        To what extent would any amendment that is

1    not included in the specification nor included in

2    the prosecution history, which resulted in the

3    '109 patent, and which may be argued here by one

4    side or the other as being pertinent, that is, the

5    file wrapper.

6        To what extent is this new process relevant

7    or does it impact at all what's occurred here

8    today -- or occurring here today?

9        MR. CHRISTALDI:  It's good, Your Honor.  It's

10   a good question, Your Honor.  First, I would

11   submit that none of the amendments are not

12   supported by the specification or what would be

13   called, new matter.  If it were new matter,

14   meaning it was the first time it was introduced to

15   the Patent Office and not supported by the

16   specification, not having prior disclosure in the

17   file history, it would be a new invention

18   essentially, Your Honor.  And it would be -- the

19   priority date, if you will, of that new invention

20   presumably would be the first time it was

21   disclosed to the Patent Office.

22       In the case we're not -- we don't have any of

23   those issues.  In this case we're going back.

24   And, for instance, to be very specific, Your

25   Honor, the re-exam questions more than the two

1    claim terms that are at issue here with the Court.

2    But to be very specific and to use these as

3    examples, Your Honor, what Ohio Willow Wood has

4    done before the Patent Office and, again,

5    Mr. Chen's response has not yet been considered

6    and acted upon, so all the Patent Office has is

7    their argumentation so far, is the same thing

8    they're doing before the Court today.  They've

9    essentially tried to recast all the claims of the

10   patent.  And so what Mr. Chen is doing is

11   meticulously going back into the specification and

12   linking his claims more closely to the

13   specification probably in a way that is not

14   necessary for one of ordinary skill in the art,

15   but because these patents have been attacked.

16        THE COURT:  Okay.

17        MR. CHRISTALDI:  And unless Your Honor has

18   any further questions, we'll leave the rest to the

19   testimony this morning.

20        THE COURT:  All right.  Let me give you some

21   advance warning, because my asking questions of

22   the experts may not be particularly helpful.  And

23   so the process that I had envisioned at some point

24   was that the experts would perhaps ask questions

25   of each other so that I see some relevancy with

1    respect to the issues at hand.  So we may engage

2    in that as I suggested at our earlier Rule 16

3    conferences.

4         MR. CHRISTALDI:  We had -- we intend to have

5    Mr. Timmerman cross-examine Ms. Walker, but we'd

6    also be happy to have Dr. Atwood participate in

7    that and Dr. Atwood would be happy to fill

8    questions from anyone in the room.

9         THE COURT:  Okay.  So just so that your

10   experts are aware.

11        MR. CHRISTALDI:  Your Honor, is it your

12   preference that Ohio Willow Wood start its opening

13   statement now or would you prefer us to go into

14   our case in chief?

15        THE COURT:  Well, let me -- Mr. Speed, what

16   do you prefer?  I, frankly, wouldn't mind hearing

17   from you for a few minutes just to see where you

18   are as well.

19        MR. SPEED:  No problem, Your Honor.

20        MR. CHRISTALDI:  Thank you, Your Honor.

21        MR. SPEED:  We prepared a short PowerPoint to

22   support some of the things I'm going to say in the

23   opening and some of the things you will hear.  I

24   want to address one thing, we're not here to talk

25   about infringement.  We're here to talk about two

1    claim terms of claims that have several terms.

2    And to what extent Ohio Willow Wood may or may not

3    infringe is going to be based upon the entire

4    claim and not necessarily these terms.  So I think

5    it's premature for Mr. Christaldi to say that Ohio

6    Willow Wood infringes.

7         To frame the issue, we -- you're going to

8    hear a lot of chemistry.  You're going to hear

9    things about ethylene crystallinity.  You're going

10   to hear things about aromatic and nonaromatic.

11   But to frame the issues, we believe that the

12   intrinsic evidence, the specification and the file

13   history, define these terms very cleanly.  They

14   don't need to be narrowed in such the fashion that

15   Alps would have you do it.  So I'll just walk you

16   through briefly what we're going to discuss today.

17        We'll skip this chart, Your Honor.  He's done

18   this before.

19        You know the parts of the patent.  The

20   specification includes the claims.  And as the

21   Court is aware it's the claims that define the

22   measure.  Patent file history is part of the

23   intrinsic record; it evidences the bargain between

24   the United States and the applicant.  You

25   understand all that.  Let's move on.

1      In this case we believe the intrinsic

2  evidence unambiguously defines the terms.  And

3  when we go through and show you where the

4  specification supports and what Alps is trying to

5  do to unreasonably narrow these claims, we think

6  you'll just have to look at the intrinsic record.

7      The Court is aware of the Markman and

8  Phillips cases give ordinary meaning.  This is

9  very important.  The courts -- Federal Circuit has

10  been very clear that in order to limit claims,

11  there has to be a manifest exclusion.  There has

12  to be specific limiting language and either the

13  specification or the file history.

14      You will see no specific limiting language

15  that says the only type of hydrogenated styrene

16  isoprene/butadiene block copolymer, that the only

17  type is something known as the SEEPS.  That's not

18  in the specification.  That's not in the file

19  history.  You won't find those words.  Will also

20  not find words of manifest exclusion that the only

21  type of plasticizing oil is a nonaromatic

22  plasticizing oil.

23      And indeed, what we're going to have to do,

24  if you go with Alps' definition, we're going to

25  have to construe the construction.  What does it

1    mean to be substantially aromatic-free now?  Are

2    we talking about 1 one-millionth, 1

3    one-thousandth, 3 percent, 10 percent, 20 percent?

4    They're going to say, well, one of skill in the

5    art would know what substantially nonaromatic is.

6    Tell me what the percentage is.

7         Also, with respect to the definition of

8    SEEPS, you're going to find that the definition of

9    SEEPS was a made-up name essentially.  It was, we

10   may denote this particular copolymer as SEEPS if

11   certain conditions apply.  Again, what percent of

12   those conditions?  And you'll hear from Dr. Atwood

13   about what that is.

14        We believe that having experts in one of

15   skill in the art who might be the president of the

16   Plaintiff is extrinsic evidence and it should be

17   limited in terms of its use, especially in a case

18   where the intrinsic evidence is very clear.

19        Claim differentiation, very important in this

20   case.  We eluded to it yesterday.  If Alps is

21   correct in their definition, we believe that

22   automatically renders Claim 5 and Claim 12 of the

23   '109 patent invalid, because Claim 5 and Claim 12

24   incorporate SEEPS in a dependent claim where the

25   hydrogenated styrene block copolymer is SEEPS,

1    can't have it both ways.  We'll talk about that.

2       This count, I think, has been resolved, but

3    we believe the claims in the '109 are product by

4    process claims wherein that these manufacturing

5    process -- we agree with Alps, maintain

6    construction to maintain their validity; however,

7    that does not mean if there are prior art

8    references, using the appropriate construction

9    that invalidate a claim that a court is supposed

10   to modify those constructions to overcome the

11   prior art.  There's no holding.  There's no

12   authority from the Federal Circuit on that.

13      Generally, when the Federal Circuit is

14   talking about claims should be construed to

15   preserve their validity is in the context of 112

16   which is indefiniteness enablement and also in the

17   context of you can't have two claims of the same

18   scope in the same patent or in a family.

19      One thing that Alps didn't address that we

20   think is very important is, one, a person of skill

21   in the art here.  And the reason why that's

22   important is, one, it defines who in reading the

23   patent will understand it, who can make the

24   invention, but also what prior art would that

25   person know.

1          Certainly the '109 patent relates primarily

2    to gel and composites.  However, it's not that

3    difficult.  Really what Mr. Chen did, and this is

4    why they want the construction they did, is he

5    went out and bought Septon 4055.  Septon 4055 was

6    a product that was made by Kuraray of Japan

7    started in 1989.  He purchased that product.  He

8    purchased a off-the-shelf mineral oil, mixed it

9    together and put it on a composite.  Kuraray has

10   described Septon 4055 in various fashions, but in

11   discovery we have learned it's never changed.

12         Septon 4055 is the same thing.  They first

13   described it as a hydrogenated styrene

14   isoprene/butadiene block copolymer.  That's why

15   they don't want that definition.  They've also

16   described it as something known as S-E-P-S.

17   That's why they wouldn't want that definition.

18   They've also described it as a SEEPS.  And once

19   Mr. Chen learned that they were calling it a

20   SEEPS, he amended his claims during prosecution.

21   He amended the specification during prosecution to

22   incorporate the new term SEEPS.  You will see when

23   we talk to Dr. Walker and Dr. Atwood, there is no

24   mention of SEEPS.  There's not even a mention of

25   hydrogenated styrene isoprene/butadiene block

1    copolymer when the patent was originally filed.

2        One of skill in the art in this case is

3    certainly one who has knowledge of polymer

4    chemistry.  But we cannot ignore the '253 patent

5    and the claims of the '253 relating to liners.

6    One of skill in the art should also have some

7    background in prosthetic devices.

8        THE COURT:  Let me ask you, Mr. Speed --

9        MR. SPEED:  Yes, sir.

10        THE COURT:  There's not a whole heck of a lot

11    of -- leaving aside Mr. Christaldi's argument,

12    that you have omitted key terms in your proposed

13    construction of the first of Claims 1, 2, 3, 4, 5,

14    6, and 12, the language that is at first issue in

15    the claims construction chart, what does your

16    proposed construction add or subtract from the

17    language that is already in the claim -- in those

18    particular claims?

19        MR. SPEED:  The reality, Your Honor, with

20    respect to the first one, we would be happy to

21    live with the language in the claim as it is.  It

22    doesn't need specified construction.  A

23    hydrogenated -- it's -- the claim language, Claim

24    1 says, a hydrogenated styrene isoprene/butadiene

25    block copolymer.  One of skill in the art would

1    know that you start with a styrene

2    isoprene/butadiene block copolymer and you

3    hydrogenate.  What that yields, Your Honor, is it

4    could yield various types of structures, many of

5    which were discussed by Mr. Atwood -- Dr. Atwood

6    yesterday and which will be discussed today.

7        So what we have done is just specifically

8    said, well, you take the original block copolymer,

9    you hydrogenate it and that's your result.  It

10   doesn't require one specific subset of a

11   hydrogenated SIBS.

12       THE COURT:  So your argument essentially is,

13   is that the claim, as stated, does not need

14   revision or explanation or interpretation?

15       MR. SPEED:  It doesn't need the type of

16   interpretation where we are specifically defining

17   one --

18       THE COURT:  That's not my question.

19       MR. SPEED:  Okay.

20       THE COURT:  My question is, and this is what

21   I understood you to say, is that you could live

22   with the language as specifically stated already

23   in the Claims 1, 2, 3, 4, 5, 6, and 12.

24       MR. SPEED:  With respect to hydrogenated

25   styrene isoprene/butadiene block copolymer; yes,

1    sir.  Because we believe one of skill in the art

2    would understand a hydrogenated isoprene/butadiene

3    styrene block copolymer is dehydrogenation of that

4    particular copolymer.

5         THE COURT:  All right.  Well, isn't that then

6    a jury question as to whether there is

7    infringement?

8         MR. SPEED:  Absolutely.

9         THE COURT:  Or a legal question for the Court

10   as to whether that is invalid?

11        MR. SPEED:  Absolutely, Your Honor.  It's a

12   question, take that definition and then go through

13   the analysis with experts or whatever evidence you

14   have and compare prior art --

15        THE COURT:  So let's assume for a moment,

16   just for argument sake, and I know we're getting

17   into issues that are a little bit further afield

18   from the Markman Hearing that I think appropriate

19   but let's assume that I were to refuse to

20   interpret the claim, leave it as-is saying there's

21   really no particular dispute, that the real

22   dispute is what one would conclude, one skilled in

23   the art would say about this.  And that's a jury

24   question.

25        MR. SPEED:  It's a question for determination

1      of infringement or validity --

2          THE COURT:  Right.  In the manner I've just

3      said.

4          MR. SPEED:  Yes, sir.

5          THE COURT:  Okay.  And then that language is

6      included in the jury instruction and then the jury

7      comes back with a question and there is what the

8      concern of every trial judge who does a patent

9      case is whether we're really actually going to be

10     doing a post-trial or a post-evidentiary Markman

11     Hearing in the way of jury instructions and

12     somebody's trying to revisit the issues that were

13     brought up previously.  What happens then?

14         MR. SPEED:  The question that will be asked

15     of the jury, under our definition, is whether or

16     not the prior art disclosed a hydrogenated SIBS,

17     and that's how we refer to it in the acronym, or

18     whether or not the products accused contain a

19     hydrogenated SIBS.

20         THE COURT:  All right.  So the real question

21     that is being addressed in this Markman Proceeding

22     is whether the specification is limited by what

23     Alps claims construction says --

24         MR. SPEED:  There are literally --

25         THE COURT:  -- or whether there is no such

1    inclusion ordinarily as what -- as OWW says.

2        MR. SPEED:  I would venture to guess --

3    that's correct, Your Honor.  I would venture to

4    guess, Your Honor, and I'm not the chemist here,

5    there are hundreds perhaps thousands of types of

6    hydrogenated SIBS.  And they want this claim to be

7    one of them.

8        THE COURT:  Well, is that a contention that's

9    to be resolved at a Markman Proceeding?  Is that

10   something to be resolved in summary judgment?  Now

11   that we've defined the reason for this hearing,

12   which is what we've been after -- at least I've

13   been after, and put it in its appropriate pigeon

14   hole, is the question that you're asking to be

15   answered, once the right question is being asked,

16   one that is the subject of a summary judgment

17   motion or a limited partial summary judgment

18   motion where a particular issue is asked and may

19   be answered by the District Court or resolved at a

20   final pretrial conference?

21       MR. SPEED:  I would say, Your Honor, that

22   whether a claim -- in the generic first.  If you

23   don't mind, in the generic -- whether a claim term

24   has been narrowed by the specification or there's

25   manifest exclusion language to narrow language

1    that is a Markman issue I will acknowledge, Your

2    Honor, that there are District Courts that have

3    asked the very same question that you have asked

4    that say, well, there sounds like there's some

5    factual underpinnings here as to whether there was

6    indeed those kind of exclusionary language put in

7    specification and have invited those type of

8    summary judgments.  But in general, the purview of

9    the Markman Court is to determine if the scope --

10   the scope of the claims.  And that's really what

11   we're dealing with here.

12        THE COURT:  All right.  Well, I'd like some

13   supplemental briefing on that, say, within five

14   days.

15        MR. SPEED:  Okay.

16        THE COURT:  And the issue is whether -- if I

17   can restate it.

18        MR. SPEED:  Is whether -- can I try?

19        THE COURT:  Please.

20        MR. SPEED:  Is whether, Your Honor, whether

21   the procedure of summary judgment to the District

22   Court arguing positions of narrowing claim scope

23   is appropriate?

24        THE COURT:  Well, let's do it this way:

25   Whether the narrowing of a claim -- whether the

1   defining of the scope of a claim is the subject of

2   a Markman Proceeding or summary judgment where

3   there is no dispute about the particular

4   definitions or words used.  In other words, you're

5   only arguing about the scope.  You're not

6   arguing -- you don't have any -- I'm not sure

7   there's a dispute as to what the terms say, what

8   you are talking about is what the scope of the

9   specification is.

10      MR. SPEED:  Well, we believe -- if I may,

11  Your Honor, we believe Alps, I mean, in reading

12  their brief and hearing their arguments, wants one

13  very specific copolymer to be defined as a

14  hydrogenated SIBS.  And they need to do that in

15  order to come to prior art references.

16      THE COURT:  I'll let you bring this up a

17  little bit later, Mr. Christaldi.

18      But why don't you go ahead and continue.

19      MR. SPEED:  The Court's familiar with the

20  background technology.  We did this yesterday so

21  we'll move on.

22      Again, Your Honor, just to remind the Court,

23  Claims 5 and 12 are dependent on 1, 2, 3, and 4.

24  And if Claim 5 and 1 -- or Claim 12 and 1 are

25  found to be the same thing, one of them has to be

1   rendered invalid.  And I'll show you how that

2   works in a minute.  Again, we have dependent

3   claims as well in the '253.  And you might have

4   the same issue come up there.

5       I'm going through -- I mean, the Court's

6   already been through these.  I'm speeding through

7   because I want to get to the heart of the matter

8   to try to answer your questions.

9       THE COURT:  All right.  Go.

10      MR. SPEED:  As we just discussed, we don't

11   really think there's a lot of construction

12   necessary.  One of skill in the art would

13   understand that to be the case.

14      Plasticizing oil, again, Mr. Chen delimited,

15   I don't know, 40 to 50 different plasticizing oils

16   in the specification as well as families of

17   plasticizing oils.  Nowhere in the specification

18   and nowhere in the file history did he say that

19   all plasticizing oils have to be aromatic-free.

20   He did say aromatic-free with one specific subset,

21   but not with respect to all.  And, again, what do

22   we mean by aromatic-free?  Is it 3 percent

23   aromatics?  And there's a chemical side to

24   aromatics and I am not going to begin to tell you

25   what that is, Judge.  But Dr. Walker explained to

1    me aromatics also is that which you can smell.

2    There are aromatics in perfume.  The more, I

3    guess, aromatics, the stronger the smell might be.

4         Is that fair?

5         So that's one way to think of aromatics.

6    There's obviously a chemical structure associated

7    with it, which we'll hear about.

8         This is probably, you know, the most

9    important.  This is -- first of all, let me show

10   you one thing, Judge.

11        From what I understand, this and this and

12   this aren't really telling anything more than this

13   (indicating).  And we'll talk about that.  The

14   2-methyl-1,3-butadiene is just another name for

15   isoprene.  And as we heard yesterday,

16   1,3-butadiene is really the more detailed

17   nomenclature for butadiene itself.  So that

18   doesn't really add anything.

19        What Alps is trying to do is limit

20   hydrogenated styrene isoprene/butadiene block

21   copolymer to a SEEPS.  And there is no language in

22   the specification that does that.  Indeed, the

23   charts of the '253 patent, all of which were

24   described as hydrogenated SIBS yesterday aren't

25   just SEEPS.  And '109 does not specifically define

1    that phrase.  And what we're going to do, Your

2    Honor, you will see this language, SEB/EPS.  In

3    the specification the '109 patent describes --

4    what is called -- as a SEB/EPS, which is also a

5    type of hydrogenated SIBS.  Might be the family.

6    All of them are somehow SEB/EPS.  And depending

7    upon the butylene content you might refer to it as

8    something else.  And indeed, Chen distinguishes --

9    well, he does a lot of things.  In the

10   prosecution, one, he denotes that these are the

11   same thing.  Then he says, no, later on.  Well,

12   they're not necessarily the same thing because if

13   the butylene content is such and though versus the

14   propylene content, then it might be able to

15   denote -- it may be appropriate to denote it to

16   call it a SEEPS.

17        All right.  So now we have to figure out what

18   is really a SEEPS.  What percentage of ethylene.

19   We don't know because he doesn't say.  He just

20   says, if A is greater than B, we might call it

21   Mike.  And this is exactly what he said.  All

22   right.  Contain EP midblocks and that when the EB

23   segment is substantially more E than B, it is

24   conventional to call the copolymer SEEPS.  Well,

25   what is substantially more E than B mean?  Ten

1   percent, 20 percent, zero?  We're going to be

2   construed in the construction, Judge, if we go to

3   Alps' definition.  You'll see in the prosecution

4   history that when he's referring to a hydrogenated

5   SIBS he calls them both SEB/EPS and SEEPS.  He

6   even refers to Septon 405 in the prosecution

7   history and he just did it again in the re-examine

8   response, 4055 is both a SEEPS and a SEB/EPS.

9       THE COURT:  So the question then becomes

10  whether this, frankly -- from listening to you and

11  focussing on the language substantially more and

12  essentially your argument is one of

13  indefiniteness, it could very well be and that

14  might be the subject of a Motion for Summary

15  Judgment as opposed to a Markman Proceeding.

16      MR. SPEED:  Well, if the -- I will -- I don't

17  want to say guarantee, Your Honor, but I would

18  venture to guess, should a definition come in

19  where there is language substantially non-aromatic

20  or substantially more B than E to define a SEEPS,

21  then we will have a Motion for Summary Judgment.

22      THE COURT:  This is the concern I've had all

23  along.  Everyone here is a very good lawyer and

24  you're putting your -- you're trying to put your

25  arguments so they will be most helpful down the

1    road.

2         MR. SPEED:  I understand.

3         THE COURT:  I look at patent construction,

4    not unlike statutory construction and I'm trying

5    to define the meaning of the words.  I'm not

6    trying to define the meaning of the construction

7    so that one argument for infringement or one

8    argument for invalidity is better or worse off.

9    The motive is immaterial to me.  The motive may be

10   very important to you and that's the crux of my

11   dilemma.  Some of the issues that you bring up,

12   I'm not sure are within the confines of the

13   referral to me by the District Judge.  I see the

14   reason in your answering my question and it's been

15   helpful.  I'll have to hear from the experts to

16   see where we are and --

17        MR. SPEED:  But they -- Your Honor, from a

18   general standpoint, a court construes a patent

19   claim.  Ultimately, a final judgment is entered in

20   a case.  That construction becomes part of now the

21   interpretation for the future --

22        THE COURT:  Exactly.

23        MR. SPEED:  -- of what --

24        THE COURT:  I'm aware of that.

25        MR. SPEED:  -- the public knows.

1          THE COURT:  I'm aware of that.

2          MR. SPEED:  And the concern is, not just in

3     this case, if a claim term is construed that's

4     something substantial more than this, without

5     anymore definition than that, who's going to know

6     when they're infringing and when they're not?

7          THE COURT:  I understand.

8          MR. SPEED:  Okay.  All right.  So, Your

9     Honor, this is important.  So Claim 1 has the

10    element hydrogenated styrene butadiene block

11    copolymer.  Claim 5 -- so, if you were to take

12    Alps' definition and replace it, Claim 5 says

13    wherein the hydrogenated styrene block copolymer

14    is one or more of SEEPS.  So, if you take their

15    definition and put it into Claim 1, then what does

16    Claim 5 mean?  What does Claim 12 mean?  The

17    differentiation is extremely important in this

18    case.  Plasticizing oil, the language in the

19    claim, and we'll get to -- you'll see the

20    specification in the file history -- is various

21    plasticizing oils including rubber processing oils

22    and various other types may be used.  The claim

23    doesn't limit to any kind of plasticizing oil, and

24    certainly, in order -- one of skill in the art may

25    choose a type of plasticizing oil, but the

1    question is, does the claim limit it to a kind of

2    plasticizing oil.  And, again, what does it mean

3    to be substantially aromatic-free.

4        Now I've ventured a guess that -- as a matter

5    of fact, I know to some degree that some of those

6    specifically listed plasticizing oils would

7    probably be greater in aromatics and maybe even

8    Dr. Atwood would know.

9        No special meaning in the '253 yet.  It's

10    common in all claims.  Here's the language from

11    the claim, Your Honor.  Refer for use and practice

12    as well known in the art they include rubber

13    processing oils, paraffinic, naphthenic petroleum

14    oils, highly refined aromatic-free paraffinic and

15    naphthenic food and technical grade white mineral

16    oil.  So there is the only time aromatic-free

17    shows up in the entire paragraph.  They want again

18    limit to overcome prior art.

19        THE COURT:  Okay.

20        MR. SPEED:  Again, it's the modification of

21    the highly refined paraffinic, naphthenic food and

22    technical grade mineral oils, that's the only time

23    that aromatic-free shows up.

24        Talked about a -- and we've already cited

25    this in our briefing, but plasticizer as defined

1          in the dictionary.  And, again, they're attempting

2          to modify and limit the claims.  So the theory

3          either or the spirit of this hearing, Your Honor,

4          is Ohio Willow Wood wants to stick with the

5          language of the claims, the specification.  Alps

6          wants to severely limit them to one type of

7          copolymer and one of many types of plasticizing

8          oil.  And that's what we're here about today.

9               THE COURT:  All right.  Let's take a

10         five-minute break and we'll begin with the

11         testimony, please.

12              (A recess was taken from 10:45 a.m. to

13     10:55 a.m.)

14              THE COURT:  I think I've identified the exact

15         issue that I want answered.

16              What happened to Mr. Speed?  Have we lost

17         Mr. Speed?

18              MR. STANDLEY:  He may be in the restroom.

19              THE COURT:  Oh, we'll wait for Mr. Speed.

20              (At which time Mr. Speed entered the

21     courtroom.)

22              THE COURT:  The precise issue I would like

23         answered for supplemental briefing is whether the

24         scope of a claim should be the subject of a

25         summary judgment motion or a Markman Proceeding.

1         And so that you know, my inclination or my gut

2         reaction is, the answer is summary judgment or

3         trial depending upon what the precise issue

4         dealing with the scope is.

5             So -- but, obviously, I'm not certain of the

6         answer or otherwise I wouldn't be asking you for

7         the -- for your input.  So let's begin with the

8         testimony or the evidence portion.

9             MR. CHRISTALDI:  Your Honor, would I be

10        permitted five minutes or less just to address a

11        couple of the issues that --

12            THE COURT:  No.  Let's move on,

13        Mr. Christaldi.  We've beat this horse for a

14        while.

15            MR. CHRISTALDI:  Yes, Your Honor.  We'd like

16        to call Dr. Aldo Laghi, your Honor.

17            THE COURT:  Please come forward.  Dana.

18            MR. CHRISTALDI:  Your Honor, if I may, I have

19        a set of exhibits for the witness.

20            THE LAW CLERK:  Could you please stand and

21        raise your right hand.

22                       ALDO LAGHI,

23        the witness herein, being first duly sworn, was

24        examined and testified as follows:

25            THE WITNESS:  I do.

1           THE LAW CLERK:  Please state your full name

2       for the record and spell your last name.

3           THE WITNESS:  My name is Aldo.  Last name is

4       Laghi, L-a-g-h-i.

5           THE LAW CLERK:  Thank you.  You may be

6       seated.

7           THE WITNESS:  Thank you.

8           THE COURT:  Spell your first name, please.

9           THE WITNESS:  A-l-d-o.

10          MR. CHRISTALDI:  Your Honor, obviously, as we

11      did yesterday, we'll be talking about some terms

12      that may be complex to spell, at least for someone

13      challenged like me by way of spelling.  If you

14      feel like the court reporter needs Dr. Laghi to

15      spell out any words --

16          THE COURT:  Well, it would be helpful at some

17      time during the break to give a list of the

18      spellings for the court reporter so that she'll

19      have that.

20          MR. CHRISTALDI:  Okay.  And I may do that

21      myself along the way if there's a word that may

22      not come across so well by way of spelling.

23                      DIRECT EXAMINATION

24  BY MR. CHRISTALDI:

25      Q    Thank you for being here this morning.  Where

1   do you currently live?

2        A    In Clearwater, Florida.

3        Q    And where are you currently employed?

4        A    At Alps South, LLC.

5        Q    And what is your position at Alps South, LLC?

6        A    I'm the president.

7        Q    How long have you held that position?

8        A    Since June of '88.

9        Q    And, Dr. Laghi, what country did you obtain

10  your formal education?

11       A    Mostly in Italy and some in the U.S.

12       Q    I understand that the Italian system of

13  education differs a bit from the system of formal

14  education in the United States.  Can you tell me what

15  your first degree obtained in Italy was?

16       A    I had a Baccalaureate in classical studies

17  from Ajurit College in Rome.

18       Q    After receiving your Baccalaureate, did you

19  continue your education?

20       A    Yes, I did.

21       Q    What other degrees did you receive?

22       A    I have a Doctorate in Chemical Engineering

23  from the University of Rome.  And an MBA in Management

24  from Rensselaer Polytechnic Institute in Troy, New

25  York.

1       Q     And by Doctorate, do you mean a Ph.D.?

2       A     Ph.D.

3       Q     What was the focus of your Ph.D. study

4   program?

5       A     Petrochemical processes with a Minor in

6   Hydrometallurgy.

7       Q     And what was your thesis when you obtained

8   your Ph.D.?

9       A     My thesis was an experimental thesis on the

10   optimization of the charge to the blast furnace.

11       Q     You said blast furnace?

12       A     B-l-a-s-t, blast furnace.

13       Q     Dr. Laghi, when did you come to live in the

14   United States?

15       A     '74.

16       Q     Why?

17       A     I was -- I had been hired by a company called

18   Monte Edison, M-o-n-t-e, E-d-i-s-o-n, assigned to the

19   North American plants.  They had the original patents

20   for the Ziegler, Z-i-e-g-l-e-r, Natta, N-a-t-t-a,

21   Catalyst for polypropylene.  And I was assigned to

22   their polypropylene plant in West Virginia.

23       Q     At some point, Dr. Laghi, did you become a

24   United States citizen?

25       A     Yes, I did.

1    Q    Approximately when was it that you became a

2  United States citizen?

3    A    1987.

4    Q    After coming to the United States, did you

5  obtain any other degrees?

6    A    Yes.  The MBA management from Rensselaer

7  Polytechnic Institute in Troy, New York.

8    Q    Dr. Laghi, would you please briefly state

9  your employment history since coming to the United

10  States in 1974.

11    A    Yeah.  I was with Monte Edison in West

12  Virginia until '76.  Then I joined General Electric

13  Silicones in '76.  I left there in '88 to start Alps.

14    Q    And what were your job responsibilities

15  during your 12 years at General Electric?

16    A    I did process engineering, process design,

17  marketing management and product management.

18    Q    What type of products did you work with at

19  General Electric?

20    A    Silicone products that were used for both

21  defense applications as well as medical applications.

22  So I worked on projects like the Canopy or the F-14

23  Tomcat, the seat on the Apache helicopter, the sealing

24  of the tank of the B-2, the skin of the F-117, and

25  medical devices such as Foley Catheters, F-o-l-e-y,

1    Catheters, and silicone baby bottle nipples, and all

2    sort of ordinance and surgical products.

3        Q    Doctor, you're free to move the microphone a

4    little closer to you so you don't have to lean.

5            MR. CHRISTALDI:  Your Honor, you can hear him

6        okay?

7            THE COURT:  I can hear him fine.

8            MR. CHRISTALDI:  Okay.

9        Q    (By Mr. Christaldi)  Dr. Laghi, approximately

10   how many patents are you listed as the inventor?

11       A    If we include the ones that are signed to

12   General Electric from the '70s, about 45.

13       Q    How many of your patents that have issued are

14   generally in the area of silicones and polymers?

15       A    About 10.

16       Q    And can you generally describe the business

17   activity of Alps?

18       A    Yes.  We have a prosthetic division here in

19   St. Petersburg that makes prosthetic components.  And

20   we have a contract manufacturing division in

21   St. Petersburg that makes silicone components for

22   surgical applications.  And then we have the orthotic

23   factories in the Ukraine and China that make insoles in

24   the Ukraine and knee braces in China.

25       Q    Approximately how many employees does Alps

1    have in Florida?

2         A    About 85.

3         Q    And, Dr. Laghi, when did Alps begin to make

4    polymer gel liners?

5         A    We made it a silicone in 1993.  In April 1993

6    we started shipping the liners to the Cleveland Clinic

7    in Ohio.

8         Q    And you said 1993?

9         A    1993.  April 1993.

10        Q    And, Dr. Laghi, to your knowledge, when was

11   it about that Ohio Willow Wood began to make polymer

12   gel liners?

13        A    In 1996.

14        Q    1996?

15        A    Right.

16        Q    After Alps was making their liners?

17        A    Over three years later.

18        Q    Dr. Laghi, do you routinely work with

19   polymers in your research development and manufacturing

20   activities at Alps?

21        A    Yes, I do.

22        Q    For how long have you been routinely working

23   with polymers in your research development and

24   manufacturing activities at Alps?

25        A    Since day one.  Since 1988.

1      Q    Since 1988.  Dr. Laghi, by virtue of your

2   background as a Ph.D. in chemical engineering and your

3   over 30 years of experience in working with silicones

4   and polymers, do you consider yourself to be one of

5   ordinary skill in the art of polymer chemistry?

6      A    Yes, I do.

7           MR. CHRISTALDI:  And, Your Honor, Mr. Speed

8           made a statement -- I think I heard him correctly,

9           but I thought he said that one of ordinary skill

10          in the art would also have to have some background

11          in prosthetics as well.

12     Q    (By Mr. Christaldi)  To the extent that he

13   said that, Dr. Laghi, how long have you been working

14   with prosthetic devices?

15     A    Since 1993 -- '92 actually.  '92.

16     Q    Would you say that you occasionally work with

17   prosthetic devices or daily or --

18     A    Almost daily.

19     Q    Almost daily.  And that's been consistent

20   since the inception of Alps?

21     A    Since 1993.

22     Q    Do you consider yourself to be one of

23   ordinary skill in the art in the prosthetics industry?

24     A    Relative to liners and sleeves, yes, and

25   locks, yes.

1      MR. CHRISTALDI:  Thank you, Your Honor.  I

2   think we have stipulation from Ohio Willow Wood

3   that Dr. Laghi is one of ordinary skill in the

4   art.

5      MR. STANDLEY:  Jeff Standley, Your Honor.  We

6   stipulate that he's one of ordinary skill in the

7   art in prosthetics.  We are not certain about his

8   skill in the art in chemistry.

9      THE COURT:  Are you saying that he's

10   underskilled in the art of chemistry?

11      MR. STANDLEY:  I -- Your Honor, I really

12   don't know.

13      MR. CHRISTALDI:  And, Your Honor, I would

14   proffer for the Court that we have tendered him as

15   a person or ordinary skill in the art against Ohio

16   Willow Wood in another case where they did accept

17   him as one of ordinary skill in the art in polymer

18   chemistry.  And this is the first I'm hearing

19   about that.  We'd like to tender him.  Your Honor,

20   he has a Ph.D. in Chemical Engineering.  He's been

21   working with polymers since the early '70s.

22      MR. STANDLEY:  Your Honor, I've been

23   corrected.  I understand we did make that

24   stipulation earlier.  We'll agree to it today.

25      THE COURT:  All right.

1          MR. STANDLEY:  Didn't realize that.

2          THE COURT:  Continue.

3          MR. CHRISTALDI:  Thank you, Your Honor.

4     Q    (By Mr. Christaldi)  Dr. Laghi, we're here

5    today to construe certain words or phrases used in the

6    claims at issue in this case.  There are two patents at

7    issue in this case.  Patent No. 6,552,109, which I'll

8    refer to as the '109 patent, and Patent No. 6,867,253,

9    which I'll refer to as the '253 patent, both issued to

10   inventor John Y. Chen, and both assigned by Mr. Chen to

11   Applied Elastomerics and subsequently licensed to Alps

12   South, LLC; are you familiar with those patents,

13   Dr. Laghi?

14        A    Yes, I am.

15        Q    Have you reviewed those two patents?

16        A    Yes, I did.

17          MR. CHRISTALDI:  Your Honor, at this time, I

18        think we have a stipulation to submit into

19        evidence the documents that are in the two

20        binders we provided earlier.

21          THE COURT:  Well, they're already part of the

22        court file, so --

23          MR. CHRISTALDI:  Okay.

24          THE COURT:  And let me say, so that there's

25        no confusion, with respect to the rules of

1          evidence in this case, I'm going to apply the

2          rules of evidence loosely.  The rules of evidence,

3          I conclude, do not formally apply, so -- it will

4          only be used in the sense that they apply to

5          manage the case expeditiously; all right, and the

6          hearing expeditiously and fairly, obviously.

7              MR. CHRISTALDI:  Thank you, Your Honor.

8          Q    (By Mr. Christaldi)  Dr. Laghi, in the

9     smaller of those two books, can you turn to Tab 1 of

10    the exhibit binder which should contain what we have

11    just marked as Plaintiff's Exhibit 1 or what we'll call

12    Exhibit 1, which should be the joint claims

13    construction charts and claim construction statements

14    filed by the parties in this case.

15             MR. CHRISTALDI:  For the record, that's

16         document 81 of the docket.

17         Q    (By Mr. Christaldi)  And, Dr. Laghi, are you

18    familiar with this document?

19         A    Yes, I am.

20         Q    Can you please turn to Page 4.  Do you see

21    the chart on Page 4?

22         A    Yes, I do.

23         Q    The parties have narrowed the claim elements

24    and dispute to only two claim elements.  The first is

25    hydrogenated styrene isoprene/butadiene block

1      copolymer.  And the second is plasticizing oil.  These

2      appear in the second and third rows of the chart; do

3      you see those, Dr. Laghi?

4          A    Yes, I do.

5          Q    Dr. Laghi, I'm going to ask you now to turn

6      to Tab 2 of the binder which we'll call Exhibit 2, and

7      this should be the '109 patent; do you see that?

8          A    Yes, I do.

9          Q    Are you familiar with what a claim in a

10     patent is?

11         A    Yes, I do -- am.

12         Q    Can you turn to -- can you please turn to

13     Claim 1 of the '109 patent.

14              MR. CHRISTALDI:  Which for the Court --

15         Q    (By Mr. Christaldi) -- appears on Column 17

16     starting at Line 37.

17              THE WITNESS:  Yes.  A composite article

18         "comprises a thermoplastic, heat formable and heat

19         reversible gelatinous elastomer composition, G,

20         which is formed into a composite by heat with one

21         or more of a selected substrate material, M, said

22         gelatinous elastomer composition formed from."

23         Q    Okay.  And, Dr. Laghi, I'd like to turn your

24     attention to small (ii) in Claim 1 that appears

25     approximately on Line 45 on -- in Column 17.

1      A    Yes.

2      Q    Dr. Laghi, can you read that -- those two

3  lines for the record?

4      A    "About 300 to about 1600 parts by weight of a

5  plasticizing oil; and in combination with or without."

6      Q    Dr. Laghi, as one of ordinary skill in the

7  art, what do you understand the phrase plasticizing oil

8  to mean?

9      A    The plasticizing oil is a process oil that in

10 this par -- it depends.  In the industry there are all

11 sort of different plasticizing oils.  I would have to

12 refer to the specifications in order to -- to clarify

13 the type of plasticizing oil and what is meant by

14 plasticizing oil.

15     Q    Dr. Laghi, can you tell me then what the

16 phrase plasticizing oil means to one of ordinary skill

17 in the art in the context of the patent?  That's

18 Exhibit 2.

19     A    Yes.  In a -- this patent is essentially

20 about polystyrene polymers.  And the plasticizing oil

21 is a process oil that swells and it modifies the

22 midblock portion of the polystyrene polymer,

23 essentially, the (ethylene-ethylene-propylene) portion

24 of the polymer.

25     Q    And, Dr. Laghi, we've heard earlier the

1    phrase substantially aromatic-free.  What does one of

2    ordinary skill in the art understand substantially

3    aromatic-free to mean?

4         A    Yeah.  This is an important point.  Depending

5    on what you're using the plasticizing oil for,

6    aromatic-free could mean 1 percent aromatic.  It could

7    mean 10 parts per million aromatic.  For example, if

8    you're using the plasticizing oil in the lab as a

9    re-aging grade, you want few parts per million.  If

10   you're using the plasticizing oil for rubber that goes

11   into a tire, you can probably live with 3 percent of

12   aromatic oil.

13        In this case, because we are dealing with

14   polystyrene polymers, aromatic-free means a level of

15   aromatics low enough so that we don't dissolve the

16   glass domains of the polystyrene groups at the end of

17   the chains.

18        Q    Dr. Laghi, why in the specific context of the

19   specification of this patent do you believe that that

20   is the definition that you would ascribe to it as one

21   of ordinary skill in the art?  And feel free to take a

22   look at the patent if you need to do that.

23        A    Yeah.  The -- first of all, nowhere in the

24   patent -- although many of these oils are identified,

25   none of them is aromatic, to my knowledge.  But, for

1    example, on the patent '109, Column 6, starting on Line

2    50:  "Plasticizers particularly preferred for use in

3    practicing the present invention are well known in the

4    art, they include rubber processing oils such as

5    paraffinic and naphthenic petroleum oils, highly

6    refined aromatic-free paraffinic and naphthenic food

7    and technical grade white petroleum mineral oils, and

8    synthetic liquid oligomers of polybutene, polypropene

9    and polyterpene, et cetera.  The synthetic series

10   process oils are high viscosity oligomers which are

11   permanently fluid liquid nonolefins, isoparaffins or

12   paraffins of moderate to high molecular weight."

13        So none of these oils, to my knowledge, is

14   aromatic.

15        Q    Dr. Laghi, you have the document in front of

16   you.

17        MR. CHRISTALDI:  Your Honor, we've blown it

18        up on the screen here for ease if -- you also have

19        it in front of you, but --

20        Q    (By Mr. Christaldi)  Dr. Laghi, about one,

21   two, three, four lines down, that paragraph, I see the

22   phrase aromatic-free there.  I think we heard Mr. Speed

23   mention earlier that Ohio Willow Wood's contention is

24   that that phrase really only applies to one specific

25   oil that's identified there.  Is that how you read that

1   paragraph?

2        A    Not at all.

3        Q    Why not?

4        A    Well, my opinion for two reasons; one is

5   that, all of the other oils that are mentioned in this

6   paragraph are nonaromatic and -- by definition, and

7   aromatic-free normally is used in the USP and food

8   grade oils.

9            So, in this particular case I read this

10  portion of the paragraph as highly refined

11  aromatic-free paraffinic and naphthenic food and

12  technical grade white petroleum mineral oils.  It's one

13  specific class of mineral oils.

14           THE COURT:  May I interrupt you for a moment.

15      Are you saying that paraffinic and naphthenic

16      petroleum oils are aromatic-free?

17           THE WITNESS:  I'm saying that all of these

18      oils --

19           THE COURT:  Isn't naphthenic petroleum oils

20      what's used in Sterno?

21           MR. CHRISTALDI:  That I don't know, Your

22      Honor.  I'll defer to --

23           THE COURT:  Do you know what a can of Sterno

24      is?

25           THE WITNESS:  What kind of what?

1           THE COURT:  Sterno.  A can of Sterno that you

2      would heat food with, isn't that a naphtha

3      product?

4           THE WITNESS:  I don't know.  Naphtha in our

5      industry normally is called a fraction of the

6      distillation of the petroleum of the oil that is

7      within certain temperatures.

8           THE COURT:  So, is paraffinic and naphthenic

9      petroleum oils, are they aromatic-free?

10          THE WITNESS:  Naphtha can be loaded with

11     aromatic, but -- depending on the composition.

12     But normally naphthenic petroleum oils are

13     intended as aromatic-free oils.

14     Q    (By Mr. Christaldi)  So it's not impossible

15 to have aromatics in it, but as one of ordinary skill

16 in the art reading this phraseology in the context of

17 the products and in compositions described in the

18 patent, would you understand, for instance, the example

19 that the judge gave which is naphthenic, I believe,

20 petroleum oil to be substantially aromatic-free.

21     A    The -- even without a definition the

22 clarification -- the adjective in front aromatic-free,

23 the naphthenic, normally are nonaromatic oil, but not

24 necessarily aromatic-free because it depends on the

25 degree of distillation that they're subjected to.  And

1    all of these oils come from petroleum so they may have

2    different amounts of aromatics.  But again, it depends

3    on the application and the degree of refining.

4         Q    It's an important point I, as a layperson,

5    use the definitive aromatic-free, but a claim

6    construction that is substantially aromatic-free, would

7    you understand that the word substantially to

8    accommodate what you explained by way of having some

9    aromatics?

10        A    Yes, I do.

11        Q    Dr. Laghi --

12             MR. CHRISTALDI:  Your Honor, did you have

13        anymore questions for him on this particular

14        passage?

15             THE COURT:  No.  Not yet.

16             MR. CHRISTALDI:  Okay.

17        Q    (By Mr. Christaldi)  Dr. Laghi, are there any

18   other parts in the specification that support you as

19   one of ordinary skill in the art defining plasticizing

20   oil as you've defined it?

21        A    Let's see, oh, yes.  On Column 9 -- it's

22   longer -- starting at Line 44 and going on all the way

23   to Column 10, Line 11, the basis of this -- do you want

24   me to read it?

25        Q    No.  If you could just tell me why you

1    believe that that part of the specification supports

2    the definition that Alps has provided with respect to

3    plasticizing oils.

4         A    Again, we are talking about a polymer that is

5    probably 30 to 33 percent high in polystyrene and

6    therefore using an aromatic solvent or aromatic

7    containing plasticizer would dissolve the glassy domain

8    of the polystyrene end group and therefore destroy the

9    integrity of the polymer and even in small quantities

10   would effect the mechanical properties of the polymer

11   very substantially.

12        Q    Dr. Laghi, are you saying that it's well

13   known in the art that if an aromatic oil were used, the

14   description of the invention that's contained in

15   Columns 9 and 10 would be defeated, if you will?

16        A    Yes.  Yes, it would.

17        Q    And, Dr. Laghi, would that have been known to

18   one of ordinary skill in the art in the 1994 time frame

19   when this patent application was filed?

20        A    Yes.  In my opinion, anyone that works with

21   polymers is familiar with the fact that aromatics

22   dissolves polystyrene.

23        Q    Okay.  Dr. Laghi, I'd like you to turn back

24   to Exhibit 1, which is the joint claim chart and to

25   Page 4 of that chart -- I'm sorry -- of that exhibit.

1     Do you see the chart there, Dr. Laghi?

2          A    Yes, I do.

3          Q    Next to the phrase plasticizing oil, there

4     are two proposed definitions.  One is Alps is -- the

5     first one that you saw.  The second is a proposed

6     definition of Ohio Willow Wood.  And it reads a

7     processing oil that extends the elastomer portion of a

8     polymer block copolymer; do you agree as one of

9     ordinary skill in the art with that definition of

10    plasticizing oil in the context of this '109 patent or

11    in the context of the '253 patent?

12         A    I do not agree with that definition for the

13    reason stated before that any amount of aromatic that

14    would affect the polystyrene would definitely affect

15    the mechanical properties of the polymer.

16         Q    And, again, so I understand correctly, the

17    inclusion of an aromatic oil and the polymerization

18    process would essentially defeat the invention, it

19    would not cause one to be able to reduce it to practice

20    in the ways described in these patents?

21         A    Let me correct you there.  The addition of

22    the plasticizing oil to the polymer after

23    polymerization and hydrogenation in order to soften it

24    up and -- would destroy the mechanical properties.

25         Q    Thank you, Dr. Laghi.

1      A    You're welcome.

2      Q    Dr. Laghi, if you could turn to Tab 3 in the

3   Plaintiff's Exhibit binder and tell me if you recognize

4   the document behind Tab 3.

5      A    Yes.  It's the U.S. patent '253.

6      Q    Please turn, Dr. Laghi, to Column 54 starting

7   at Line 63.  It's Claim 1.  Do you see Claim 1,

8   Dr. Laghi?

9      A    Claim 1.

10     Q    Toward the bottom in Column 63?

11     A    You mean Column 54?

12     Q    Sorry.  Column 54 and toward the bottom of

13  Column 54 you'll see line 63 where it starts Claim 1.

14     A    You want me to read the whole claim?

15     Q    No, sir.  I just -- I'm asking you if your --

16     A    Oh, yeah.  I see that.  Okay.

17     Q    Going on, the claim, Dr. Laghi, is a fairly

18  long claim and it goes on to Column 55.  Starting at

19  Line 18, there's a small (ii) up there as a second

20  subpart; do you see that, Dr. Laghi?

21     A    I do.

22     Q    Can you just read that small (ii) for the

23  record.

24     A    "About 300 to about 1600 parts by weight of

25  one or more plasticizing oils with a selected amount of

1    at least one said plasticizing oils having a viscosity

2    of about 4 cSt at 40 Celsius and greater.  Said gel

3    characterized by a gel gram Bloom of about two grams to

4    about 1800 gram bloom; and in combination with or

5    without."

6        Q    Dr. Laghi, with respect to the phrase

7    plasticizing oil in the '253 patent, would your

8    definition be the same as it was in the '109 patent?

9        A    Exactly the same.

10       Q    Why, Dr. Laghi?

11       A    Because here as well we are dealing with

12   polystyrene polymers and therefore we do need very low

13   levels of aromatics and we will call it aromatic-free

14   in those terms.

15       Q    Can you direct me to any text or words in the

16   specification of the '253 patent that supports that

17   definition?

18       A    Yes.  Okay.  Column 8 -- here we go.  Sorry.

19   Column 20.  Plasticizers starting on Line 43 through

20   53.

21       Q    And you don't necessarily -- you said

22   starting on line 43, and if you could, tell me about

23   the ending line or you don't necessarily --

24       A    It's 53.

25       Q    Fifty-three.  And can you tell me why that

1    passage supports the definition that Alps has

2    suggested?

3        A    Two reasons.  One is that none of the oils

4    listed in this paragraph is inherently aromatic.  And

5    normally when referred as plasticizers, they are

6    aromatic-free with respect to the applications they

7    were intended for.

8        Q    Are there other parts of the specification,

9    Dr. Laghi, that you'd like to point us to?

10       A    Yeah.  The Column 26, Line 7 through 16.

11       Q    Column 26, Line 7 through 16.  Dr. Laghi, can

12   you tell us why you believe that that supports the

13   definition that Alps has proposed?

14       A    The -- they're showing the mixing -- they're

15   doing the mixing and heating in the presence of

16   compatible plasticizers, the glassy domain, A, unlock

17   due to both heating and solvation and the molecules are

18   free to move when shear is applied.  So they're

19   referring to compatible plasticizers.  So compatible

20   means don't destroy the substrate and in this case I

21   would -- in my opinion, aromatic would destroy the

22   polymer.  It would not make it reversible as it is

23   intended to in Line 7.

24       Q    So, Dr. Laghi, are you saying by definition

25   if a plasticizing oil was not substantially

1    aromatic-free that by definition it would not be a

2    compatible plasticizer as described in the

3    specification?

4         A    Exactly.

5         Q    Are there any other portions in the

6    specification, Dr. Laghi, that support that definition

7    that you can think of right now?

8         A    Yeah.  They're talking about plasticizing

9    oils in column -- well, 33, Line 61 continuing on

10   Column 34 through Line 29.

11        Q    And, Dr. Laghi, what about that line which in

12   the specification of beginning in Column 33 on Line 61

13   here and concluding on Column 34 around Line 29

14   supports Alps' proposed definition?

15        A    Again, they're talking about plasticizing

16   oils to be used with polystyrene polymers and the use

17   of aromatic rather than plasticizing the polymer would

18   dissolve them.

19        Q    Dr. Laghi, there's a lot of text in these

20   specifications and for someone like me who's not a

21   chemist and frankly doesn't have a science background,

22   it could appear that these phrases such as plasticizing

23   oil are simple phrases that should have a common

24   ordinary meaning.  In your experience as one of

25   ordinary skill in art, as someone who has a Ph.D. in

1    chemical engineering, and as someone who has worked

2    with polymers and silicones for the past 30 years, why

3    is this level of detail necessary?  Why is the word

4    plasticizing oil itself not sufficient to define the

5    definition -- I'm sorry -- to define the claim?

6         A    Because, again, any -- not all plasticizing

7    oils will be adequate with this type of polymers.  You

8    have to look at the patent itself and the term and what

9    kind of specifications you have to assign to the

10   plasticizer if you want to make it work.

11        Q    And would -- if Ohio Willow Wood's definition

12   were accepted and aromatic oils were included, what

13   would the practical implications, for instance, in

14   manufacturing products using that polymer be?

15        A    It depends on the amount of aromatics.  If

16   it's in parts per million, probably nothing.  If it's

17   in the -- in a substantial amount and I have to guess

18   now two, three, four percent, it probably would effect

19   the mechanical properties.  In larger amounts it would

20   just destroy the integrity of the polymer.  You would

21   not have a mass anymore, but more of a gooey liquid.

22             MR. CHRISTALDI:  Your Honor, I'd like to

23        introduce into evidence, this is just a liner

24        that's made by Alps with a polymer.  And we chose

25        to make one without fabric on it.  They typically

1       have fabric on it, but just so the Court can see

2       it.  May I approach, Your Honor?

3           THE COURT:  You may.

4           MR. CHRISTALDI:  I have a second one that is

5       identical that I'd like Dr. Laghi to have.  Thank

6       you.

7           THE COURT:  So mark this as --

8           MR. CHRISTALDI:  That would be -- assuming

9       we're not marking --

10         THE COURT:  Well, let's just mark them just

11      so the record is clear.

12         MR. CHRISTALDI:  The one in your hand, Your

13      Honor, would be Exhibit 6.

14         THE COURT:  Okay.  And do you have an exhibit

15      list?

16         MR. CHRISTALDI:  We will, Your Honor.  I

17      apologize.

18         THE COURT:  The other side have an exhibit

19      list as well please, if you're going to introduce

20      any exhibits.

21         MR. SPEED:  Your Honor, we don't have any

22      additional exhibits that aren't already in the

23      record.

24         THE COURT:  Okay.

25         MR. CHRISTALDI:  We'll call this one Exhibit

1       7, Your Honor.  May I approach the witness, Your

2       Honor?

3            THE COURT:  You may.

4       Q    (By Mr. Christaldi)  Dr. Laghi, to your

5  knowledge, is the product that we've handed you and

6  marked as Exhibit 7 identical to the product that we've

7  handed to the Court that's Exhibit 6, except for maybe

8  size, is the polymer the same?

9       A    The polymer is the same.

10      Q    Strike that question.  Is the polymer the

11  same in Exhibit 6 and 7?

12      A    The polymer is the same.

13      Q    Okay.  Dr. Laghi, I think you answered a

14  moment ago that using aromatic oils would change the

15  physical characteristics of the product.  First, let me

16  ask this question, the plasticizing oil that was used

17  in the processing of Exhibit 6 and 7, was it

18  substantially aromatic-free?

19      A    Yes, it is.

20      Q    If you were to use an aromatic oil to produce

21  that gel, what would the physical differences be

22  described in using the product itself?

23      A    If you were to use an aromatic oil, which is

24  actually a solvent, we wouldn't even be able to mold

25  this.  It would be a liquid -- total liquid.  If you

1    had the plasticizing oil with a certain amount of

2    aromatic, this would have no strength whatsoever, may

3    not even be able to get it out of the mold.  Certainly

4    no elongation.

5         Q    So it would totally render the use of the

6    product --

7         A    Useless.

8         Q    -- useless for the intended purpose.  And,

9    Dr. Laghi, in the context of the '253 patent and the

10   '109 patent, would your answer be the same there that

11   the composites that are contemplated would not have --

12   would have substantially different uses if the aromatic

13   laws were used to create the gel?

14        A    Yes.  They would be useless.

15        Q    And, Dr. Laghi, would you turn to Exhibit 3,

16   which is the '253 patent, and in Column 56

17   approximately at Lines 37 you'll see Claim 4 and right

18   below it is Claim 5.

19        A    Yes.

20        Q    Those claims claim something called a gel

21   liner.  Is it your understanding as one of ordinary

22   skill in the art that essentially a gel liner is the

23   products that have been marked as Exhibit 6 and Exhibit

24   7 here?

25        A    Yes.

1          Q     Would it be possible to make those products

2     using an aromatic oil?

3          A     No.

4          Q     Thank you.  You can put Exhibit 7 aside for

5     now.  Okay.  Dr. Laghi, I'd like you to turn back to

6     the '109 patent, which is Exhibit 2 --

7               MR. CHRISTALDI:  And, Your Honor, I'm going

8          to turn to the other disputed claim term.  Does

9          the Court have any other questions for the witness

10         at this time on plasticizing oil?

11              THE COURT:  No.

12         Q     (By Mr. Christaldi)  Dr. Laghi, are you -- do

13    you have the '109 patent in front of you?

14         A     Yes, I do.

15         Q     On Column 17 starting on Line 42, Claim 1

16    begins there; do you see that?

17         A     Yes.

18         Q     There's a small subpart (i) to Claim 1.  Can

19    you please read that for the record?

20         A     "A hundred parts by weight of one or a

21    mixture of two or more of a hydrogenated styrene

22    isoprene/butadiene block copolymers and from" --

23         Q     Okay.  Dr. Laghi, as one of ordinary skill in

24    the art, what do you consider the phrase, quote,

25    "hydrogenated styrene isoprene/butadiene block

1     copolymer" to mean?

2          THE COURT:  Excuse me, Mr. Christaldi, if you

3          would let me know where that language is found.

4          MR. CHRISTALDI:  Yes, Your Honor.  It's the

5          '109 patent, Column 17.  And you'll see, Your

6          Honor, Claim 1 begins at approximately Line 36.

7          THE COURT:  Okay.  Thank you.  And then

8          there's a small Roman numeral one that starts at

9          approximately Line 41.  And I believe that's the

10         passage that the witness read from.

11    Q    (By Mr. Christaldi)  Dr. Laghi, as one of

12    ordinary skill in the art, can you tell me how you

13    understand the phrase hydrogenated styrene

14    isoprene/butadiene block copolymer to mean?

15    A    It is essentially the product of two

16    reactions.  A polymerization reaction and a

17    hydrogenation reaction.  So, depending -- it's a family

18    of products.  And just like the plasticizing oils, we

19    have to look at it in the context of the patent.

20    Q    So, Dr. Laghi, as one who routinely works

21    with polymers in the manufacturing process, would you

22    have a specification that just said that you're to make

23    your product with hydrogenated styrene

24    isoprene/butadiene block copolymer?

25    A    Most likely not.  I would specify to a much

1    greater detail.

2        Q    And in the context of this patent, the '109

3    patent, can you tell me what you as one of ordinary

4    skill in the art understand the phrase hydrogenated

5    styrene isoprene/butadiene block copolymer to mean?

6        A    In the context of the patent understanding

7    that the mechanical characteristics required are pretty

8    high, this means that -- it refers to a polymer called

9    polystyrene-polyethylene-polyethylene-propylene-polysty

10   rene or SEEPS,

11   styrene-ethylene-ethylene-propylene-styrene.  As the

12   long chains of ethylenes find each other in the

13   midblock and provide the crystallinity necessary for

14   the high strength.

15       Q    Dr. Laghi, why do you believe that that's the

16   appropriate definition?

17       A    It's referred to in the patent in the

18   abstract refining the

19   polystyrene-ethylene-ethylene-propylene-styrene.  And

20   we find it on Column 2,

21   polystyrene-ethylene-ethylene-polystyrene.  Column 2

22   and Line 35.  And then on Line 64 indicates the B

23   midblock to be a polyethylene-ethylene-propylene.

24       Q    Dr. Laghi, before you continue on, let me

25   stop you in Column 2.  And I think you pointed to the

1    paragraph that begins around Line 30.

2         A    Yes.

3         Q    Let's talk about that paragraph a little bit.

4    What specifically in that paragraph do you find

5    relevant to defining the element of the claim

6    hydrogenated styrene isoprene/butadiene block

7    copolymer?

8         A    Well, it says on Line 33, "Articles formed

9    from one" -- or pie -- "a hundred parts by weight one

10   of one or more hydrogenated styrene block copolymers

11   having 2-methyl-1,3-butadiene," which is isoprene.

12   It's commonly known as isoprene.  "And 1,3-butadiene

13   blocks of the formula

14   poly(styrene-ethylene-ethylene-propylene-styrene.")

15           So it's very clear.

16        Q    And, Dr. Laghi, so in Line 30 that says the

17   invention comprises, and you've read those two elements

18   in Lines 34 and 35, does that form -- partly form your

19   basis for Alps' proposed definition?

20        A    Yes.  Of course.

21        Q    As one of ordinary skill in the art, does

22   this paragraph and the specification read identical to

23   Alps' proposed definition?

24        A    Yes, it does.

25        Q    Dr. Laghi, a few minutes ago, maybe 30

1    minutes or so, you heard Mr. Speed talk a little bit

2    about some of the claims.  And I know you're not a

3    patent border, but I think what Mr. Speed said is that,

4    if Alps' proposed definition were to be adopted by the

5    Court, it would render some of the claims invalid.  I'd

6    like you to turn again to claims, particularly in

7    Column 19, Dr. Laghi.

8         A    Yes.

9         Q    The definition that Alps has proposed,

10   Dr. Laghi, has essentially what I would characterize as

11   two components to it; is that correct?

12        A    Which line are you looking at?

13        Q    Not looking at that yet.

14        A    Oh, say that again.

15        Q    The question is, is the proposed definition

16   Alps' proposed definition, have two components to it?

17   And again, can you describe what those two components

18   are?

19        A    One is the -- essentially the methods, the

20   polymerization and hydrogenation of the

21   isoprene/butadiene.  And the other one is the fact that

22   the product of these reactions is a

23   poly(styrene-ethylene-ethylene-propylene-styrene.)  Is

24   that your question?

25        Q    Yes.  And so, what part of the definition

1      relates to the first part of what you've just said?

2              You said there were two parts to the

3      definition.  You said the end product is the

4      poly(styrene-ethylene-ethylene-propylene-styrene.)  And

5      we see those words, is it not correct, in the

6      definition?

7          A    Yes.  Yes.  Yes.

8          Q    What words in the definition relate to the

9      other part?  And you can refer back to the definitions

10     on Page 4.

11         A    Okay.  So the other part is that we're

12     calling the isoprene 2-methyl-1,3-butadiene.

13         Q    And, again, why is that important?

14         A    Oh, because butadiene can be a 1,3 or 1,2.

15     And you use 1,3 and you polymerize it into a 1,2, 1,4.

16     And then 1,2, 1,4, when you hydrogenate it, you can

17     have ethylene and/or a butylene.  So, depending on how

18     you keep the reactor, you have a lot of ethylene and a

19     small amount of butylene, but you have a lot of

20     butylene and a small amount of ethylene.  You can't

21     help that.  You always have both 1,4 and 1,2.  It all

22     depends how much ethylene you have.  And if you have a

23     lot of ethylene you get the glassy -- the crystalline

24     structure of the midblock and therefore the strength.

25     And if you don't have enough ethylene, the ethylene

1    groups don't find each other and you don't get the

2    mechanical properties.

3         Q    Yes.  Dr. Laghi, in Claim 5 of the '109

4    patent that's on Column 19, I see the words

5    poly(styrene-ethylene-ethylene-propylene-styrene)

6    there.  I did not see, Dr. Laghi, the reference that

7    you just made to, I believe it's 2-methyl-1,3-butadiene

8    and 1,3-butadiene; is that correct?

9         A    On Claim 5?

10        Q    Correct.

11        A    Right.

12        Q    Is it significant that that phraseology is

13   not there?  Would that, adding that phraseology, change

14   the claim in Claim 5?

15        A    It will make it more defined.

16        Q    So the Claim 5 language is not identical to

17   the proposed definition by Alps?

18        A    No, it's not.

19        Q    I'd like you to turn to Claim 12, which is on

20   Column 22.  It's the very last claim.  And,

21   essentially, I have the same question for you,

22   Dr. Laghi.  Is Claim 12 identical with the definition

23   that Alps has proposed to define the phrase

24   hydrogenated styrene isoprene/butadiene block

25   copolymer?

1       A    No, it's not.  It's -- no, it's not.

2       Q    Okay.  You laughed.  Is it obvious to you

3    that it's not?

4       A    Yeah.  It's obvious.  Yeah.

5       Q    Okay.  Can you explain that to the Court why?

6       A    Well, you know, Septon 4033 and Septon 4055

7    have a distribution of polymers inside so, although

8    they're relevant, instead our proposed definition is

9    strictly about the chemistry.  It's about the polymer

10   structure.  So it's very different.

11      Q    Dr. Laghi, turning back to the '109 patent we

12   stopped on Column 2.

13           MR. CHRISTALDI:  And, Your Honor, for the

14           interest of time I'm going to ask the question

15           this way.

16      Q    (By Mr. Christaldi)  Dr. Laghi, are there

17   other portions in the specification that would support

18   your definition with -- just as a yes or no question?

19      A    Yes.

20      Q    Yes.  And are those generally the other

21   portions of the specification that were outlined in

22   Alps' brief on this matter?

23      A    Yes.

24           MR. CHRISTALDI:  Your Honor, I'd be happy to

25           walk through each one of those.  I think

1          Dr. Atwood is going to walk through them in a

2          little more detail.  In the interest of time, I

3          wanted to ask the Court whether we wanted to walk

4          through each area of the specification.  I don't

5          want to wear the Court's patience thin on this.

6               THE COURT:  No.  I'm -- you can highlight

7          through Dr. Atwood's testimony.  I don't think

8          it's necessary that you have to be cumulative,

9          Mr. Christaldi.

10              MR. CHRISTALDI:  Okay.  Thank you, Your

11         Honor.

12         Q    (By Mr. Christaldi)  Dr. Laghi, I'd like you

13    to turn back to Exhibit 1 on Page 4 which is the claim

14    chart of the disputed claims.

15         A    Yes.

16         Q    Do you see there on the second row the phrase

17    that we've been talking about, hydrogenated styrene

18    isoprene/butadiene block copolymer?

19         A    Yes.

20         Q    And in the third column there you see Ohio

21    Willow Wood's proposed definition; do you see that?

22         A    Yes.

23         Q    It's a, quote, "block copolymer resulting

24    from the hydrogenation of a styrene isoprene/butadiene

25    block copolymer."

1          A    Yes.

2          Q    And do you agree with that definition as one

3      of ordinary skill in the art in the context of this

4      patent, the '109 patent?

5          A    I do not.

6          Q    Why not?

7          A    Because a polymer with -- several polymers

8      that I know of that come out of -- this actually

9      describes a process of taking some molymers,

10     polymerizing them and hydrogenating them.  And it

11     doesn't describe an end product.  So, because of the

12     fact that we need the mechanical properties in --

13     according to the specifications of the patent and the

14     glassy and the crystalli structures, this is not enough

15     to show the -- what the actual polymer looks like.

16         Q    Thank you, Dr. Laghi.

17         A    You're welcome.

18         Q    Dr. Laghi, would you pick up again the gel

19     sample that we've marked as Exhibit 7.

20              MR. CHRISTALDI:  And, Your Honor, just for

21         the record I have casually referred to this as a

22         gel liner.  Those phrases may or may not be in

23         dispute in various proceedings before the party

24         and we're simply submitting this as a sample of

25         polymer today and I don't want to characterize it

1          in any particular way other than a sample of

2          polymer that's useful for the discussion today.

3                  THE COURT:  Just a minute, Mr. Christaldi.

4                  MR. CHRISTALDI:  Yes, sir.

5                  THE COURT:  Dr. Laghi, would you go back to

6          your last answer.  You may not be able to repeat

7          it, but Mr. Christaldi's question essentially was

8          looking at OWW's proposed construction in the

9          claim chart, a block copolymer resulting from the

10         hydrogenation of styrene isoprene/butadiene block

11         copolymer, I think you said that that proposed

12         construction does not represent an end product; is

13         that what you said.

14                 THE WITNESS:  A family of products rather

15         than a specific one polymer.  A family of polymers

16         that can come out of this --

17                 THE COURT:  Represents a family of products,

18         but not a specific product.

19                 THE WITNESS:  Exactly.

20         Q    (By Mr. Christaldi)  Would it be the

21    equivalent, Dr. Laghi, of referring to, for instance, a

22    Toyota as opposed to a Camry or a Tundra?

23         A    Yeah.  That would be good.

24         Q    There would probably be quite a few more

25    polymers that would be characterized in that family

1    than there would Toyotas?

2         A    Right.

3         Q    Particularly with the trouble Toyota has been

4    having?

5              THE COURT:  Thank you.

6              MR. CHRISTALDI:  Any other questions, Your

7         Honor?

8              THE COURT:  No.

9         Q    (By Mr. Christaldi)  Dr. Laghi, holding

10   Exhibit 7 there, you've talked with the Court and

11   answered my questions about the shortcomings of Ohio

12   Willow Wood's definition are.  Can you explain in the

13   context, the polymer in your hand there, why that --

14   practically why that would be important.

15        A    Right.  This is in fact the first gel liner

16   non-silicone that we made.  I think it was in '97.  Not

17   this specific one, but this type.  And we have had a

18   poor man that did not have insurance in life's sake

19   telling our VP -- I wasn't there so it's hearsay  --

20   that he had been wearing it for six years and didn't

21   break down.  So durability is extremely important.

22   It's like wearing a sock everyday for six years and it

23   doesn't break down.  So mechanical properties are very,

24   very important.  And comfort, of course.  You can make

25   something that is very durable, but very uncomfortable.

1    So with this SEEPS, we can make a product that is very

2    soft and very durable.

3        Q    Can you give us an example of a hydrogenated

4    styrene isoprene/butadiene block copolymer that would

5    fit Ohio Willow Wood's definition but maybe not Alps'

6    definition that would have different physical

7    properties?

8        A    Yeah.  There are some shown in the figures of

9    the '253 patent.

10       Q    Give us the example by acronym first.

11       A    Oh, okay.  They're called -- here they're

12   called SEB/EPS.  So, if you have a lot of butylene, you

13   are not going to get the crystalline structures of the

14   ethylene groups in the midblock and therefore you're

15   going to lose strength.  And instead of lasting six

16   years, the liner is going to last six weeks.

17       Q    The durability would be affected

18   significantly?

19       A    Right.  Right.  Right.

20       Q    And the polymer that you just referenced, and

21   I don't want to try to repeat it, because I may get it

22   wrong, but the polymer you just referenced with the

23   lower durability, would that fall within or outside of

24   Alps' definition?

25       A    It would fall outside.

1      Q    So, as one of ordinary skill in the art

2    practicing the invention that is described in the '109

3    patent, would it be important to discern which

4    hydrogenated styrene isoprene/butadiene block copolymer

5    that Mr. Chen was talking about in order to achieve the

6    very specific physical characteristics that are

7    identified in the patent and specification?

8      A    Yes.  And it's necessary to identify the

9    specific polymer to my knowledge.

10      Q    And earlier you indicated that in a

11   manufacturing specification you would have more detail,

12   for instance, than just the phrase hydrogenated styrene

13   isoprene/butadiene block copolymer; what is the reason

14   for that?  Why would you need more?

15      A    In order to be able to make a product that

16   is -- that is -- performs adequately.

17      Q    What would happen to your business, for

18   instance, if you used a hydrogenated styrene

19   isoprene/butadiene block copolymer that was of the

20   family that you said would fall within Ohio Willow

21   Wood's definition but not yours?

22      A    In some European countries we have a warranty

23   of two years and so we would have to replace a lot of

24   liners.

25      Q    And that's because the physical

1    characteristics of the polymer would be different?

2          A    Yes.  Yes.

3          Q    And the gel would be less durable?

4          A    Yes.

5          Q    Would there be any other physical

6    manifestations that you can think of?

7          A    Yeah.  You can -- well, all the tensile,

8    elongation, tear, all the mechanical properties would

9    be different.

10         Q    And that would be obvious to one of ordinary

11   skill in the art in trying to take Mr. Chen's invention

12   and reduce it to practice?

13         A    With the new definition or the old

14   definition?

15         Q    With the definition that you believe is the

16   appropriate definition.

17         A    Yes.

18              MR. CHRISTALDI:  Your Honor, I think that's

19         all the questions we have for the witness.

20              THE COURT:  Mr. Standley, would now be a

21         convenient time to break for lunch or how much

22         inquiry do you have?

23              MR. STANDLEY:  Your Honor, I was noticing

24         that going on noon, I could wrap it up by 12:30,

25         I'm sure.

1          THE COURT:  No.  Why don't we take our noon

2     recess.  Let's be back here at 1:00.

3          (Luncheon recess was taken from 12:00 p.m. to

4     1:00 p.m. after which the following proceedings were

5     had:)

6          THE COURT:  Please be seated.  You want to

7     bring Mr. Christaldi in?

8          MS. RICHTER:  I'm going to go see if they're

9     out there.

10          THE COURT:  Yes.  Please.

11          MR. CHRISTALDI:  I apologize, Your Honor.

12          THE COURT:  All right.  You ready to begin?

13          MR. CHRISTALDI:  We are, Your Honor.

14          THE COURT:  Okay.

15          MR. CHRISTALDI:  Your Honor, would you like

16     the witness to retake the stand?

17          THE COURT:  Please.  Dr. Laghi?

18          And, Mr. Christaldi, you had finished, I

19     believe.

20          Mr. Standley?

21          MR. STANDLEY:  Thank you, Your Honor.

22                    CROSS-EXAMINATION

23     BY MR. STANDLEY:

24     Q   Dr. Laghi, I'd like to begin with respect to

25     your company's definition, Alps' definition of one of

1    ordinary skill in the art of this case.  Are you

2    familiar with what that definition is?

3         A    Yes.

4         Q    I believe it's one who has experience in

5    polymer chemistry; is that your understanding of what

6    Alps' definition is?

7              MR. CHRISTALDI:  Objection, Your Honor.  What

8         is one of ordinary skill in the art is a

9         conclusion of law based on the particular.

10             THE COURT:  Well, I agree.

11        Q    (By Mr. Standley)  So, I'm asking you,

12   Dr. Laghi, do you have an understanding of what a

13   person of ordinary skill in the art of --

14             THE COURT:  Ordinarily, gentlemen, that is

15        one that's stipulated to by the parties in most

16        cases.  Is there some dispute in this case as to

17        what someone skilled in the art would be?

18             MR. STANDLEY:  There is, Your Honor.

19             THE COURT:  And why is that?  Why can't you

20        arrive at some stipulation with respect to that?

21             MR. STANDLEY:  Alps, as I understand it, is

22        asserting that one of ordinary skill in the art in

23        the context of this case is a person who has

24        experience in polymer chemistry.  Our definition

25        is actually much more involved than that.  It

1          goes, Your Honor, to the context of someone

2          reading Mr. Chen's patent and how they would

3          interpret it.

4              THE COURT:  I understand that.

5              MR. STANDLEY:  And the Court herein at the

6          CAFC level has to find out what are the

7          qualifications of that person so we know who it

8          is.  And my questions to Dr. Laghi deal with

9          his -- I want to get into his particular

10         experience.  I'm not challenging whether he's

11         someone of at least ordinary skill in the art.  I

12         believe he's beyond that.  And his interpretation

13         of the Chen patents will be different than someone

14         of lesser experience.  And I believe it's crucial,

15         Your Honor, as to what someone would read what

16         Mr. -- or Dr. Laghi has testified prior to lunch

17         about how he interprets things in the Chen

18         patents.  He's also told us in prior -- at least

19         one prior deposition that he has vast experience

20         in this technology.  And I believe he does.

21             THE COURT:  Well, I'll hear some limited

22         testimony with respect to this.  But identifying

23         someone who is particularly skilled in the art of

24         -- skilled in the art is a little bit like nailing

25         Jello to the wall.  It's going to mean different

1          things to different people.  And the precision

2          that you are seeking in this case as to whether

3          it's a Ph.D. or somebody with a masters or

4          somebody with 20 years polymer experience or five

5          years is -- I'm not sure that the term as

6          expressed in the legal landscape is as precise as

7          you are saying or advancing.

8              MR. STANDLEY:  I understand.  Just so --

9              THE COURT:  I would assume that the legal

10          landscape recognizes perhaps a range.

11              MR. STANDLEY:  It can.  But one thing is

12          certain, Your Honor, when you make your Markman

13          order, the parties are supposed to advise you of

14          what they think that definition is and it will

15          play an intricate part going forward.

16              THE COURT:  Go ahead and continue.

17              MR. STANDLEY:  Thank you.

18              THE COURT:  Mr. Christaldi?

19              MR. CHRISTALDI:  I'm not sure that I

20          understand yet, but I thought we had stipulated

21          when we put Dr. Laghi on that he was --

22              THE COURT:  Well, I think that Mr. Standley

23          wants to show that he's more skilled in the art

24          than the run of the mill person skilled in the

25          art, so let's just go ahead and proceed and I'll

1        consider the argument as I deem appropriate.

2        Q    (By Mr. Standley)  Dr. Laghi, you do have a

3   Ph.D degree; is that correct?

4        A    Chemical engineering.

5        Q    And that was -- you have a Ph.D. in that?

6        A    Yes.

7        Q    Okay.  You've had -- I believe I heard you

8   testify this morning you've had -- if my quick addition

9   is right, you have at least 15 years of experience in

10  working with gels?

11       A    Yeah.  Yes.  Yes.  More than that because I

12  had gels when I was with General Electric.  Different

13  type of gels, but still gels.

14       Q    Do you recall telling us in a prior

15  deposition in a related case that you believe you're

16  one of far beyond the person of ordinary skill in the

17  art?

18       A    I don't think I ever used those words.

19       Q    Anything quite like that; do you recall?

20       A    I don't recall really.  You know, I honestly

21  don't recall.

22            MR. STANDLEY:  Your Honor, that's all we had

23       on that particular topic.  I just want to

24       establish that this witness has a lot of

25       experience and would interpret these patents

1      perhaps in a way more --

2           THE COURT:  Well, you can save that for

3      argument.

4           MR. STANDLEY:  -- advanced.

5           THE COURT:  Okay.

6      Q    (By Mr. Standley)  Okay.  I'd like to have

7  you look at your book there in front of you.  It's the

8  book that Mr. Christaldi handed you.  It's Volume 1 of

9  2.  In the '109 patent is where I'm looking.  Column 6,

10 Line 50, Mr. Christaldi took you there this morning.

11 It's the paragraph that deals with the plasticizers.

12      A    Yes, sir.

13      Q    Okay.  You have that?

14      A    Yes, I do.

15      Q    I need to know if you have actually worked --

16 I'm talking about you personally have actually worked

17 with rubber processing oils?

18      A    Yes.

19      Q    Have you actually worked with paraffinic

20 petroleum oil?

21      A    Yes.

22      Q    Have you actually done work with naphthenic

23 petroleum oil?

24      A    No.

25      Q    Have you actually done work with highly

1    refined aromatic-free paraffinic food and technical

2    grade white petroleum mineral oil?

3         A    Yes.

4         Q    You've actually done work with highly refined

5    aromatic-free naphthenic food and technical grade white

6    petroleum mineral oil?

7         A    Not the naphthenic that I can recall.

8         Q    Have you ever done work with a synthetic

9    liquid oligomer of polybutene?

10        A    I might have in the past.  But I -- I don't

11   recall.

12        Q    Have you ever done work with a synthetic

13   liquid oligomer of polypropene?

14        A    Synthetic liquid oligomers of polypropene?  I

15   don't think so.

16        Q    Have you ever done any work with synthetic

17   liquid oligomers of polyterpene?

18        A    I don't think so.  No.

19        Q    Okay.  My reason for asking you those

20   questions is you testified this morning that these

21   plasticizers listed in the patent that we just read,

22   the '109 patent, are all aromatic-free; was that -- did

23   I hear that correctly?

24        A    I think I said they are nonaromatic.  In

25   other words, you can have an oil that is inherently

1    paraffinic or polyphyletic or it can be aromatic with

2    benzene ringers.  And those are normally not called

3    oil, but called solvents.  I think I testified and I --

4    that's what I meant, that none of these oils are

5    aromatic.

6            THE COURT:  Is there a standard in the

7        industry, either by some trade group or

8        professional group that -- or trade journal that

9        defines aromatic versus nonaromatic and classifies

10       each according to a particular grade?

11           THE WITNESS:  Yes.  By all means.  In fact, I

12       personally don't know of any aromatic plasticizing

13       oils because the aromatic normally -- well,

14       actually, I do know one.  Aromatic normally

15       dissolve plastics, rubbers.  And so plasticizing

16       oils normally are not aromatic.

17       Q    (By Mr. Standley)  Instead of me torturing

18   the court reporter today with repeating all those

19   technical names, I'll try to avoid doing that and I'll

20   ask you this question:  How much aromatic content does

21   each one of these oils we just talked about have?

22       A    If they're pure, none.

23       Q    Zero?

24       A    Zero.

25       Q    Okay.  Now I want to go to the phrase that's

1   used in the claims of the '109 patent, substantially

2   aromatic-free, and ask you -- and I heard your answers

3   this morning.  So I know you've already taken a shot at

4   this, but I'm not sure I'm clear.  Exactly what does

5   that phrase mean substantially aromatic-free?

6       A    It means different things to different

7   people.  Depending on the application.  As I indicated

8   this morning, all of these products or most of these

9   products, at least the most common, are a product of

10  the fractionation of petroleum oils.  So, depending on

11  how finely you distill those fractions, you can get a

12  lesser and less aromatic content.

13          So, in -- the less aromatic normally the

14  higher the cost.  So, if you want to reagent grade

15  aromatic-free the, say, paraffinic oil, you're going to

16  pay probably $200 per hundred grams.  But for most

17  chemical applications you can get away with a few parts

18  per million.  And then it costs a lot less or for some

19  other applications you can have one percent aromatic,

20  it won't make any difference.  In this case -- that's

21  my answer.

22      Q    Okay.  So -- I'm sorry.  I'm still confused.

23  I thought my earlier question you said that all of

24  these plasticizers listed in the '109 patent had zero

25  aromatic content?

1     A    If they're pure.

2     Q    Okay.  Can you tell from the patent, the '109

3 patent, are these considered pure, the ones listed

4 here?

5     A    Okay.  I guess I have to explain this.  An

6 aromatic solvent or aromatic oil is an oil that has a

7 benzene ring.  A paraffinic oil does not have a benzene

8 ring.  So a paraffinic oil, if it's pure is not

9 aromatic, doesn't have any aromatic content.  It's like

10 you're comparing a truck and a car.  They are two

11 different things.

12     Q    So the benzene ring is what determines

13 whether it's aromatic or aromatic-free?

14     A    Whether it's aromatic or nonaromatic.  It's

15 like -- you can't -- let me explain in different words.

16 Let's say you have water and gasoline.  The water can

17 be gasoline-free, but it's still water.  Now you can

18 add water that is contaminated with gasoline.  So

19 that's what we are talking about.  Aromatic-free means

20 water without gasoline.

21     Q    Okay.  So I think I'm following you now.  Are

22 you saying that your understanding of Mr. Chen's

23 patent -- patents, when he says aromatic-free, you

24 believe that he means all of his plasticizers have zero

25 aromatic content, they're pure?

1        A    No, I do not -- I don't read it that way.

2    What I'm saying is that if you take a paraffinic oil, a

3    paraffinic oil has no benzene ring, it's not aromatic.

4    The confusion, I think, comes from the fact that they

5    all come out of the same petroleum oil.  So you always

6    have a little bit of aromatics because the petroleum

7    oil has got both, paraffinic and aromatic.  So as you

8    distill it, you reduce the amount of aromatic, but you

9    never go to zero unless you go to a reagent grade.  So

10   substantially free, that substantially means low enough

11   for your application we are paying a premium.

12        THE COURT:  Dr. Laghi, let me interrupt you

13        for a moment.  This line of questioning is

14        somewhat confusing me.  If you would please go to

15        the '109 patent and the language that we are

16        currently speaking about in Column 6 beginning

17        with Line 50.

18        THE WITNESS:  Yes.

19        THE COURT:  And specifically what would be

20        the following language.

21        THE WITNESS:  Yes.

22        THE COURT:  They include rubber processing

23        oils such as.

24        THE WITNESS:  Right.

25        THE COURT:  And by that language, I'm reading

1           this, and correct me if I'm wrong, that someone

2           practiced in the art would read this as an example

3           of the following:  Paraffinic and naphthenic

4           petroleum oils.  So those are two types of

5           plasticizers.

6               THE WITNESS:  Exactly.

7               THE COURT:  All right.  The next group would

8           be highly refined aromatic-free paraffinic and

9           naphthenic food and technical grade white

10          petroleum mineral oils.

11              Now I understand that the base for the first

12          category would be petroleum oils and the base for

13          the second category would be mineral oils.  Aside

14          from the source of the naphthenic and paraffinic

15          plasticizers, be it petroleum-based or be it

16          mineral-based, is the inclusion of the word

17          aromatic-free in the technical grade white

18          petroleum mineral oils mean that there are also

19          for that source, mineral oils, aromatic mineral

20          oils associated with paraffinic and naphthenic

21          mineral oils; do you understand my question?

22              THE WITNESS:  Yes.  I understand the

23          question.  And I agree with you a hundred percent.

24          A rubber processing oils such as these two.

25          Rubber processing oils such as the next group

1          which is mineral oils.  And by the way, mineral

2          oils come out of petroleum oil as well.  Then you

3          go to a class which is synthetic liquid --

4                THE COURT:  Well, I want to stick on the

5          first two.

6                THE WITNESS:  Sure.

7                THE COURT:  Okay.  Because in the second

8          grouping where there is the inclusion of the

9          phrase, aromatic-free --

10                THE WITNESS:  Right.

11                THE COURT:  -- and it's not included in the

12          first --

13                THE WITNESS:  Right.

14                THE COURT:  -- phrase dealing with petroleum

15          oils.

16                THE WITNESS:  Right.

17                THE COURT:  But it's the same

18          descriptive-type rubber processing oil --

19                THE WITNESS:  Right.

20                THE COURT:  -- but with a different source.

21          Does that mean that in the first one there are

22          both aromatic and nonaromatic or only in the

23          second aromatic and nonaromatic?

24                THE WITNESS:  I think that aromatic-free is a

25          reinforcement of highly refined.  But --

1              THE COURT:  Let me put it a different way.

2       Why would there be the necessity of the inclusion

3       of the term aromatic-free when dealing with

4       paraffinic and naphthenic food and technical grade

5       white petroleum and mineral oils?  What does that

6       phrase add, aromatic-free, if all the oils that

7       you've spoken about here are aromatic-free to

8       begin with?

9              THE WITNESS:  Oh, I did not say they're

10      aromatic-free.  They're nonaromatic.  It's like

11      these are all waters, no gasoline.  But because

12      they all come out of the petroleum oil, they

13      always have a residual amount of aromatic, all of

14      them, except the synthetics.

15             THE COURT:  So, what does the inclusion of

16      aromatic-free add or detract from the claim?

17             THE WITNESS:  From the standpoint of

18      functionality, I don't think it detracts at

19      anything.  I think it has to do with the fact that

20      in the industry there are two class of oils.  One

21      that is for USP and FDA, which are called -- in

22      the old Y-Petroleum mineral oils and then there is

23      a group that is not USP and FDA.  So I think he --

24      Dr. Chen here wanted to be overzealous and make

25      sure this is, I'm talking about the industrial

1          grade and the USP and FDA grade, but they're the

2          same thing, pretty much.

3               THE COURT:  USP means what?

4               THE WITNESS:  Oh, U.S. Pharmacopeia,

5          pharmaceutical grade.

6               THE COURT:  So, again, define for me why

7          would it be, not that Dr. Chen's intent is an

8          issue in this case, because it's not an issue in

9          this case, to the objective reader who is skilled

10         in the art, what would the term aromatic-free

11         include?  What would it mean?

12              (The following page has been designated

13    confidential by stipulation of parties and has been

14    sealed, as requested.)

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1          THE COURT:  So, to go back, the first phrase

 2     paraffinic and naphthenic petroleum oils, you're

 3     saying that one skilled in the art would know --

 4          THE WITNESS:  They're not aromatic.

 5          THE COURT:  -- would conclude that they're

 6     not aromatic?

 7          THE WITNESS:  Absolutely.  But they may have

 8     a small amount of aromatic content.

 9          THE COURT:  And would one conclude from

10     reading highly refined aromatic-free paraffinic

11     and naphthenic food and technical grade white

12     petroleum mineral oils that there would be a

13     subset of paraffinic and naphthenic food and

14     technical grade white petroleum mineral oils that

15     would be unsuitable for this process as opposed to

16     the non -- the aromatic-free which would be

17     suitable for this process; do you understand my

18     question?

19          THE WITNESS:  Yes.  I understand your

20     question.  All of the -- all of these oils,

21     whether they are aromatic-free or not, are

22     suitable for the process as long as the aromatic

23     level is below a certain level, so --

24          MR. STANDLEY:  Your Honor, if I may.

25     Q    (By Mr. Standley)  What is that certain
```

1    level?  That's what I'm trying to figure out.

2         A    Oh, as I explained this morning, for each

3    application you have to establish it.  And in this

4    case, a practical answer is that all the technical as

5    well as FDA and USP grades of white oil are perfectly

6    suitable, but practically the level of aromatics that

7    can be accepted in the plasticized oil is the level of

8    which there is no loss of mechanical properties of the

9    final product.  That means that, at their level, the

10   amount of aromatic is not enough to dissolve enough of

11   the glassy domains of the polystyrene.  So the -- in

12   practice, the vast majority of these plasticizing oils

13   that are nonaromatic, like all of these here, are

14   perfectly suitable for this application.

15        Q    Does one need to run experiments in the

16   laboratory to figure out if you're harming the

17   mechanical properties you referred to which you said

18   you don't want to harm?

19        A    You don't need to run experiments in the lab

20   because all these plasticizing oils have sales

21   specifications that tell you the level of aromatics

22   that is inside the oil.  So you'll know right away that

23   the level of aromatic is so low that you don't even

24   have to worry about it.

25        Q    This morning I heard you mention parts per

1    million?

2        A    In some applications you may want parts per

3    million, yeah.

4        Q    And when you say parts per million, are you

5    talking like 10 parts per million or 5 parts per

6    million?

7        A    It depends on the application, yeah.  It

8    depends actually on the regulations because, for

9    example, if you're making baby bottle nipples, the

10   level of aromatic allowed is very different from the

11   two being used for Foley Catheters.

12            (The following page has been designated

13   confidential by stipulation of parties and has been

14   sealed, as requested.)

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        Q    Mineral oil?

2        A    Yes.

3        Q    And aromatic-free would you say?

4        A    Substantially aromatic-free.  There is some

5   aromatics for sure.

6        Q    Do you know how much aromatics?

7        A    I would have to look at the sale specs or

8   call the vendor to find out.  But I didn't ever test it

9   because I knew that the level of aromatics in these

10  plasticizing oils, all of the plasticizing oils that

11  are nonaromatic, which are a vast majority, have such a

12  low level that it's not an issue.

13       Q    I'd like to turn your attention to that big

14  book, the thick book that you have there in front of

15  you, I guess, Volume 2 of 2 is what we're calling it.

16  And -- yes.  Volume 2 of 2.  And very early in that big

17  book -- the big book is the '109 patent as it issued

18  and then you have several pages of the '109 application

19  as it was originally filed, comes right behind the

20  patent, so the issued patent.

21            And then continuing on, there's a couple of

22  submittals that Mr. Chen made.  And then we get over to

23  his first preliminary amendment.  I wish I could tell

24  you as quickly how to get there, but you have to scan

25  through the pages and --

1          MR. STANDLEY:  Your Honor, may I help the

2      witness?

3          THE COURT:  You may.

4          THE WITNESS:  Did I go too far?

5          MR. STANDLEY:  No.

6          THE WITNESS:  Yeah.  I didn't think so.

7          Oh, thank you.

8      Q    (By Mr. Standley)  I've directed you,

9   Dr. Laghi, to the preliminary amendment, which was

10   signed by John Chen, submitted to the United States

11   Patent Office appears to be -- to have been mailed on

12   September 26th, 1996.  I'm looking at the date in the

13   bottom left corner.  And this is with respect to

14   Application Serial No. 08/612586, which later matured

15   into the '109 patent; is that your understanding?

16      A    Yes.

17      Q    Okay.  So you can see in this preliminary

18   amendment that Mr. Chen makes an addition or some

19   changes to his application.  You can see on the first

20   page, he's --

21          THE COURT:  Mr. Standley, let me ask you a

22      favor.  Show Dr. Laghi where it is and how about

23      the trier of fact where it is as well.

24          MR. STANDLEY:  Here you go.

25          THE COURT:  Thank you.

1      Q    (By Mr. Standley)  Okay.  Dr. Laghi, you see

2    the preliminary amendment you see on the first page,

3    this is just a two-page document.  On the first page

4    Mr. Chen makes changes to his specification by deleting

5    the words S-E-P-S polymer, sometimes called a SEPS

6    polymer, and inserting S-E-E-P-S, sometimes called a

7    SEEPS.  He does this in several places, adds a few more

8    words.

9           I'd like for you to turn the page.  Page 2,

10   where he explains to the Patent Office what he was

11   doing.  And he says at the top, and I quote, "The

12   amendment to the specification corrects transcription

13   errors where Kuraray's 4055 block copolymer should be

14   SEEPS instead of SEPS;" do you see that?

15        A    I do.  I do.

16        Q    Do you agree with Mr. Chen that a change --

17   well, let me ask it this way, do you believe SEEPS and

18   SEPS are the same thing?

19        A    It depends on what you call SEEPS and what

20   you call SEPS.  If for SEEPS you call a

21   poly(styrene-ethylene-ethylene-propylene-styrene) that

22   has crystalline structures; in other words, ethylene

23   chains, very long to find each other and therefore it

24   increase the strength, yes.  And if you call SEPS just

25   any kind of poly(styrene-ethylene-propylene-styrene),

1    it depends on what you call them.  From the chemical

2    standpoint it doesn't mean much.  You have to tell me

3    what you mean by the SEPS and the SEEPS.

4         Q    Well, I'm asking you, one of ordinary skill

5    in the art what -- and you've read Mr. Chen's patent

6    and this -- presumably this file history, but what is

7    your understanding of what Mr. Chen meant?  Did

8    Mr. Chen mean that SEEPS and SEPS are the same thing?

9         A    Well, you'd have to ask him.  One thing that

10   I know is that the terminology of SEEPS was introduced

11   later on in the industry.  I am not sure at what time

12   of the development, but for a -- I understand, but I'm

13   not certain, but what I understand is that SEPS was the

14   accepted nomenclature for any kind of ethylene

15   propylene and that some point in time was -- they

16   changed the names, but without any rhyme or reason.

17   And now they got to a point where SEEPS is

18   styrene-ethylene-ethylene-propylene and SEPS is

19   styrene-ethylene-propylene-styrene.  So, if SEEPS stems

20   from -- is intended as a hydrogenated

21   isoprene/butadiene, it would be a different product

22   from SEPS if SEPS is a hydrogenated isoprene.

23        Q    Okay.  So we have two possibilities if I

24   understood your answer correctly.  We have the

25   possibility that SEEPS and SEPS are the same and we

1    have the possibility that SEEPS and SEPS are different?

2        A    It depends on what you call what and at what

3    time during the development that nomenclature SEEPS was

4    introduced.

5        Q    Okay.  And you can't tell from reading the

6    patent whether Mr. Chen felt they were the same or not

7    at that time?

8        A    I even ask myself the question really when

9    reading the patent but, no, I can't.  Right now I

10   can't.

11       Q    Is there anywhere in the originally filed

12   patent application, which I saw you go toward the book

13   and you are correct to do so -- no.  No.  No.  The big

14   book.  You started to go back toward the beginning of

15   the book and you're correct in doing so because back

16   there lies the originally filed application that

17   Mr. Chen filed with the Patent Office.  And I wanted to

18   know if you could tell me if there was anything in that

19   originally filed application which would tell us that

20   he intended SEEPS all along?

21       A    You're talking about this part, right?

22       Q    Yes, sir.  Yes, sir.

23       A    I haven't even read that.

24       Q    Why don't you take a moment and --

25            THE COURT:  What's the difference between

1        what Mr. Chen decided or intended?  What relevancy

2        does that have?

3            MR. STANDLEY:  Your Honor, he either added

4        new matter or he didn't.  If he added new matter

5        the patent is invalid.

6            THE COURT:  For purposes of today's hearing,

7        what is the relevancy of this line of inquiry?

8            MR. STANDLEY:  We --

9            THE COURT:  Unless you're talking about the

10       prosecution history and what's included and

11       what's -- you know, what's taken out.  He has to

12       narrow the --

13           MR. STANDLEY:  Your Honor, my understanding

14       is that the definition that Alps is asserting here

15       today at this Markman Hearing includes for

16       hydrogenated styrene isoprene/butadiene block

17       copolymer.  My understanding is, their definition

18       includes SEEPS.  And we need to know if SEEPS was

19       in the originally filed application or was it

20       added later as new matter.  Because if SEEPS was

21       added later as new matter it's improper for it to

22       be put in that definition.

23           MR. CHRISTALDI:  Your Honor, I'm going to

24       object to the line of questioning to the extent

25       that Dr. Laghi was asked as one of ordinary skill

1          in the art how he would read the patent.  He's

2          just testified that he hasn't read --

3          THE COURT:  I'm going to sustain the

4     objection.

5          MR. CHRISTALDI:  Thank you, Your Honor.

6     Q    (By Mr. Standley)  Dr. Laghi, I'd like for

7     you to turn to the book to your right which has the

8     '109 patent.  And my question for you there is dealing

9     with Claim No. 1 toward the end of the '109 patent.  It

10    would be Column 17.

11         A    Yes.

12         Q    You see that?  And then keep your finger

13    there and look across the page to Column 19, Claim 5.

14         A    Yes.  I see it.

15         Q    Okay.  My question is, if Mr. Chen meant

16    SEEPS in Claim 1, element single (i), why did he put

17    that as a dependent claim over in Claim 5?

18         MR. CHRISTALDI:  Objection, Your Honor, it

19         assumes facts into evidence about what Mr. Chen

20         intended with respect to that particular subpart.

21         There are three subparts to Claim 1, not just one.

22         THE COURT:  Sustained.

23         MR. CHRISTALDI:  Thank you, Your Honor.

24         Q    (By Mr. Standley)  Let me ask it this way,

25    Dr. Laghi, looking at Claim 5, do you see where it has

1      SEEPS,

2      poly(styrene-ethylene-ethylene-propylene-styrene)?

3           A     I do.

4           Q     Okay.  Do you see SEEPS anywhere in Claim No.

5      1?

6           A     I don't see it, but let me double check.  I

7      don't want to say something wrong.  But I don't see it.

8      No, I do not.

9           Q     Okay.  Alps is proposing at this Markman

10     Hearing a definition for hydrogenated styrene

11     isoprene/butadiene block copolymer.  As part of that

12     definition Alps is asserting that SEEPS forms a part of

13     that definition.

14          A     We do.

15          Q     Can you -- I'm confused because you just told

16     me you don't see SEEPS in Claim No. 1.  You do see it

17     in Claim No. 5.  I'm asking you, why then is SEEPS in

18     your definition if it isn't in Claim 1?

19          A     Well, first of all, Claim No. 5 calls it a --

20     I'm not in Chen's head, but in Claim No. 5 he calls it

21     hydrogenated styrene block rather than

22     isoprene/butadiene.  And then he may refer to Claim No.

23     1, triple (i), which doesn't have any SEEPS.  So I

24     don't see the -- your point.

25          Q     My point is -- my question is Alps is

1    defining hydrogenated styrene isoprene/butadiene block

2    copolymer as meaning SEEPS.  And can you explain that

3    why that is in your definition?

4         A    Well, okay.  If you read No. 5.

5              MR. CHRISTALDI:  Your Honor --

6              THE COURT:  Just a second.  Do you have an

7         objection?

8              MR. CHRISTALDI:  That's asked and answered.

9         He's testified for over an hour as to why he

10        believes it's in the specification and read it for

11        the claim.  Mr. Standley is asking essentially for

12        a conclusion of law as to how Claim 5 might be.

13        As Mr. Stonebrook said -- I'm sorry -- as

14        Mr. Speed said earlier, invalid based on a reading

15        of those two things together.  It's --

16             THE COURT:  I'll sustain the objection.

17             MR. CHRISTALDI:  Thank you, Your Honor.

18        Q    (By Mr. Speed)  Dr. Laghi, is it your

19   testimony here today that a hydrogenated SIB is a

20   SEEPS?

21        A    Hydrogenated what?  S-I-B-S?

22        Q    S-I-B, styrene isoprene/butadiene, SIB.  Is a

23   hydrogenated SIB a SEEPS?

24        A    You probably mean hydrogenated SIBS.

25        Q    Well, why don't you answer both questions.

1    Is a hydrogenated SIB a SEEPS?

2        A    When you say SIB, you mean a diblock, not a

3    triblock.  There is no styrene at the end.  When you

4    say SIBS, you mean a triblock, styrene

5    isoprene/butadiene styrene.

6        Q    I'm going to ask you both questions.  First

7    one is, is a hydrogenated SIB, S-I-B, a SEEPS?

8        A    No.

9        Q    Is a hydrogenated SIBS, S-I-B-S, a SEEPS?

10       A    Could be.

11       Q    It could be?

12       A    Depending on the reactors, the feed stock,

13   the temperature, the time, the catalyst.

14       Q    Let me ask you this question --

15            MR. STANDLEY:  I just have a couple more

16       questions, Your Honor.

17       Q    (By Mr. Standley)  Yesterday -- you were here

18   yesterday, right?

19       A    Yes, sir, I was.

20       Q    And you saw the tutorial?

21       A    Yes, I did.

22       Q    Ohio Willow Wood put up on the screen at --

23   toward the end of their presentation, a colorful slide

24   that showed this big ball, as I recall it, and I think

25   they labeled it SEB/EPS, S-E-B/E-P-S.  And then they

1    put this different color ball inside the big ball and

2    called it SEEPS, S-E-E-P-S.  Did you agree or disagree

3    with that characterization of SEEPS with respect to

4    SEB/EPS?

5         MR. CHRISTALDI:  Your Honor, I'm sorry to

6         keep standing here, but, objection.  He's asking

7         him to respond to something that was --

8         THE COURT:  Repeat the question, please.

9    Q    (By Mr. Standley)  Do you believe SEEPS is a

10   type of SEB/EPS, said more simply than I just said it a

11   minute ago?

12        MR. CHRISTALDI:  I'll withdraw the objection,

13        Your Honor.  That's a different question.

14        THE WITNESS:  I think we went through this

15        several times today.  It's -- SEEPS is a polymer

16        that SEEPS itself, if we want to -- if we for

17        SEEPS intend

18        poly(styrene--ethylene-ethylene-propylene-

19        polystyrene), it's a polymer that has one block,

20        glassy block of styrene, has ethylene and ethylene

21        propylene styrene.  That's all it is.  So it comes

22        out of a reaction -- actually, it comes out of two

23        reactors.  The first reactor is a polymerization

24        reactor where you put feed stock that is styrene

25        and butadiene and -- well -- and, actually, a step

1    back.  I said something wrong.

2         It's a product of two reactions.  The first

3    reaction is a polymerization reaction.  The second

4    reaction is a hydrogenation reaction.  So, when

5    you do the polymerization of isoprene and

6    butadiene, even if you use 1,3 -- and I hate Your

7    Honor to have to go through this, but I'd rather

8    not to, but when you polymerize 1,3-butadiene you

9    get some 1,2-polybutadiene and 1,4-polybutadiene

10   no matter what you do.  So, if you either separate

11   the two, distill it or separate it somehow or

12   force the production of mostly 1,4-butadiene,

13   you're going to have a lot of SEEPS when you

14   hydrogenate that mixture and a very small amount

15   of SEPS -- I'm sorry -- S-E-P-E-B-S.  So the big

16   disk and the small disk could be the other way

17   around.  You could have a lot more SEEPS than SEBS

18   or you can have SEB/EPS, S-E-B-E-P-S or you could

19   have a lot more SEBPS than SEEPS.  Did I answer

20   your question?

21        MR. STANDLEY:  Thank you.

22        THE WITNESS:  All right.  You're welcome.

23   Q    (By Mr. Standley)  Is 1,3-butadiene another

24   way of naming butadiene?

25   A    Normally that's isoprene.

1      Q   Okay.

2      A   I'm sorry.  I thought you meant 2-methyl.

3  Say it again, please.

4      Q   1,3-butadiene, is that another name for

5  butadiene?

6      A   It's one of the isomers of butadiene.  I was

7  wrong in my first answer.

8      Q   Is 2-methyl-1,3-butadiene another way of

9  naming -- excuse me -- another name for isoprene?

10     A   Correct.

11     Q   Okay.  Finally, earlier today you testified

12  that in 1993 you made a silicone liner?

13     A   Yes.

14     Q   And I believe I also heard you testify that

15  it's your understanding that Ohio Willow Wood did not

16  come out with their gel liner until 1996?

17     A   Correct.

18     Q   Okay.  Silicone and gel liners are different

19  things, aren't they?

20     A   Well, they're liners.

21     Q   Alps, your company, sales a silicone liner;

22  does it not?

23     A   Yes.

24     Q   Your company also sells another product they

25  call a gel liner; does it not?

1       A    Yes.

2       Q    Okay.  Please tell the Court the comparative

3    sales of gel liners to silicone liners today at Alps.

4            MR. CHRISTALDI:  Objection, Your Honor.

5            Relevance.  This is a Markman Hearing to construe

6            these two claims.

7            THE COURT:  Well, I think the issue is

8            improper in form and that is -- first of all, is

9            there any relevancy whatsoever to a gel liner or a

10           silicone liner in this proceeding?

11           MR. STANDLEY:  Yes.  And --

12           THE COURT:  What's the relevance?

13           MR. STANDLEY:  Well, Your Honor, a point was

14           made of it when Dr. Laghi got up to testify.  And

15           I believe we have the right to refute the point.

16           The record, in my mind, was left with the

17           understanding that Dr. Laghi invented liners in

18           1993 and Ohio Willow Wood came along in 1996

19           thereafter.  What I'm trying to establish with him

20           is that they're totally different products.

21           THE COURT:  You're free to establish that

22           through testimony from your people to refute that.

23           I mean, I heard --

24           MR. STANDLEY:  And we can do that, Your

25           Honor.  I'm just trying to cross-examine what the

1          witness testified to earlier today.

2               THE COURT:  Let's move on.

3               MR. STANDLEY:  That was -- it's my final

4          question, Your Honor.  I'd just like for Dr. Laghi

5          to tell you relatively speaking how many silicone

6          liners do you sell compared to gel liners today.

7               THE COURT:  Is there a difference between a

8          gel liner and a silicone liner?

9               THE WITNESS:  In our product line there is

10         because we chose to do so.  But there are

11         producers, very large producers, of silicone

12         liners that only make silicone liners and the

13         prothesis wouldn't be able to tell you the

14         difference one from the other.

15              In fact, they call our liners a -- even our

16         gel liners many prothesis call them silicone

17         liners.

18              THE COURT:  Let's move on.  Are you through

19         with this witness then?

20              MR. STANDLEY:  I'm through, Your Honor.

21              THE COURT:  Any redirect?

22              MR. CHRISTALDI:  Just a few, Your Honor.

23         And, Your Honor, for the record, one of the

24         questions that Mr. Standley asked was --

25              THE COURT:  I don't need any -- just, if you

1      have a question, ask a question.

2           (The following page has been designated

3      confidential by stipulation of parties and has been

4      sealed, as requested.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

136

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1           THE COURT:  Okay.

2           MR. CHRISTALDI:  Thank you, Your Honor.

3           THE COURT:  Let's do it this way:  At our

4      break, advise the court reporter with sufficient

5      detail so that she can note it in her notes; okay?

6           MR. CHRISTALDI:  Yes, Your Honor.

7                    REDIRECT EXAMINATION

8   BY MR. CHRISTALDI:

9      Q    Dr. Laghi, would you please turn to

10  Plaintiff's Exhibit 2, which is the '109 patent.

11     A    Yes.

12     Q    And would you please turn to Column 6,

13  starting at Line 50 to Line 60.  Now Mr. Speed and the

14  Court asked you a few questions about this particular

15  paragraph.

16     A    Yes.

17     Q    I just wanted to get some clarity on one

18  point.  One of the questions the Court asked you was

19  why the phrase aromatic-free was used with the highly

20  refined paraffinic and naphthenic food and technical

21  grade white petroleum mineral oils and I think what you

22  said was that in that industry, such as baby oils, the

23  fact that it's aromatic-free and without -- I'm not --

24  let me ask you to re-explain that answer because I

25  don't want to lead you on that.  But would you please

1    explain why aromatic-free is used in that class of oils

2    as opposed to other classes of oils?

3        A    Yeah.   These oils are called white mineral

4    oils.   And they can be USP class or technical grade and

5    can be food grade.   So, from the standpoint of physical

6    and chemical characteristics there's probably not any

7    difference.   It's mostly regulatory difference.

8            In other words, for those white oils that are

9    used for baby oil or for shampoos or for skin contact,

10   you need to have a grade that is either USP or FDA, but

11   only for regulatory reasons because the sales

12   specifications are exactly the same.

13       Q    So it would be more common in food or medical

14   applications to specifically list out aromatic-free

15   than it would in other applications?

16       A    Exactly.

17       Q    Thank you, Dr. Laghi.   Would you please turn

18   now to Claim 1 which I believe appears in Column 17 of

19   the '109 patent, which is Plaintiff's Exhibit 2.

20   Dr. Laghi, you might recall Mr. Standley asked you a

21   question as to whether you saw a SEEPS polymer listed

22   in Claim 1 and I believe your answer was no.   Were you

23   referring to the words

24   poly(styrene-ethylene-ethylene-propylene-styrene)?

25       A    Exactly.

1        Q    Or the acronym SEEPS, S-E-E-P-S?

2        A    Exactly.

3        Q    To be clear, under Subpart 1, which is in

4    line -- starts on Line 42, and specifically on line --

5    I believe, 43, is the phrase that's at issue here,

6    hydrogenated styrene isoprene/butadiene block

7    copolymer.

8        A    Yes.

9        Q    Is it your testimony that you understand that

10   phrase to be in part as it's been proposed to be

11   defined by Alps in part a

12   poly(styrene-ethylene-ethylene-propylene-styrene) block

13   copolymer?

14       A    Yes, I do.

15       Q    So your answer of -- why would you have

16   answered no -- let me strike the question and ask it

17   more particularly.  I'm sorry.  Why would you have

18   answered Mr. Standley no to his question?

19       A    Because I was looking for the words.  I

20   thought the question was referring to the specific

21   words

22   poly(styrene-ethylene-ethylene-propylene-styrene).

23       Q    Okay.  At the risk, Dr. Laghi, of making you

24   open the big book again, if you could put the small

25   binder aside and open the big binder.

1              MR. CHRISTALDI:  Your Honor, I'm just going

2       to ask about the very same page that Mr. Standley

3       asked about.

4              I'll give you a minute, Dr. Laghi, to find

5       that page.

6              Your Honor, can I approach the witness,

7       please?

8              THE COURT:  You may.

9              THE WITNESS:  I've got it.

10      Q    (By Mr. Christaldi)  Dr. Laghi, on Page 2 of

11   that exhibit, there's a paragraph that Mr. Standley

12   referred you to and he asked you some questions about

13   whether a S-E-E-P-S essentially is the equivalent of an

14   S-E-P-S.  Do you see in the second line or should be

15   the third line of the page reference to Kuraray 4055

16   block copolymer?

17      A    Yes, I do.

18      Q    Do you read this paragraph here to be

19   Mr. Chen changing what he understood from the

20   manufacturer to be their designation of what a specific

21   brand of off-the-shelf polymer was?

22      A    Ask again.  I was reading --

23      Q    Sure.

24      A    I wasn't paying -- I'm sorry.

25      Q    The question that Mr. Speed asked you was

1    whether an S-E-E-P-S is the same as an S-E-P-S;

2    however, I see the words Kuraray 4055 block copolymer

3    here.  Is Mr. Chen talking about a trade-named product

4    sold by a company named Kuraray?

5         MR. STANDLEY:  Objection.  Leading and calls

6      for speculation.

7         THE COURT:  Sustained.

8      Q    (By Mr. Christaldi)  What's your

9    understanding, Dr. Laghi, of the phrase Kuraray 4055

10   block copolymer?

11     A    I think they're referring to the Septon 4055,

12   which is a block copolymer of the poly(styrene) family.

13     Q    Is it your understanding that Kuraray markets

14   a product called 4055?

15     A    I do.

16     Q    And does Kuraray publish literature on that

17   product?

18     A    Yes.

19     Q    Is it published literature that describes

20   what the product is comprised of or made of?

21     A    Yes.

22     Q    What is your understanding of what Mr. Chen,

23   in having read this page here, this document, what

24   Mr. Chen is trying to communicate at least in the

25   paragraph on Page 2 at the top of the page?

1      A    It seems to me that he is saying that Kuraray

2    changed the designation of the 4055 from SEPS to SEEPS.

3      Q    You read this to be Mr. Chen saying that an

4    S-E-E-P-S is an S-E-P-S?

5      A    I don't.

6          MR. CHRISTALDI:  No further questions, Your

7          Honor.

8          THE COURT:  I have one question.  The -- let

9          me go to the claim.  Excuse me.  If you would go

10         to Column 17 of the '109 patent, specifically Line

11         42, 43, which we've been beating up fairly well.

12         Hydrogenated styrene isoprene/butadiene block

13         copolymers.

14         THE WITNESS:  Yes.

15         THE COURT:  If one skilled in the art were to

16         read this, and leaving aside the specification,

17         just simply read this language, would one take

18         from that a block copolymer of the structure

19         poly(styrene-ethylene-ethylene-propylene-styrene)

20         made from hydrogenation of styrene block polymer

21         with 2-methyl-1,3-butadiene and 1,3-butadiene?

22         THE WITNESS:  Just being a chemist, not

23         knowing anything about the patent?

24         THE COURT:  Someone skilled in the art, yes.

25         THE WITNESS:  One skilled in the art would

1         think that this could be a series of different

2         polymers.

3              THE COURT:  Okay.

4              MR. CHRISTALDI:  Thank you, Your Honor.  Can

5         Dr. Laghi step down?

6              THE COURT:  Yes.  Thank you, sir.

7              THE WITNESS:  Thank you, Your Honor.

8              MR. CHRISTALDI:  Your Honor, we'd like to

9         call Dr. Atwood.  And Mr. Timmerman will be taking

10        the questioning.

11             (Proceedings continued in Volume II)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
 2                          TAMPA DIVISION
 3       -----------------------------*

         ALPS SOUTH, LLC, a Florida    :
 4       limited liability company,    :
                                       :
 5              Plaintiff,             :
                                       : Case No.:
 6       vs.                           : 8:08-CIV-01893-T-33MAP
                                       :
 7       THE OHIO WILLOW WOOD          :
         COMPANY, an Ohio Corporation, :
 8                                     :
                Defendant.             :
 9       -----------------------------*
10         **EXCERPTS OF THIS TRANSCRIPT HAVE BEEN DECLARED**
           **CONFIDENTIAL AND ARE SEALED UNDER SEPARATE COVER**
11
12                         VOLUME II OF II
                           PAGES 144 - 253
13
14       PROCEEDINGS            Markman Hearing
15       DATE:                  April 29, 2010
16       PLACE:                 Courtroom 11B U.S. Courthouse
                                801 North Florida Avenue
17                              Tampa, Florida
18       BEFORE:                The Honorable Mark A. Pizzo
                                U.S. Magistrate Judge
19
         TIME:                  9:30 a.m. - 5:00 p.m.
20
         REPORTED BY:           Carmen Snapp, Court Reporter
21                              Notary Public
                                State of Florida at Large
22
23
24                 DEMPSTER, BERRYHILL & ASSOCIATES
                    1875 N. Belcher Road, Suite 102
25                    Clearwater, Florida 33765
                         (727) 725-9157
```

1                         INDEX OF PROCEEDINGS
                             VOLUME II
2

     WITNESSES FOR ALPS
3

     JERRY ATWOOD
4    Direct Examination by Mr. Timmerman          146
     Cross-Examination by Mr. Stonebrook          188
5

     WITNESSES FOR OHIO WILLOW WOOD
6

     LYNN WALKER
7    Direct Examination by Mr. Speed              200
     Cross-Examination by Mr. Timmerman           236
8

9                     ADDITIONAL EXAMINATION
10   JERRY ATWOOD
     By Mr. Speed                                 243
11

     LYNN WALKER
12   By Mr. Christaldi                            246
13

14                  INDEX OF PLAINTIFF'S EXHIBITS
     NO.
15   1     Construction Charts and Statements     68
     2     U.S. Patent No. 6,552,109              69
16   3     U.S. Patent No. 6,867,253              85
     4     U.S. Patent No. 6,552,109 File History NA
17   5     U.S. Patent No. 6,867,253 File History NA
     6     Gel Liner-Sample Polymer (small)       NA
18   7     Gel Liner-Sample Polymer (large)       NA
     8     CV of Dr. Jerry Atwood                 146
19   9     Notebook of Lynn Walker                239
20
21
22
23
24
25

1          (Proceedings continued from Volume I)

2          THE LAW CLERK:  Please raise your right hand.

3                    JERRY ATWOOD,

4     the witness herein, being first duly sworn, was

5     examined and testified as follows:

6          THE WITNESS:  I do.

7          THE LAW CLERK:  Please state your full name

8      for the record and spell your last name.

9          THE WITNESS:  Jerry L. Atwood, A-t-w-o-o-d.

10          THE LAW CLERK:  Thank you.

11                    DIRECT EXAMINATION

12     BY MR. TIMMERMAN:

13          Q    Dr. Atwood, where do you currently live?

14          A    I live in Columbia, Missouri.

15          Q    And where are you employed?

16          A    At the University of Missouri.

17          Q    And what's your position at the University of

18     Missouri?

19          A    I'm Chair of the Department of Chemistry and

20     what's referred to as Curators Professor.

21          MR. TIMMERMAN:  If I may, Your Honor, I'd

22          like to hand the witness an exhibit just to speed

23          the qualification process.

24          THE COURT:  All right.

25          MR. TIMMERMAN:  This we'll mark as Exhibit 8.

1           THE COURT:  Is that his curriculum vitae?

2           MR. TIMMERMAN:  Sorry?

3           THE COURT:  Is that his curriculum vitae?

4           MR. TIMMERMAN:  It is.

5           THE COURT:  All right.  Any objection?

6           MR. STONEBROOK:  None whatsoever.

7           THE COURT:  All right.  Thank you.

8      Q    (By Mr. Timmerman)  Dr. Atwood, I've just

9  handed you what we've marked as Exhibit 8.  Do you

10 recognize Exhibit 8?

11     A    Yes, I do.

12     Q    And what is Exhibit 8?

13     A    It's a copy of my curriculum vitae.

14     Q    Is this the current version of your

15 curriculum vitae?

16     A    It's close.  I think the number of

17 publications has gone up slightly since this.

18     Q    Since you've provided it to us in connection

19 with this litigation, was it current at the time you

20 provided it?

21     A    Yes, it was.

22     Q    How long have you been the Chairman of the

23 Department of Chemistry for the University of Missouri?

24     A    This is the end of my 16th year.

25     Q    What have been your duties as the Chairman of

1    the department?

2        A    I oversee the day-to-day operation of the

3    department.  I oversee the future acquisitions in terms

4    of equipment, staff, faculty.  I oversee the graduate

5    program and the undergraduate program.

6        Q    Now we see your educational experience on the

7    first page of your curriculum vitae.  Can you generally

8    tell the court about your educational background?

9        A    Yes.  I took a Bachelor of Science degree in

10   chemistry and mathematics from the Southwest Missouri

11   State.  I followed that up immediately with a Ph.D. at

12   the University of Illinois in inorganic physical

13   chemistry.

14           THE COURT:  Mr. Timmerman, the curriculum

15       vitae is available for me to review so there's no

16       sense in going into detail or much detail.  If

17       there's a particular highlight that you want me to

18       note --

19           MR. TIMMERMAN:  What I'd like to get to is

20       what you can't really define from here and that's

21       what the focus of all the studies have been.

22           THE COURT:  Well, get to it.

23           MR. TIMMERMAN:  Okay.

24       Q    (By Mr. Timmerman)  What was the focus of

25   your studies for your Ph.D?

1        A    The focus for my studies on the Ph.D was

2   catalyst for the polymerization of olefins such as

3   polyethylene, polypropylene.

4        Q    When did you begin teaching?

5        A    1968.

6        Q    And have you taught continuously since 1968?

7        A    I have.

8        Q    Where did you begin teaching?

9        A    I taught for 26 years at the University of

10  Alabama.

11       Q    Where did you teach after the University of

12  Alabama?

13       A    University of Missouri.

14            THE COURT:  Let's move on.

15       Q    (By Mr. Timmerman)  And what's the courses of

16  study that you've taught?

17            THE COURT:  Mr. Timmerman, let's move on.

18            MR. TIMMERMAN:  Okay.

19       Q    (By Mr. Timmerman)  In terms of the nature of

20  courses that you teach, do any of those involve polymer

21  chemistry?

22       A    Yes, they do.

23       Q    Can you give us some examples of those

24  courses?

25            THE COURT:  Mr. Timmerman, I am assuming that

1          he is an expert in polymer chemistry.

2               MR. TIMMERMAN:  Okay.

3               THE COURT:  That was established yesterday.

4               MR. TIMMERMAN:  Okay.

5               THE COURT:  Let's get to the meat of the

6          matter, please.

7               MR. TIMMERMAN:  Okay.  Is there going to be

8          any objection to him being qualified as an expert?

9               MR. STONEBROOK:  No.

10              MR. TIMMERMAN:  Thank you.

11         Q    (By Mr. Timmerman)  Dr. Atwood, we're here

12    today to construe certain terms in claims at issue in

13    this case.  There are two patents, the '109 patent, and

14    '253 patent.  Both issued to a Mr. Chen and licensed to

15    Alps.  You're familiar with those patents?

16         A    Yes, I am.

17         Q    And the prosecution histories?

18         A    Yes.  I've read those.

19         Q    Can you describe to us from an academic

20    perspective as one skilled in the art of polymer

21    chemistry what you understand the bases and benefits of

22    those patents to be?

23         A    The bases and benefits of those patents are

24    composite articles such as the gel liners that we see

25    as the example that brings us all together here.  The

1    patents talk about properties of a polymer plasticizer

2    mix which have particularly favorable comfort and have

3    particularly favorable properties such as tear

4    resistance and fatigue resistance.  It's the chemistry

5    that makes up those polymers that go into making the

6    gels which make the liners that lead us to a useful

7    article.

8         Q    Now, at the beginning of the day, we saw a

9    slide in the opening presentation which stated that, as

10   a person of ordinary skill in the art, at least as

11   early as the filing of the '109 patent, you would have

12   understood that gels could be used with substrates to

13   form composite articles; is that correct?

14        A    Yes.  That's correct.

15        Q    Is it that simple?

16        A    Well, it's that simple to put together a

17   polymer with a plasticizer and affix it to a substrate.

18   This is chemistry that would go back into the 1930s.

19   However, the type of polymer, the type of gel that one

20   makes in a substrate, there have been vast new

21   developments and innovations that have lead us to

22   articles, which as I heard the testimony earlier today,

23   make gel liners, for example, substances which are

24   subjected to tremendous stress and strain useful

25   articles for perhaps as much as six years.

1          So, while the idea of making a gel and

2     putting that on a substrate is not new and was not new

3     in the 1960s even.  The developments that lead us to

4     gel liners as an example of the practice of the '109

5     and '253, these are new inventions, new as of the

6     filing date.

7          Q    And what was the significance of using this

8     polymer to make a gel and apply it to a substrate as

9     opposed to some other polymer that was around at the

10    time?

11              THE WITNESS:  First of all, if I could just

12         interject, I'll use the term SEEPS, and I'll use

13         the term SIBS and these various acronyms, Your

14         Honor, but we have to keep in mind that SEEPS is

15         not a discreet molecule.  It's not like carbon

16         dioxide that's always 1-carbon and 2-oxygen.

17         SEEPS describes a polymer and that polymer may be

18         of high molecular weight or low molecular weight.

19         But the item -- the thing that SEEPS has going for

20         it is that the polymerization is carried out such

21         that one has a relatively long run of ethylene or

22         in this case butylenes which correspond to

23         ethylenes.  And these ethylenes can then bind to

24         each other in the midblock forming what we refer

25         to as points of crystallization.  And what that

1          does in terms of properties is that leaves us with

2          something which has extraordinary resistance to

3          tear, for example.

4               Were it not the SEEPS or this midblock of

5          crystal and ethylene units in the polymer, an item

6          such as this, if I put stress on it, would surely

7          tear or rip apart.  So it's this aspect of the

8          polymer, this aspect of what I'll refer to as

9          SEEPS, that gives the articles the strength and

10         the ability to form real articles of use and

11         commerce.

12         Q    (By Mr. Timmerman)  So, as one skilled in the

13    art, it's not the nomenclature we use to describe this

14    that makes it SEEPS, but the chemical structure and

15    properties and crystallinity?

16         A    Absolutely.  We're using nomenclature just as

17    a -- so we don't have to carry along long chemical

18    names and make half hour discussions about a particular

19    material.  But the invention was not SEEPS itself.  The

20    invention was polymer, a block copolymer, a triblock

21    copolymer, which has an intermediate region in which

22    there's crystal and ethylene units giving its

23    extraordinary properties.

24         Q    Now, if I could ask you to turn to the first

25    exhibit in the binder, specifically, Page 4.  There's a

1    chart.  We've narrowed this discussion down at this

2    point to a couple of claim terms and I want to focus on

3    the first for now.  The term hydrogenated styrene

4    isoprene/butadiene block copolymer.  Yesterday we

5    discussed the basic building blocks of polymers.

6              MR. TIMMERMAN:  And, Your Honor, we won't

7         drag you back through those.

8         Q    (By Mr. Timmerman)  But there were certain

9    monomers of significance as being styrene isoprene and

10   butadiene; do you recall that?

11        A    Yes, indeed.

12        Q    What is styrene exactly?

13        A    Styrene is a molecule that has two carbons

14   double bonded together which are useful in making a

15   polymer and then pendent to one of the carbons is an

16   aromatic ring, a C6H5 aromatic ring.

17        Q    And how are they useful in building a styrene

18   isoprene/butadiene block copolymer?

19        A    The styrene monomers are useful in that one

20   can start the polymerization using styrene and build up

21   a long string of polystyrene.  And then, when the

22   polymerization runs out of styrene, one can then add

23   monomers such as isoprene and butadiene and continue

24   the polymerization for a period of time until one runs

25   out of these isoprene and butadiene monomers.  And then

1      one can add yet more styrene to the mixture and

2      continue the polymerization so that one ends up with

3      the ABA, the triblock copolymer, which is the

4      poly(styrene-ethylene-ethylene-propylene-styrene)

5      material.

6           Q     So isoprene and butadiene are not the hard

7      ends of the block copolymer?

8           A     Correct.  Correct.  The hard ends are the two

9      blocks of the polystyrene and the intermediate end is

10     an elastic area.

11          Q     Now, is butadiene also known as

12     1,3-butadiene?

13          A     Yes.  1,3-butadiene, as Dr. Laghi just

14     testified, is one of two isomers and the common isomer

15     of butadiene.

16          Q     When we look at the disputed constructions in

17     the term 1,3-butadiene, as used in there to describe

18     butadiene, why is that important in the context of this

19     construction?

20          A     It's important in terms of being specific

21     because there is a 1,2-butadiene.  And this would be a

22     different molecule.  It would have different

23     properties.

24               THE COURT:  Dr. Atwood, what is hydrogenated

25          styrene isoprene/butadiene block copolymer teach

1        in Claims 1, 2, 3, 4, 5, 6, and 12.

2            THE WITNESS:  That's, of course, the key

3        question, Your Honor.  In light of the

4        specification of the '109 or the '253, it's clear

5        that this teaches the

6        poly(styrene-ethylene-ethylene-propylene-styrene)

7        triblock copolymer, the SEEPS, as we've been

8        calling it.

9            However, as the questioning went a bit

10        earlier, if we look at these claims in isolation

11        from the specification, this term would mean quite

12        a few different polymers.  I think Mr. Speed might

13        have said it might mean -- it might represent as

14        many as a hundred polymers.  It might represent

15        even more than that.

16        Q    (By Mr. Timmerman)  Dr. Atwood, there's

17    another term that we are inserting here in the proposed

18    construction, 2-methyl-1,3-butadiene; is that a more

19    specific descriptor of isoprene?

20        A    It's a chemical descriptor of isoprene.

21    Unlike butadiene where we have a 1,2 and a

22    1,3-butadiene, there is no other isoprene other than

23    2-methyl-1-3-butadiene.  But it's a more precise

24    chemical term for isoprene.

25        Q    By using the term 2-methyl-1,3-butadiene and

1    1,3-butadiene, is that more specific and concise than

2    just saying isoprene/butadiene?

3        A    It is.

4        Q    Now, as I understand it, styrene isoprene and

5    butadiene can be combined to make a block copolymer as

6    you've described.  What are the primary variables

7    involved in the polymerization process as you put those

8    together?

9            THE WITNESS:  As I probably mentioned

10           yesterday, Your Honor, we're looking at

11           temperature, catalyst, pleasure, solvent and time

12           as the primary variables.  And one would use these

13           variables to control and to make, for example,

14           Kuraray at the source of many of these polymers.

15           One would use these variables to control the type

16           of polymer that one ended up with, whether it was

17           SEEPS, SEBS or some other acronym designated

18           polymer.

19       Q    (By Mr. Timmerman)  And I believe the

20   explanation yesterday was that when you polymerize

21   styrene you get polystyrene.  When you polymerize

22   isoprene you get polyisoprene.  But depending on what

23   you do with the butadiene when you polymerize it, you

24   may get one thing or another; is that correct?

25       A    Yes.  That's correct.  There's two different

1    outcomes from the polymerization of 1,3-butadiene.

2        Q    Why would you go about trying to achieve one

3    type of butadiene over another in the polymerization

4    stage?

5        A    One would try to control the polymerization

6    of the butadienes because if one wants to -- if one

7    wants to make an article such as the sleeve liner, the

8    polymer that's the basis for this, means a long run of

9    1,4 polymerized polybutadienes because that looks like

10   a chain of ethylene then.  And it leads to the

11   crystallinity, which leads to the extraordinary

12   strength.

13            THE COURT:  Mr. Timmerman, I'm kind of

14       confused where we're going or where we're going

15       with this.  It seems to me that, unless I'm

16       totally clueless with respect to this, is that I

17       have to accept your proposition that the claim

18       element hydrogenated styrene isoprene/butadiene

19       block copolymer, which is apparently the disputed

20       term here; although, I'm not so sure that the

21       defendant is disputing that particular term as

22       much as they were initially in this case, but that

23       the proffered construction that you have

24       essentially means the same as that from the

25       sources that are acceptable for a Markman Hearing.

1      And I'm not -- I'm not sure where you're going

2      with respect to that.

3          MR. TIMMERMAN:  Your Honor, the argument that

4      the defendants are making here is that this term

5      hydrogenated styrene isoprene/butadiene block

6      copolymer means something that is of the chemical

7      structure S-E-B/E-P-S.  And they've tried to

8      create an argument that's something that is of the

9      chemical structure S-E-E-P-S.  It's just a subset

10     within that vast world.  And what is important to

11     recognize is that the chemical structures of each

12     one is different.  They are not subsets of one

13     another, but subsets of the broader description of

14     hydrogenated styrene isoprene/butadiene block

15     copolymer.  So I can't just say it's something

16     that is of the formula SEB/EPS.

17         THE COURT:  Well, I guess I'm more

18     interesting now in finding out your dispute as to

19     their -- countering their argument.  I want you to

20     support your argument as to why your suggested

21     construction is indeed the suggested construction

22     I should adopt.

23         MR. TIMMERMAN:  And I think, you know, that

24     is where Dr. Atwood is trying to take us, is the

25     chemical structure that we need to focus on, and

1         if we accept that, this term means a variety of

2         different chemical structures.  None of which is a

3         subset of another.  But they're all just different

4         chemical structures.  Then that means we have an

5         ambiguous to claim term and we ought to be looking

6         at the specification to try to clarify.  And I

7         think that's where Dr. Atwood is trying to take

8         us.  But he has to -- but we have to accept that

9         premise that the chemical structure of each

10        different version of hydrogenated --

11             THE COURT:  Don't I have to conclude that the

12        claim element, as stated, can only lead to your

13        proposed definition and no other definition?

14             MR. TIMMERMAN:  Your Honor, I don't think

15        that is what you have to conclude.  I think what

16        you have to conclude is that the claim element, if

17        it is ambiguous and requires construction --

18             THE COURT:  Well, you're saying it does.

19             MR. TIMMERMAN:  I'm saying it does.  And what

20        Dr. Atwood is explaining to us is why the

21        difference of chemical structures of these

22        different things that result from controlling the

23        polymerization stage makes this an ambiguous

24        phrase, hydrogenated styrene isoprene/butadiene

25        block copolymer without knowing --

 1          THE COURT:  That seems to be two separate

 2     questions.  If it's an ambiguous phrase, that may

 3     lead to whether this is vague and indefinite and

 4     invalid.

 5          MR. TIMMERMAN:  Well --

 6          THE COURT:  The separate question I think the

 7     more -- the narrow focus for me, unless I'm wrong,

 8     steer me correctly, is I have to make a

 9     determination as to whether Alps' proposed

10     construction would be read, looking at the patent,

11     its specification, its prosecution history, as one

12     skilled in the art, as you suggest it should.  And

13     if I don't get there --

14          MR. TIMMERMAN:  Yes, Your Honor.  The

15     question Your Honor posed to me was looking at the

16     claim alone.  And I think what Dr. Atwood would

17     tell us, looking at the claim alone, that that

18     term could be subject to any number of meanings,

19     but the case law says the claim has to be read in

20     light of the rest of the specification.  If we

21     can't clarify matters from reading it in

22     connection with the rest of the specification and

23     the extrinsic evidence, then maybe there is an

24     issue.  But I think it is very clear, once we

25     construe it in context, the context of the entire

1        patent, specification included, what the claim

2        term means.  And that's why we have --

3            THE COURT:  One of the things I'm -- as I

4        listen to your arguments, you want me to derive

5        from the specifications or the specification how I

6        should read the claim.  Am I correct?  That's your

7        strongest argument that once you read the

8        specification, as to this claim element, that the

9        logical, reasonable explanation or conclusion is

10       that Alps' proposed construction is appropriate.

11           MR. TIMMERMAN:  That's exactly right, Your

12       Honor.

13           THE COURT:  Okay.  And there's a body of law

14       that states that although the claim must be read

15       in the context of the entire patent, it's improper

16       to read limitations from the specification into

17       the claim term.  And there's a recurring dispute

18       in the claim construction and a frequent source of

19       reversal by the Federal Circuit where the Court

20       reads features of one or more disclosed

21       embodiments into claims that are drafted more

22       broadly.

23           MR. CHRISTALDI:  Your Honor, if I could

24       address that just because I touched on it a bit

25       this morning.  That line of cases is

 1          distinguishable particularly because in that line

 2          of cases it's typically the defendant that is

 3          trying to limit the claims and read them in here.

 4              In this case, we're -- and what the courts

 5          have said, Your Honor, is that it's improper for

 6          the defendant, as a defense, to argue and advocate

 7          for the court to do that.  In this case, we're

 8          clearly saying, for instance, by way of analogy,

 9          that we've identified a vehicle and you look to

10          the specific language and specification to

11          determine what the vehicle is.

12              THE COURT:  What I want to get back to is, I

13          want to get back to the source of each party's

14          position for its interpretation of its proposed

15          construction; okay?

16              MR. TIMMERMAN:  Yes, Your Honor.

17              THE COURT:  So, if Dr. Atwood is relying on

18          one skilled in the art that he would read it, the

19          claim element in dispute, as proposed, to explain

20          to me why it is that he reaches that conclusion

21          and what sources he derives that information.

22              MR. TIMMERMAN:  Okay.

23              THE COURT:  Okay.  And I understand that he

24          may have to explain some chemistry to me, but

25          what -- I want to be able to tell the District

1          Judge, one, what the dispute is and, two, where

2          the sources of the information are that each side

3          proposes I should take a look at and she should

4          take a look at in reaching its conclusions

5          supporting the conclusion that I reach as to the

6          marketing interpretation.

7                  MR. TIMMERMAN:  Yes, Your Honor.  And I'm

8          sure, as Your Honor is aware, there are two

9          sources of evidence to look at when we are seeking

10         to construe a term that requires construction.

11         One would be the intrinsic evidence which is the

12         primary source.

13                 THE COURT:  I understand that.

14                 MR. TIMMERMAN:  And that's what we're trying

15         to focus on.

16                 THE COURT:  I understand.

17                 MR. TIMMERMAN:  We don't want to talk about

18         an extrinsic evidence.

19                 THE COURT:  I understand.

20                 MR. TIMMERMAN:  We want to talk about what is

21         in the patent.  And I think that is what

22         Dr. Atwood would tell us when I read the patent as

23         a whole, not just the claims in a vacuum.  That's

24         when we can put some specificity on this.

25                 THE COURT:  Okay.

1          MR. TIMMERMAN:  We're not reading in a

2      limitation that shouldn't otherwise be there.

3          THE COURT:  All right.

4          MR. TIMMERMAN:  This is what was intended by

5      that term.

6      Q    (By Mr. Timmerman)  So, to cut straight to

7  the chase, Dr. Atwood, you have reviewed the claims of

8  the '109 patent?

9      A    Yes, I have.  But I could offer perhaps a

10  little clarification.

11         THE COURT:  Why don't we do this:  Why don't

12      you listen to the questions and then if you have

13      something to add we'll take it up then.

14         THE WITNESS:  Thank you, Your Honor.

15      Q    (By Mr. Timmerman)  Mr. Atwood, as one

16  skilled in the art, seeing the term hydrogenated

17  styrene isoprene/butadiene block copolymer in the

18  claims of the '109 patent, and we're only talking about

19  the claims right now, without referring to anything

20  else, were you able to attribute a particular meaning

21  to it?

22      A    From the claims themselves in not reading the

23  promise of the patent nor the specification, I can

24  attribute hundreds or more different types of polymers

25  to this description.

1      Q    And did you look anywhere else within the

2   four corners, the '109 patent, for clarification as to

3   what the meaning of -- to attribute to the term

4   hydrogenated styrene isoprene/butadiene block

5   copolymer?

6      A    Yes, I did.

7      Q    Where did you look?

8      A    I looked in the specification and I looked at

9   the promise of the '109 patent in terms of what would

10  be delivered if one practiced this invention.

11     Q    Could you direct us, within the '109 patent,

12  to the provisions you looked at and explain why those

13  were important to you.

14     A    What I would like to go to, if it's

15  appropriate, I -- there are numerous indications in the

16  specification of the '109 which leads one to -- which

17  leads me to the conclusion that SEEPS is the type of

18  polymer that will provide the promise of improved tear

19  resistance, improved wearability, plus comfort for an

20  item such as a gel liner.

21          However, I'd like to just, if I could just

22  focus on the key passage, and that is the one on Column

23  7, beginning at Line 13.  And I want to go down to the

24  last three lines which state, quote, "The amount of E,

25  which is ethylene, can be sufficient so as to exhibit

1    ethylene crystallinity."

2         Now, when I use the term SEEPS, as opposed to

3    SEB/EPS or some other acronym, it's only SEEPS that

4    allows the ethylene crystallinity which in turn links

5    to the improved properties of the polymer, the gel, and

6    the final product, the gel liner.

7         Q    Now, as one skilled in the art of this

8    particular field, would something of this structure

9    S-E-B/E-P-S give you the same ethylene crystallinity?

10        A    It would not.  The so-called SEB/EPS would

11   not provide ethylene crystallinity.  And it would not

12   provide the type of strength in the final product, in

13   the gel, or in the final product, which is necessary to

14   deliver the promise of the patent.

15             THE COURT:  Is that what's meant in -- if you

16        would go down to two paragraphs below where you

17        were reading, approximately Line 43, the amount of

18        stearic acids -- excuse me.  No.  The next

19        sentence.  "As an example, ratio of 200 grams

20        stearic acid to 2,000 grams of SEBS will result in

21        spotted tack reduction on the surface of the gel".

22        That is a less attractive and useful device?

23             THE WITNESS:  Yes.  Exactly, Your Honor.

24        This is talking to the -- to the disadvantage.

25        And the paragraph I was focusing on was talking to

1          the advantage of the use of SEEPS.

2          Q    (By Mr. Timmerman)  Now these two terms SEEPS

3     and SEB/EPS that we've been tossing around, these

4     appear in the Chen patent, correct?

5          A    SEEPS does and SEB/EPS does.  Both of these

6     appear, for example, in the paragraph that I was just

7     referring to.

8          Q    And Mr. Chen explained what he understood by

9     those terms in the specification?

10         A    He did.

11         Q    Is that -- are these terms also used

12    generally in the chemistry world?

13         A    They are.

14         Q    And is Mr. Chen's usage the same as your

15    understanding from the chemistry world?

16         A    It's generally the same.  However, again,

17    read in the context of this patent, it makes it

18    abundantly clear.  If someone simply mentions they have

19    a polymer which is SEB/EPS, it's not as strong as

20    SEEPS, but it may not be -- it may be that weak polymer

21    is useful for some other purpose.

22         Q    Were there any other sections of the

23    specification that lead you to your conclusion?

24         A    Oh, yes.  The conclusion that the polymer in

25    question, the hydrogenated triblock copolymer, which is

1    styrene isoprene/butadiene styrene, the midblock should

2    properly be described as ethylene-ethylene-propylene.

3    I find that in the abstract on the fourth line down.

4    Should I go through just quickly where this is found?

5         Q    If there are other areas that are of

6    particular significance.  I think our understanding is

7    that the areas highlighted in yellow are the portions

8    of the specification which were significant to this

9    issue; is that correct?

10        A    Yes.  That's correct.  They're not

11   highlighted just now on the screen, but there's some --

12   I find six different sections which highlight the use

13   of the term SEEPS as an acronym or the midblock being

14   ethylene-ethylene-propylene as the appropriate

15   descriptor.

16             THE COURT:  Let me go back a second.  Going

17        back to the abstract, it doesn't distinguish SEEPS

18        from SEP or SEBS, does it?  It just gloms them all

19        together, doesn't it?

20             THE WITNESS:  It does.

21             THE COURT:  Or not to be, I don't know, maybe

22        because I'm getting a little goofy at this point,

23        but it gels them all together.

24             MR. TIMMERMAN:  Your Honor, the specification

25        can describe more than one invention except in

1          SEBS in this context are not where the dispute is.

2          Those are different --

3               THE COURT:  I understand that.  But I also

4          don't want to let you think that just because you

5          go with a, you know, this PDF format and you do a

6          search term for SEEPS and every time you find it

7          you bring it to my attention and I'm supposed to

8          draw from the evidence that it's therefore

9          included in the claim construction.

10              MR. TIMMERMAN:  I can ask a question that I

11         think we might be able to get right to the point

12         of what you're making, Your Honor.

13         Q     (By Mr. Timmerman)  Dr. Atwood, the term

14    SEB/EPS, S-E-B/E-P-S is only referenced in the one

15    paragraph that you read?

16         A     Yes.  I believe that's the only place where

17    one finds that.

18         Q     And is your explanation that according to the

19    patent, the difference between something of the

20    structure S-E-E-P-S and S-E-B/E-P-S is the presence of

21    ethylene crystallinity?

22         A     Yes.  That's the difference.

23         Q     In distinguishing the two here in this

24    paragraph, does this paragraph indicate that only

25    something with ethylene crystallinity is useful in

1    practicing the invention of this patent?

2       A    We're looking now at the paragraph in Column

3    7, starting at Line 17?

4       Q    That's correct.  And I'm talking about as

5    claimed in the claims.

6            THE COURT:  Say that again, please,

7       Mr. Timmerman.  If you would just restate your

8       question again, please.

9       Q    (By Mr. Timmerman)  Is the significance of

10   the invention of this patent, as claimed in the claims,

11   the presence of ethylene crystallinity to get us these

12   particular properties, which are useful in practicing

13   the invention?

14      A    Yes.  That's the proper way to interpret this

15   paragraph.

16           THE COURT:  Which paragraph are you speaking

17      to?

18           THE WITNESS:  That's Column 7, Your Honor,

19      starting at Line 13 and ending at Line 30.

20           THE COURT:  Okay.

21           THE WITNESS:  I don't see it -- within the

22      bounds of this paragraph, I don't see the distinct

23      statement saying SEEPS is only useful and SEB/EPS

24      is not useful.  However, the explanation, which

25      leads to SEEPS providing the ethylene

1          crystallinity is the explanation for why SEEPS is

2          the polymer to use as opposed to SEB/EPS.

3          Q    (By Mr. Timmerman)  So a construction which

4      would encompass SEB/EPS would not be, in your opinion,

5      a reasonable construction of the term hydrogenated

6      styrene isoprene/butadiene?

7          A    No.  That would not be a reasonable

8      construction.

9          Q    Now, if I could ask you to turn back to the

10     construction, which has been proffered by Ohio Willow

11     Wood Company, looking at Exhibit 1, Page 4 again.  Do

12     you see that?

13         A    Yes, I have that.

14         Q    Does this construction provide any clarity as

15     to what the term hydrogenated styrene

16     isoprene/butadiene block copolymer means?

17         A    Does the OWW construction?

18         Q    Yes.

19         A    No.  In my opinion, the OWW construction, as

20     was said I think earlier today, simply restates and

21     simply rearranges the words in the claim as now

22     written.

23         Q    Would something this broad also encompass a

24     hydrogenated SIBS of the structure S-E-B/E-P-S?

25         A    Oh, yes.

1        Q    Do you believe that that's a reasonable

2   construction of the term?

3        A    It's not reasonable given the promise of the

4   patent and the revelations within the teaching of the

5   specification.  It's not reasonable to embrace

6   SEB/EPS -- a polymer such as SEB/EPS within the claimed

7   heading hydrogenated styrene isoprene/butadiene block

8   copolymer.

9             THE COURT:  And why is that?

10            THE WITNESS:  Because that would, Your Honor,

11        that would also embrace -- in addition to

12        embracing SEEPS, it would embrace SEB/EPS.  And

13        SEB/EPS does not have these blocks of

14        crystallinity.  And the block of crystallinity, I

15        may not have made clear what this does.  The block

16        of crystallinity effectively locks down a section

17        in the middle of the polymer.  And locking down a

18        section of crystallinity in the middle of the

19        polymer would be like my hands being able to slide

20        smoothly over each other.  But if I interlock my

21        fingers, then they don't flow smoothly over each

22        other.  Or if I do something which causes my

23        fingers to stick on to one another, they don't

24        move smoothly over each other.  And it's this

25        absence of smooth motion in the midblock which

1    keeps the polymer from being torn or ripped

2    easily.

3         Q    (By Mr. Timmerman)  Dr. Atwood as one skilled

4    in the art of polymer chemistry, is a polymer of the

5    structure S-E-E-P-S a subset wholly encompassed by the

6    polymer S-E-B/E-P-S?

7         A    No.  It's not a subset at all.  It's a

8    different polymer with different properties.  Now, both

9    of these are subsets of, quote, hydrogenated styrene

10   isoprene/butadiene block copolymers.  They're both

11   subsets of this more general term.

12        Q    And so by giving a construction to this claim

13   term that is just addressing the S-E-E-P-S structure,

14   we would not thereby be pulling in other polymers with

15   the structure S-E-B/E-P-S?

16        A    That's correct.

17        Q    And those polymers, according to Mr. Chen,

18   are not useful in the practice of this invention?

19        A    That's correct.

20        Q    Because of the lack of ethylene

21   crystallinity?

22        A    Again, correct.

23        Q    Now we had also discussed, as we build these

24   gels, the significance of plasticizing oils; do you

25   recall that?

1       A    Yes, I do.

2       Q    And you pointed out that plasticizers can be

3   either aromatic or nonaromatic?

4       A    Yes.

5       Q    I heard something earlier on that this

6   aromatic term had something to do with fragrance; is

7   that correct?

8       A    No.  The aromatic term does not have anything

9   to do with fragrance in terms of chemistry.  The term

10  aromatic may have come from, I don't know, the 16th or

11  17th century because certain items smelled and that

12  smell was given the term aromatic.  And as it turns

13  out, some aromatic compounds also have a fragrance.

14  However, the simple aromatic compound such as benzene

15  doesn't have a pleasant or aromatic fragrance at all.

16          THE COURT:  So, why is it called aromatic?

17          THE WITNESS:  It's called -- that's a key

18      question, Your Honor.  It's called aromatic

19      because there's a circulation of electron density

20      within that ring.  So the ring is a 6-carbon atoms

21      in the hexagon of an aromatic ring are bonded

22      together and the electrons that are holding the

23      carbon atoms together tend to circulate in a ring

24      with a special kind of bonding.  And someone,

25      probably the first aromatic -- the first compound

1          with this sort of hexagon was, I believe, realized

2          probably by a scientist named Kekule around 1858.

3          And at some point that person said -- that person

4          or one of the co-workers said, well, let's name

5          this new type of structure an aromatic structure.

6               So, in chemistry terms, aromatic always means

7          that there's a six membered ring associated with

8          the chemistry structure.  And it has nothing to do

9          with whether the molecule smells good, bad, or

10         doesn't smell at all today.

11              THE COURT:  Okay.

12         Q    (By Mr. Timmerman)  In this styrene ring --

13    we looked at this diagram yesterday -- are you

14    referring to the ring here that we see from the

15    PowerPoint presentation yesterday?

16         A    Yes.  The hexagon -- I probably didn't

17    mention it yesterday, but the points where the lines of

18    the hexagon join are carbon atoms.

19         Q    Now, are isoprene and butadiene aromatic?

20         A    Isoprene and butadiene, no, are not aromatic

21    at all.

22         Q    When we talked earlier, we heard Dr. Laghi

23    explain that aromatic plasticizing oils would render a

24    polymer gel useless because of what they do to the

25    styrene.  How does that work?

1        A     The gels we're talking about here have

2    midblocks which are composed of ethylene propylene sort

3    of units.  And they have glassy or anchored endblocks

4    which are the polystyrene units.  The objective in the

5    plasticization is to go into the midblock and buoy

6    these ethylene propylene units from one another.  The

7    objective of plasticization is not to get into the hard

8    polystyrene units.

9             An aromatic molecule, however, is attracted

10   to region where there are other aromatic molecules

11   which would be the polystyrene rather than the

12   polyethylene propylene regions.

13            THE COURT:  So, substantially, aromatic-free

14        processing oil means what?  That there are an

15        insufficient number of these hexagon-shaped

16        connections?

17            THE WITNESS:  Within the plasticizing oil,

18        yes.  That's exactly my opinion, Your Honor.

19        Q     (By Mr. Timmerman)  Now, Dr. Atwood, when you

20   used the terms substantially aromatic-free or

21   substantially nonaromatic earlier, is anything

22   completely aromatic-free in your experience?

23        A     No.  No.  If -- as I look at the bottle of

24   water that's sitting on the desk here, that bottle of

25   water will have some aromatic content in it.  It may be

1     only parts per billion, but we can measure now, as

2     scientists, we can measure down to parts per trillion.

3     So we can detect minute quantities of material.

4            However, those few parts per trillion

5     aromatic in the bottled water don't do anything bad to

6     us.  It's virtually impossible -- well, it's

7     essentially impossible to make a compound which is

8     completely free of any impurities.

9            For example, pharmaceuticals, if we look at

10    the molecule Allegra, which is taken for allergies at

11    this point in time in Missouri, if we look at the

12    specification for Allegra, it says 98 percent pure

13    material.  There's 2 percent of impurities in that.

14    And it's just not practical to get that last 2 percent

15    down to a lower level.  It's been decided that the body

16    can tolerate that 2 percent of impurities to get the

17    98 percent of the pharmaceutical.

18           So, as you suggest, Your Honor, when we use

19    the term substantially aromatic-free, it just means

20    that it's -- we don't want to be stuck with a specific

21    number, but we're going to look for a functional

22    definition, as you pointed out, substantially

23    aromatic-free, and as Dr. Laghi pointed out, it just

24    means there's not enough aromatic to get in and tear

25    apart these polystyrene blocks in the polymers in

1    question here.

2        Q    Can we put a precise number, an exact number

3    on how aromatic-free a plasticizer must be at which

4    there's a threshold where it works or doesn't work?  Is

5    it possible?

6        A    It's not possible for the following reason:

7    When we talk -- as I talked early on, if we look at the

8    SEEPS polymer, that's not a specific molecule.  It

9    might have an average molecular weight of say 300,000.

10   But that's like looking at my freshman chemistry class

11   saying, you know, the average grade is what everybody

12   has in the class.  It's not true, there's a bell-shaped

13   curve associated with that average.  And so with the

14   molecular weight.  For the polymer SEEPS, there will be

15   a bell-shaped curve.  There will be some of molecular

16   weight, say, 50,000, some with molecular weight,

17   500,000.  So all of this will be the same kind of

18   polymer.

19           Now, the large sections of polymer may be

20   harder to penetrate in terms of the aromatic.  So they

21   may be less sensitive to aromatic than a lower

22   molecular weight of the same polymer.

23           For this reason, even though we could measure

24   the amount of aromatic that was in our plasticizing

25   oil, if it were of any importance, we would have to

1    also know what kind of molecular weight distribution we

2    have for the polymer.  Reasonably, what one would do is

3    one would look at the material and see a plasticizing

4    oil which was paraffinic or naphthenic and realize this

5    does not -- this is not based primarily on aromatics.

6    Any aromatics in this will be impurities.  And we'll

7    make a decision, can we tolerate 1 or 2 percent in

8    order to buy our plasticizing oil at a low price or do

9    we need to have a 10th of a percent in which case we'll

10   have to pay a higher price for the plasticizing oil.

11           So there's not a specific -- we can't say

12   there's a specific amount of aromatic that's above

13   substantially free.  It's an operational definition in

14   that, if it's substantially free of aromatic, it's

15   going to do what we want it to do as a plasticizing

16   oil.

17       Q    In terms -- in the context of the '109 and

18   '253 patents, what did -- he has proposed a

19   construction that includes the term substantially

20   aromatic-free.  Is that a clear term to you in the

21   context of this -- of these patents?

22       A    Yes.  It's a clear and proper term in my

23   opinion.

24       Q    As one skilled in the art in looking at the

25   term plasticizing oil, as used in the '109 and '253

1    patents, were you able to -- and I'm talking about

2    looking at the patent as a whole -- were you able to

3    attribute any particular meaning to the term

4    plasticizing oil?

5         A    Yes, I was.

6         Q    What does that mean?

7         A    In order to fulfill the promise of the

8    patent, the plasticizing oil must go into the

9    midblocks.  It must plasticize the

10   ethylene-ethylene-propylene block and not attack

11   primarily the styrene endblocks.

12        Q    Now you've referred several times to the

13   promise of the patent.  If I could direct you to the

14   '109 patent, could you show me what it is that you're

15   referring to as the promise of this patent?

16        A    I'm referring generally to statements such as

17   the title gelatinous elastomer compositions and

18   articles.  And then I look through to see what we have

19   in the claims -- in other words, when I'm using the

20   term promise of the patent, I'm using, as I read this

21   as one of ordinary skill in the art, what does this

22   promise -- what does this patent tell me that I can

23   make or I can obtain by practicing the science that's

24   in the patent.

25        Q    If I could direct you specifically to Column

1    9, Line 44 of the '109 patent; do you see that?  It

2    begins -- it's highlighted in orange.

3         A    Yes.  I see that.

4         Q    The basis of this invention and so on?

5         A    Yes.  I see this.

6         Q    Is this what you're referring to as the

7    promise of the patent?

8         A    Yes.  Yes, it is.  Because I'm going down to

9    Lines 52, quote, "Having a desirable combination of

10   physical and mechanical properties," end quote.  And

11   then it goes on from that.  But this is what I would

12   term the promise of the patent.  We're going to make a

13   gel that has desirable, physical, mechanical

14   properties.

15        Q    And as you read down it further refers to

16   things like tensile strength; do you see that?

17        A    Exactly.  Exactly.  The paragraph then goes

18   on and indeed into the next paragraph.  It goes on with

19   some specific values which one can attain.

20        Q    In the context of the '109 patent, if I were

21   to use anything other than a substantially

22   aromatic-free processing oil, would I be able to

23   achieve the promise of this patent?

24        A    No.  No.  One would not be able to achieve

25   tear resistance, snap back, tensile strength, these

1    terms that we see throughout these paragraphs.

2         Q    And why is that?

3         A    Because the polymer -- the polymer first and

4    then the gel would not have these desirable properties.

5         Q    And that's --

6         A     If we used the wrong plasticizing oil as --

7    if we used an aromatic plasticizing oil with SEEPS, as

8    I think Dr. Laghi was pointing out, instead of having

9    an article such as this gel liner, one would have

10   something that needs to be mopped up off the bench top.

11        Q    Now, looking again at the '253 patent, you

12   reviewed the '253 patent and its specification?

13        A    Yes.

14        Q    And did it have a similar promise to that

15   found in the '109 patent?

16        A    It did.

17        Q    And is that where we see at Column 33,

18   beginning at Lines -- I'm sorry -- Line 61.

19        A    Yes.  Exactly.  I'm again focussing on Column

20   34, Lines 3 and 4, quote, "having a desirable

21   combination of physical and mechanical properties."

22   And then it goes on, I believe, reciting very similar

23   properties to what we saw in the '109.

24        Q    Now, just to maybe put this in a little bit

25   simpler terms.  If you look at Column 20, beginning at

1    Line 43, we've seen this paragraph before today, it

2    starts, "Plasticizers particularly advantageous for use

3    in practicing the present invention are well known in

4    the art, they include rubber processing oils."  And I'm

5    going to stop right there for a minute.  You described

6    earlier the styrene endblocks of a styrene

7    isoprene/butadiene styrene block or

8    styrene-ethylene-ethylene-styrene block copolymer as

9    being hard and rigid?

10        A    Yes.

11        Q    An E-E-P block as being rubbery, correct?

12        A    Correct.

13        Q    Would an aromatic processing oil, a

14   plasticizer, be able to serve well as a rubber

15   processing oil?

16        A    No, it would not.  As I believe I said

17   yesterday, rubber is -- natural rubber is in fact

18   polyisoprene.  So rubber processing oils are -- should

19   be essentially aromatic-free, should be substantially

20   aromatic-free.

21        Q    Is that because of the aromatic content of

22   the processing oil that would be attracted to and

23   interact with the styrene blocks rather than the rubber

24   block?

25        A    No.  Not at all because by rubber processing

1    oils, we need something that will get in and interact

2    with the rubber which will be substantially

3    aromatic-free.  Rubber does not have any polystyrene

4    blocks associated with it.

5        Q    But my question was directed to aromatic

6    processing oils.

7        A    Oh, aromatic processing oils would -- rubber

8    processing oils are not aromatic because they wouldn't

9    interact well with rubber.

10       Q    Does this language in the specification

11   indicate to you that the plasticizing oil used in the

12   making of this invention or practice of this invention

13   must be substantially aromatic-free?

14       A    Yes, it does.

15       Q    If I could direct you back to Claim 1 -- I'm

16   sorry -- Exhibit 1, Page 4, and specifically the

17   proposed construction of plasticizing oil advanced by

18   Ohio Willow Wood.  Let me know when you're there.

19       A    Yes.  I'm there.

20       Q    As one skilled in the art, do you agree with

21   this proposed construction in the context of the '109

22   and '253 patents?

23       A    Yes, I do.  But it's clear from the -- from

24   the '253 and the '109 patents that what one wants to do

25   is one wants to plasticize the rubbery region, the

1    midblock.  And one certainly does not want to

2    plasticize the endblock, which tells us -- which tells

3    one of ordinary skill, that we're looking for

4    aromatic-free, substantially aromatic-free processing

5    oils.

6        Q    So, does the construction that OWW has

7    advanced essentially agree with the construction that

8    Alps is advancing in this case?

9        A    The OWW construction permits any processing

10   oil that would quote, "extends the elastomeric portion

11   of a polymer," end quote.  It's possible that there are

12   aromatic processing oils which have a sort of

13   nonaromatic chain or tail on them that might plasticize

14   both regions, both the styrene hardblock because of the

15   aromatic head, and the long tail fitting into the

16   elastomeric or the rubbery portion.

17            In other words, I can envision processing

18   oils, plasticizers, under OWW's proposal which would in

19   fact tear the polymer apart.  Because this permits --

20   this definition permits aromatic processing oils.

21       Q    So this construction would permit the

22   substantially aromatic-free processing oils and

23   something of the nature you've just described that

24   plasticizes the whole thing?

25       A    Yes, exactly.

1      Q    Is it then important to include the

2    substantially aromatic-free qualifier in order to have

3    a plasticizing oil that is useful in practice in the

4    invention of the '109 and '253 patents?

5      A    It is.  It is.  One of ordinary skill reading

6    the patent would, I believe, understand clearly from

7    the specification and from the knowledge which one

8    gathers with regard to the '253, the figures in the

9    '253 patent, that aromatic processing oils are not to

10   be used.

11          MR. TIMMERMAN:  Your Honor, I have no further

12      questions at this time for Dr. Atwood.  And if you

13      have any, I'm sure he'd be glad to respond.

14          THE COURT:  All right.  Who is going to

15      cross-examine?  How much time do you have of this

16      witness?

17          MR. STONEBROOK:  Twenty, 25 minutes.

18          THE COURT:  And what do you anticipate with

19      your witness?

20          MR. SPEED:  About 30 minutes, Your Honor, at

21      the outside.

22          THE COURT:  So you only have one witness,

23      right?

24          MR. SPEED:  Yes, Your Honor.

25          THE COURT:  Why don't we take a 10-minute

1      break.

2            (A recess was taken from 3:01 p.m. to

3      3:11 p.m.)

4                    CROSS-EXAMINATION

5      BY MR. STONEBROOK:

6         Q    Hi, Dr. Atwood.  My name is Mike Stonebrook.

7      I have a few questions related to your testimony here

8      today.  The first of which is simply to confirm, is the

9      block copolymer referred to as a SEEPS, a hydrogenated

10     block copolymer?

11        A    Yes, it is.

12        Q    And do SEEPS contain butylene?

13        A    The SEEPS can contain a small amount of

14     butylene.  As Dr. Chen points out in the '253, one can

15     achieve the requisite amount of crystal in ethylene

16     units with as much as a third butylene and two-thirds

17     1,4-butadiene polymerization.

18        Q    So, Dr. Atwood, if I understand your response

19     correctly, during the polymerization of the styrene

20     isoprene/butadiene block copolymer, the -- no less than

21     two-thirds of the butadiene would be polymerized under

22     the 1,4 addition reaction?

23        A    In order to produce SEEPS using the

24     operational definition that having 20 percent

25     crystallinity, that's correct.

1      Q    And if you increase the amount of

2   1,4-polybutadiene in the block copolymer during

3   polymerization above the two-thirds, would that result

4   in a higher level of ethylene crystallinity after

5   hydrogenation?

6      A    Yes, it would.

7      Q    So 20 percent ethylene crystallinity is the

8   threshold level of crystallinity used for SEEPS by

9   Mr. Chen?

10     A    Yes.  That's used by Mr. Chen.  And I believe

11  this -- I believe this calculation did not originate

12  with Chen.  I believe it originated in the Gergen

13  article from about 1987.

14     Q    Dr. Atwood, having read the '109 patent, was

15  there any confusion to you, as one of skill in the art,

16  when you saw the word butadiene appear within the '109

17  patent, that what was being referred to was

18  1,3-butadiene?

19     A    There was no confusion on my part.  However,

20  one of ordinary skill in the art might be concerned

21  about whether it was 1,3 or 1,2-butadiene.

22          THE COURT:  Can I interrupt you for a moment,

23     Mr. Stonebrook?

24          MR. STONEBROOK:  Certainly.

25          THE COURT:  If you would refresh my

1        recollection, because I guess repeating it is one

2        way I can learn it, maybe repeating it at nauseam,

3        but if -- do you have something you can circle --

4        do you have a pencil or a pen that you could --

5        what I'd like for you to do is the Alps' proposed

6        construction, if you would please circle that part

7        of the construction which is the long version of

8        isoprene.  Do you understand what I'm saying?  In

9        the Alps' proposed --

10           THE WITNESS:  The isoprene section?

11           THE COURT:  Yeah.  The isoprene.

12           THE WITNESS:  -- is right here.  Because the

13       isoprene leads to the hydrogenation of the

14       isoprene unit, leads to an ethylene and a

15       propylene section.

16           THE COURT:  Okay.  Is there a -- is

17       2-methyl-1 an extension -- a different way to call

18       isoprene.

19           THE WITNESS:  Yes.  Exactly, Your Honor.

20           THE COURT:  Okay.  If you would circle that,

21       please.

22           THE WITNESS:  Should I circle it or underline

23       it?

24           THE COURT:  Circle it, please, if you would,

25       please.  What would be considered isoprene?

1           THE WITNESS:  Okay.  I've circled isoprene.

2           THE COURT:  All right.  And if you would just

3     put "I" by it so I would know.  And if you would

4     also please circle what would be the lengthier

5     name of butadiene.

6           THE WITNESS:  Okay.  So I've got

7     1,3-butadiene down here, which I've circled.  And

8     I'll put --

9           THE COURT:  "B."

10          THE WITNESS:  -- "B."

11          THE COURT:  Sure.  All right.  Thank you.

12    Can I ask you then the next question?

13          THE WITNESS:  Sure.

14          THE COURT:  Why would it then be necessary to

15    redefine hydrogenated styrene isoprene/butadiene

16    block into Alps' proposed construction given that

17    all you were doing, as I understand it, is giving

18    a more exact formulaic language for butadiene and

19    isoprene; am I correct in that?

20          THE WITNESS:  Oh, if I understood your

21    question correctly, Your Honor, you're saying,

22    would it really be necessary to put for "I" and

23    "B" on this, do we really need to redefine those?

24          THE COURT:  Correct.

25          THE WITNESS:  As I was just saying to

1          Mr. Stonebrook, there is a possibility that

2     butadiene itself could have, let's see -- as a

3     matter of fact, I think I can make this clearer.

4     If I could have Slide 1 up on the board.  May I?

5          THE COURT:  Please.

6          THE WITNESS:  So with butadiene we have

7     4-carbons and there's 1, 2, 3 bonds.  The double

8     bonds are here and here.  If we move the double

9     bond from here to here, that would be what's

10    called 1,2.  And that would necessitate moving

11    hydrogen from here over to here.  So to

12    necessitate rearranging the molecule in order to

13    make -- oh, thank you, Michael -- so we then have

14    a double bond here and a double bond here, but no

15    double bond here.  That would be a different

16    molecule, but it would be -- it would be a

17    butadiene.  It would be what's called

18    1,2-butadiene.

19         THE COURT:  So Alps' proposed construction

20    has the double connections at the end?

21         THE WITNESS:  What Alps' proposed -- Alps is

22    proposing that this be spelled out specifically so

23    that there would not be any confusion with having

24    potentially a double bond here and a double bond

25    here with only a single bond here.  That compound

1          is not as likely and, again, as -- with my level

2          of skill, I would not read 1,2-butadiene as a

3          possibility into these patents.

4                But in an abundance of caution, one could as

5          Alps' construction does, by calling 1,3-butadiene,

6          one specifies specifically the butadiene molecule,

7          which is useful in the polymerization.

8                THE COURT:  Okay.

9          Q    (By Mr. Stonebrook)  Dr. Atwood, isn't it

10    true that 1,2-butadiene is commonly known as methylene?

11         A    I believe you're correct about that.  But

12    again methylene would be a common name, you know, like

13    my name is Jerry Atwood and -- but my social security

14    number is absolutely specific.

15         Q    Like calling 1,3-butadiene, butadiene?

16    Dr. Atwood, you spoke earlier of promises made in the

17    '109 and 253 patents and referred to specific

18    properties that you attributed to the use of the SEEPS

19    polymer in these particular gels; do you recall that

20    testimony?

21         A    Yes.  I recall that.

22         Q    In the '109 patent, I believe we reviewed

23    Column 9, around Line 60 through Column 10, Line 11.

24    And in the '253 patent, if memory serves correct, it

25    was around Column 33, line 61 through Column 34, Line

1    11; do you recall reviewing these sections?

2         A    Yes.  I recall those sections.

3         Q    And is it your testimony today that the

4    properties described in the two portions of the '109

5    and '253 patents are the properties one gets when they

6    use SEEPS block copolymers in gel formulations?

7         A    Yes.  That's my testimony.

8         Q    And is it further your position that these

9    properties are only obtainable using the SEEPS block

10   copolymer because of its unique characteristics?

11        A    By only the SEEPS polymer, are you referring

12   to hydrogenated styrene isoprene/butadiene styrene

13   triblock copolymers?

14        Q    If I were adopting that definition, how would

15   you answer that question, sir?

16        A    I would answer that question, yes.  SEEPS is

17   the one of that large number of polymers which provides

18   the properties described in '109, Columns 9 and the top

19   of Column 10.

20        Q    And do you find these properties to be

21   exclusive to the SEEPS block copolymer and gel?

22        A    Yes.  Yes.  When I'm referring to the

23   desirable mechanical and physical properties as --

24   well, when I'm reading what Chen says about the

25   desirable physical and mechanical properties, I'm

1    referring to a gel which is hard to tear.  Now there

2    will be other polymers in this group, you know, I'm not

3    using a quantitative number with hard to tear, and we

4    do specify further down in this description specific

5    information about tensile strength, elongation and so

6    forth.  Could there be other polymers in this group

7    that would meet these minimum requirements for tear

8    resistance, elongation and so forth, there might be.

9    But I don't know of any of them.  The one that we know

10   of that meets these requirements is the SEEPS polymer

11   appropriately plasticized.

12        Q    Are you aware of Dr. Chen making the promise,

13   as you called it, of these particular physical

14   characteristics in regards to a gel using a block

15   copolymer other than SEEPS?

16        A    In any of his rather large number of patents

17   or just with regard to the '253 and the '109?

18        Q    Are you aware of Mr. Chen making this same

19   promise in any other document, patent, article with

20   regard to block copolymers other than SEEPS?

21        A    I've read most of the Chen patents, but I

22   don't recall them in detail.  However, as I sit here

23   right now, I don't recall him making this promise,

24   specifically these numerical promises for tensile

25   strength and so forth for other polymers and other

1    gels.

2              MR. STONEBROOK:  Your Honor, I apologize.

3         May I approach the witness and the bench, sir?

4              THE COURT:  Sure.  Do you have an exhibit

5         number for this?

6              MR. STONEBROOK:  No, Your Honor.  I wasn't

7         anticipating using this as an exhibit.

8              THE COURT:  Well, why don't you -- we'll just

9         make it Alps' 1.

10             MR. SPEED:  You mean Ohio Willow Wood 1, Your

11        Honor.

12             THE COURT:  Ohio Willow's 1.  I'm sorry.

13        Q    (By Mr. Stonebrook)  Dr. Atwood, the

14   particular exceptional physical properties that you

15   attributed to the use of the SEEPS gel at Column 9,

16   Line 61 through Column 10, Line 11 of the '109 patent,

17   appear to be reproduced verbatim in a patent that

18   issued January 18th, 1983, United States Patent

19   4,369,284 at Column 3, Line 55 through Column 4, Line

20   7; do they not?

21        A    Column 3, Line 54 --

22             THE COURT:  What's the purpose of this,

23        Mr. Stonebrook?

24             MR. STONEBROOK:  Dr. Atwood has attributed

25        certain properties to a class of materials called

1    SEEPS that's part of their definition and has gone

2    to some lengths to describe how exceptional this

3    material is and to set it off and apart from the

4    SEB/EPS family from which it evolves, and I

5    believe this shows that the basis for such

6    designation is not truly attributable to the SEEPS

7    polymer.

8         MR. TIMMERMAN:  Your Honor, if I may,

9    Mr. Chen is the one who is attributing certain

10   properties to polymer.  Dr. Atwood is being shown

11   a patent dealing with a totally different polymer

12   with a different chemical structure, hydrogenated

13   styrene isoprene/butadiene --

14        MR. STONEBROOK:  And that's exactly my point,

15   Your Honor --

16        THE COURT REPORTER:  I can't hear you both.

17        MR. STONEBROOK:  Okay.  Sorry.

18        MR. TIMMERMAN:  We object based on relevance

19   to this patent.

20        THE COURT:  Well, I'm going to sustain the

21   objection.  It's difficult enough taking care of

22   one without doing another patent.  And it seems

23   the issues here are fairly narrow.  So, whether

24   this is a truly novel agent is a different

25   question at a different time.

1        While the two of you are conferring, let me

2    ask you a question, Dr. Atwood to make sure I

3    understand the significance of Alps' proposed

4    construction.  Assuming I can read my notes here,

5    I think that you have agreed with Mr. Speed's

6    position that the claim, as currently written,

7    hydrogenated styrene isoprene/butadiene block

8    copolymer, leaving aside the specification, but

9    just reading that alone, would lead one skilled in

10   the art to include a significant number of

11   polymers?

12        THE WITNESS:  Yes, Your Honor.  I agreed with

13   Mr. Speed on that.

14        THE COURT:  Butadiene polymers or just

15   polymers?

16        THE WITNESS:  I would call them just triblock

17   copolymers.

18        THE COURT:  Okay.  Triblock copolymers.  And

19   you're saying that the patent taken as a whole

20   together with one skilled in the art would read

21   the claim as much narrower and precise and

22   specifically limit those polymers to a precise

23   subset of polymers dealing -- including an

24   isoprene polymer?

25        THE WITNESS:  Yes.  One in which the isoprene

1       had been hydrogenated.

2            THE COURT:  Right.

3            THE WITNESS:  And the butadiene had been

4       hydrogenated.

5            THE COURT:  A specific butadiene, 1,3 as

6       opposed to 1,2?

7            THE WITNESS:  Yes.  Yes, Your Honor.  That's

8       correct.

9            THE COURT:  Okay.

10           MR. STONEBROOK:  I don't believe we have more

11      questions for Dr. Atwood, sir.

12           THE COURT:  All right.  Anything else,

13      Mr. Timmerman?

14           MR. TIMMERMAN:  No, Your Honor.

15           THE COURT:  Thank you, Dr. Atwood.

16           THE WITNESS:  Thank you.

17           MR. SPEED:  Your Honor, if it please the

18      Court, we call Dr. Lynn Walker.

19           THE COURT:  Thank you.

20           THE LAW CLERK:  Please raise your right hand.

21                      LYNN WALKER,

22      the witness herein, being first duly sworn, was

23      examined and testified as follows:

24           THE WITNESS:  I do.

25           THE LAW CLERK:  Please state your full name

1        and spell your last name for the record.

2             THE WITNESS:  Lynn Margaret Walker,

3        W-a-l-k-e-r.

4             MR. SPEED:  Your Honor, the parties have

5        stipulated that Ms. Walker or Dr. Walker is

6        qualified to be an expert witness in this matter.

7                      DIRECT EXAMINATION

8    BY MR. SPEED:

9        Q    Very briefly, though, if you would, tell the

10   Court where you're presently employed and the kind

11   of -- the nature of the work that you're presently

12   doing.

13       A    Certainly.  I'm a full professor in chemical

14   engineering at Carnegie Mellon University, which is in

15   Pittsburg, Pennsylvania.  I have joint appointments --

16   or courtesy appointments -- I'm sorry -- in chemistry

17   and material science.  Most of my work is with

18   polymeric materials.  I've worked with block

19   copolymers.  I work on polymer synthesis and I've

20   worked with what are called liquid crystalline

21   materials.  So I've worked with most of the aspects of

22   this case.

23       Q    Have you made the gels similar to the types

24   that are discussed in the '109 and '253 patent?

25       A    I have made a few examples of these specific

1    gels.

2        Q    And do you teach any classes in polymer

3    chemistry at present?

4        A    I teach a course called Physical Chemistry of

5    Macromolecules which I've taught since 1998.  It's a

6    graduate and undergraduate level course in polymeric

7    materials, polymer chemistry, polymer synthesis.

8             THE COURT:  Out of curiosity, do you know

9        Dr. Atwood other than meeting him here?

10            THE WITNESS:  No.  By reputation, I do.

11            THE COURT:  All right.

12       Q    (By Mr. Speed)  Dr. Walker, you have read the

13   '109, '253 patents; is that correct?

14       A    I have.

15       Q    And you've also read the file histories?

16       A    I have.

17       Q    And you understand that we have narrowed down

18   the issues in dispute in this claim construction to two

19   issues?

20       A    Yes.

21       Q    If you would turn, and there's a small book,

22   and I think it's right in front of you --

23       A    Here it is.

24       Q    -- to Claim 1 of the '109 patent.

25       A    All right.

1     Q    Column 17, the first element, little (i), it

2  reads, "100 parts by weight of one or a mixture of two

3  or more of a hydrogenated styrene isoprene/butadiene

4  block copolymer."  Now you've been in the courtroom all

5  day and most of the day yesterday, correct?

6     A    Yes.

7     Q    And you've heard the Court ask the question

8  of both Dr. Atwood and Dr. Laghi, absent anything else,

9  what would one of skill in the art understand the

10  phrase, hydrogenated styrene isoprene/butadiene block

11  copolymer to mean?

12     A    If I take it in a vacuum, not having read the

13  rest of the specifications of the patent, I would take

14  it to mean, because we don't expect the styrene to

15  hydrogenate, that the isoprene is hydrogenated into

16  ethylene and propylene groups and that the butadiene

17  has hydrogenated into butylene groups or ethylene

18  groups.  It depends on the linkages, which is

19  controlled by the catalyst and is generally known to be

20  a mixture of those.

21     Q    And would that resulting copolymer --

22     A    Uh-huh.

23     Q    -- would it be a specific type of resulting

24  copolymer?

25     A    I would refer to that as a

1    styrene-ethylene-propylene-ethylene-butadiene-butylene-

2    styrene, so SEB/EPS is what I call it.

3            THE COURT:  So, would this be a triblock

4        copolymer or would it be something else?

5            THE WITNESS:  I'm assuming, from the way this

6        is written, that the isoprene/butadiene is a

7        midblock that's a mixture.  And the styrene blocks

8        are the two ends.  Once I hydrogenate it, it will

9        still be a triblock.  So the E-P-E-B is the

10       composition of that middle block.

11           THE COURT:  So, essentially, you agree with

12       Dr. Atwood which was frankly conceding Mr. Speed's

13       point that this language in a vacuum would lead

14       one skilled in the art to think of, without

15       putting a number on it, numerous triblock

16       polymers?

17           THE WITNESS:  I would think of it as a class

18       of different architectures, yes.

19       Q    (By Mr. Speed)  And is there support in the

20   specification -- you said that class would be what you

21   called a SEB/EPS, correct?

22       A    That's what I would call it, yes.

23       Q    All right.  Is there a support in the

24   specification for your conclusion that the resulting

25   copolymer would be a SEB/EPS?

1      A    Well, in the specifications within this

2  patent?

3      Q    Within the '109; yes, ma'am.

4      A    If I go back to --

5           THE COURT:  If you would give me the

6      abbreviation of the SEB.

7           THE WITNESS:  SEB/EPS.

8           THE COURT:  Okay.

9           MR. SPEED:  And you'll see that, Your Honor,

10     and we'll just -- we'll all get there.  It's on

11     Column 7.

12          THE WITNESS:  Thank you.  I was looking for

13     it.

14     Q    (By Mr. Speed)  We've both looked at it and

15  highlighted this section.  Is SEB/EPS disclosed at

16  Column 7 in the paragraph beginning Line 13?

17     A    Yes.  It's discussed here essentially just

18  the way I've described it.  You start with a little

19  more detail providing the chemical structures for

20  isoprene and butadiene, but then shows that this one

21  hydrogenation will result in SEB/EPS and then continues

22  to discuss a subclass of that where the EB, which you

23  don't know the amount of E and B unless you knew how

24  all the butadiene linkages were made, continues on to

25  discuss one case of that.

1      Q    Now Claim 1 discusses only hydrogenated

2  styrene isoprene/butadiene block copolymer.  Are there

3  other claims in the '109 patent that are more specific

4  as to the type of copolymer that is being claimed than

5  in Claim 1?

6      A    Well, yes.  As we discussed earlier in the

7  day, and I've heard brought up, Claim 5 and Claim 6, 7.

8      Q    So, if you read -- and Alps' definition is

9  right next to you.  If you were to read Alps'

10  definition and I know you read it before and you've

11  considered it and you wrote a declaration and that's

12  all in the record, correct?

13      A    Yes, it is.

14      Q    If you read Alps' definition and you replace

15  the words in Claim 1 with hydrogenated styrene

16  isoprene/butadiene block copolymer with Alps'

17  definition --

18      A    Yes.

19      Q    -- if you replace that, do you have an

20  opinion as to whether Claim 5 and Claim 1 would then

21  have the very same scope?

22      A    Well, if I assume that hydrogenated styrene

23  isoprene/butadiene is replaced with

24  styrene-ethylene-ethylene-propylene-styrene, SEEPS, as

25  we've been calling it, then I don't see a difference

1    between Claim 1 and Claim 5.

2         Q    It's true, is it not, and correct me if you

3    disagree, that Mr. Chen claimed broadly in Claim 1 and

4    then more narrowly in Claim 5, and then furthermore

5    narrowly saying Claim 7 where he also now describes

6    specific products, Septon 4055, 4033, 4045; do you

7    agree with that?

8         A    Yes.  That's how I read it.

9         Q    So the progression went from broad to narrow.

10   Do you think he made a mistake in Claim 1 based upon

11   your reading of the specification?

12        A    No.  I was under the impression this went

13   from broad to more narrow.

14        Q    You've read the claims of the '253.  The

15   claims of the '253, do they mention hydrogenated

16   styrene isoprene/butadiene block copolymer

17   specifically?

18        A    I should check, but -- I believe that it

19   does.

20        Q    The specification does, but I wonder if the

21   claims do.

22        A    Oh, I'm sorry.

23             MR. SPEED:  And the claims start, Your Honor,

24        '253, Column 56, approximately, Line 45.

25             THE COURT:  Say that again, please.

1          MR. SPEED:  It claims of the '253, which are

2      in Exhibit 2, start at Column 56, approximately,

3      Line -- I'm sorry -- 55 -- oops -- one more -- 54

4      at approximately Line 63.  That's where the claims

5      start at '253, which is in Exhibit 3.

6          THE WITNESS:  Sorry for taking the time.  I

7      just wanted to look through quickly.

8          MR. SPEED:  So again --

9          THE WITNESS:  I don't see the term

10     hydrogenated styrene isoprene/butadiene in the

11     claims.

12     Q    (By Mr. Speed)  But Mr. Chen, for example, in

13  Claim 1 and in Claim 2 and in Claim 6 and others,

14  actually delineates specifically some very specific

15  block copolymers, correct?

16     A    Yes.

17     Q    Some of which could be a result of

18  hydrogenating SIBS, correct?

19     A    Yes.

20     Q    In fact, maybe most of those in Column 55 on

21  or about Line 10, would be some form of hydrogenated

22  SIBS, correct?

23     A    Most of them would be, yes.

24     Q    All right.  So Mr. Chen, did he not, started

25  broadly in one sentence and went more narrow and knew

1    at some times he was going to claim something more

2    narrow and at other times he was going to claim

3    something broad, correct?

4              MR. CHRISTALDI:  Objection, Your Honor.

5         Mr. Speed is testifying here.

6              MR. SPEED:  I'll withdraw.

7         Q    (By Mr. Speed)  Did Mr. Chen start narrowly

8    and end up broadly -- start broadly with these claims

9    and end up narrowly in your opinion?

10        A    In '109 it certainly seems to be that way

11   because the first claim uses the more general term and

12   then the later claims specifically discuss SEEPS.

13        Q    Is there -- Dr. Atwood testified and spent

14   some time talking about this ethylene crystallinity

15   concept.  In reading the claims of the '109 patent, is

16   ethylene crystallinity claimed in any amount?

17             THE COURT:  Why don't you go -- while we're

18        on that subject, and I'm presuming you're going to

19        Column 7 between Line 13 and 30.

20             MR. SPEED:  Right.

21             THE COURT:  Which I believe that you

22        testified, Dr. Walker, that SEB/EPS and SEEPS are

23        mentioned, it's not limited to SEEPS.

24             THE WITNESS:  Yes.

25             THE COURT:  And Dr. Atwood testified that he

1          reads this as one skilled in the art that to meet

2          the promise of the invention, as he calls it, you

3          would reject the SEB/EPS in favor of the SEEPS

4          because the SEEPS would produce the ethylene

5          crystallinity midpoint, I believe, that SEB/EPS

6          would not.

7              THE WITNESS:  Well, see, this is where we

8          differ.  I consider SEB/EPS as a general result of

9          hydrogenating SIBS.  Because the I has to become

10         EPs and the B has to become something.  It becomes

11         some unknown mixture of E and B.  So to me that's

12         what happens when you hydrogenate SIBS.  If the EB

13         mixture can be controlled, and it can through the

14         catalyst you make it with, if you end up with

15         enough Es in that for it to crystallize, that

16         being my criteria, then I would be willing to call

17         it SEEPS.  So I consider it a subclass of SEB/EPS.

18         Q    (By Mr. Speed)  But the question that I have,

19    Dr. Walker, is do the claims require a certain level of

20    ethylene crystallinity in the '109 patent?

21         A    The required mechanical properties he

22    claimed?

23         Q    Yes.

24         A    I'm not sure I could tell without doing some

25    experimentation.

1    Q    Could I create a composite described in Claim

2    1 with a SEB/EPS, a hundred parts of a SEB/EPS, 300

3    parts of a mineral plasticizing oil, and some form of

4    substrate?

5    A    Well, yes.  Because Claim 1 doesn't require

6    any specific mechanical properties or anything that

7    would be specific to a crystalline material.

8    Q    Right.  And, as a matter of fact, whatever

9    application that I'm choosing to do with that gel it

10   may work appropriately, correct?  For example, I may

11   have an application for a gel where tear resistance

12   really is negligible, it's not something I'm impart to,

13   isn't that a possibility?

14        MR. CHRISTALDI:  Objection, Your Honor.

15   Again, Mr. Speed is testifying himself.

16        THE COURT:  Well, I'll overrule it.

17        MR. CHRISTALDI:  Thank you, Your Honor.

18        THE WITNESS:  Yes.  I could make a gel that

19   fulfilled the requirements of Claim 1 and met my

20   application needs.

21   Q    (By Mr. Speed)  And tear resistance may or

22   may not be something I was considering, correct?

23   A    Correct.

24   Q    Let me give you an example; insulation gel

25   sometimes uses insulation?

1       A    Yes, it does.

2       Q    And if you're not pulling or pushing on the

3    gel, maybe tear resistance wouldn't be that important,

4    correct?

5       A    That's true.

6       Q    But it still could be a good insulator?

7       A    Yes.

8       Q    And so tear resistance gel rigidity, the

9    criteria of the promise of the patent that we heard

10   earlier is not claimed in Claim 1 of the '109 patent,

11   is it?

12      A    No.  Claim 1 just discusses the formulation

13   and the compositing of it.

14      Q    Now, you would agree perhaps, would you not,

15   and correct me if I'm wrong, that perhaps in Claim 5,

16   where it specifically talks about SEEPS as the block

17   copolymer that that may start to infer some additional

18   characteristics that maybe Dr. Atwood and

19   Dr. Stonebrook were discussing; do you agree with that?

20      A    I do agree with that, yes.

21      Q    But again, even in Claim 5 those specific

22   criteria rigidity, tear resistance, numbers associated

23   with those aren't claimed?

24      A    They're not mentioned in Claim No. 5, no.

25      Q    So, in drawing a conclusion to this

1    discussion, in reading the definitions, would one of

2    skill in the art, in reading the definitions even in

3    light of the specifications -- well, first of all, let

4    me ask you this, you've read the file history more than

5    once?

6          A    Yes, I have.

7          Q    Was SEEPS, S-E-E-P-S, or

8    poly(styrene-ethylene-ethylene-propylene-styrene), long

9    hand --

10         A    Uh-huh.

11         Q    -- was that disclosed in the original

12   application?

13         A    I do not recall it being called out as SEEPS

14   in the original application.

15         Q    Do you recall if the original claims had even

16   the word hydrogenated SIBS in them?

17         A    I would have to look back at them.  I'm

18   afraid I don't remember.

19         Q    Well, drawing a conclusion, do you believe

20   that one of skill in the art in reading the patent, the

21   file history, and looking at the passages we've looked

22   at, would limit the phrase hydrogenated styrene

23   isoprene/butadiene block copolymer to SEEPS made from

24   the more -- the longer chemical name that Alps is

25   discussing?

1          A     After having read the specifications?

2          Q     Yes.

3          A     Part way through the specifications this

4     issue of crystallinity is mentioned.  So, for the

5     materials where that part of the specification is being

6     applied, I would assume some level of crystallinity and

7     I would expect it to be SEEPS.  But, in general, since

8     that doesn't come about the whole way through the

9     specifications, I would use a more general assumption

10    that it's SEB/EPS.

11         Q     And there's no requirement, as we talked

12    about in Claim 1, that there's any crystalline at all

13    in the gel, is there?

14         A     Claim 1 does not mention any crystallinity,

15    no.

16         Q     Okay.

17              THE COURT:  Would you expect there to be a

18              necessity of crystallinity given the purpose of

19              the invention, and therefore, be required to read

20              what is necessary in the skill in the art so as to

21              produce that?

22              THE WITNESS:  So tear resistance is a

23              property that one expects -- you expect to need to

24              include some crystallinity in the material for

25              tear resistance.

1          THE COURT:  So we all can, I guess, determine

2     what -- get a definition that we all agree to

3     would give some -- the accepted definition of

4     crystallinity, please.  Is there an accepted

5     definition of what crystallinity means?

6          THE WITNESS:  Well, generally, one wouldn't

7     define it through a mechanical property like that.

8     You would measure it.  You can actually quantify

9     the fraction of crystallinity in a material.

10    There's a number of different techniques.  The

11    most common is differential scanning calorimetry,

12    which isn't mentioned in here.

13         THE COURT:  If you were to explain to me what

14    crystallinity is, how would you explain it,

15    assuming I was in your class?

16         THE WITNESS:  Well, first you have to act

17    like you're half asleep and bored so -- sorry.

18         THE COURT:  You mean I haven't yet?

19         THE WITNESS:  Crystallinity in polymers is

20    actually a phase transition.  Polymeric materials

21    would like to be mashed up like a bowl of

22    spaghetti when they're warm and they have enough

23    energy in them to move.  As you cool these systems

24    down, locally they will actually start to align.

25    It's locally sort of like an attempt to solidify.

1          So the system will go through a phase transition

2      and will form crystalline regions because they're

3      locked down, as Professor Atwood said, they'll be

4      a lot more rigid and they'll resist flow of the

5      actual polymer change over each other.

6          So it's a well defined phenomena.  We know

7      how to measure it.  You know, crystallinity was

8      very well studied at the time all of this was

9      being done.

10          THE COURT:  And crystallinity leads to what

11      for this particular gel-type invention.  What is

12      the significance of having some amount of

13      crystallinity?

14          THE WITNESS:  Well, it has been argued that

15      tear resistance is probably the primary thing that

16      had come out of it.  Although, I believe that is

17      brought up in the '253 patent and not so much in

18      the '109.

19          THE COURT:  So, would you read this patent so

20      as to require some element of crystallinity in the

21      product, that that would be an advantageous

22      quality of the product?

23          THE WITNESS:  In reading it --

24          THE COURT:  Not reading it as Professor

25      Walker, but reading it with your other hat as one

1          skilled in the art.

2              THE WITNESS:  Oh, as one skilled in the art,

3          since the issue of crystallinity is brought up

4          part way through the specifications and tear

5          resistance is listed as one of the properties that

6          would be enhanced, I would assume that some level

7          of crystallinity is being brought into these

8          materials.

9              THE COURT:  Would one skilled in the art

10         accept the proposition or know whether SEB/EPS

11         would lead to less crystallinity or more

12         crystallinity than SEEPS?

13             THE WITNESS:  Well, SEB/EPS is the general

14         title.  SEEPS is within it.

15             THE COURT:  Okay.  So, even using your

16         explanation that SEEPS is a subset --

17             THE WITNESS:  Uh-huh.

18             THE COURT:  -- would one come to the

19         conclusion that if a measure of crystallinity is

20         required --

21             THE WITNESS:  Uh-huh.

22             THE COURT:  -- and I don't know from looking

23         at this whether it's more crystallinity or less,

24         but I assume it's --

25             THE WITNESS:  More.

1            THE COURT:  -- more is better -- all right --

2       that SEB/EPS would produce less and SEEPS would

3       produce more than SEB/EPS if you were comparing

4       the two?

5            THE WITNESS:  Well, again, I don't think

6       they're two things that can be compared because

7       SEEPS is just the part -- it's the class within

8       SEB/EPS that has the highest likelihood of

9       crystallizing because it has the least butylene.

10           THE COURT:  Say that again, please.

11           THE WITNESS:  SEBS is the group within

12      SEB/EPS that has a very low level of butylene and

13      is likely to crystallize.

14           THE COURT:  I thought you said that SEEPS was

15      a subset of SEB/EPS.

16           THE WITNESS:  Subset, a group within it.

17           THE COURT:  Okay.  In comparing SEEPS to its

18      larger subset -- to its larger set, would SEEPS

19      produce more crystallinity than SEB/EPS?  Is that

20      question a question that is not an appropriate one

21      based on --

22           MR. SPEED:  Your Honor, what you have, the

23      result -- the chemical structure you have when you

24      hydrogenate SIBS is SEB/EPS.  And across

25      SEB/EPS --

1           THE COURT:  I understand that part.

2           MR. SPEED:  -- depending upon the butylene

3      content you may or may not have crystallinity.

4           THE COURT:  And you may have SEEPS?

5           MR. SPEED:  And you may have SEEPS.  And you

6      may have -- as I understand, you may have other

7      crystallinity.

8           THE COURT:  And as I understand Alps'

9      position they're looking for a specific polymer --

10          MR. SPEED:  That is correct.

11          THE COURT:  -- a group of polymers, SEEPS.

12          MR. SPEED:  Only SEEPS.

13          THE COURT:  Only SEEPS.  Okay.  And you're

14     saying it's a great -- it's a bigger universe.

15          MR. SPEED:  The universe of hydrogenated SIBS

16     would be all SEB/EPS because the claims don't talk

17     about --

18          THE COURT:  And Dr. Atwood's testimony is,

19     when you read the specs, one skilled in the art,

20     is going to be narrowed down to a particular type

21     of polymer.  And I'm asking Dr. Atwood -- I mean,

22     Dr. Walker, whether in reading the specs you would

23     come to the same conclusion because of the purpose

24     of the invention and the need for the

25     crystallinity.

1          MR. SPEED:  I think that's where we disagree,

2     Your Honor.

3          THE COURT:  Well, that's why I'm asking her.

4     I'm not asking you.

5          MR. SPEED:  Okay.  I apologize.  I thought

6     you were looking at me.

7          THE COURT:  No.

8          MR. SPEED:  Can I ask her the question?

9          THE COURT:  Certainly.

10    Q    (By Mr. Speed)  Dr. Walker, do you believe

11    that ethylene crystallinity is an element or

12    requirement of Claim 1 of the '109 patent?

13         THE COURT:  No.  That's not what I'm saying.

14    I'm saying that the invention itself -- I

15    understand your limiting language of the claim;

16    all right?  I understand that part.  That's not my

17    question.  My question is, when you read the

18    patent as a whole, all right --

19         THE WITNESS:  Uh-huh.

20         THE COURT:  -- from beginning to end --

21         THE WITNESS:  Uh-huh.

22         THE COURT:  -- whether crystallinity is a

23    necessary feature of the invention, and if it is,

24    as a consequence of specifications, would you read

25    into Claim 1 the subset that we're now talking

1    about, SEEPS?

2        THE WITNESS:  No.  Because I haven't been

3    given enough information in the specifications

4    that crystallinity is what I want.  It's -- it's

5    potentially eluded to and bounced around, but not

6    stated.  So I'm not sure that's what I want.

7        MR. SPEED:  And let me ask this question:

8    Crystallinity, based upon the content of butylene

9    and ethylene that are present, that's a variable,

10   isn't it?

11       THE WITNESS:  Yes.  That's the other issue is

12   that I don't know how much crystallinity I need.

13       THE COURT:  Now Dr. Atwood said 20 percent,

14   that makes a SEEPS is what I understand; do you

15   recall that testimony?

16       THE WITNESS:  Yes.  I believe that is denoted

17   in the '253 patent.  It doesn't appear in the '109

18   patent.

19   Q    (By Mr. Speed)  So now we have a situation

20   where not only are we, correct me if I'm wrong, where

21   Alps is seeking to incorporate SEEPS into the

22   definition, but SEEPS could mean a lot of different

23   things with respect to crystallinity, correct?

24   A    Yeah.  SEEPS is now being defined as

25   something with crystallinity below some line, but

1    that's a group of polymers.

2         Q    And again, does Claim 1 --

3              THE COURT:  Wouldn't it be above a certain

4         line as opposed to below a certain line?

5              THE WITNESS:  I'm sorry.  You're right.  I

6         apologize.  Crystallinity above a certain line.

7         Q    (By Mr. Speed)  And does Claim 1, again, does

8    it require a gel of a certain rigidity or tear

9    resistance or crystallinity in order to make a

10   composite that would read on that claim?

11        A    No.  Claim 1 doesn't mention anything like

12   that.

13        Q    The other issue is the definition of

14   plasticizing oil.  And you've been in the courtroom all

15   day.  And I think there's some confusion.  And maybe

16   I'm still confused and maybe the Court's not.  But I

17   would like you to address one thing.  There's a concept

18   of aromatic oils --

19        A    Uh-huh.

20        Q    -- versus aromatic-free oils.

21        A    Yes.

22        Q    Aromatic oils is a title, correct?

23             THE COURT:  I didn't hear that word,

24        Mr. Speed.

25        Q    (By Mr. Speed)  Aromatic oils -- in chemistry

1    you refer to some oils or solvents as aromatics; is

2    that correct?

3        A    That is correct.

4        Q    That's not to be confused or compared to

5    substantially aromatic-free oils, is it?

6        A    No.  Aromatic oils are a defined thing.

7    Substantially aromatic-free, I actually don't know -- I

8    don't know how to quantify that.  I know it means that

9    it's got very little aromatic in it or below some

10   level, but I don't know what it is.

11       Q    Now you've heard the testimony of Dr. Atwood

12   and Dr. Laghi?

13       A    Uh-huh.

14       Q    Correct?

15       A    Yes.

16       Q    And both of them indicated, and correct me if

17   I heard it wrong, but I believe that too high a level

18   of aromatics in the plasticizing oil will not allow the

19   gel to form; do you agree with that?

20       A    I do.

21       Q    Do you know what level of aromatics in terms

22   of percentages or parts by weight would still allow gel

23   to form in the context of the two patents ensued?

24       A    No.  I can't give you a number because it's

25   case dependent.  So what actually allows these gels to

1    form, as we discussed yesterday and today, is the

2    polystyrene forming glassy regions.  That means that

3    their temperature is below a glass temperature.  The

4    way these work is you heat them up above that and they

5    can soften and take on the oil and be processed.  What

6    plasticizers that plasticize the polystyrene will do is

7    lower that glass transition temperature towards where

8    you're trying to work.

9              THE COURT:  Let me interrupt you for a moment

10        because I'm somewhat confused.  I would assume

11        that you would buy a processing oil from a

12        manufacturer supplier.

13             THE WITNESS:  Yes.

14             THE COURT:  And you would go to a catalog and

15        you would get the stock number and you would make

16        that order?

17             THE WITNESS:  Yes.

18             THE COURT:  Okay.  When you see the

19        description, does the description say

20        aromatic-free processing oil or are you looking

21        for a -- does it have a category, would you look

22        in the index for aromatic-free processing oils?

23        Or you would automatically know which ones to take

24        a look at.  And if you were to buy one, had a

25        class that you had in mind that you would take a

1          look at, would you be even thinking what part was

2          aromatic-free and what part might not be

3          aromatic-free?

4              I mean, would the supplier, frankly, break

5          down the processing oils by such terminology or

6          weight or whatever measurement you would use so

7          that you would say, aha, I want one from Column A

8          and Column B, but not from Column C?

9              THE WITNESS:  So processing oils generally

10         come in three flavors, paraffinic, naphthenic and

11         aromatic.  And those are different cuts off the

12         distillation column.  They are going to be --

13         since the way they are collected and processed

14         will allow for some of the other ones to be in

15         each other.  It will be mixtures.  If you buy a

16         cheap oil it will probably have mixtures of the

17         other components in it to refine them and to get

18         rid of any other of the other compounds and costs

19         money, as we've discussed, to purify them.

20             THE COURT:  So if it's not in your budget you

21         might not do it and you might take your chances?

22             THE WITNESS:  You might.  And it might be

23         fine.  Because there might be some aromatics in

24         there, but they may not be enough to lower the

25         glass temperature of the styrene below your

1          operating temperature.

2              THE COURT:  So, if you are in the trade,

3          aromatic-free alone would have a definition and

4          would define for you a set of processing oils?

5              THE WITNESS:  The only place I've seen the

6          term aromatic-free used as an adjective on oil

7          like that is in sort of the mineral oils and

8          materials to be used for food or FDA approved.

9              THE COURT:  Which is referenced here in

10         one --

11             MR. SPEED:  Right.

12             THE WITNESS:  Generally you don't see that

13         term so you buy a paraffinic oil and it will have

14         some impurities in it.  They might be aromatic,

15         they might be naphthalenic.  You don't know.  You

16         can find out some information about the purity.

17         Most likely you'll have to do some processing --

18             THE COURT:  So the processing oils that are

19         mentioned in the claim --

20             THE WITNESS:  Uh-huh.

21             THE COURT:  -- just a moment --

22             MR. SPEED:  It's Column 6, Line 50.

23             THE COURT:  Okay.  That's used in the

24         specification.

25             THE WITNESS:  I'm sorry?

1          THE COURT:  You would agree with Dr. Laghi

2     that paraffinic and naphthenic petroleum oils are

3     nonaromatic?

4          THE WITNESS:  I would assume that industrial

5     grades of those are primarily paraffinic and

6     primarily naphthalenic, but will have other things

7     in them.  I would need to know something about

8     their impurities.

9          THE COURT:  Well, but you wouldn't know that

10    from a catalog when you looked at it.  It would

11    just say that particular item; would it not?

12    You'd have to make some supposition -- I mean, as

13    I understand your testimony, you are saying that

14    any processing oil, unless you purify it, is going

15    to perhaps have both ingredients, aromatic and

16    nonaromatic oils?  You don't know until you

17    measure it?

18         THE WITNESS:  Or until someone else measures

19    it for you.

20         THE COURT:  Right.  You are testifying as I

21    want to verify, I don't want to trust it, I want

22    to verify it?

23         THE WITNESS:  Yes.

24         THE COURT:  And as one specialized in the

25    art, is going to be looking at a catalog --

1           THE WITNESS:  Uh-huh.

2           THE COURT:  -- and looking at the

3    representations made assuming what one knows about

4    the particular agent because one has used it

5    previously --

6           THE WITNESS:  Uh-huh.

7           THE COURT:  -- and make a supposition that

8    based upon the category itself and its name, it's

9    either aromatic or nonaromatic based on his or her

10   experience?

11          THE WITNESS:  Yes.

12          MR. SPEED:  Can I interject one thing, Your

13   Honor?

14      Q    (By Mr. Speed)  Isn't it also true,

15   Dr. Walker, that sometimes in the catalog they would

16   actually specify the percent aromatics in describing

17   the particular oil?

18      A    Yes.

19      Q    And that percent can be anywhere from

20   miniscule or practically zero up to maybe 15,

21   20 percent?

22      A    I don't know how high it could go, but it

23   could go that high, yes.

24      Q    And it's not uncommon for manufacturers of

25   these plasticizing oils to specify levels of aromatics?

```
 1          A     It's not uncommon for them to do it.

 2                THE COURT:  Would you do that in connection

 3          with manufacturing an item that cost 15 bucks?

 4                THE WITNESS:  I'm sorry?

 5                THE COURT:  Would you take it to those ends

 6          to manufacture an item that cost $15?  In other

 7          words, if you're manufacturing, let's say, a

 8          medication or some expensive item, something that

 9          either has safety issues or a great deal of

10          cost --

11                THE WITNESS:  Uh-huh.

12                THE COURT:  -- your level of preciseness may

13          be greater than if you're manufacturing something

14          that as a unit -- piece of unit production is $15?

15                THE WITNESS:  Is $15 high or low for you?

16                THE COURT:  I think it's pretty low for me,

17          but I --

18                THE WITNESS:  Okay.

19                THE COURT:  But I may be wrong.

20                THE WITNESS:  Yes.  It is some --

21                THE COURT:  I mean, we're talking about one

22          skilled in the art of using these types of gels

23          for a variety of purposes I would presume --

24                THE WITNESS:  Uh-huh.

25                THE COURT:  -- and specifically more narrowly
```

1          for this purpose of making an orthotic device.

2          Taking that into account, is one going to be

3          looking at the weight of these and the weight of

4          these items -- the process -- of the

5          plasticizing -- the processing oils, the molecular

6          weight, or is somebody going to be looking to see

7          whether it's a particular generic type of oil?

8          THE WITNESS:  I was just considering whether

9          or not the oil would work in the invention, so

10         whether or not it would make the gel.

11         THE COURT:  Okay.

12         THE WITNESS:  And processing oils will often

13         have some aromatic content in them and some of it

14         will be tolerable and still make these gels.

15    Q    (By Mr. Speed)  What's the down side of Alps'

16    definition of substantially aromatic-free?

17    A    I lost the definition.  But the word

18    substantial doesn't have any quantification behind it.

19    Q    And did you hear Dr. Laghi say that in some

20    applications it could be parts per million, but other

21    applications it might be 1 or 2 percent?

22    A    I heard him say that, but that's not relevant

23    to the gel forming or not.  That's relevant to the end

24    application which is not necessarily what the patent's

25    about, right?

1      Q    Right.  So it's possible to create a gel with

2   10 percent -- a gel that's in Claim 1 of the '109

3   patent with a 10 percent aromatic, it could be

4   possible?

5      A    It could be possible.

6      Q    And it would depend upon a lot of factors,

7   correct?  Tell the Court what factors it would depend

8   on.

9      A    It would depend on the ratio of oil to

10   polymer.  It would depend on the molecular weight of

11   the polystyrene block.  And it would depend on the

12   solution properties of that aromatic compound in

13   polystyrene or the other way around.

14      Q    So, a person of skill in the art in reading

15   the claims in the '109 and '253 patent, when they read

16   the words plasticizing oil, would they conclude that it

17   was a substantially aromatic-free plasticizing oil?

18      A    They would read the claims.  They would know

19   that the oil couldn't be all aromatics.  That's

20   absolutely true.  That wouldn't work.  They would know

21   that there was some tolerable level of aromatics in the

22   oil, but would not know what it is.

23           MR. SPEED:  I got a thought, Your Honor.

24   Could I just -- I might be able to help you out.

25           THE COURT:  The thought that would help me

1          out would be settlement.

2               MR. SPEED:  I can't do that.  Just two

3          minutes, Your Honor?

4               (Pause)

5               THE COURT:  Dr. Walker, are you in agreement

6          that for this invention to work that an aromatic

7          oil would not do?

8               THE WITNESS:  Purely or predominantly an

9          aromatic oil would not work.  I am in agreement on

10          that.  It would not allow the gel to form.

11               THE COURT:  So your main complaint, as one

12          skilled in the art, is that you don't know what

13          substantially means as opposed to aromatic-free?

14               THE WITNESS:  Yes.  That's my concern.  I

15          don't know what substantially aromatic-free -- I

16          don't know how much I can put in or --

17               THE COURT:  Okay.

18     Q     (By Mr. Speed)  Because in some context

19     depending on what you're using the gel for could be

20     small and it could be 10 percent, correct?  Depending

21     on the context.

22     A     I do hesitate to put a number on it.  But,

23     yes.  It could be a number.

24               THE COURT:  And is it your experience that

25          when you look at the -- since you've worked in

1          polymers --

2               THE WITNESS:  Uh-huh.

3               THE COURT:  -- I would presume that polymers,

4          it's common to use processing oils in dealing with

5          polymers.  And is it likely that you're going to

6          use one over the other aromatic versus

7          nonaromatic?

8               THE WITNESS:  Well, yes.  It depends on what

9          you're trying to -- what the polymer structure is.

10              THE COURT:  All right.  Well, let's assume

11         that you're using a nonaromatic polymer.  When you

12         look at these patents --

13              THE WITNESS:  Uh-huh.

14              THE COURT:  -- are patents generally for

15         making gels so specific that they're down to a

16         particular measurement of nonaromatic -- I mean,

17         nonaromatic or aromatic-free processing oils?  In

18         other words, aromatic-free processing oil or

19         substantially aromatic-free processing oil is a

20         generic term that is fairly understood in the

21         industry as opposed to, no, it has no meaning in

22         the industry and most people are looking for a

23         specific weight or molecular weight or whatever

24         measurement weight is for a processing oil, and

25         there may only be a couple of supply houses that

1       would go to the point of identifying the

2       processing weight so that would limit the

3       manufacturer to those particular supply houses; do

4       you understand my question?

5              THE WITNESS:  Not really.  But --

6              THE COURT:  Your concern was substantially,

7       the term substantially, because it has no

8       particular scientific meaning to you.

9              THE WITNESS:  Yes.

10             THE COURT:  And I'm asking, in the industry,

11      if you know, you may not know, if you know, in the

12      industry, is it a common term of art when dealing

13      with processing oils and specifically dealing with

14      aromatic versus nonaromatic or aromatic-free to

15      simply call them that and not be so concerned

16      about the particular weight because you know

17      you're looking for a particular ingredient that

18      you hope and expect would carry the properties

19      that you're looking for?

20             THE WITNESS:  In general, you don't call out

21      the thing you're trying to omit unless you're

22      going to be more specific about it.  So,

23      generally, you would indicate that you want to use

24      paraffinic and naphthalenic oils or aromatic oils,

25      but not --

1        THE COURT:  So you're more concerned about

2    the type of processing oil as opposed to its

3    ingredients beyond that?

4        THE WITNESS:  Well, the type does define its

5    ingredients to some extent.

6        THE COURT:  But it doesn't necessarily define

7    the purities or the impurities included either?

8        THE WITNESS:  Right.  It doesn't.

9        THE COURT:  And that's what you're concerned

10   about, the impurities?

11       THE WITNESS:  That was -- would be what Chen

12   seemed to be concerned about.

13       THE COURT:  All right.

14       MR. SPEED:  I have no further questions, Your

15   Honor.

16       THE COURT:  Mr. Christaldi or Mr. Timmerman?

17       MR. CHRISTALDI:  Your Honor, you had

18   mentioned earlier today that you may want or may

19   permit the experts to ask questions.

20       THE COURT:  I've been thinking about that as

21   this has been going along and I think what I'll

22   do, because it's already late and I've asked a lot

23   of questions is, I'll give each of you, say, five

24   questions -- let's make it this:  Let's make it

25   three questions per claim or you can do six on one

1          claim, but you're only getting six questions and

2          we'll see where we are.

3               MR. CHRISTALDI:  Okay.  And that would be in

4          addition to ability to cross -- Mr. Timmerman's

5          ability to cross?

6               THE COURT:  Well, how long are you going to

7          take, Mr. Timmerman?

8               MR. TIMMERMAN:  I don't think more than 15 or

9          20 minutes, Your Honor.

10               THE COURT:  Well, I'll tell you what, if

11          we're going to do this, this hot-tub method, I'll

12          limit your cross-examination to 4:30.

13               MR. TIMMERMAN:  I'll get started.

14               THE COURT:  I've done much of your cross for

15          you already, so --

16               MR. TIMMERMAN:  Yes.  Thank you, Your Honor.

17               MR. SPEED:  Thank you, Your Honor.

18               THE COURT:  Well, you shouldn't take from

19          that, Mr. Speed, that I have -- and let me say so

20          that both sides know, by my questioning, I'm not

21          intimating that I am on one side or the other.  In

22          fact, I have some thoughts already.  And as we all

23          said in the beginning, you know, everybody is

24          going over the cliff together.  So that's the

25          nature of these things.

```
1           MR. SPEED:  Your Honor, I didn't mean any

2       disrespect or anything.  I --

3           THE COURT:  No.  I didn't think you meant

4       that.  But I didn't want for you to -- since I've

5       been fairly active, and I wouldn't be active if

6       this were a jury trial like this, I just want you

7       to know that by my questioning, you should not

8       think that I'm for you or against you.

9           MR. SPEED:  I understand.

10          THE COURT:  As my law clerks will tell you.

11          MR. TIMMERMAN:  Thank you, Your Honor.

12                   CROSS-EXAMINATION

13   BY MR. TIMMERMAN:

14      Q   Dr. Walker, you began your testimony speaking

15   about the claim term hydrogenated styrene

16   isoprene/butadiene block copolymer considering that

17   term in a vacuum?

18      A   Yes.

19      Q   Now I'd like to continue to consider that

20   term away from the context of the patent for a minute.

21   Does the hydrogenation of what we call a SIBS polymer,

22   can it yield what we call

23   styrene-ethylene-ethylene-propylene-styrene block

24   copolymer?

25      A   Yes.  A hydrogenation of SIBS can lead to
```

1    SEEPS.

2        Q    And can it also yield what has been referred

3    to as a styrene-ethylene-butylene/ethylene-propylene-

4    styrene block copolymer, SEB/EPS?

5        A    Yes.  SEB/EPS is a general result of

6    hydrogenation of SIBS.

7        Q    And how does it yield one over the other?

8        A    It's not one -- yeah.  I don't think of it as

9    one or the other.  I think the hydrogenation of SIBS

10   leads to SEB/EPS.  And until I know the EB breakdown, I

11   don't know if it happens to be SEEPS.

12       Q    Let me ask you the question differently then.

13   Looking at it as things that are SEEPS and things that

14   are not SEEPS, in your terminology --

15       A    Uh-huh.

16       Q    -- how does it yield one or the other, just

17   succinctly?

18       A    The -- during the polymerization of the

19   butadiene block in SIBS, it depends on whether they

20   were 1,4 or 1,2 addition points.  The 1,4s lead to E.

21   The 1,2s lead to butylene.  And that's what defines the

22   ratio of E to B in the SEB/EPS.

23       Q    And those are different chemical structures,

24   correct?

25       A    Ethylene and butylene are different chemical

1    structures, yes.

2         Q    SEEPS and SEB/EPS are different chemical

3    structures, correct?

4         A    No.  I don't think so.  I --

5         Q    Yesterday in your testimony you stated that

6    these were different polymers with different properties

7    and different structures.

8         A    Yesterday?

9         Q    And I'm asking you again, when you gave your

10   tutorial, are these SEEPS and SEB/EPS or nonSEEPS if

11   you want to put it that way, of the same or different

12   chemical structures?

13        A    I do not think they're of different chemical

14   structures.

15        Q    Are they different polymers?

16        A    There's thousands of different polymers that

17   can be made by hydrogenation of SIBS.

18        Q    And they have different properties, correct?

19        A    Yes.

20        Q    And earlier you testified that while SEEPS

21   exhibits methylene crystallinity, SEB/EPS would not?

22        A    No.  The SEEPS -- the part of the SEB/EPS

23   spectrum that has a large amount of ethylene will have

24   crystallinity.  But then I would start to call it

25   SEEPS.

1    Q    Dr. Walker, in your deposition produced a

2    notebook; do you recall that?

3    A    Yes.

4         MR. TIMMERMAN:  Your Honor, we'd like to

5         introduce the notebook of Dr. Walker as Exhibit 8

6         and this will be used as impeachment on this

7         topic.

8         THE COURT:  Is there a position?

9         MR. SPEED:  No objection.

10        MR. TIMMERMAN:  May I approach, Your Honor?

11        THE COURT:  You may.

12        MR. TIMMERMAN:  We are on Exhibit 8.

13   Q    (By Mr. Timmerman)  Dr. Walker, if I could --

14   in the bottom right-hand corner of each page there have

15   been a number, a place on the page for ease of

16   reference --

17   A    Uh-huh.

18   Q    -- and if I could ask you to look at the page

19   that is Walker 1893-00015.  And specifically I'd like

20   you to look at the top of the page.  Let me know when

21   you're there.

22   A    Uh-huh.

23   Q    There is a statement that S-I-B-S

24   hydrogenated version is S-E-E-P-S; do you see that?

25   A    I do see that.

1       Q    What did you mean by that statement?

2       A    This notebook is a notebook that I kept to

3    keep track of discussions had during the course of my

4    expert witnessing.  And that will have been something I

5    wrote down during a phone conversation.

6       Q    What did you --

7       A    Something to think about probably.  I don't

8    remember exactly why I wrote it down.  I was having a

9    phone call with Matt Upton and Mike Stonebrook and I

10   was writing down things quickly to myself that I would

11   look back at at some point.

12      Q    Dr. Walker, if the hydrogenation of SIBS

13   yields SEB/EPS as the overall structure and everything

14   else is substructures, why would you state in writing

15   that hydrogenated version of SIBS is SEEPS is my

16   question?

17      A    As I said, this notebook was just something I

18   was scribbling down thoughts in.  It was never intended

19   for anyone else to read.  So I don't think of this as a

20   source or a literature as something that should be

21   referenced in anything.  I was just scribbling notes.

22   It could have been a question that I was being asked by

23   the attorneys to comment on and I may have commented on

24   it in the phone call.

25           THE COURT:  You've got a couple more minutes,

1       Mr. Timmerman.

2       Q   (By Mr. Timmerman)  Specifically, we've been

3  talking about the '109 patent, and I would like to look

4  back at the specification of the '109 patent.  There's

5  been some testimony that the specification patent

6  teaches SEEPS by Dr. Laghi and Dr. Atwood and

7  specifically referencing a section on Column 7

8  extensively Lines 13 through 20 -- through 30.  Would

9  you show me where in the specification the drafter of

10  this patent teaches anything other than SEEPS is useful

11  in the practice of this invention that is a

12  hydrogenated styrene isoprene/butadiene block

13  copolymer?

14       A   From this particular paragraph?

15       Q   No.  From the specification of this patent.

16  You've reviewed the patent and the prosecution history.

17  I'd like to know where there's any hydrogenated styrene

18  isoprene/butadiene block copolymer other than S-E-E-P-S

19  as you --

20       A   Well, in the first claim it just states that

21  hydrogenated styrene isoprene/butadiene is useful for

22  making gels.  And so that doesn't specifically state

23  SEEPS.

24       Q   Does that state what type of styrene

25  isoprene/butadiene block copolymer?

1      A   No.  Just that it's a hydrogenated SIBS.

2      Q   That does not teach anything other than the

3  overall class, correct?

4      A   That's how I would --

5      Q   Does this teach any other subset of -- of

6  hydrogenated styrene isoprene/butadiene block

7  copolymer?

8      A   No.  I think it starts general and gets more

9  narrow.

10        MR. TIMMERMAN:  I have no further questions.

11        THE COURT:  I think it probably would be

12      helpful to the parties if I took a few-minute

13      break, a five-minute break and formulate your

14      questions.  If you don't want to ask any

15      questions, that's fine as well.  I'm not requiring

16      you to ask any questions.  And --

17        MR. SPEED:  Your Honor, can I get a

18      clarification on the procedure.  Is it going to be

19      the experts asking the other experts questions?

20        THE COURT:  You can give them to me or --

21      I'll tell you what, it's easier if the lead

22      attorneys ask the questions based on what the

23      experts have given.  Okay.  That makes it easier

24      for you.

25        MR. TIMMERMAN:  Thank you, Your Honor.

1         THE COURT:  And again, there's no requirement

2    to ask any questions.

3         (A recess was taken from 4:26 p.m. to

4    4:38 p.m.)

5         THE COURT:  I think it's probably easier if

6    the experts would just sit at counsel's table so

7    the microphone will be available to them that way

8    they can answer the question.  And so, who wants

9    to go first, Mr. Christaldi?

10        MR. CHRISTALDI:  We prefer that they ask the

11   questions first.

12        THE COURT:  All right.  It doesn't matter to

13   me who asks.

14        All right.  Do you have any questions,

15   Mr. Speed?

16        MR. SPEED:  We're going to have two,

17   potentially three.  Two for sure.

18              EXAMINATION OF JERRY ATWOOD

19 BY MR. SPEED:

20   Q    In the '109 patent, does the '109 patent

21 limit the type of gel to a product only such that it's

22 a gel liner?  Or another way to say it, is a gel liner

23 the type of product that's in Exhibit 7 and the gel

24 associated with gel liner mentioned anywhere in '109?

25   A    I realize that I've only got two, maybe three

1    questions, but could I please have that one again?

2        Q    Sure.  Very simply, Dr. Atwood, does the '109

3    patent describe with any particularity, either in the

4    claims or specifications, the kind of gel that would be

5    required to be used with the gel liner?  Does the '109

6    patent mention a gel liner even?

7        A    My recollection is that it does not

8    specifically mention a gel liner, but rather it

9    mentions a composite article of which a gel liner would

10   be a subset.

11       Q    Dr. Atwood, you heard testimony from

12   Dr. Walker about crystallinity characteristics.  Do the

13   claims of the '109 patent, which define the invention,

14   provide a description of the physical characteristics

15   resulting from crystallinity of the gels that are

16   claimed in the '109 patent?

17            THE COURT:  Repeat that again, Mr. Speed.

18            MR. SPEED:  Yes.  Are the physical properties

19       related to crystallinity specifically claimed in

20       the '109 patent?  It's more simpler -- more

21       simple.  Sorry.

22            THE COURT:  It's a long day.

23            THE WITNESS:  My recollection is they're not

24       specifically claimed.  They're rather recited in

25       the specification in the paragraphs that I noted.

1        MR. SPEED:  That's the only two we had, Your

2    Honor.

3        THE COURT:  Recite your first question again,

4    Mr. Speed, please.

5        MR. SPEED:  My first question essentially is

6    the nature of the gel -- first of all, is a liner

7    mentioned in the '109 patent?  The answer was no.

8    Is the nature of the gel that would be required to

9    be used, for example, in Exhibit 7, described with

10   any particularity in the '109 patent?

11       THE COURT:  Okay.  Just a minute.  I know

12   it's been a long day, but you mentioned the nature

13   of the gel which is not described with any

14   particularity.  Your other question about the gel

15   liner was what?

16       MR. SPEED:  Was a gel liner described at all

17   in the '109 patent?

18       THE COURT:  All right.

19       MR. SPEED:  I can elucidate the Court on why

20   I asked the question if you want to hear it.

21       THE COURT:  Well, I'm assuming you have a

22   purpose for asking that question and I presume the

23   purpose is that someone reading this would not

24   take from it the measure of elasticity and

25   durability required because we don't know whether

1       we're talking about a gel liner or silly puddy.

2           MR. SPEED:  You got it, Your Honor.  Thank

3       you.

4           That's our only two questions.

5           MR. CHRISTALDI:  Your Honor, before I ask my

6       question, Dr. Atwood has a flight that he would

7       like to catch.  Is it okay with the Court if

8       Dr. Atwood is dismissed and opposing counsel?

9           THE COURT:  I don't have any problem.

10          MR. SPEED:  We have no objection, Your Honor.

11          THE COURT:  Have a safe flight back.

12          THE WITNESS:  Thank you, Your Honor.

13          MR. CHRISTALDI:  Your Honor, we have just

14      one, maybe two questions depending on the answer

15      to the first.

16                  EXAMINATION OF LYNN WALKER

17  BY MR. CHRISTALDI:

18      Q    Dr. Walker, you may have -- you can probably

19  hear me, but --

20      A    I can hear you.

21          THE COURT:  But I want the court reporter to

22      hear you.

23          MR. CHRISTALDI:  I'm sorry.

24      Q    (By Mr. Christaldi)  Dr. Walker, you may have

25  heard earlier today Dr. Atwood and Dr. Laghi testify

1    that an S-E-E-P-S polymer is a different polymer from

2    an S-E-B/E-P-S polymer; do you agree that that's a

3    different polymer?

4         A    No.  As I've said, I think of S-E-P/E-B-S,

5    SEB/EPS, as the general result of hydrogenation of

6    SIBS.  If the B goes way up to an E, you're making

7    SEEPS.  And if the E goes down to a B, you're making

8    S-B-E-P-S, which would be useless because it would all

9    be rubbery.  And you can make all the different things

10   in between.  So, as I said, I think of SEEPS as a

11   subgroup of SEB/EPS.

12            MR. CHRISTALDI:  Thank you.  Michael, if you

13       could put up --

14       Q    (By Mr. Christaldi)  Dr. Walker, we'd like to

15   just show you what our Figures 5 and 6 from the '253

16   patent --

17       A    Yes.

18       Q    -- and Mr. Chen has chosen a label Figure 5,

19   S-E-E-P-S --

20       A    Uh-huh.

21       Q    -- and Figure 6, S-E-B/E-P-S.  These are the

22   two polymers that I just asked you about.  Do you, in

23   looking at these figures, do you still maintain your

24   answer that an S-E-E-P-S and an S-E-B/E-P-S polymer are

25   the same polymer?

1      A    Well, the S-E-B, 45, E-P-S, it's shown on the

2    right, is another sub-- it's a specific one of the

3    SEB/EPS that's being called out.  I'm stating that

4    there's a certain amount of butylene.  So that's

5    actually -- those are both in my mind specific cases of

6    SEB/EPS.  You just dropped the second E on the one in

7    the left just for simplicity sake.  Your butylenes have

8    all become Es, so the EB becomes an E.  That's SEEPS.

9    And the one on the right we're stating that 45 -- I

10   think the way that Chen did this, and you'll have to

11   excuse me if I've forgotten, I think that was

12   45 percent of the butylene -- of the EB -- I forget

13   what the 45 is, but it's saying that there's a certain

14   amount of butylene in the EB block.  I assume it's

15   45 percent.  So that's a SEB -- those two are examples

16   of SEB/EPS in my mind.

17      Q    They're examples of SEB/EPS, but what is

18   depicted in Figure 5 and what is depicted in Figure 6

19   are different polymers.

20      A    Yes.  Two of the many that can come out of

21   SEB/EPS.

22      Q    Thank you.

23           MR. CHRISTALDI:  No further questions, Your

24        Honor.

25           THE COURT:  Okay.  I cannot recall whether --

1          not that it's germane to this, I guess I'm just

2          curious.  Did you have a Markman Hearing in Ohio?

3          Did you all state that you had a Markman Hearing

4          in Ohio?

5              MR. CHRISTALDI:  We did, Your Honor, have a

6          Markman Hearing in Ohio in a different case.  We

7          did.  When you say we, I'm assuming you mean Alps

8          and Ohio Willow Wood.  These two parties have

9          participated in a Markman Hearing.  It was a

10         number of years ago now.

11             THE COURT:  Okay.

12             MR. STANDLEY:  It didn't involve any of the

13         Chen patents.

14             THE COURT:  Okay.  All right.  Well, I'll

15         take the matter under advisement and we'll see

16         where we go.

17             MR. CHRISTALDI:  Your Honor --

18             THE COURT:  Thank you very much.

19             MR. CHRISTALDI:  Your Honor, can I make one

20         more point before you -- I thought we might have

21         an opportunity to close, but since -- well, never

22         mind, Your Honor.  It's been a long day.  We've

23         heard enough.  I'm sorry.

24             THE COURT:  Well, I'm not sure I -- we'll do

25         it this way, if I have any specific questions, we

1     could probably have a phone conference or a phone

2     hearing of some sort so as to spare the cost of

3     coming down.  If I need any additional briefing --

4     well, there is one item that -- I had -- please be

5     seated.  Just briefly.  And you can do this in

6     letter format to make it easier for you.  But I

7     had referenced indirectly a number of cases for

8     the proposition that it's improper to read

9     limitations from a specification into a claim

10    term.  And the lead case for that would be the

11    Phillips case, which everyone has been citing to

12    in various briefs.  415 5th 3d. at 1323 to 24.

13        My concern is reading features of one or more

14    of the embodiments of the claims that are drafted

15    broadly, which I think perhaps is the issue here

16    at least from OWW's perspective.  And that case is

17    Saunders, S-a-u-n-d-e-r-s, Group, Inc., versus

18    Comfort Track 492 5th 3d. 1326 at 1332, 35, a

19    Federal Circuit 2007 case.  I would suspect,

20    having not read Saunders, it's probably a designed

21    patent, but nonetheless I think the area of

22    concern is -- because I don't think there's any

23    question that Claim 1, 3, 4, 5, 6 and 12, dealing

24    with hydrogenated styrene isoprene/butadiene block

25    copolymer can be read fairly broadly.  And I think

1    there's agreement that it includes as read I will

2    say quantified by a hundred or more, but some --

3    more than a few copolymers -- that the argument

4    that you're making, Mr. Christaldi, is that you

5    have to read the specifications.  And I think the

6    argument you're making, Mr. Speed, is that you

7    can't tell that from the specifications.  And it

8    seems that the issue about the -- and you're

9    saying that it's also in a dependent claim, I

10   believe -- that's not right.

11        So, if you want to address those issues in a

12   letter brief.  And how much time would you want?

13        MR. CHRISTALDI:  Whatever pleases the Court.

14        THE COURT:  It doesn't matter to me.

15        MR. SPEED:  When did you want our five-page

16   brief due?

17        THE COURT:  Let's make it all at the same

18   time.  Why don't you just do this, why don't you

19   do in a letter brief --

20        MR. SPEED:  The summary judgment issue as

21   well as this?

22        THE COURT:  Yeah.

23        MR. SPEED:  And then how --

24        THE COURT:  I'm not looking for something

25   lengthy, please.  Just, you know, highlights.

1          MR. SPEED:  A week from tomorrow?

2          THE COURT:  Sure.

3          MR. CHRISTALDI:  Okay.  A week from tomorrow.

4     And was there a page limit, Your Honor?

5          THE COURT:  Well --

6          MR. CHRISTALDI:  Mike mentioned five-page and

7     that's why --

8          THE COURT:  I want something that's fairly

9     brief.  So I'm not going to limit you, but five

10    pages sounds reasonable.  If you want less, that's

11    even better.

12         MR. CHRISTALDI:  Just straight letters, no

13    rebuttal?

14         THE COURT:  Yeah.  No.  Just, you know, I'm

15    leaning on the lawyer's expertise to identify --

16    maybe I've missed the issue.  Okay.  So, if I

17    have, I'm sure you'll let me know.  Thank you.

18         (HEARING CONCLUDED AT 4:50 P.M.)

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2              I, CARMEN SNAPP, CERTIFY THAT THE

3    FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF

4    PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

5              DATED THIS ____ DAY OF MAY, 2010.

6              /s/ Carmen Snapp

               CARMEN SNAPP

7              COURT REPORTER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

**a** 1:3,18 2:3 3:2,3,25 4:7,8
4:15 5:5,23 6:5,11,17
6:18,23,24 7:2,20 8:20
8:20,21 9:2,4,4,7,8,19
10:2,6,21 11:8,21,25,25
12:2,3,4,5,18,20 13:3,4
13:21 14:13,15,22,23
14:24 15:16,18,23,23
16:2,11,12,13,18,23
17:8,9 19:4,14 20:11,13
20:21,22,22,23,23 21:8
21:20 22:9,14,23 23:3,6
23:20,21,25 24:2,24,25
25:2,12,24 26:7,12,17
26:25 27:11,13,18,19
27:20,24 28:2,6 30:1,4
30:18,22,24 31:1,2,10
31:16,22,24 32:2,15,18
33:7,9,19,21 34:10,17
35:13 36:17,21 37:8
38:11,21 39:9,17,24
40:9,9,18,20 41:6,8,9
41:13,18,19,24 42:10
42:10,22,24 43:1,10
44:2,6,9,11,15,17,23,25
45:7,8,10,10,16,18 46:8
46:9,16,17,18,19,22,23
47:1,25 48:1,2,7,13,16
49:2,11,23 50:6,21 51:4
51:4,9,16,18,20 52:4,8
52:8,14,15,18,20,21,23
53:17,18,18,19,20 54:3
54:25 55:1,4,4,24 56:9
56:12,24,24,25 57:10
57:13,19 58:17,21 59:2
59:4,6,8,11,13,16,16,20
59:22,22 60:1,2,5,5,9
60:12,15,17,17,23,25
61:1,3,6,11,16,20 62:3
62:11,15,18,18,20 63:2
63:5,5,9,13,15,17,21,25
64:2,6,8,15,18,21,24
65:15,20 66:14,16,18
67:19,22 68:4,8,9,9,11
68:17,18,20,21 69:1,4,4
69:9,9,19,19,21 70:4,8
70:11,14,21,23 72:2,4
72:14,23 73:1,2,5,21,21
74:4,5,10,21 75:4,4,16
75:20 76:2,5,6,7,12,21
77:1,5,9,11,14,16,17,19
77:19,21,24,25 78:1,3,9
78:11,18,24 79:3,10,14
79:16,25 80:1,4,8,15,19
80:20,21,23,25 81:6,15
81:17,21,21,23,24 82:4
83:9,12,13,19,23,24,25
84:1,7,14,19,20,22,25
85:3,14,17,18,20,20,20
85:21 86:8,15,16,16,17
86:22,25,25 87:6,8,17
87:23 88:2,3,8,9,20,24

88:25 89:1,2,8,12,14,19
89:22 90:7,11,14,14,15
90:17,18,18,19,20,22
91:9,11,15,18 92:1,4,6
92:7,18,19,23 93:1,15
93:19,22,23,24 94:1,5,7
94:7,9,17,21,24 95:1,3
95:9,14,15,15,17,18,21
95:22,22,23,24 96:2,15
96:17,22 97:1,3,8,11,12
97:19,25 98:8,10,15,15
98:18,22,22,23 99:2,4,7
99:13,17,20 101:3,8,12
101:23 102:24 103:3,3
103:10 104:2,4,5,6,11
104:14,15,18,20,24
105:1,12,14,18,21,24
106:3,7,8,10,12,14,18
106:24 107:6,10,22,24
108:3,6,9,11,17,18
109:1,5,6,7,7,8,10,10
109:14 110:1,2,2,6,9,11
110:13 111:23,24 112:3
112:20,24 113:1,13,23
116:8,12,23 117:2,4,19
118:2,7 120:2,4,7,11,11
120:21 121:16,21 122:3
122:5,6,7,15,16,19,20
123:9,12,17,20,21,22
124:2,8,21,23,24
126:11,14,17 127:3,6
127:10,12,14,19,19
128:4,6,12,14,19,19,21
128:22,23,24 129:1,1,2
129:2,2,4,7,7,8,9,9,10
129:12,15,19,21,23
130:9,10,13,15,19,22
130:23,25 131:2,3,4,13
131:14,17,19,25 132:2
132:6,10,12,13,17,20
132:21,23,25 133:1,5,9
133:9,13 134:7,7,8,15
134:22 135:1,1 137:11
137:14,16 138:3,10,16
138:20,21,25 139:2,8
139:11,14,19 140:4,11
140:13,17,20,22,24
141:3,4,11,12,14,15,18
141:21 142:1,5,18,22
143:1 144:3,18 146:14
146:16,19 147:11,13,13
147:16,21,24 148:2,9,9
148:11,17 149:1,5,7,9
149:13,22 150:14,16,18
150:23 151:1,6,8,10,14
151:16,16,17,17,20
152:1,2,8,8,15,17,21
153:16,17,18,20,20,25
154:2,11,13,13,14,16
154:17,19,21,24 155:8
155:13,20,21,21 156:9
156:12,14,18,20,20,21
156:21,23 157:3,5,25

158:5,8,10,25 159:9
160:1,2 161:8 162:13
162:17,18,24 163:6,9
164:3,4,10,23,23 165:1
165:9,9,20,22 166:6,8
166:14,20 167:10,22
168:5,10,13,16,19,24
169:10,16,22 170:5,5
170:10,16,22 171:2,14
172:3,5,7,7,13,17,19,23
172:25 173:1,3,6,16,17
174:4,5,7,7,7,12,16,19
174:22 175:1,4,8,13,15
175:17,19,20,23,24
176:2,7,16,20,23 177:1
177:23 178:7,15,20,21
179:2,3,4,6,8,12,15,21
180:3,7,8,9,9,10,11,12
180:15,18,20,22,22
181:2,5,7,16 182:3,5,8
182:9,12,17,21,24
183:3,6,13,14,16,19,20
183:24 184:5,6,10,12
184:13,14,16,25 185:7
185:14,19,23 186:9,11
186:12,25 187:3,5,25
188:2,7,9,9,11,13,13,16
188:23 189:4,6,10,19
189:22 190:4,4,14,16
190:17 191:18 192:1,2
192:14,14,15,16,24,24
192:25 193:2,11,12,21
194:2,7,11,16,22 195:1
195:3,14,14,16,21
196:17,21,25 197:11,11
197:12,24,24,25 198:2
198:10,19,22 199:5
200:13,13,25,25 201:4
201:4,5,14,16,20,21,23
201:25 202:2,3,6,12,12
202:20,22,23,25,25
203:3,6,7,9,13,15,17,21
203:22,23,25 204:1,4
204:17,18,22 205:6,11
205:13,18,22,25 206:8
206:10,12,18,22 207:16
207:17,19,23 208:10
209:8,17,19,21,24
210:1,2,2,3,5,7,8,11
210:13,18,23 211:1,5,6
211:7,12,20,24,25
212:6,10,13,17,19
213:1,3,9,14,17,22
214:2,7,9,10,20,21
215:1,4,6 216:16,19
217:12,15,16,20 218:9
218:11,14,14,20 219:18
219:22,24 220:9,14,19
220:22,24 221:1,3,4,6,8
221:8,9,11,17,19,21,22
222:3,6,6,13,15,17,20
222:24,24 223:3,9,11
223:11,14,21,21,24,24

223:25 224:7,15 225:3
225:4,13,21 226:10,25
227:7,18,22 228:1,7,9
228:14,23 229:7,17,22
230:1,2,3,5,6,9,14,17
230:18,23 231:22,22,23
232:11,15,19,22,24,25
233:12,17 234:22 236:6
236:17,18,20,21,25,25
237:3,5,5,8,15,18,25
238:4,8,13,16,19,22,23
239:1,3,8,15,15,17,22
239:23,25 240:2,2,5,7,8
240:17,19,20,22,25
241:7,11,14,20 242:1,1
242:4,8,12,13,17 243:3
243:21,22,22,25 244:6
244:7,8,9,9,10,14,22
245:6,11,12,16,21
246:1,6,11,20 247:1,2,4
247:7,10,17,18,20
248:1,2,4,13,15,20
249:2,3,5,6,9,9,22
250:1,1,7,9,9,18,20
251:2,3,9,11,19 252:1,3
252:4 253:1,3

**ABA** 155:3
**abbreviate** 24:19
**abbreviation** 204:6
**ability** 17:3 153:10 235:4
235:5
**able** 8:2 14:2 27:15 51:14
76:19 83:24 84:3 95:6
98:15 134:13 163:25
165:20 170:11 173:19
181:1,2 182:22,24
184:14 230:24
**about** 8:24 10:5,22 16:9
20:11 22:10 24:24
26:15,22 30:21 36:25
36:25 37:9,10 39:2,13
40:1,14 44:23 48:3,5,8
50:7,13 55:24 56:8
58:11 62:12,15 63:2,11
65:7,19 69:4,4,20 71:20
75:4 77:24,24 78:2,3,4
78:22 80:8,11,15 88:3
89:2 92:9,9 93:17 96:11
98:5 102:17 105:16
107:21 109:19 110:16
113:7,25 117:24 121:22
124:21 125:9 126:19
137:14 140:2,3,12
141:3 142:23 148:8
151:1 153:18 158:2
164:17,20 165:18 171:4
177:1 181:1 187:20
189:13,21 193:11
194:24 195:5 207:21
208:14 211:16 213:8,12
218:17 220:1 225:16
226:7 227:3 228:21
229:25 233:16,22 234:1

234:10,12,20 236:15
240:7 241:3 244:12
245:14 246:1 247:22
251:8
**above** 180:12 189:3 221:3
221:6 223:4
**ABOVE-ENTITLED**
253:4
**abrase** 17:4
**absence** 173:25
**absent** 202:8
**absolutely** 44:8,11 116:7
153:16 193:14 230:20
**abstract** 21:9,16,22 87:18
169:3,17
**abundance** 193:4
**abundantly** 168:18
**academic** 150:19
**accept** 65:16 158:17
160:1,8 216:10
**acceptable** 158:25
**accepted** 81:12 117:7
123:14 214:3,4
**accidents** 17:8
**accommodate** 74:8
**according** 94:13 107:10
170:18 174:17
**account** 229:2
**accused** 9:20 45:18
**achieve** 98:5 158:2
182:23,24 188:15
**achieved** 19:6,8
**acid** 167:20
**acids** 167:18
**acknowledge** 47:1
**acquisitions** 148:3
**acronym** 24:21 45:17
97:10 139:1 157:17
167:3 169:13
**acronyms** 152:13
**across** 58:22 126:13
217:24
**act** 214:16
**acted** 35:6
**action** 31:11 32:15,16
33:17
**actions** 31:11
**active** 17:6,12 236:5,5
**activities** 63:20,24
**activity** 62:17
**actual** 94:15 215:5
**actually** 45:9 64:15 83:24
94:8 101:25 105:15,16
105:19,22,25 106:4
107:14 118:8 130:22,25
207:14 214:8,20,24
222:7,25 227:16 248:5
**add** 42:16 50:18 109:18
113:6,16 154:22 155:1
165:13
**added** 15:17 125:3,4,20
125:21
**adding** 33:9 91:13

**addition** 76:21 104:8
121:18 173:11 188:22
235:4 237:20
**additional** 82:22 145:9
211:17 250:3
**address** 7:19,23 36:24
40:19 57:10 162:24
221:17 251:11
**addressed** 5:19 7:20
45:21
**addressing** 174:13
**adds** 122:7
**adequate** 81:7
**adequately** 98:16
**adjective** 73:22 225:6
**administrative** 31:1
33:16,18,19,20,22
**admission** 33:19,22
**adopt** 159:22
**adopted** 89:4
**adopting** 194:14
**advance** 35:21
**advanced** 105:4 185:17
186:7
**advancing** 103:7 186:8
**advantage** 168:1
**advantageous** 184:2
215:21
**advise** 103:13 137:4
**advisement** 249:15
**advocate** 163:6
**affect** 76:14,14
**affected** 97:17
**affix** 151:17
**afield** 44:17
**afraid** 212:18
**after** 14:13 28:14 46:12
46:13 59:18 61:4 63:16
76:22 100:4 149:11
189:4 213:1
**again** 11:25 15:19 19:10
21:13 25:16 29:5,15
35:4 39:11 48:22 49:2
49:14,21 52:7 55:2,17
55:20 56:1 74:2 75:4
76:16 80:15 81:6 89:6
89:14,17 90:13 94:18
114:6 132:3 139:24
140:22 168:16 171:6,8
172:11 174:22 183:11
183:19 193:1,12 206:25
207:8 210:15 211:21
217:5,10 221:2,7 238:9
243:1 244:1,17 245:3
**against** 32:7,12 65:15
236:8
**agent** 197:24 227:4
**ago** 13:16 23:4 83:14
88:25 130:11 249:10
**agree** 40:5 65:24 76:8,12
94:2 101:10 111:23
122:16 130:2 185:20
186:7 203:11 206:7

211:14,19,20 214:2
222:19 226:1 247:2
**agreed** 4:25 198:5,12
**agreement** 231:5,9 251:1
**aha** 224:7
**ahead** 48:18 103:16,25
**Ajurit** 59:17
**Alabama** 149:10,12
**Aldo** 2:17 4:10 57:16,22
58:3
**align** 214:24
**all** 3:23 5:8,15 8:7,14
14:13 15:18 16:24 19:2
21:12 26:3 28:15 33:11
34:7 35:6,9,20 37:25
44:5 45:20 47:12 49:9
49:19,21 50:9,23 51:6
51:17,21 52:22 54:8
55:10 56:9 62:1 65:25
67:5 69:10 70:23 72:2,5
72:17 74:1,22 81:6
90:21 99:7,8,19 100:12
104:22 106:22 107:11
107:18 108:8,23 109:24
110:5 111:7 113:6,11
113:12,13 116:20,20
117:4,13,20 120:10
124:20 127:19 130:21
131:22 133:8 146:24
147:5,7 148:21 150:25
152:11 160:3 165:3
169:18,23 174:7 175:15
176:10,21 179:17
184:25 187:14 191:2,11
191:17 199:12 201:11
201:25 202:4 203:23
204:10,24 205:12
207:24 212:3 213:12
214:1,2 215:8 217:1
218:16 219:16,18
221:14 230:19 232:10
234:13 235:22 243:12
243:14 245:6,16,18
247:8,9 248:8 249:3,14
251:17
**allegations** 32:12
**Allegra** 178:10,12
**allergies** 178:10
**allow** 222:18,22 224:14
231:10
**allowed** 118:10
**allows** 167:4 222:25
**Almost** 64:18,19
**alone** 161:16,17 198:9
225:3
**along** 8:17 52:23 58:21
124:20 133:18 153:17
234:21
**Alps** 1:3 2:5,16 3:3,11,12
5:6 9:20,21,24,25 10:1
10:4,6,9,9,16 11:8
12:13 22:10,22 23:10
37:15 38:4,24 39:20

40:5,19 45:23 48:11
50:19 52:3 54:12 56:5
59:4,5 61:13 62:17,25
63:3,16,20,24 64:20
66:11 75:2 76:4 79:1,13
80:14 81:24 88:19,23
89:4,9,16 91:17,23
92:22 97:5,24 100:25
101:6,21 125:14 127:9
127:12,25 132:21 133:3
139:11 144:3 145:2
150:15 161:9 162:10
186:8 190:5,9 191:16
192:19,21,21 193:5
196:9 198:3 205:8,9,14
205:16 212:24 218:8
220:21 229:15 249:7
**already** 4:25 30:19 42:17
43:22 49:6 55:24 66:21
82:22 108:3 234:22
235:15,22
**also** 2:12 3:13 5:23 6:17
17:9 23:9 36:6 38:19
39:7 40:16,24 41:15,18
42:6 50:1 51:4 64:10
71:18 102:18 111:18
132:14,24 155:11
168:11 170:3 172:23
173:11 174:23 175:13
180:1 191:4 201:15
206:5 227:14 237:2
251:9
**although** 29:5 70:24 92:7
158:20 162:14 215:16
**always** 90:21 110:5
113:13 152:16 176:6
**am** 12:2 30:22 32:19,21
49:24 66:14 67:19
68:11 123:11 149:25
150:16 162:6 191:19
231:9 235:21
**ambiguity** 21:7 28:16
**ambiguous** 27:21 160:5
160:17,23 161:2
**amended** 41:20,21
**amendment** 33:8,25
120:23 121:9,18 122:2
122:12
**amendments** 32:22,23,24
33:4,5 34:11
**American** 60:19
**amount** 76:13 77:25
81:15,17 84:1 90:19,20
110:8 113:13 116:8
117:10 131:14 166:24
167:17 179:24 180:12
188:13,15 189:1 204:23
208:16 215:12 238:23
248:4,14
**amounts** 74:2 81:19
**an** 1:7 3:5 8:21,23 12:13
13:4,18,18 14:1 16:10
19:1 23:9 24:21 27:3,14

29:23 30:5 31:1,5 33:8
33:19 59:23 60:9 70:4
74:4 75:6,13 76:17
82:14,18 83:20,23 85:2
94:11 95:12 97:3
101:12 103:15 106:25
109:5,6 111:2 114:7,8
120:12 121:18 128:6,9
140:13 141:1,1 142:3,4
144:7 146:22 150:1,8
150:19 152:4 153:5,21
154:15 155:10 158:7
159:8 160:4,23 161:2
161:23 164:18 166:19
167:19 169:13 175:21
176:5 177:9,14 179:2,9
180:13 183:7,9 184:11
184:13 190:14,17 193:4
196:4,7 198:23 200:6
205:19 210:11,24 214:4
214:25 215:21 217:20
219:11 225:6 228:3,6
229:1 231:6,8 247:1,2,6
247:24,24 248:8 249:21
**analogy** 163:8
**analysis** 44:13
**anchored** 177:3
**and** 1:10 3:13,17,21 4:10
4:11,14,15,24 5:20,25
6:1,7,8,10,16 7:3,12,15
7:16,19,21,24 8:2,3,6,8
8:10,15 9:3,6,7,7,7,22
10:5,8,9,10,15,16,19,25
11:1,15,25 12:1,2,3,8
12:11,12,16,17 13:4,6
13:17,19,20 14:2,5,8,15
15:3,5,5,8,16,20 16:2,4
16:10,17,24,25 17:1,7,8
17:10,11,12,13,16 19:4
19:4,5,10,14,15,20,22
20:2,3,13,16,17 21:1,6
21:13 22:1,3,4,5,5,11
22:13,16,17,18 23:4,8
23:17 24:5,10,16,19
25:2,11,13,13,15,22
26:3,11,12,19,22,25
27:5,11,14,23 28:6,8,8
28:11,18,22 29:5,7,15
29:22 30:2,5,17,17,19
31:5,6,8,12,13,19,25
32:4,13,20,22,23 33:1,9
34:3,15,18,24 35:2,4,6
35:10,11,17,22 36:7,23
37:2,4,10,12,20,24 38:2
38:3,4,7,12,23 39:12,16
39:22,23 40:16,21 41:2
41:3,5,9,18,23 42:5,14
43:2,6,9,20,23 44:12,14
44:16,23 45:5,6,7,11,17
46:4,6,13,18 47:7,10,16
48:12,14,18,23,23,24
48:24,24 49:1,3,18,21
49:23,24 50:11,11,13

50:15,21,25 51:1,6,8,13
51:21,22 52:5,7,8,10,11
52:13,23 53:4,10,14,16
54:2,6,12,15,19,22,23
55:2,7,11,14,15,21,24
56:1,2,7,8,10 57:1,20
57:24 58:2,20 59:3,5,9
59:11,23 60:1,7,21
61:14,17,24 62:1,1,2,14
62:16,19,22,23,24 63:3
63:8,10,19,23 64:2,4,7
64:19,24,24 65:13,18
66:8,10,11,24 67:5,6,13
67:17,24 68:1,2,6,18,23
69:5,13,20,21,25 70:21
71:5,6,7,7,9 72:6,6,7,11
72:11,15 73:8,17,25
74:3,22 75:5,8,9,15,17
75:24 76:6,16,17,23,24
77:3,12,18 78:2,4,12,13
78:21,22,25 79:4,15,17
79:17,20 80:11,13,16
80:20,21 81:1,2,8,8,11
81:12,17,24 82:14 83:5
83:11,17 84:8,9,15,16
84:17,23 85:7,22 86:5,7
86:9,16,18 87:2,13,19
87:22,22,25 88:12,16
88:17,18,22 89:2,17,20
89:21,25 90:4,9,13,15
90:15,16,18,20,21,22
90:24,25 91:1,8,20 92:6
92:13,20 93:20 94:2,10
94:10,13,14,20,24,25
96:10,17,20,22,24 97:2
97:14,15,20,20 98:7,8
98:10,23,25 99:3,10,12
100:18 101:19 102:2,5
102:8,12,14,20 103:1
103:14,16,25,25 104:5
104:25 106:1,5 107:2,3
107:9,15,19 108:2,2,12
108:18 109:10,16 110:7
110:15,19,25 111:1,3,8
111:9,12,14,20,23
112:1,11,22,23 113:4,4
113:5,21,22,23,24
114:1,1,13 116:2,9,11
116:11,13,13 117:3,5
118:4,13 120:3,16,16
120:18,21,22,25 121:13
121:22 122:6,11,11,17
122:19,23,24 123:3,5,6
123:8,15,17,18,25,25
124:1,2,5,13,15,17,24
125:10,10,18 126:8,12
126:13 127:22 128:2,8
128:10 129:20,24,25
130:1,20,25,25,25
131:5,6,9,14,16 132:14
132:18 133:8,11,14,18
133:24 134:8,12,23
135:3 137:12,13,20,20

137:21,23 138:4,4,6,22
139:4,16,25 140:12
141:5,16 142:16,21
143:9 144:10 145:15
146:5,8,15,17,19
147:12 148:5,10,20
149:6,15 150:13,14,17
150:21,23 151:2,4,17
151:21,24 152:1,2,5,7,8
152:12,13,16,17,23,25
153:5,9,10,14,15,18,22
154:2,6,9,15,17,20,21
154:23,23,25,25 155:1
155:6,9,14,21 156:1,21
156:25 157:1,4,11,12
157:13,19 158:10 159:1
159:7,10,23,25 160:5,6
160:13,17,19 161:3,3
161:12,16,22 162:2,13
162:17,18 163:3,4,6,9
163:10,21,23 164:1,3,7
164:14,21 165:12,18
166:1,8,12,22,23 167:5
167:11,22,25 168:3,5,8
168:14 170:5,6,7,18,20
171:4,19,23 172:20
173:4,9,12,14,17,24
174:12,17 175:2,11,12
175:22,24 176:3,8,19
176:20 177:3,5 178:14
178:23,24 179:13 180:3
180:4,6,17,22,25 181:1
181:10,17,18 182:4,10
182:10,15,18 183:2,3,5
183:12,14,17,20,21,22
184:4,9,22 185:1,16,22
185:24 186:1,15,22
187:4,7,12,18 188:12
188:16 189:1,10 190:14
191:2,3,7,18,22 192:7,8
192:10,14,24 193:1,13
193:17,17,24 194:3,5,8
194:18,20,21,23,25
195:3,5,8,17,25,25
196:3 197:1,3,3,4,14,22
198:18,21,21 199:3,23
200:1,10,17,19,24
201:2,6,15,17,21,22
202:5,7,8,16,16,19,21
203:7,19 204:9,10,14
204:20,21,23 205:7,7,8
205:10,10,11,11,14,20
206:1,2,3,4,23 207:13
207:13,13,25,25 208:2
208:8,9,11,13,18,19,22
208:25 209:10,11,13
210:3,8,19,21 211:2,8
211:13,15,18 212:21
213:6,11,19 214:17,22
215:2,4,10,17 216:4,22
217:2,12,24 218:4,5,5,8
218:13,18,21,24 219:23
220:5,7,9 221:2,7,14,15

221:15,16 222:12,16,16
223:1,4,5,5,14,14,15,24
224:2,8,10,11,13,17,18
224:21,22 225:3,7,13
226:2,5,15,24 227:2,7,8
227:19,24 228:25 229:3
229:12,13,14,19 230:6
230:11,15 231:20,24
232:5,22,24 233:10,13
233:15,18,24 234:9,21
234:22 235:1,3,19,22
236:5 237:2,7,10,13,21
237:23,25 238:2,7,9,10
238:18,20 239:6,18,19
240:4,9,9,13,23 241:3,6
241:6,16,22 242:8,13
242:16 243:1,8,23
245:22,24 246:8,25
247:7,9,15,18,21,24
248:9,10,18 249:8,15
250:5,10,16,23,25
251:5,7,8,12,23 252:4,6

250:3,22
anymore 54:5 74:13
81:21
anyone 36:8 75:20
240:19
anything 5:10 50:12,18
104:19 113:19 124:18
142:23 165:19 175:8
177:21 178:5 182:21
199:12 202:8 210:6
221:11 236:2 240:21
241:10 242:2
anywhere 124:11 127:4
166:1 227:19 243:24
Apache 61:23
apart 153:7 178:25
186:19 197:3
apologize 15:3 82:17
100:11 196:2 219:5
221:6
apparently 158:19
appear 15:25 16:1 68:2
80:22 168:4,6 189:16
196:17 220:17
appearances 2:1 3:8
appears 68:15,24 121:11
138:18
applicant 37:24
application 74:3 75:19
108:7 110:11 117:3,14
118:7 120:18 121:14,19
124:12,16,19 125:19
210:9,11,20 212:12,14
229:24
applications 61:21,21
62:22 79:6 108:17,19
118:2 138:14,15 229:20
229:21
applied 19:9 28:13 66:11
79:18 213:6
applies 71:24
apply 28:23 39:11 67:1,3
67:4 152:8
applying 28:14
appointments 200:15,16
approach 6:24 8:25 15:8
21:25,25 22:25 23:17
82:2 83:1 140:6 196:3
239:10
approaching 3:25
appropriate 28:5 40:8
44:18 46:13 47:23
51:15 87:16 99:16
104:1 162:10 166:15
169:14 217:20
appropriately 195:11
210:10
approved 225:8
approximately 10:5 61:1
62:9,25 68:25 84:17
86:6,9 167:17 206:24
207:2,4
April 1:15 63:5,9 144:15

architectures 203:18
are 1:10 4:22 7:8 8:6,14
8:15 9:22 11:1,4,7,15
11:23 12:10 13:7 14:6
15:5,6,22 16:1 17:2,5,6
17:8,9,12 20:17 22:16
23:19 24:7,18 26:6,9
27:2,8 30:14 31:12
32:22,24 34:11 35:1
36:10,18 39:1 40:3,7
43:16 44:17 45:24 46:5
47:2 48:8,23,24 50:2
51:6,10 53:12,16 59:3
62:10,11,13 65:7,9 66:6
66:12,19 67:17 68:9
69:10 70:13,24 71:3,10
71:10 72:5,6,15,16 73:9
73:12,23 74:17 75:4,12
76:4 78:11 79:5,8,17,24
80:5,23 84:11 85:12
87:7 89:12,18 92:16,20
96:12,23 97:8,13 98:6
100:13 101:1 102:6
103:2,7,13 106:22,24
107:2,4,16 108:9 109:3
109:10,19,21 110:11,15
111:4,18 112:21 113:7
113:11,20,21 116:21,21
117:5,13,13 118:4
120:11,11 122:18 123:8
123:25 124:1,13 126:21
132:18 134:10,18 138:3
138:8,12 144:10 146:15
150:13,23 151:23 152:5
154:14,17,19 155:6,8
156:17 157:6 158:25
159:4,12 162:21 164:2
164:8,9 166:15 168:11
168:13 169:5,5,7 170:1
170:2 171:12,16 174:9
174:18 175:21,22
176:13,18,19,20 177:2
177:4,10,14 184:3,18
185:8 186:11 187:9
192:8 194:5,9,11
195:12,18 197:23 198:1
200:20,24 203:8 205:2
205:3 207:1 208:22
220:9,20 222:6 223:20
224:11,12,13 225:2,18
226:2,5,13,20 231:5
232:14,22 235:2,6
237:13,14,23,25 238:2
238:10,15 239:12
244:15,18 247:21,24
248:5,15,19 250:14
area 62:14 93:4 155:10
250:21
areas 169:5,7
aren't 50:12,24 82:22
132:19 211:23
argue 12:16 22:17 32:7
163:6

argued 34:3 215:14
argues 22:15
arguing 47:22 48:5,6
argument 7:21 42:11
43:12 44:16 52:12 53:7
53:8 104:1 105:3 159:3
159:8,19,20 162:7
251:3,6
argumentation 30:9
32:14 35:7
arguments 31:16 33:1
48:12 52:25 162:4
aromatic 16:18 19:1 24:8
37:10 70:6,7,12,25
71:14 73:11 75:6,6,13
76:13,17 79:4,21 80:17
81:12 83:14,20,23 84:2
84:12 85:2 107:1,5,9,12
107:13,14,16,20 108:12
108:13,19,25 109:6,6,9
109:9,13,14,25 110:3,7
110:8 111:19 112:22,23
113:13 116:4,6,8,22
117:10,23 118:10
154:16,16 175:3,6,8,10
175:12,13,14,15,16,18
175:21,25 176:5,6,19
176:20,23 177:9,10,25
178:5,24 179:20,21,24
180:12,14 183:7 184:13
184:21 185:5,7,8
186:12,15,20 187:9
221:18,22,25 222:6,9
224:11 225:14 226:15
227:9 229:13 230:3,12
231:6,9 232:6 233:14
233:24
aromatics 49:23,24 50:1
50:2,3,5 55:7 70:15
73:15 74:2,9 75:21
78:13 81:15 110:6
117:6,21 120:5,6,9
180:5,6 222:1,18,21
224:23 227:16,25
230:19,21
aromatic-free 16:14 24:9
39:1 49:19,20,22 55:3
55:14,16,23 70:1,3,6,14
71:6,22 72:7,11,16 73:9
73:13,20,22,24 74:5,6
78:13 79:6 80:1 83:18
106:1,5,22 108:2,5,15
109:13,19,23 111:8,17
112:9,24 113:3,6,7,10
113:16 114:10 116:10
116:16,21 120:3,3,4
137:19,23 138:1,14
177:13,20,22 178:19,23
179:3 180:20 182:22
184:19,20 185:3,13
186:4,4,22 187:2
221:20 222:5,7 223:20
223:22 224:2,3 225:3,6

229:16 230:17 231:13
231:15 232:17,18,19
233:14
**around** 80:13 88:1
131:17 152:9 168:3
176:2 193:23,25 220:5
230:13
**arrive** 101:20
**art** 8:1 12:25 13:3,15
14:7 16:5,13,18 19:2,5
19:7 20:9 21:3,23 22:6
22:18,19 26:8 27:16
28:8,20,25 29:9,9 31:15
33:3 35:14 39:5,15 40:7
40:11,21,24 42:2,6,25
44:1,14,23 45:16 48:15
49:12 54:24 55:12,18
64:5,10,23 65:4,7,8,10
65:15,17 69:7,17 70:2
70:21 71:4 73:16 74:19
75:13,18 76:9 80:25
84:22 85:24 86:12 87:4
88:21 94:3 98:1 99:11
101:1,8,13,17,22
102:11,23,24 103:23,25
104:17 111:2 114:10
116:3 123:5 126:1
142:15,24,25 150:20
151:10 153:13 161:12
163:18 165:16 167:7
174:4 180:24 181:21
184:4 185:20 189:15,20
198:10,20 202:9 203:14
209:1 212:2,20 213:20
216:1,2,9 218:19
226:25 228:22 230:14
231:12 233:12
**article** 68:17 151:7 158:7
183:9 189:13 195:19
244:9
**articles** 11:23 88:8
150:24 151:13,22,25
153:9,10 181:18
**as** 6:11,14,23 8:20,23,24
9:5,11 11:2,2 12:2,5,6
12:10,12,19 13:21,23
14:7 16:7 17:16 19:11
19:21 20:23 21:8,22
22:2,18,18,18 23:6,18
24:14,16 26:8 28:10
29:7 32:3,16,19,21 34:4
35:2 36:2,18 37:20
38:17 39:10 41:13,16
41:16,18 42:21 43:13
43:22 44:6,10 46:1,1
47:5 48:7,13 49:3,10,16
49:16 50:15,24 51:4,7
52:15 55:4,12,25 57:24
58:10 61:21,21,25
62:10 64:2,11 65:14,17
66:8,9 67:11 69:6 70:8
70:20 71:4 72:10 73:13
73:15 74:4,18,20 76:8

77:19 78:8,11 79:5,22
80:2,22,24,25 81:1 82:7
82:19 83:6 84:21,23
85:23 86:11,20 87:3,11
88:12,21 89:10 92:18
94:2,19,21,24 95:22
98:1 101:16,21 102:15
103:2,5,6,6 104:1 108:7
110:7,23 111:2,24,25
112:2 114:14 116:15,22
116:22 117:2,4,5
118:14 120:17,19,24
121:23 123:20 125:20
125:21,25 126:17
127:11 128:2,9,12,13
128:13 129:24 135:4
137:22 138:2,21 139:10
141:1 146:5,20,25
147:9,25 149:2 150:8
150:20,24,25 151:3,9
151:10,11,22,25,25
152:4,5,8,25 153:6,8,12
153:16 154:9,23 155:11
155:13,17 156:7,9,13
156:14 157:4,5,7,9,12
158:7,21,22,24 159:18
159:20 160:12 161:9,11
161:12 162:3,8 163:6
163:19 164:5,8,22
165:15 166:2,20,25
167:2,7,19 168:14,19
168:19 169:2,13,14
171:4,10 172:2,14,19
172:21 173:6 174:3,23
175:12,14 177:23 178:1
178:18,22,23 179:7
180:15,24,25 181:2,15
181:16,20,21 182:6,15
183:6,7,9 184:8,11,14
184:16 185:20 188:9,14
188:16,16 189:15
191:17,25 192:2 193:1
193:1,2,4,10 194:23
195:13,22 196:7 198:6
198:19,21 199:5,23
202:25 203:17 205:4,6
205:20,24 209:1,2,8
210:8 211:16 212:13
213:11,20 214:23 215:3
215:20,24,25 216:2,5
218:6,8 219:18,24
220:24 221:4 222:1
223:1 224:19 225:6
226:12,20,24 228:14
231:11,13 232:21 234:2
234:20 235:22 236:10
237:3,8,13 239:5,6
240:13,17,19,20 241:19
242:15 247:4,5,10,10
250:2 251:1,20,21
**ascribe** 70:20
**aside** 42:11 85:4 111:13
139:25 142:16 198:8

**ask** 23:3 29:12 33:11
35:24 42:8 68:5 83:16
92:14 93:3 107:20
108:2 121:21 122:17
123:9 124:8 126:24
129:6,14 135:1 137:24
139:16 140:2,22 153:24
170:10 172:9 191:12
198:2 202:7 212:4
219:8 220:7 234:19
237:12 239:18 242:14
242:16,22 243:2,10
246:5
**asked** 7:16 22:9 45:14
46:15,18 47:3,3 125:25
128:8 134:24 137:14,18
138:20 140:3,12,25
234:22 240:22 245:20
247:22
**asking** 6:19 35:21 46:14
57:6 77:15 101:11
106:19 123:4 127:17
128:11 130:6 218:21
219:3,4 233:10 238:9
242:19 245:22
**asks** 243:13
**asleep** 214:17
**aspect** 33:24 153:7,8
**aspects** 200:21
**asserting** 101:22 125:14
127:12
**assign** 81:9
**assigned** 60:18,21 66:10
**associated** 50:6 111:20
176:7 179:13 185:4
211:22 243:24
**ASSOCIATES** 1:24 2:25
144:24
**assume** 44:15,19 103:9
205:22 213:6 216:6,24
223:10 226:4 232:10
248:14
**assumes** 126:19
**assuming** 29:1 82:8
149:25 198:4 203:5
214:15 227:3 245:21
249:7
**assumption** 213:9
**Astrazeneca** 26:24
**as-is** 44:20
**at** 1:21 4:1 5:1,17 6:15
7:9,18 9:14 11:8,22
13:9 14:13 15:18 20:6
20:21 22:8 25:4,22
26:14 28:7 29:14 30:18
30:20 31:3 34:7 35:1,23
36:1,2 38:6 42:14 46:9
46:12,19 53:3 56:20
58:12,16 59:4,5 60:23
61:15,18 63:20,24 66:6
66:6,17 68:16 70:16,22
72:2 74:22 77:7,18 78:1
78:2 81:8 84:17 85:10

86:6,8,19 89:12,13 95:8
100:2 101:20 102:5,11
102:18 104:9 105:7
108:3,9 113:18 117:9
120:7 121:12 122:11
123:11 124:2,7 125:15
126:25 127:9 129:3,22
133:3 137:3,13 139:5
139:23 141:24,25
144:21 146:16,17
147:19 148:11 149:9
150:12 151:8,10 152:9
154:1 155:16 156:10
157:10,14 160:6 161:10
161:15,17 164:3,4,9
166:8,12,23 169:22
171:2,3,19,19 172:11
174:7 175:15 176:3,10
176:13,21 177:23 178:9
178:10,11 179:3,7,10
180:3,8,24 181:2
183:11,17,18,25,25
184:25 187:12,20 190:2
192:20 196:15,19
197:25 200:14 201:3
204:14,15 207:2,4,5
208:1,2 212:17,21,22
213:12 215:8 216:23
219:6 223:24 224:1
226:10,25 227:2 229:3
231:25 232:12 237:13
239:18,20 240:11,11
241:4 243:6 245:16
247:23 250:12,16,18
251:17 252:18
**atoms** 175:20,23 176:18
**attack** 181:10
**attacked** 35:15
**attain** 182:19
**attempt** 13:11,18 214:25
**attempting** 56:1
**attention** 22:2 68:24
120:13 170:7
**attorneys** 2:5,10 240:23
242:22
**attracted** 177:9 184:22
**attractive** 167:22
**attributable** 197:6
**attribute** 165:20,24 166:3
181:3
**attributed** 193:18 196:15
196:24
**attributing** 197:9
**Atwood** 4:11 14:4 20:10
21:1 22:3 36:6,7 39:12
41:23 43:5,5 55:8 93:1
143:9 145:3,10,18
146:3,9,13 147:8
150:11 155:24 156:16
159:24 160:7,20 161:16
163:17 164:22 165:7,15
170:13 174:3 177:19
187:12 188:6,18 189:14

193:9,13,16 196:13,24
197:10 198:2 199:11,15
201:9 202:8 203:12
208:13,25 211:18 215:3
218:21 220:13 222:11
241:6 243:18 244:2,11
246:6,8,25
**Atwood's** 93:7 218:18
**authority** 40:12
**automatically** 39:22
223:23
**available** 28:15 148:15
243:7
**Avenue** 1:16 144:16
**average** 179:9,11,13
**avoid** 107:19
**aware** 36:10 37:21 38:7
53:24 54:1 164:8
195:12,18
**away** 108:17 117:22
236:20
**A-l-d-o** 58:9
**A-t-w-o-o-d** 146:9
**a.m** 1:19 56:12,13 144:19

**B**

**B** 51:20,23,25 52:20
87:22 191:9,10,23
204:23 209:10,11 224:8
237:22 247:6,7
**baby** 62:1 118:9 137:22
138:9
**Baccalaureate** 59:16,18
**Bachelor** 148:9
**back** 9:14 27:11 34:23
35:11 45:7 75:23 85:5
90:9 92:11 93:13 95:5
100:2 116:1 124:14,15
131:1 151:18 154:7
163:12,13 169:16,17
172:9 182:25 185:15
204:4 212:17 240:11
241:4 246:11
**background** 11:21 42:7
48:20 64:2,10 80:21
148:8
**bad** 176:9 178:5
**ball** 129:24 130:1,1
**bargain** 37:23
**base** 111:11,12
**based** 6:10,11 21:17,18
21:19 22:4,6 33:2 37:3
101:9 128:14 180:5
197:18 206:10 217:21
220:8 227:8,9 242:22
**bases** 150:21,23
**basic** 154:5
**basis** 74:23 88:19 158:8
182:4 197:5
**basketball** 17:12
**be** 3:22 7:20,22 8:2 14:2,4
14:8,22 16:14 19:6,7,9
20:12,22 21:17 24:20

25:4 26:14,21 27:13,15
27:21,21 28:12 29:8,12
30:14 31:19 34:3,12,17
34:18,20,24 35:2,22
36:6,7 37:3,14 38:11,12
39:1,15,16 40:14 42:20
43:6 45:9,14 46:6,9,10
46:14,19 48:13,25,25
49:13,19 50:3 51:5,14
51:15 52:1,13,14,25
53:9 54:22 55:3,7 56:18
56:24 57:6,9 58:5,11,12
58:16 64:4,22 67:4,12
68:7 73:10,20 75:15
76:19 78:8 80:1,16 81:7
81:14 82:8,13 83:21,24
83:25 84:3,10,14 85:1
87:23 89:4 90:14 92:24
93:8 94:22 95:6,20,23
95:24,25 96:14 97:17
98:3,15 99:1,3,5,9,10
99:20 100:2,6 101:17
102:13 107:1 109:17
110:19 111:8,12,13,15
111:15 113:2,24 114:7
116:12,15,16 117:7
121:11 122:13 123:21
125:22 126:10 128:12
129:10,11 131:16
134:13 138:4,5,13
139:3,10,10 140:14,18
140:20 142:3 143:1,9
150:7,22 151:12 152:17
155:21 157:5 160:5
161:1,10,18,19 162:14
163:25 164:11 165:2
166:10,25 168:20,20
169:2,21 170:11 172:4
172:7 173:19 174:14
175:2 177:11,25 178:20
179:3,14,15,17,19,21
180:6 182:22,24 183:10
184:14,19,19,22 185:2
185:13 187:10,13
188:21 189:20 190:25
191:4,14,22 192:9,15
192:16,16,17,22,23
193:12 194:20 195:2,6
195:8 196:17 200:6
202:19,23 203:3,4,9,20
203:25 207:17,21,23
208:10 209:13,16 210:7
210:22 211:3,6 213:7
213:17,19 214:21 215:3
215:21 216:6 217:6
218:16,20 221:3 222:24
223:5 224:1,2,12,14,15
224:22,23,24 225:8,14
225:15 226:25 227:19
228:13,19 229:2,6,14
229:20,21 230:3,5,19
230:24 231:1,19,20,23
232:25 233:15,22

234:11,12 235:3 236:5
237:11 238:17 239:6
240:20 242:11,18 243:7
244:4,5,10 245:8,9
247:8,9 250:4,10,25
**bears** 20:4
**beat** 57:13
**beating** 142:11
**became** 61:1
**because** 6:4 10:23 11:7
  17:5 19:22 20:4 25:11
  29:5 32:5 33:12 35:15
  35:21 39:23 44:1 49:7
  51:12,19 70:13 73:24
  78:11 81:6 90:14 94:7
  94:11 97:21 98:25
  104:11 107:13 110:6
  112:7 113:11 114:8
  117:20 118:8 120:9
  124:15 125:20 127:15
  134:10 137:24 138:11
  139:19 155:21 158:6,9
  162:24 163:1 169:22
  170:4 173:10 174:20
  175:11,19 176:24 182:8
  183:3 184:21,25 185:8
  186:14,19 190:1,12
  194:10 202:14 208:11
  209:4,9 210:5 215:2
  217:6,9 218:16,23
  220:2 222:24 223:10
  224:23 227:4 231:18
  233:7,16 234:22 245:25
  247:8 250:22
**become** 60:23 209:9,10
  248:8
**becomes** 21:13 52:9
  53:20 209:10 248:8
**been** 1:10 10:4 12:3 17:14
  17:16 31:4,18,18 35:5
  35:15 38:10 40:2 46:12
  46:13,24 49:6 53:14
  60:17 63:22 64:13,19
  65:20,22 75:17 84:23
  93:17 96:3,20 114:12
  114:13 118:12,13
  121:11 135:2,3 139:10
  142:11 144:10 147:22
  147:25 148:21 151:20
  156:7 168:3 172:10
  178:15 199:1,3 202:4
  205:25 215:14 220:2
  221:14 234:20,21 236:5
  237:2 239:15 240:4,22
  241:2,5 245:12 249:22
  250:11
**before** 1:18 7:16 12:22
  15:4 20:3 32:21 35:4,8
  37:18 76:13 87:24
  94:23 144:18 184:1
  205:10 246:5 249:20
**began** 63:11 236:14
**begin** 6:21 49:24 56:10

57:7 63:3 100:12,24
  113:8 149:4,8
**beginning** 4:2 6:14 80:12
  110:16 124:14 151:8
  166:23 183:18,25
  204:16 219:20 235:23
**begins** 85:16 86:6 88:1
  182:2
**behind** 77:4 120:19
  229:18
**being** 15:5 17:4 20:21
  34:4 45:21 46:15 57:23
  58:25 118:11 142:22
  146:4 150:8 154:9
  155:20 169:13 173:19
  174:1 184:9,11 189:17
  197:10 199:22 205:4
  209:16 212:13 213:5
  215:9 216:7 220:24
  240:22 248:3
**Belcher** 1:24 144:24
**believe** 3:21 11:9 13:19
  22:24,25 23:2 29:6 30:2
  30:19,19 32:24 37:11
  38:1 39:14,21 40:3 44:1
  48:10,11 70:19 73:19
  75:1 79:12 86:9 87:15
  91:7 99:15 100:19
  101:4 102:12,14,20
  104:7,15 109:24 122:17
  130:9 132:14 133:15
  138:18,22 139:5 157:19
  170:16 173:1 176:1
  183:22 184:16 187:6
  189:10,11,12 193:11,22
  197:5 199:10 206:18
  208:21 209:5 212:19
  215:16 219:10 220:16
  222:17 251:10
**believes** 128:10
**bell-shaped** 179:12,15
**below** 84:18 116:23
  167:16 220:25 221:4
  222:9 223:3 224:25
**bench** 130:16 196:3
**benefits** 150:21,23
**benzene** 107:2 109:7,7,12
  110:3 175:14
**BERRYHILL** 1:24 2:25
  144:24
**better** 8:2 53:8 217:1
  252:11
**between** 5:25 37:23
  124:25 134:7 170:19
  206:1 208:19 247:10
**beyond** 13:12,13,14,25
  20:20 102:12 104:16
  234:3
**big** 120:13,16,17 124:13
  129:24 130:1 131:15
  139:24,25
**bigger** 7:7 218:14
**billion** 178:1

**bind** 152:23
**binder** 6:24 7:10 67:10
  68:6 77:3 139:25,25
  153:25
**binders** 7:7,7 8:5 66:20
**bit** 10:21 12:20 20:11
  22:9,23 25:12 26:17
  30:22,24 44:17 48:17
  59:13 88:3 89:1 102:24
  110:6 156:9 162:24
  183:24
**blast** 60:10,11,12
**block** 8:10 12:8 14:9,13
  15:14 23:20,22,22 24:2
  38:16 39:25 41:14,25
  42:25 43:2,8,25 44:3
  50:20 54:10,13 67:25
  76:8 85:22,25 86:14,24
  87:5 88:6,10 91:24
  93:18,23,25 95:9,10
  97:4 98:4,13,19 122:13
  125:16 127:11,21 128:1
  130:19,20 139:6,12
  140:16 141:2,10,12
  142:12,18,20 153:20
  154:4,18 155:7,25
  157:5 158:19 159:5,14
  160:25 165:17 166:4
  172:16 173:7,14,15
  174:10 181:10 184:7,8
  184:11,24 188:9,10,20
  189:2 191:16 194:6,9
  194:21 195:14,20 198:7
  200:18 202:4,10 203:10
  205:2,16 206:16 207:15
  211:16 212:23 230:11
  236:16,23 237:4,19
  241:12,18,25 242:6
  248:14 250:24
**blocks** 88:13 154:5 155:9
  173:13 178:25 184:23
  185:4 203:7
**bloom** 78:3,4
**blown** 71:17
**board** 14:16,18 192:4
**body** 162:13 178:15
**bond** 25:21 192:9,14,14
  192:15,24,24,25
**bonded** 154:14 175:21
**bonding** 175:24
**bonds** 192:7,8
**book** 105:7,8 120:14,14
  120:17,17 124:12,14,15
  126:7 139:24 201:21
**books** 67:9
**border** 89:3
**bored** 214:17
**both** 9:23 17:1,10 22:22
  24:4 26:10 40:1 52:5,8
  61:20 66:9,10 79:17
  90:21 110:7 112:22
  128:25 129:6 150:14
  168:5 174:8,10 186:14

186:14 197:16 202:8
  204:14 222:16 226:15
  235:20 248:5
**bottle** 62:1 118:9 177:23
  177:24
**bottled** 178:5
**bottom** 9:3 77:10,12
  121:13 239:14
**bought** 41:5
**Boulevard** 2:4
**bounced** 220:5
**bound** 33:21
**bounds** 171:22
**bowl** 214:21
**braces** 62:24
**brand** 140:21
**break** 56:10 58:17 96:21
  96:23 99:21 137:4
  188:1 224:4 242:13,13
**breakdown** 237:10
**breaks** 16:19
**breath** 27:9
**brief** 4:6 8:15 48:12 92:22
  251:12,16,19 252:9
**briefer** 26:18
**briefing** 47:13 55:25
  56:23 250:3
**briefly** 37:16 61:8 200:9
  250:5
**briefs** 6:5 250:12
**bring** 13:15 48:16 53:11
  100:7 170:7
**brings** 150:25
**broad** 6:12 14:1 22:18
  33:24 172:23 206:9,13
  208:3
**broaden** 13:12
**broader** 159:13
**broadly** 162:22 206:3
  207:25 208:8,8 250:15
  250:25
**brought** 8:19 45:13 205:7
  215:17 216:3,7
**bucks** 228:3
**budget** 224:20
**build** 154:20 174:23
**building** 154:5,17
**buoy** 177:5
**business** 10:3 62:16 98:17
**but** 3:25 5:2,9,19 6:17
  8:12,16,23 10:24 11:19
  15:4 20:4,7 21:19 23:5
  25:17 26:9,16 28:3,25
  29:10,16 30:9 32:3,6,18
  32:22 33:18,23 35:2,15
  36:5 37:11 40:2,24
  41:10 42:4 44:19 47:8
  48:18 49:21,25 52:17
  53:17 54:25 55:25 57:5
  64:9 70:25 71:19 73:11
  73:12,15,23 74:2,5
  81:21 82:1 89:3 90:19
  95:7,18 96:17,25 97:5

97:22 98:21 102:22
103:11,20 104:13
106:10 107:3 108:4,16
109:17 110:8 112:17,20
112:25 113:11 114:1
116:7 117:6 120:8,24
123:6,12,12,13,16
124:9 127:6,7,20 130:6
131:7,8 134:10 137:25
138:10 152:14,19
153:14,19 154:8 156:23
157:22 158:22 159:13
160:3,8,8 161:19,24
163:24 165:9 168:20
169:11,23 170:3 173:20
176:17 178:1,21 179:10
182:11 185:5,23 190:3
192:14,16 193:4,11,13
195:9,21 198:8 204:20
206:18,20 207:12
209:18 211:6,21 213:7
215:25 216:24 220:5,22
220:25 221:16 222:10
222:17 224:8,24 226:6
226:9 227:22 228:17,19
229:17,20,22 230:22
231:22 233:5,25 234:6
235:1 236:4 238:24
244:1,8 245:12 246:19
246:21 248:13,17
249:21 250:6,21 251:2
252:9
**butadiene** 50:17 54:10
90:14 130:25 131:6,24
132:5,6 154:10,23,25
155:6,11,15,18 156:21
157:5,23 158:3 176:19
176:20 188:21 189:16
191:5,18 192:2,6,17
193:6,15 198:14 199:3
199:5 202:16 204:20,24
237:19
**butadienes** 158:6
**butylene** 51:7,13 90:17
90:19,20 97:12 188:12
188:14,16 202:17 217:9
217:12 218:2 220:8
237:21,25 248:4,12,14
**butylenes** 152:22 248:7
**buy** 180:8 223:11,24
224:15 225:13
**by** 1:20 2:17,18,18 10:23
11:21 13:7,14,17,18,21
14:1,4 17:15 19:16
21:12 22:19,25 23:6,14
24:21 25:9 29:2,8,23
30:12 31:4,15,19 32:25
33:5,21,22 34:3,12,15
40:3 41:6 43:5 45:22
46:19,24 49:22 53:13
58:13,22,24 60:1,17
62:9 64:1,12 66:4,10
67:8,14,17 68:15,20

69:4,13 71:20 72:6
73:14 74:8,17 77:24
78:3 79:24 80:1 81:24
83:4 85:12,20 86:11
88:9 89:4 91:17 92:16
93:12 95:20 96:9 97:10
99:24 100:23 101:11,15
104:2 105:6 107:7,11
107:17 110:25 112:1
114:13 116:25 118:13
121:8,10 122:1,4 123:3
126:6,24 128:18 129:17
130:9 131:23 135:3
137:8 139:11 140:10
141:4,8 144:20 145:4,4
145:7,7,10,12 146:12
147:8 148:24 149:15,19
150:11 153:12 154:8
156:16,25 157:19
162:19 163:8 165:4,6
165:15 168:2,8 170:13
171:9 172:3,10 174:3,5
174:12 176:2,12 177:19
181:23 184:25 185:17
188:5 189:8,10 191:3
193:5,9 194:11 196:13
200:8 201:10,12 202:2
202:19 203:19 204:14
207:12 208:7 209:18
210:21 219:10 220:19
221:7,25 222:22 224:5
227:14 229:15 231:18
235:20 236:7,13 238:17
239:13 240:1,22 241:2
241:6 243:19 246:17,24
247:14 251:2
**B-l-a-s-t** 60:12
**B-2** 61:24

### C

**C** 224:8 253:1,1
**CAFC** 102:6
**calculation** 189:11
**call** 4:16,18 31:21 51:16
51:20,24 57:16 67:11
68:6 78:13 82:25 120:8
122:19,20,20,24 123:1
124:2 132:25 134:15,16
143:9 190:17 198:16
199:18 203:2,22 209:16
233:15,20 236:21,22
238:24 240:9,24
**called** 3:1 31:5 34:13 51:4
60:17 73:5 84:20 87:8
97:11,12 107:2,3
113:21 122:5,6 130:2
138:3 141:14 175:16,17
175:18 192:10,17
195:13 196:25 200:20
201:4 203:21 212:13
248:3
**calling** 41:19 90:12
120:15 156:8 193:5,15

205:25
**calls** 52:5 127:19,20
141:5 209:2
**calorimetry** 214:11
**came** 133:18
**Camry** 95:22
**can** 8:25 10:24 11:2 15:10
22:19 23:17 25:11
29:17 31:7 32:23 40:23
47:17,18 50:1 59:14
62:5,7,16 67:9,20 68:12
68:12 69:2,15 70:11
72:23 73:1,10 77:22
78:15,25 79:11 80:7
82:1 85:4,18 86:12 87:3
89:17 90:9,14,16 92:5
93:6 95:16 96:12,24
97:1,3 99:6,7 103:11
105:2 106:7,25 107:1
108:11,17,19 109:2,16
109:17 117:7 121:17,19
127:15 128:2 131:18
133:24 137:5 138:4,5
140:6 143:4 148:7
149:23 150:19 152:23
154:20,22 155:1 157:5
160:12 164:24 165:23
166:25 169:25 170:10
175:2 178:1,2,3,16
179:2 180:7 181:22,23
182:19 186:17 188:13
188:14 189:22 190:2,3
191:12 192:3 198:4
209:13,13 214:1,8
217:6 219:8 223:5
225:16 227:12,19
231:16 234:25 236:22
236:25 237:2 238:17
242:17,20 243:8 245:19
246:18,20 247:9 248:20
249:19 250:5,25
**cannot** 42:4 248:25
**Canopy** 61:22
**can't** 10:22 27:21 33:23
40:1,17 90:20 101:19
109:15 124:5,9,10
148:20 159:15 161:21
180:11 197:16 222:24
231:2 251:7
**car** 109:10
**carbon** 25:21 152:15
175:23 176:18
**carbons** 154:13,15
**care** 197:21
**careful** 14:22
**Carmen** 1:20 144:20
253:2,6,6
**Carnegie** 200:14
**carried** 152:20
**carry** 153:17 233:18
**case** 1:5 3:5 7:25 9:14,20
10:12,20,21 11:17,22
12:10,11,12 19:21,25

22:9,13,14,20 24:3,15
25:5,5 26:15,22 28:11
29:4 31:10 32:10 34:22
34:23 36:14 38:1 39:17
39:20 42:2 45:9 49:13
53:20 54:3,18 65:16
66:6,7 67:1,5,14 70:13
72:9 79:20 101:1,16,23
103:2 104:15 108:20
114:8,9 117:4 144:5
150:13 152:22 158:22
161:19 163:4,7 180:9
186:8 200:22 204:25
222:25 249:6 250:10,11
250:16,19
**cases** 28:14 33:17 38:8
101:16 162:25 163:2
248:5 250:7
**casually** 94:21
**catalog** 223:14 226:10,25
227:15
**catalyst** 60:21 129:13
149:2 157:11 202:19
209:14
**catch** 246:7
**categories** 19:18
**category** 111:12,13
223:21 227:8
**Catheters** 61:25 62:1
118:11
**cause** 31:22,23,25 76:19
**causes** 173:22
**caution** 5:10 193:4
**Celsius** 78:2
**century** 175:11
**certain** 39:11 57:5 65:7
66:5 73:7 84:1 103:12
116:23,25 123:13
150:12 154:8 175:11
196:25 197:9 209:19
221:3,4,6,8 248:4,13
**certainly** 4:1 7:1 9:1 17:8
28:2 41:1 42:3 54:24
84:3 186:1 189:24
200:13 208:10 219:9
**CERTIFY** 253:2
**Cesar** 30:11
**cetera** 71:9
**chain** 25:20 158:10
186:13
**chains** 70:17 87:12
122:23
**Chair** 146:19
**Chairman** 147:22,25
**challenge** 28:3,6
**challenged** 58:13
**challenges** 4:25
**challenging** 102:10
**chance** 32:2
**chances** 224:21
**change** 83:14 91:13
122:16 215:5
**changed** 41:11 123:16

142:2
**changes** 16:20 25:25 26:1
121:19 122:4
**changing** 140:19
**characteristics** 16:25
26:1 83:15 87:7 98:6
99:1 138:6 194:10
195:14 211:18 244:12
244:14
**characterization** 130:3
**characterize** 89:10 94:25
**characterized** 78:3 95:25
**charge** 60:10
**chart** 7:12 8:16 14:16,23
15:2 37:17 42:15 67:21
68:2 75:24,25 76:1
93:14 95:9 154:1
**charts** 50:23 67:13
145:15
**chase** 165:7
**cheap** 224:16
**check** 127:6 206:18
**chemical** 11:25 20:16
49:23 50:6 59:22 64:2
65:20 81:1 104:4
108:17 123:1 138:6
153:14,17 156:20,24
159:6,9,11,25 160:2,4,9
160:21 197:12 200:13
204:19 212:24 217:23
237:23,25 238:2,12,13
**chemist** 46:4 80:21
142:22
**chemistry** 20:17 37:8
42:4 64:5 65:8,10,18
92:9 101:5,24 146:19
147:23 148:10,13
149:21 150:1,21 151:4
151:18 163:24 168:12
168:15 174:4 175:9
176:6,8 179:10 200:16
201:3,4,7 221:25
**Chen** 9:23 10:7 32:10,14
32:18,25 35:10 41:3,19
49:14 51:8 66:10,10
98:5 102:13,17 113:24
120:22 121:10,18 122:4
122:16 123:7,8 124:6
124:17 125:1 126:15,19
140:19 141:3,22,24
142:3 150:14 168:4,8
174:17 188:14 189:9,10
189:12 194:24 195:12
195:18,21 197:9 206:3
207:12,24 208:7 234:11
247:18 248:10 249:13
**Chen's** 35:5 99:11 102:2
109:22 114:7 123:5
127:20 168:14
**chief** 36:14
**China** 62:23,24
**choose** 23:15 54:25
**chooses** 10:25

**choosing** 210:9
**chose** 81:24 134:10
**chosen** 23:14 247:18
**Christaldi** 2:3,17,18 3:9
  3:10 4:5 5:6 6:21,22 7:2
  7:5,15 9:2,10,17 11:13
  11:18 14:20 15:1,12
  29:19 33:7 34:9 35:17
  36:4,11,20 37:5 48:17
  57:9,13,15,18 58:10,20
  58:24 62:5,8,9 64:7,12
  65:1,13 66:3,4,17,23
  67:7,8,15,17 68:14,15
  71:17,20 72:21 73:14
  74:12,16,17 81:22 82:4
  82:8,12,16,25 83:4 85:7
  85:12 86:2,4,11 92:13
  92:16,24 93:9,10,12
  94:20 95:3,4,20 96:6,9
  99:18 100:7,11,13,15
  100:18 101:7 103:18,19
  105:8,10 125:23 126:5
  126:18,23 128:5,8,17
  130:5,12 133:4 134:22
  137:2,6,8 140:1,10
  141:8 142:6 143:4,8
  145:12 162:23 208:4
  210:14,17 234:16,17
  235:3 243:9,10 246:5
  246:13,17,23,24 247:12
  247:14 248:23 249:5,17
  249:19 251:4,13 252:3
  252:6,12
**Christaldi's** 42:11 95:7
**circle** 190:3,6,20,22,24
  191:4
**circled** 191:1,7
**Circuit** 19:15,17,23 26:20
  26:25 33:15 38:9 40:12
  40:13 162:19 250:19
**Circuit's** 19:12
**circulate** 175:23
**circulation** 175:19
**cited** 8:15 29:23 30:12
  55:24
**cites** 29:16
**citing** 250:11
**citizen** 60:24 61:2
**claim** 7:12 8:9 11:23
  13:24 14:16 22:10,11
  22:22 28:4,4,12,15 33:9
  35:1 37:1,4 39:19,22,22
  39:23,23,24 40:9 42:17
  42:21,23,23 43:13
  44:20 46:6,22,23 47:22
  47:25 48:1,12,24 53:19
  54:3,9,11,12,15,16,16
  54:19,22 55:1,11 56:24
  67:13,23,24 68:9,13,24
  74:5 75:24 77:7,7,9,13
  77:14,17,18 81:5 84:17
  84:18,20 85:8,15,18
  86:6 88:5 91:3,9,14,14

91:16,19,20,22 93:13
  95:9 113:16 126:9,13
  126:16,17,17,21,25
  127:4,16,17,18,19,20
  127:22 128:11,12
  138:18,22 142:9 154:2
  158:17 160:5,12,16
  161:16,17,19 162:1,6,8
  162:14,17,18 163:19
  170:9 172:21 174:12
  185:15 198:6,21 201:18
  201:24 205:1,5,7,7,15
  205:20,20 206:1,1,3,4,5
  206:10 207:13,13,13
  208:1,2,11 210:1,5,19
  211:10,12,15,21,24
  213:12,14 219:12,15,25
  221:2,7,10,11 225:19
  230:2 234:25 235:1
  236:15 241:20 250:9,23
  251:9
**claimed** 171:5,10 173:6
  205:4 206:3 208:16
  209:22 211:10,23
  244:16,19,24
**claims** 7:22 8:16 11:16
  12:7 13:12,22,25 14:1
  19:13 22:16 26:21 27:7
  27:8,20 28:8 29:1,12
  30:15,16,18 32:9,18,22
  35:9,12 37:1,20,21 38:5
  38:10 40:3,4,14,17
  41:20 42:5,13,15,18
  43:23 45:23 47:10
  48:23 49:3 55:10 56:2,5
  66:6 67:12 84:20 89:2,5
  89:6 93:14 108:1 133:6
  150:12 156:1,10 162:21
  163:3 164:23 165:7,18
  165:19,22 171:5,10
  181:19 205:3 206:14,15
  206:21,23 207:1,4,11
  208:8,12,15 209:19
  212:15 218:16 230:15
  230:18 244:4,13 250:14
**clarification** 73:22
  165:10 166:2 242:18
**clarifications** 33:1
**clarify** 69:12 160:6
  161:21
**clarity** 137:17 172:14
**class** 72:13 112:3 113:20
  138:1,4 179:10,12
  196:25 203:17,20
  214:15 217:7 223:25
  242:3
**classes** 138:2 201:2
**classical** 59:16
**classifies** 107:9
**cleanly** 37:13
**clear** 11:10 14:6 19:6
  28:18,19,21 29:10
  38:10 39:18 82:11

88:15 108:4 139:3
  156:4 161:24 168:18
  173:15 180:20,22
  185:23
**clearer** 192:3
**clearly** 163:8 187:6
**Clearwater** 1:25 59:2
  144:25
**clerk** 2:12 7:3 57:20 58:1
  58:5 146:2,7,10 199:20
  199:25
**clerks** 236:10
**Cleveland** 63:6
**client** 17:1
**clients** 17:11
**cliff** 235:24
**Clinic** 63:6
**close** 22:2 147:16 249:21
**closely** 35:12
**closer** 62:4
**clueless** 158:16
**cognizant** 29:13
**collected** 224:13
**College** 59:17
**color** 8:12 130:1
**colorful** 129:23
**Columbia** 146:14
**column** 30:3 68:15,25
  71:1 74:21,23 77:6,10
  77:11,12,13,18 78:18
  78:19 79:10,11 80:9,10
  80:12,13 84:16 85:15
  86:5 87:20,21,25 89:7
  91:4,20 92:12 93:20
  105:9 110:16 126:10,13
  137:12 138:18 142:10
  166:22 171:2,18 181:25
  183:17,19,25 193:23,23
  193:25,25 194:19
  196:15,16,19,19,21
  202:1 204:11,16 206:24
  207:2,20 208:19 224:7
  224:8,8,12 225:22
  241:7
**Columns** 75:15 194:18
**combination** 7:20 69:5
  78:4 182:9 183:21
**combined** 157:5
**come** 8:11 32:23 48:15
  49:4 52:18 57:17 58:22
  60:13 74:1 94:8 95:16
  110:5 112:2 113:12
  132:16 175:10 213:8
  215:16 216:18 218:23
  224:10 248:20
**comes** 45:7 110:4 120:19
  130:21,22
**comfort** 96:24 151:2
  166:19 250:18
**coming** 61:4,9 250:3
**comment** 240:23
**commented** 240:23
**commerce** 153:11

**common** 55:10 80:23
  108:9 138:13 155:14
  193:12 214:11 232:4
  233:12
**commonly** 24:20 88:12
  193:10
**communicate** 141:24
**company** 1:4,7 2:10 3:4,5
  10:2 60:17 132:21,24
  141:4 144:4,7 172:11
**company's** 100:25
**comparative** 133:2
**compare** 44:14
**compared** 134:6 217:6
  222:4
**comparing** 109:10 217:3
  217:17
**compatible** 79:16,19,19
  80:2
**compete** 10:9
**complaint** 231:11
**complete** 30:7
**completely** 177:22 178:8
**complex** 58:12
**component** 11:25 16:19
  17:9,9 25:10 26:13
**components** 24:18 26:6
  62:19,21 89:11,16,17
  224:17
**composed** 177:2
**composite** 11:23 41:9
  68:17,20 150:24 151:13
  210:1 221:10 244:9
**composites** 41:2 84:11
**compositing** 211:13
**composition** 25:25 68:19
  68:22 73:11 203:10
**compositions** 73:17
  181:17
**compound** 175:14,25
  178:7 192:25 230:12
**compounds** 175:13
  224:18
**comprised** 141:20
**comprises** 68:18 88:17
**conceding** 203:12
**conceiving** 16:10
**concept** 208:15 221:17
**Conceptronic** 19:25
**concern** 45:8 52:22 54:2
  231:14 233:6 250:13,22
**concerned** 189:20 233:15
  234:1,9,12
**concise** 157:1
**conclude** 44:22 67:3
  116:5,9 160:11,15,16
  230:16
**CONCLUDED** 252:18
**concludes** 28:14
**concluding** 80:13
**conclusion** 101:9 128:12
  162:9 163:20 164:5
  166:17 168:23,24

203:24 211:25 212:19
  216:19 218:23
**conclusions** 164:4
**conditions** 39:11,12
**conference** 22:9 46:20
  250:1
**conferences** 36:3
**conferring** 198:1
**confidential** 1:10 17:15
  114:13 118:13 135:3
  144:10
**confines** 53:12
**confirm** 188:8
**confused** 10:1 33:5
  108:22 127:15 158:14
  221:16 222:4 223:10
**confusing** 110:14
**confusion** 66:25 110:4
  189:15,19 192:23
  221:15
**connection** 147:18 161:22
  228:2
**connections** 177:16
  192:20
**connotations** 25:19
**consequence** 219:24
**consider** 64:4,22 85:24
  104:1 209:8,17 236:19
**considered** 13:17 19:16
  29:2 30:13 31:18,18
  35:5 109:3 190:25
  205:11
**considering** 23:5 210:22
  229:8 236:16
**consistent** 64:19
**construction** 8:16 13:24
  19:14 22:11,22 27:7
  28:4,5,15 38:25 40:6,8
  41:4 42:13,15,16,22
  45:23 49:11 52:2 53:3,4
  53:6,20 67:13,13 74:6
  95:8,12 145:15 155:19
  156:18 158:23 159:21
  159:21 160:17 161:10
  162:10,18 163:15
  164:10 170:9 172:3,5,8
  172:10,14,17,19 173:2
  174:12 180:19 185:17
  185:21 186:6,7,9,21
  190:6,7 191:16 192:19
  193:5 198:4 201:18
**constructions** 40:10
  155:16
**construe** 12:6 29:1 38:25
  66:5 133:5 150:12
  161:25 164:10
**construed** 7:23 15:5
  26:21 28:12 40:14 52:2
  54:3
**construes** 16:7 53:18
**contact** 31:7 138:9
**contain** 7:12 45:18 51:22
  67:10 188:12,13

**contained** 75:14
**containing** 75:7
**contains** 7:7
**contaminated** 109:18
**contemplated** 84:11
**contends** 10:10
**content** 51:7,13,14
    107:20 108:12,25 109:9
    109:25 116:8 177:25
    184:21 218:3 220:8
    229:13
**contention** 11:8 46:8
    71:23
**contentions** 12:17
**context** 20:9,13 23:9
    40:15,17 69:17 70:18
    73:16 76:10,11 84:9
    86:19 87:2,6 94:3 96:13
    101:23 102:1 155:18
    161:25,25 162:15
    168:17 170:1 180:17,21
    182:20 185:21 222:23
    231:18,21 236:20
**continue** 48:18 59:19
    66:2 87:24 103:16
    154:23 155:2 236:19
**continued** 143:11 146:1
**continues** 204:21,24
**continuing** 80:9 120:21
**continuously** 149:6
**contract** 62:20
**contrast** 21:12
**control** 157:13,15 158:5
**controlled** 202:19 209:13
**controlling** 160:22
**convenient** 99:21
**conventional** 32:3,7
    51:24
**conversation** 5:24 20:10
    240:5
**cool** 214:23
**cooled** 9:7
**copolymer** 8:10 12:8
    14:10,13 15:14 23:20
    23:22,23 24:2 38:16
    39:10,25 41:14 42:1,25
    43:2,8,25 44:3,4 48:13
    50:21 51:24 54:11,13
    56:7 68:1 76:8 86:1,14
    86:24 87:5 88:7 91:25
    93:18,23,25 95:9,11
    97:4 98:4,13,19 122:13
    125:17 127:11 128:2
    139:7,13 140:16 141:2
    141:10,12 142:18
    153:20,21 154:4,18
    155:3,7,25 156:7 157:5
    158:19 159:6,15 160:25
    165:17 166:5 168:25
    172:16 173:8 184:8
    188:9,10,20 189:2
    194:10,21 195:15 198:8
    202:4,11,21,24 203:4

203:25 205:2,4,16
    206:16 211:17 212:23
    236:16,24 237:4 241:13
    241:18,25 242:7 250:25
**copolymers** 85:22 88:10
    142:13 174:10 194:6,13
    195:20 198:17,18
    200:19 207:15 251:3
**copy** 7:2 147:13
**corner** 121:13 239:14
**corners** 14:6 166:2
**corporation** 1:7 3:5,11
    9:24,25 19:24 244:7
**correct** 22:24 39:21 46:3
    76:21 89:11 90:5 91:8
    91:10 104:3 111:1
    124:13,15 132:10,17
    151:13,14 155:8,8
    157:24,25 162:6 168:4
    169:9,10 171:4 174:16
    174:19,22 175:7 184:11
    184:12 188:25 191:19
    191:24 193:11,24 199:8
    201:13 202:5 203:21
    205:12 206:2 207:15,18
    207:22 208:3 210:10,22
    210:23 211:4,15 218:10
    220:20,23 221:22 222:2
    222:3,14,16 230:7
    231:20 237:24 238:3,18
    242:3 253:3
**corrected** 65:23
**correctly** 64:8 76:16
    106:23 123:24 161:8
    188:19 191:21
**corrects** 122:12
**correspond** 152:22
**cost** 108:14 228:3,6,10
    250:2
**costs** 108:18 224:18
**could** 15:8 29:16 43:4,21
    52:13 57:20 70:6,6
    74:25 77:2 78:22 80:22
    99:24 120:23 124:18
    129:10,11 131:16,17,18
    139:24 143:1 151:12
    152:11 153:24 161:18
    162:23 165:9 166:11,21
    172:9 179:23 181:13,14
    181:25 185:15 190:4
    192:2,4 193:4 195:6
    207:17 209:24 210:1,18
    211:6 220:22 227:22,23
    229:20 230:3,5,24
    231:19,20,23 239:13,18
    240:22 244:1 247:13
    250:1
**couldn't** 230:19
**counsel** 3:7 7:3 246:8
**counsel's** 243:6
**count** 40:2
**countering** 159:19
**countries** 98:22

**country** 59:9
**couple** 15:24 57:11
    120:21 129:15 154:2
    232:25 240:25
**course** 10:24 88:20 96:24
    156:2 201:4,6 240:3
**courses** 20:18 149:15,20
    149:24
**court** 1:1,20 3:1,2,15,20
    3:23 4:13,17,20 5:2,4,8
    5:15 7:1,4,13,14 9:1,9
    9:16 10:23 11:11,14
    12:5 13:23 14:19,22
    15:10 16:7 19:12,16,22
    20:1 21:5,6 22:17 23:3
    23:14,15 27:2 28:6,11
    28:14,17,20,23,24 29:1
    29:12,18 30:17 31:1
    32:21 33:4,11 35:1,8,16
    35:20 36:9,15 37:21
    38:7 40:9 42:8,10 43:12
    43:18,20 44:5,9,9,15
    45:2,5,20,25 46:8,19
    47:9,12,16,19,22,24
    48:16,22 49:9 52:9,22
    53:3,18,22,24 54:1,7
    55:19 56:9,14,19,22
    57:12,17 58:8,14,16,18
    62:7 65:9,14,25 66:2,21
    66:22,24 68:14 72:14
    72:19,23 73:1,8 74:15
    82:1,3,7,10,14,18,24
    83:3,7 85:9,11 86:2,7
    89:5 92:5 93:3,6 95:3,5
    95:17 96:5,8,10 99:20
    100:1,6,10,12,14,17
    101:10,14,19 102:4,5
    102:21 103:9,16,18,22
    105:2,5 107:6,18
    110:12,19,22,25 111:7
    112:4,7,11,14,17,20
    113:1,15 114:3,6 116:1
    116:5,9 121:3,21,25
    124:25 125:6,9 126:3
    126:22 128:6,16 130:8
    133:2,7,12,21 134:2,7
    134:18,21,25 137:1,3,4
    137:14,18 140:8 141:7
    142:8,15,24 143:3,6
    144:1,20 146:24 147:1
    147:3,5,7 148:8,14,22
    149:14,17,25 150:3,5
    155:24 158:13 159:17
    160:11,18 161:1,6
    162:3,13,19 163:7,12
    163:17,23 164:13,16,19
    164:25 165:3,11 167:15
    169:16,21 170:3 171:6
    171:16,20 173:9 175:16
    176:11 177:13 187:14
    187:18,22,25 189:22,25
    190:11,16,20,24 191:2
    191:9,11,14,24 192:5

192:19 193:8 196:4,8
    196:12,22 197:16,20
    198:14,18 199:2,5,9,12
    199:15,18,19 200:10
    201:8,11 202:7 203:3
    203:11 204:5,8 206:25
    208:17,21,25 210:16
    213:17 214:1,13,18
    215:10,19,24 216:9,15
    216:18,22 217:1,10,14
    217:17 218:1,4,8,11,13
    218:18 219:3,7,9,13,20
    219:22 220:13 221:3,23
    223:9,14,18 224:20
    225:2,9,18,21,23 226:1
    226:9,20,24 227:2,7
    228:2,5,12,16,19,21,25
    229:11 230:7,25 231:5
    231:11,17,24 232:3,10
    232:14 233:6,10 234:1
    234:6,9,13,16,20 235:6
    235:10,14,18 236:3,10
    239:8,11 240:25 242:11
    242:20 243:1,5,12
    244:17,22 245:3,11,18
    245:19,21 246:7,9,11
    246:21,21 248:25
    249:11,14,18,24 251:13
    251:14,17,22,24 252:2
    252:5,8,14 253:7
**courtesy** 200:16
**Courthouse** 1:16 144:16
**courtroom** 1:16 11:3
    56:21 144:16 202:4
    221:14
**courts** 20:6 28:4 38:9
    47:2 163:4
**Court's** 48:19 49:5 93:5
    221:16
**COVER** 1:10 144:10
**co-workers** 176:4
**create** 16:15 84:13 159:8
    210:1 230:1
**criteria** 209:16 211:9,22
**cross** 15:6 235:4,5,14
**Crossland** 13:6 29:15
    30:1
**cross-examination** 2:18
    100:22 145:4,7 188:4
    235:12 236:12
**cross-examine** 36:5
    133:25 187:15
**crucial** 102:14
**crux** 53:10
**crystal** 153:5,22 188:15
**crystalli** 94:14
**crystalline** 90:23 97:13
    122:22 200:20 210:7
    213:12 215:2
**crystallinity** 37:9 87:13
    153:15 158:11 167:1,4
    167:9,11 170:21,25
    171:11 172:1 173:14,14

173:16,18 174:21
    188:25 189:4,7,8
    208:14,16 209:5,20
    213:4,6,14,18,24 214:4
    214:5,9,14,19 215:7,10
    215:13,20 216:3,7,11
    216:12,19,23 217:19
    218:3,7,25 219:11,22
    220:4,8,12,23,25 221:6
    221:9 238:21,24 244:12
    244:15,19
**crystallization** 152:25
**crystallize** 209:15 217:13
**crystallizing** 217:9
**cSt** 78:2
**cumulative** 93:8
**Curators** 146:20
**curiosity** 201:8
**curious** 249:2
**current** 147:14,19
**currently** 59:1,3 110:16
    146:13 198:6
**curriculum** 147:1,3,13,15
    148:7,14
**curve** 179:13,15
**customers** 17:11
**cut** 9:3 26:17 165:6
**cuts** 224:11
**CV** 145:18
**C6H5** 154:16

## D

**daily** 64:17,18,19
**Dana** 2:12 57:17
**danger** 20:12
**date** 1:15 13:4 34:19
    121:12 144:15 152:6
**DATED** 253:5
**Daubert** 4:25
**day** 63:25 151:8 202:5,5
    205:7 221:15 244:22
    245:12 249:22 253:5
**days** 20:11 47:14
**day-to-day** 148:2
**deal** 102:8 228:9
**dealing** 47:11 57:4 70:13
    78:11 112:14 113:3
    126:8 197:11 198:23
    232:4 233:12,13 250:23
**deals** 27:13 105:11
**decided** 125:1 178:15
**decision** 19:12,15,17 23:3
    26:25 180:7
**declaration** 205:11
**DECLARED** 1:10
    144:10
**decree** 19:13
**deem** 104:1
**defeat** 76:18
**defeated** 75:15
**defendant** 1:8 2:10 3:5
    28:3 144:8 158:21
    163:2,6

**defendants** 6:1 159:4
**defense** 61:21 163:6
**defenses** 11:17
**defer** 72:22
**define** 5:21 15:17 21:23
  37:13,21 50:25 52:20
  53:5,6 81:4,5 91:23
  114:6 148:20 214:7
  225:4 234:4,6 244:13
**defined** 24:14 46:11
  48:13 55:25 74:20
  91:15 139:11 215:6
  220:24 222:6
**defines** 38:2 40:22 107:9
  237:21
**defining** 43:16 48:1 74:19
  88:5 128:1
**definite** 27:6,21
**definitely** 76:14
**definiteness** 27:20
**definition** 14:11,13 15:4,7
  15:15,18 16:1,3 19:8
  21:20 23:12,14,24,25
  24:5,5,17 26:6 38:24
  39:7,8,21 41:15,17
  44:12 45:15 52:3,18
  54:5,12,15 70:20 72:6
  73:21 75:2 76:6,9,12
  78:8,17 79:1,13,24 80:1
  80:6,14 81:5,11 87:16
  88:19,23 89:4,9,15,16
  89:25 90:3,6,8 91:17,22
  92:8,18 93:21 94:2
  96:12 97:5,6,24 98:21
  99:13,14,15,16 100:25
  100:25 101:2,6,24
  103:14 125:14,17,22
  127:10,12,13,18 128:3
  160:13,13 178:22
  180:13 186:20 188:24
  194:14 197:1 205:8,10
  205:14,17 214:2,3,5
  220:22 221:13 225:3
  229:16,17
**definitions** 23:20 48:4
  76:4 90:9 212:1,2
**definitive** 74:5
**degree** 55:5 59:15 73:25
  74:3 104:3 148:9
**degrees** 59:21 61:5
**dehydrogenation** 44:3
**deleting** 122:4
**delimited** 49:14
**delineates** 207:14
**deliver** 167:14
**delivered** 166:10
**demonstrative** 12:5
**DEMPSTER** 1:24 2:25
  144:24
**denote** 39:10 51:15,15
**denoted** 220:16
**denotes** 51:10
**density** 175:19

**department** 146:19
  147:23 148:1,3
**depend** 230:6,7,9,10,11
**dependent** 39:24 48:23
  49:2 126:17 222:25
  251:9
**depending** 51:6 57:3 70:4
  73:11 86:17 90:17
  108:7,10 129:12 157:22
  218:2 231:19,20 246:14
**depends** 69:10 73:24 74:2
  81:15 90:22 118:7,8
  122:19 123:1 124:2
  202:18 232:8 237:19
**depicted** 248:18,18
**deposition** 102:19 104:15
  239:1
**derive** 25:11 162:4
**derived** 24:21
**derives** 163:21
**describe** 25:14 62:16
  89:17 94:11 150:19
  153:13 155:17 169:25
  197:2 244:3
**described** 41:10,13,16,18
  50:24 73:17 76:20 80:2
  83:22 98:2 157:6 169:2
  184:5 186:23 194:4,18
  204:18 210:1 245:9,13
  245:16
**describes** 51:3 94:9
  141:19 152:17 206:5
**describing** 227:16
**description** 20:22 27:5,9
  27:14 75:14 159:13
  165:25 195:4 223:19,19
  244:14
**descriptive-type** 112:18
**descriptor** 19:3 156:19
  156:20 169:15
**design** 61:16
**designated** 17:15 114:12
  118:12 135:2 157:17
**designation** 140:20 142:2
  197:6
**designed** 250:20
**desirable** 182:9,13 183:4
  183:20 194:23,25
**desire** 29:13
**desk** 177:24
**destroy** 75:8 76:24 79:20
  79:21 81:20
**detail** 81:3 87:11 93:2
  98:11 137:5 148:16,16
  195:22 204:19
**detailed** 50:16
**detect** 178:3
**determination** 31:22,25
  44:25 161:9
**determine** 28:18,20 47:9
  163:11 214:1
**determined** 10:16
**determines** 109:12

**detract** 113:16
**detracts** 113:18
**development** 63:19,23
  123:12 124:3
**developments** 151:21
  152:3
**device** 167:22 229:1
**devices** 42:7 61:25 64:14
  64:17
**Diabetics** 17:9
**diagram** 176:13
**diblock** 129:2
**dictate** 5:18
**dictionary** 21:20 56:1
**did** 41:3,4 48:20 49:18,20
  52:7 58:11 59:9,18,20
  59:21 60:13,23,25 61:4
  61:16,18 63:3 65:16,23
  66:16 74:12 91:6 96:18
  106:22 113:9 121:4
  123:7 126:16 129:21
  130:2 131:19 132:15
  149:4,8,11 166:1,6,7
  168:10 180:18 183:14
  183:16 189:11 207:24
  208:7 229:19 240:1,6
  248:10 249:2,3,5,7
  251:15
**didn't** 30:7 40:19 66:1
  96:20 120:8 121:6
  125:4 176:16 221:23
  236:1,3,4 249:12
**differ** 209:8
**difference** 5:23,25 108:20
  124:25 134:7,14 138:7
  138:7 160:21 170:19,22
  205:25
**differences** 83:21
**different** 23:7,15 25:12
  25:24 49:15 69:11 74:2
  84:12 92:10 97:6 99:1,9
  102:13,25 103:1 104:12
  108:6,6 109:11,15
  112:20 113:1 118:10
  123:21 124:1 130:1,13
  132:18 133:20 143:1
  155:22,22 156:12
  157:25 159:12 160:2,3
  160:10,22 165:24
  169:12 170:2 174:8,8
  190:17 192:15 197:11
  197:12,24,25 203:18
  214:10 220:22 224:11
  237:23,25 238:2,6,6,7
  238:11,13,15,16,18
  247:1,3,9 248:19 249:6
**differential** 214:11
**differentiation** 39:19
  54:17
**differently** 30:20 237:12
**differs** 59:13
**difficult** 6:5 41:3 197:21
**dilemma** 53:11

**dioxide** 152:16
**direct** 2:17 58:23 78:15
  145:4,7 146:11 166:11
  181:13,25 185:15 200:7
**directed** 121:8 185:5
**disadvantage** 167:24
**disagree** 130:2 206:3
  219:1
**disasters** 17:7
**discern** 98:3
**disclose** 11:2
**disclosed** 10:14 12:21
  34:21 45:16 162:20
  204:15 212:11
**disclosure** 34:16
**discovery** 10:13,22 12:18
  23:19 41:11
**discreet** 152:15
**discuss** 37:16 204:22,25
  208:12
**discussed** 3:23 28:10 43:5
  43:6 49:10 154:5
  174:23 200:24 204:17
  205:6 223:1 224:19
**discusses** 205:1 211:12
**discussing** 13:10 211:19
  212:25
**discussion** 4:6,6 95:2
  154:1 212:1
**discussions** 153:18 240:3
**disk** 131:16,16
**dismiss** 11:2
**dismissed** 246:8
**dispute** 11:16 44:21,22
  48:3,7 67:24 94:23
  101:16 159:18 162:17
  163:19 164:1 170:1
  201:18
**disputed** 8:9 11:15 85:8
  93:14 155:16 158:19
**disputing** 158:21
**disregarding** 27:4
**disrespect** 236:2
**dissolve** 70:15 75:7 80:18
  107:15 117:10
**dissolves** 75:22
**distill** 108:11 110:8
  131:11
**distillation** 73:6,25
  224:12
**distinct** 171:22
**distinguish** 169:17
**distinguishable** 163:1
**distinguishes** 51:8
**distinguishing** 170:23
**distribution** 92:7 180:1
**district** 1:1,1 6:20 46:19
  47:2,21 53:13 144:1,1
  163:25
**division** 1:2 62:18,20
  144:2
**do** 6:19,20 13:20 17:12
  23:2 24:6 26:20 33:13

36:16 37:15 38:5,23
  47:24 48:14 49:21
  50:19 51:1 57:25 58:20
  59:1 60:1 63:18,21 64:4
  64:6,22 67:3,20,22 68:2
  68:4,7,8,11 69:7 70:19
  70:22 72:23 74:10,23
  76:1,2,8,12 77:7,20,21
  78:12 82:14 85:12,14
  85:16,24 87:15 88:4
  93:16,21 94:2,5 99:22
  101:12 104:2,14,19
  105:14 107:14 110:1
  111:21 113:19 116:17
  120:6 122:14,15,15,16
  122:17 124:13 126:21
  127:3,4,8,14,16 128:6
  130:9 131:5,10 133:24
  134:6,10 137:3 139:14
  140:14,17,18 141:15
  146:6,13 147:9,11
  149:20,22 154:10
  157:23 163:7 165:11
  170:5 172:11 173:1,22
  174:24 175:1,6,9 176:8
  176:24 178:5 180:2,8
  180:15,15 182:1,16
  185:20,23,24 187:15,18
  188:12 190:3,4,5,8
  191:23 193:19 194:1,20
  195:4 196:4,20 199:24
  201:2,8,10 205:19
  206:6,10,15,21 209:19
  210:9 211:19,20 212:13
  212:15,19 219:10
  220:14 222:19,20,21
  223:6 224:21 225:17
  228:1,2 231:2,7,22
  233:3 234:22,25 235:11
  238:13 239:2,24,25
  243:14 244:12 247:2,22
  247:23 249:24 250:5
  251:18,19
**docket** 67:16
**Doctor** 62:3
**Doctorate** 59:22 60:1
**document** 67:16,18 71:15
  77:4 122:3 141:23
  195:19
**documents** 66:19
**does** 9:12 11:15 27:24
  28:19 34:7 38:25 40:7
  42:15 43:13 45:8 50:22
  50:25 51:9 54:15,16
  55:1,2 62:25 70:1 85:8
  88:18,21,24 95:12
  102:20 107:20 108:4
  109:7 112:21 113:5,15
  117:15 122:7 125:2
  132:22,25 141:16 153:1
  160:18,19 168:5,5
  169:18,20 170:24
  172:14,17 173:13,15

175:8 176:25 180:5
181:6,21,22 185:3,10
185:14 186:1,6 193:5
206:19,20 211:1 213:14
221:2,7,7 223:19,21
234:4 236:21 237:7,16
241:24 242:2,5 243:20
244:2,5,7
**doesn't** 27:25 42:22 43:10
43:15 50:18 51:19
54:23 80:21 94:11
96:23 109:9 123:2
127:23 169:17,19
175:15 176:10 179:4
210:5 213:8 220:17
221:11 229:18 234:6,8
241:22 243:12 251:14
**doing** 4:1 6:18 14:20 35:8
35:10 45:10 79:15
107:19 122:11 124:15
191:17 197:22 200:12
209:24
**domain** 75:7 79:16
**domains** 70:16 117:11
**done** 20:2 30:19 35:4
37:17 43:7 105:22,25
106:4,8,12,16 215:9
235:14
**don't** 5:17 14:24 16:1
34:22 37:14 41:15
46:23 48:6,18 49:10,15
51:19 52:16 62:4 65:12
70:15 72:21 73:4 78:21
78:23 79:20 82:21
90:25 91:1,1 93:4,7
94:25 97:21 100:1
104:18,20,21 106:10,15
106:18 107:12 110:1
113:18 117:18,19,23
124:24 127:6,7,7,16,24
128:25 134:25 137:25
142:5 153:17 160:11,14
161:13 164:17 165:11
165:11 169:21 170:4
171:21,22 173:21,23
175:10 178:5,20 187:25
195:9,22,23 196:8
199:10 202:14 204:23
205:25 207:9 208:17
212:18 216:22 217:5
218:16 220:12 222:7,8
222:10 225:12,15
226:16,21 227:22
231:12,15,16 233:20
235:8 237:8,11 238:4
240:7,19 242:14 245:25
246:9 250:22 251:18,18
**double** 25:21 127:6
154:14 192:7,8,14,14
192:15,20,24,24
**down** 23:5 26:17 52:25
71:21 96:21,23 143:5
154:1 166:23 167:16

169:3 173:16,17 178:2
178:15 182:8,15 191:7
195:4 201:17 214:24
215:3 218:20 224:5
229:15 232:15 240:5,8
240:10,18 247:7 250:3
**Dr** 4:10,10,16,19 14:4,5
16:17 20:10 21:1,2,15
21:16 22:3,3 36:6,7
39:12 41:23,23 43:5
49:25 55:8 57:16 58:14
59:9 60:13,23 61:8 62:9
63:3,10,18 64:1,13 65:3
66:4,13 67:8,17 68:3,5
68:23 69:2,6,15,25
70:18 71:15,20 74:11
74:17 75:12,17,23 76:1
76:25 77:2,6,8,17,20
78:6,10 79:9,11,24 80:6
80:11,19 82:5 83:4,13
84:9,15 85:5,12,23
86:11,20 87:15,24
88:16,25 89:7,10 91:3,6
91:22 92:11,16 93:1,7
93:12 94:16,18 95:5,21
96:9 100:17,24 101:12
102:8,16 103:21 104:2
110:12 113:24 114:7
121:9,22 122:1 125:25
126:6,25 128:18 133:14
133:17 134:4 137:9
138:17,20 139:23 140:4
140:10 141:9 143:5,9
145:18 146:13 147:8
150:11 155:13,24
156:16 159:24 160:7,20
161:16 163:17 164:22
165:7 170:13 174:3
176:22 177:19 178:23
183:8 187:12 188:6,14
188:18 189:14 193:9,16
195:12 196:13,24
197:10 198:2 199:11,15
199:18 200:5 201:9,12
202:8,8 203:12 208:13
208:22,25 209:19
211:18,19 218:18,21,22
219:10 220:13 222:11
222:12 226:1 227:15
229:19 231:5 236:14
239:1,5,13 240:12
241:6,6 244:2,11,12
246:6,8,18,24,25,25
247:14
**drafted** 162:21 250:14
**drafter** 241:9
**drag** 154:7
**draw** 7:11 20:15 170:8
**drawing** 211:25 212:19
**drawings** 21:10
**Drive** 2:9
**dropped** 10:20 248:6
**Dublin** 2:10 3:19

**due** 27:8 79:17 251:16
**duly** 57:23 146:4 199:22
**dumped** 9:7
**durability** 17:13 26:3
96:21 97:17,23 245:25
**durable** 96:25 97:2 99:3
**during** 27:7 33:6,20
41:20,21 58:17 61:15
124:3 188:19 189:2
237:18 240:3,5
**duties** 147:25
**D.C** 33:14,15

## E

**E** 51:23,25 52:20 166:24
204:23 209:11 237:20
237:22 247:6,7 248:6,8
253:1,1
**each** 4:22 8:5 13:2 24:22
35:25 87:12 91:1 92:25
93:4 107:10,21 117:2
122:23 152:24 159:11
160:9 163:13 164:2
173:20,21,24 215:5
224:15 234:23 239:14
**earlier** 36:2 65:24 66:20
69:25 71:23 98:10
108:23 128:14 132:11
134:1 151:22 156:10
172:20 175:5 176:22
177:21 184:6 193:16
205:6 211:10 234:18
238:20 246:25
**early** 5:17 12:22 65:21
120:16 151:11 179:7
**ease** 8:16 71:18 239:15
**easier** 242:21,23 243:5
250:6
**easily** 174:2
**East** 2:4
**EB** 51:22 204:22 209:12
237:10 248:8,12,14
**Edison** 60:18 61:11
**education** 59:10,13,14,19
**educational** 148:6,8
**effect** 75:10 81:18
**effectively** 173:16
**either** 38:12 56:3 107:7
123:5 131:10 138:10
175:3 227:9 228:9
234:7 244:3
**elastic** 155:10
**elasticity** 245:24
**elastomer** 68:19,22 76:7
181:17
**elastomeric** 24:1 186:10
186:16
**Elastomerics** 66:11
**Electric** 61:12,15,19
62:12 104:12
**electron** 175:19
**electrons** 175:22
**element** 54:10 88:5

126:16 158:18 160:12
160:16 162:8 163:19
202:1 215:20 219:11
**elements** 12:11 24:22
25:12 67:23,24 88:17
**elongation** 84:4 99:8
195:5,8
**else** 51:8 165:20 166:1
199:12 202:8 203:4
226:18 240:14,19
**elucidate** 245:19
**eluded** 39:20 220:5
**embodiments** 162:21
250:14
**embrace** 173:5,11,12
**embracing** 173:12
**employed** 59:3 146:15
200:10
**employees** 62:25
**employment** 61:9
**employs** 10:5
**enable** 27:15
**enablement** 27:5,10,14
40:16
**encompass** 172:4,23
**encompassed** 174:5
**end** 70:16 75:8 90:3
94:11 95:12 126:9
129:3,23 147:24 155:9
182:10 186:11 192:20
208:8,9 209:14 219:20
229:23
**endblock** 186:2
**endblocks** 177:3 181:11
184:6
**ended** 157:16
**ending** 78:23 171:19
**ends** 155:2,7,8 203:8
228:5
**energy** 214:23
**engage** 36:1
**engineering** 59:22 61:16
64:2 65:20 81:1 104:4
200:14
**enhanced** 216:6
**enough** 70:15 90:25
94:14 110:10 117:10,10
178:24 197:21 209:15
214:22 220:3 224:24
249:23
**ensnare** 22:18
**ensued** 222:23
**entered** 53:19 56:20
**entire** 37:3 55:17 161:25
162:15
**entities** 10:1
**envision** 186:17
**envisioned** 35:23
**EP** 51:22
**EPs** 209:10
**equipment** 148:4
**equivalent** 95:21 140:13
**errors** 122:13

**Es** 209:15 248:8
**especially** 39:17
**ESQUIRE** 2:2,3,3,7,8,8
2:12
**essentially** 5:20 14:17
19:17 23:3 24:18 25:19
27:1,15 31:13,24 33:21
34:18 35:9 39:9 43:12
52:12 69:19,23 76:18
84:22 86:15 89:10,19
91:21 95:7 128:11
140:13 158:24 178:7
184:19 186:7 203:11
204:17 245:5
**establish** 104:24 117:3
133:19,21
**established** 19:17 150:3
et 71:9
**ethylene** 37:9 51:18 90:17
90:18,20,22,23,25,25
97:14 122:22 123:14
130:20,20 152:21 153:5
153:22 158:10 166:25
167:1,4,9,11 170:21,25
171:11,25 174:20 177:2
177:6 188:15 189:4,7
190:14 202:16,17
208:14,16 209:4,20
219:11 220:9 237:25
238:23
**ethylenes** 87:12 152:23
152:23
**ethylene-ethylene-prop...**
69:23 130:18 169:2,14
181:10
**European** 98:22
**even** 21:13 41:24 52:6
55:7 73:21 75:9 83:24
84:3 117:23 124:8,23
131:6 134:15 152:3
156:15 179:23 211:21
212:2,15 216:15 224:1
244:6 252:11
**ever** 104:18 106:8,12,16
120:8
**every** 27:22,23 32:20,20
45:8 170:6
**everybody** 179:11 235:23
**everyday** 96:22
**everyone** 52:23 250:11
**everything** 240:13
**evidence** 9:11 19:18,19
19:20 20:1 21:2,4,5,9
21:12,19 22:5,7 23:1
28:21,22 29:7,11 37:12
38:2 39:16,18 44:13
57:8 66:19 67:1,2,2
81:23 126:19 161:23
164:9,11,18 170:8
**evidences** 37:23
**evolves** 197:4
**ex** 31:5
**exact** 15:24 56:14 179:2

191:18

**exactly** 51:21 53:22 78:9
80:4 95:19 108:4 111:6
138:12,16,25 139:2
154:12 162:11 167:23
177:18 182:17,17
183:19 186:25 190:19
197:14 240:8

**Examination** 2:17,18
58:23 137:7 145:4,7,9
146:11 200:7 243:18
246:16

**examined** 13:9 57:24
146:5 199:23

**examiner** 31:10

**examining** 27:23

**example** 16:23 70:7 71:1
73:18 97:3,10 111:2
118:9 150:25 151:23
152:4 153:3 157:13
167:19 168:6 178:9
207:12 210:10,24 245:9

**examples** 35:3 149:23
200:25 248:15,17

**except** 83:7 113:14
169:25

**exceptional** 196:14 197:2

**EXCERPTS** 1:10 144:10

**exclusion** 38:11,20 46:25

**exclusionary** 47:6

**exclusive** 194:21

**excuse** 86:2 132:9 142:9
167:18 248:11

**exercise** 14:15,21 15:2,8

**exhibit** 8:17,23 15:9
23:17 29:20 67:10,11
67:12 68:6 69:18 75:24
75:25 77:3 82:13,14,18
82:25 83:6,7,11,17
84:15,23,23 85:4,6
93:13 94:19 96:10
137:10 138:19 140:11
146:22,25 147:9,10,12
153:25 166:25 172:11
185:16 196:4,7 207:2,5
239:5,12 243:23 245:9

**exhibits** 6:25 7:8 9:10
57:19 82:20,22 145:14
238:21

**existing** 33:9

**exists** 25:21

**expand** 13:22,25 22:10

**expect** 202:14 213:7,17
213:23 233:18

**expects** 213:23

**expeditiously** 67:5,6

**expensive** 228:8

**experience** 64:3 80:24
101:4,24 102:10,14,19
103:4 104:9,25 148:6
177:22 227:10 231:24

**experimental** 60:9

**experimentation** 209:25

**experiments** 117:15,19

**expert** 4:16,18 16:17
25:22 150:1,8 200:6
240:4

**expertise** 252:15

**experts** 4:22,22 25:16
35:22,24 36:10 39:14
44:13 53:15 234:19
242:19,19,23 243:6

**explain** 92:5 96:12 109:5
109:15 128:2 138:1
163:19,24 166:12
176:23 214:13,14

**explained** 49:25 74:8
117:2 168:8

**explaining** 160:20

**explains** 122:10

**explanation** 43:14 157:20
162:9 170:18 171:24
172:1 216:16

**expressed** 103:6

**extends** 24:1 76:7 186:10

**extension** 190:17

**extensively** 241:8

**extent** 33:25 34:6 37:2
64:12 125:24 234:5

**extraordinary** 153:2,23
158:11

**extremely** 54:17 96:21

**extrinsic** 6:10,10 19:20
21:12 28:22 29:11
39:16 161:23 164:18

**eye** 6:15

**E-d-i-s-o-n** 60:18

**E-E-P** 184:11

**E-P-E-B** 203:9

**E-P-S** 248:1

---

**F**

**F** 2:8 253:1

**fabric** 9:3,8 81:25 82:1

**face** 12:25 13:2,5,7 29:17

**fact** 22:4,20 29:13 55:5
75:21 89:21 94:12
96:15 107:11 110:4
113:19 121:23 134:15
137:23 184:17 186:19
192:3 207:20 210:8
235:22

**factories** 62:23

**factors** 230:6,7

**facts** 126:19

**factual** 47:5

**faculty** 148:4

**fail** 20:18

**fair** 50:4

**fairly** 67:6 77:17 142:11
197:23 232:20 236:5
250:25 252:8

**fall** 11:4 97:23,25 98:20

**falls** 23:23,25

**familiar** 19:19 20:3 30:23
30:24 32:20 48:19

66:12 67:18 68:9 75:21
101:2 150:15

**families** 49:16

**family** 40:18 51:5 86:17
95:14,15,17,25 98:20
141:12 197:4

**far** 12:18 17:14 35:7
104:16 121:4

**fashion** 37:14

**fashions** 41:10

**fatigue** 151:4

**favor** 121:22 209:3

**favorable** 151:2,3

**favored** 21:5,25,25

**FDA** 113:21,23 114:1
117:5 138:10 225:8

**feature** 219:23

**features** 162:20 250:13

**Federal** 19:12,15,16,23
26:19,25 33:14 38:9
40:12,13 162:19 250:19

**feed** 129:12 130:24

**feel** 26:3 58:14 70:21

**fella** 30:1

**felt** 8:1 32:25 124:6

**few** 20:11 31:2,10 36:17
70:9 88:25 95:24
108:17 122:7 134:22
137:14 156:12 178:4
188:7 200:25 251:3

**few-minute** 242:12

**field** 167:8

**Fifty-three** 78:25

**figure** 6:6 51:17 117:1,16
247:18,21 248:18,18

**figures** 97:8 187:8 247:15
247:23

**file** 7:8,9 21:10 34:5,17
37:12,22 38:13,18
49:18 54:20 66:22
123:6 145:16,17 201:15
212:4,21

**filed** 12:23 32:18 42:1
67:14 75:19 120:19
124:11,16,17,19 125:19

**filing** 151:11 152:6

**fill** 36:7

**final** 46:20 53:19 117:9
134:3 167:6,12,13

**Finally** 132:11

**find** 29:10 31:11 38:19,20
39:8 87:12,20 88:4 91:1
102:6 120:8 122:23
140:4 169:3,12 170:6
194:20 225:16

**finding** 159:18

**finds** 31:15 32:8 170:17

**fine** 62:7 224:23 242:15

**finely** 108:11

**finger** 126:12

**fingers** 173:21,23

**finished** 100:18

**firm** 3:10 9:18

**first** 8:8 11:6 20:1,6 24:22
29:21 31:11 32:15
34:10,14,20 41:12
42:13,14,20 46:22 50:9
57:23 58:8 59:15 65:18
67:24 70:23 76:5 83:15
90:1 96:15 97:10
111:11 112:5,12,21
116:1 120:23 121:19
122:2,3 127:19 129:6
130:23 131:2 132:7
133:8 146:4 148:7
152:11 153:24 154:3
175:25,25 183:3 188:8
199:22 202:1 208:11
212:3 214:16 241:20
243:9,11 245:3,5,6

**fit** 11:16 97:5

**fitting** 186:15

**five** 47:13 57:10 103:4
234:23 252:9

**five-minute** 56:10 242:13

**five-page** 251:15 252:6

**fixing** 15:2

**flavors** 210:11

**flight** 246:6,11

**Florida** 1:1,3,16,17,21,25
2:5 3:3 59:2 63:1 144:1
144:3,16,17,21,25

**Florida-based** 10:2

**flow** 173:21 215:4

**fluid** 71:11

**focus** 60:3 148:21,24
149:1 154:2 159:25
161:7 164:15 166:22

**focused** 5:21

**focusing** 167:25

**focussing** 52:11 183:19

**Foley** 61:25 118:11

**folks** 8:1 11:3 17:5

**followed** 148:11

**following** 8:17 17:14
100:4 109:21 110:20
111:3 114:12 118:12
135:2 179:6

**follows** 57:24 146:5
199:23

**food** 55:15,21 71:6 72:7
72:11 73:2 106:1,5
111:9 113:4 116:11,13
137:20 138:5,13 225:8

**for** 2:5,10,16 3:11 4:1,7
4:12,22 6:4,5,6,18 7:9
8:8,16,18 9:16,19 10:7
13:5 15:3 16:22 19:9,14
19:21,24 25:18,20
26:12 27:25 29:4,19,22
29:25 30:4 32:4 34:24
35:14 36:17 37:5 44:9
44:15,16,25 46:11
50:14,17 52:14,21 53:7
53:8,21 55:11 56:19,23

57:6,7,13,19 58:2,12,18
58:25 60:20,21 61:20
62:21 63:22 65:14
67:15 68:14 69:3 70:5,7
70:10,25 71:2,18 72:4
72:14 73:18 74:13
76:12 77:22 79:7 80:20
81:2,13 83:7 84:8 85:4
85:9,19 87:13 88:19
91:21 92:13 94:20 95:2
95:21 96:20,22 98:12
98:14,17 99:19,21
105:2 106:19 108:16,18
110:11,13 111:11,12,19
113:21 114:6 116:15,17
116:22 117:2,14 118:8
118:11 120:15 122:9,20
123:12,14 125:6,15,21
126:6,8 127:10 128:9
128:10,11 130:16 132:4
132:9 134:4,23 138:8,9
138:9,9,11 139:19
141:6 145:2,5 146:8
147:23 148:15,25 149:1
149:2,9 151:23,25
152:19 153:3 154:3,24
156:24 157:13 158:8,25
161:7 163:5,7,8,14
166:2,19 168:6,21
170:6 172:1 178:9,10
178:12,21 179:6,14,23
180:2,10 184:2,5 186:3
187:12 189:8,22 190:5
191:18,22 195:7,24,25
196:5 197:5 199:11
200:1 203:24 204:12,19
207:6,12 209:15 210:10
210:11 213:4,24 215:11
218:9,24 223:9,21,22
224:14 225:4,8 226:19
227:24 228:1,15,16,23
229:1 231:6,19 232:14
232:22,24 233:17,19
235:14 236:4,8,20
239:15 240:19 241:21
242:24 243:17 245:9,22
248:7 250:6,7,10
251:24

**force** 131:12

**FOREGOING** 253:3

**forget** 248:12

**forgotten** 248:11

**form** 13:4 88:18,18 133:8
151:13 153:10 207:21
210:3 215:2 222:19,23
223:1 231:10

**formable** 68:18

**formal** 7:17 59:10,13

**formally** 67:3

**format** 3:24 170:5 250:6

**formed** 68:20,22 88:8

**forming** 152:24 223:2
229:23

**forms** 32:23 127:12
**formula** 88:13 159:16
**formulaic** 191:18
**formulate** 242:13
**formulation** 211:12
**formulations** 194:6
**forth** 195:6,8,25
**forward** 57:17 103:15
**found** 30:14 48:25 86:3
169:4 183:15
**four** 14:6 71:21 81:18
166:2
**fourth** 169:3
**fraction** 73:5 214:9
**fractionation** 108:10
**fractions** 108:11
**fragrance** 175:6,9,13,15
**frame** 20:16 37:7,11
75:18
**frames** 12:14 25:5
**framing** 11:19
**frankly** 6:5 36:16 52:10
80:21 203:12 224:4
**free** 62:3 70:21 79:18
110:10 133:21 178:8
180:13,14
**frequent** 162:18
**frequently** 7:11 17:5
**freshman** 20:14,14
179:10
**from** 3:18,25 4:5,14 5:6
6:9,14 10:20 11:3 12:12
15:16,22 16:2,16 19:12
20:25 21:1,15,21 23:21
24:19 25:3,11,11,16
26:7 30:4 31:8 32:1,14
36:8,17 39:12 40:12
42:16 44:18 50:11
52:10 53:15,17 55:10
56:12 59:13,17,23,24
61:6 62:12 65:2 68:22
74:1 85:22 86:10 88:9
93:24 95:9 100:3 109:2
110:4 111:14 113:16,17
116:9 118:10 123:1,20
123:22 124:5 133:22
134:14 138:5 140:19
142:2,18,20 146:1
148:10,20 150:19
156:11 158:1,24 160:22
161:21 162:5,16 165:22
168:15 169:18 170:8
174:1 175:10 176:14
177:6 182:11 185:23,23
187:6,7 188:2 189:13
192:9,11 197:3,4 203:5
206:9,13 212:23 216:22
219:20 223:11 224:7,8
226:10 227:19 235:18
236:20 241:14,15 243:3
244:11,15 245:24 247:1
247:15 250:9,16 251:7
252:1,3 253:3

**front** 8:24 29:18 71:15,19
73:22 85:13 105:7
120:14 201:22
**fulfill** 181:7
**fulfilled** 210:19
**full** 12:18 58:1 146:7
199:25 200:13
**fully** 25:14 30:7
**functional** 178:21
**functionality** 113:18
**furnace** 60:10,11,12
**further** 35:18 44:17
142:6 182:15 187:11
194:8 195:4 234:14
242:10 248:23
**furthermore** 206:4
**future** 53:21 148:3
**F-o-l-e-y** 61:25
**F-117** 61:24
**F-14** 61:22
**F.3d** 19:25 26:24

---

**G**

**G** 68:19
**gasoline** 109:16,18,20
113:11
**gasoline-free** 109:17
**gathered** 4:5
**gathers** 187:8
**gave** 73:19 238:9
**gel** 10:4 12:1 17:2,13 41:2
63:4,12 78:2,3 83:21
84:13,20,22 94:18,22
96:15 99:3 132:16,18
132:25 133:3,9 134:6,8
134:16 145:17,18
150:24 151:19,23 152:1
152:4,8 166:20 167:5,6
167:13,21 176:24
182:13 183:4,9 194:6
194:21 195:1,14 196:15
210:9,11,18,24 211:3,8
213:13 221:8 222:19,22
229:10,23 230:1,2
231:10,19 243:21,22,22
243:23,24 244:4,5,6,8,9
245:6,8,13,14,16 246:1
**gelatinous** 68:19,22
181:17
**gels** 11:24 104:10,12,13
104:13 151:6,12 169:23
174:24 177:1 193:19
196:1 200:23 201:1
222:25 228:22 229:14
232:15 241:22 244:15
**gel's** 17:3
**gel-type** 215:11
**general** 47:8 53:18 61:12
61:15,19 62:12 104:12
174:11 208:11 209:8
213:7,9 216:13 233:20
237:5 242:8 247:5
**generally** 11:22 40:13

62:14,16 92:20 148:7
168:12,16 181:16
202:19 216:4 224:9
225:12 232:14 233:23
**generic** 46:22,23 229:7
232:20
**gentlemen** 101:14
**Gergen** 189:12
**germane** 249:1
**get** 14:3 20:20 22:16
23:11 33:15 49:7 54:19
84:3 90:23 91:1 97:13
97:21 102:9 108:11,17
120:22,24 131:9 137:17
148:19,22 150:5 157:21
157:22,24 161:13
163:12,13 170:11
171:11 177:7 178:14,16
178:24 185:1 204:10
214:2 223:15 224:17
235:13 242:17
**gets** 194:5 242:8
**getting** 10:1 11:6,19
27:19 44:16 169:22
235:1
**give** 9:13 15:20 27:3
29:16 33:23 35:20 38:8
58:17 97:3,10 140:4
149:23 167:9 204:5
210:24 214:3 222:24
234:23 242:20
**given** 33:1 173:3 175:12
191:16 213:18 220:3
242:23
**gives** 153:9
**giving** 153:22 174:12
191:17
**glad** 187:13
**glass** 70:16 223:3,7
224:25
**glassy** 75:7 79:16 90:23
94:14 117:11 130:20
177:3 223:2
**gloms** 169:18
**go** 15:7 28:22 36:13 38:3
38:24 44:12 48:18 49:9
52:2 78:18 95:5 100:8
103:16,25 107:25 110:9
110:9,14 112:3 116:1
121:4,24 124:12,14
131:7 142:9,9 151:5,18
158:2 166:14,23 167:16
169:4,16 170:5 177:5
181:8 204:4 208:17
215:1 223:14 227:22,23
233:1 243:9 249:16
**goal** 6:15
**goes** 26:13 27:23 70:10
77:18 102:1 182:11,17
182:18 183:22 247:6,7
**going** 3:21 9:13 14:4 20:5
20:25 21:1,14 24:24
25:4 30:10,15 34:23

35:11 36:22 37:3,7,8,9
37:16 38:23,24 39:4,8
45:9 49:5,24 51:1 52:1
54:5 67:1 68:5 74:22
77:17 82:19 85:7 92:14
93:1 97:13,15,16 99:24
100:8 102:25 103:15
108:15 125:23 126:3
129:6 131:13 140:1
148:16 150:7 152:19
158:14,14 159:1 169:16
178:21 180:15 182:8,12
184:5 187:14 197:20
208:1,2,18 218:20
224:12 226:14,25 229:2
229:6 232:5 233:22
234:21 235:6,11,24
242:18 243:16 252:9
**gone** 147:17 197:1
**good** 3:9,16 7:14 19:4
33:7 34:9,10 52:23
95:23 176:9 211:6
**gooey** 81:21
**goofy** 169:22
**got** 14:15 110:7 123:17
133:14 140:9 191:6
222:9 230:23 240:25
243:25 246:2
**gotten** 30:23
**grade** 55:15,22 70:9 71:7
72:8,12 106:2,5 107:10
108:14 110:9 111:9,17
113:4 114:1,1,5 116:11
116:14 137:21 138:4,5
138:10 179:11
**grades** 117:5 226:5
**graduate** 148:4 201:6
**gram** 78:3,4
**grams** 78:3 108:16
167:19,20
**great** 218:14 228:9
**greater** 51:20 55:7 78:2
87:1 228:13
**group** 2:9 3:19 75:8
107:7,8 111:7,25
113:23 195:2,6 217:11
217:16 218:11 221:1
250:17
**grouping** 112:8
**groups** 70:16 91:1 97:14
202:16,17,18
**guarantee** 52:17
**guess** 46:2,4 50:3 52:18
55:4 81:17 109:5
120:15 159:17 190:1
214:1 249:1
**gut** 57:1

---

**H**

**had** 4:7 14:22 35:23 36:4
52:22 59:16 60:17,19
84:1 96:17,20 100:5,18
103:20 104:7,8,12,22

108:24 174:23 175:6
199:1,3 212:15 215:16
223:24,25 234:17 240:3
245:1 249:3 250:4,7
**half** 153:18 214:17
**hamburger** 5:5
**Hammond** 30:5
**hand** 36:1 57:21 82:12
96:13 146:2,22 199:20
212:9
**handed** 12:4 16:22,23
83:5,7 105:8 147:9
**handling** 3:22
**hands** 173:19
**happen** 14:25 24:19
98:17
**happened** 56:16
**happens** 45:13 209:12
237:11
**happy** 36:6,7 42:20 92:24
**hard** 155:6,8 177:7 184:9
195:1,3
**hardblock** 186:14
**harder** 179:20
**harm** 117:18
**harming** 117:16
**has** 9:20 10:4 17:14,16
20:2 26:20 27:12,19
28:6 31:10 32:2,18 35:3
35:5,6,17 38:9,11,11
40:2 41:9 42:3 46:24
48:25 54:9 65:20 75:2
79:1,13 80:25 81:1 89:9
89:10 91:23 96:3 101:4
101:23 102:6,16,19
104:24 109:6 110:3,7
113:19 114:12,13
118:12,13 122:22
125:11 126:7,25 130:19
130:20 135:2,3 147:17
152:19,21 153:2,21
154:13 160:8 161:19
172:10 176:8 179:12
180:18 182:13 186:6
192:20 196:24 197:1
202:17 209:9,10 215:14
217:8,9,12 227:4 228:9
232:21 233:7 234:21
237:2 238:23 246:6
247:18 250:11
**hasn't** 126:2
**hat** 215:25
**hate** 131:6
**have** 1:10 3:2,12,17 4:8,9
4:15,21 5:11,21 8:24
9:10 14:22 16:24 17:10
17:11 19:23 20:6,20,20
22:14 24:19 26:2,16,18
27:15,21 28:4 29:18
30:17,23 31:7,17,17,18
31:18 34:22 35:15 36:4
36:6 37:1,15 38:6,23,25
40:1,17 41:11 42:6,12

43:7 44:14 47:2,3,7
48:6 49:2,3,19 51:17
52:21 53:15 56:16
57:18 58:19 59:7,22
62:4,13,18,20,22 63:1
63:22 64:10,10,13 65:2
65:14 66:15,18 67:10
67:23 69:11 71:15,18
73:15 74:1,12 75:17
80:21,23 81:8,9,11,20
82:1,4,5,14,18,21 84:2
84:11,12,23 85:9,13
86:19,22 89:16 90:17
90:18,19,21,22,22,25
91:21 92:7 93:8 94:21
96:17,18 97:6,12 98:11
98:22,23 99:19,22
101:12 104:2,5,9 105:6
105:13,15,16,19,22,25
106:8,10,12,16,25
107:21 108:19 109:5,7
109:9,16,24 110:6
113:13 116:7 117:3,20
117:24 120:7,11,14,18
120:24 121:11 123:2,9
123:23,24 124:1 125:2
127:23 128:6 129:15
131:7,13,17,18,19
133:15 135:1 138:10
139:15,17 142:8 144:10
147:22,25 148:21 149:6
149:7 151:2,2,11,20,21
152:14 153:17 155:22
156:13,21 158:17,23
160:4,8,11,15,16 161:8
162:2 163:5,24 165:7,9
165:12 168:18 172:13
173:13,15 175:8,10,13
175:15 177:1,3,25
179:9,25 180:2,9,10
181:18 183:4,9,14
185:3 186:12 187:2,11
187:13,15,22 188:7
190:3,4 192:2,4,6,13
196:4 198:5 199:10
200:4,15,23,25 201:12
201:14,16,17 205:19,21
209:18 210:11 212:6,17
214:16,22 217:22,23
218:3,4,5,6,6 220:19
223:21 224:16 225:3,13
225:17 226:6,12,15
229:13,18 234:14
235:19,22 238:18,23
239:14 240:4,22,23
242:10,23 243:14,16
244:1 245:21 246:9,10
246:11,13,18,24 248:7
248:10 249:2,5,8,20,25
250:1 251:5 252:17
**haven't** 3:23 124:23
214:18 220:2
**having** 34:16 39:14 74:8

78:1 88:11 96:4 141:23
182:9 183:8,20 188:24
189:14 192:23 202:12
213:1 215:12 240:8
250:20
**he** 20:11,13 41:4,7,7,20
41:21 49:18,20 51:9,10
51:11,19,19,21 52:5,5,7
56:18 64:9,12 65:20
96:20 102:17,19,20
103:21 109:23,24
113:23 122:7,10,10,11
124:20 125:3,4,4,11
126:1,2,16 127:20,22
128:9 140:12,19 142:1
150:1 160:8 163:18,20
163:21,23 168:8,10
180:18 206:5,10 207:24
208:1,2,25 209:2,21
246:6
**head** 127:20 186:15
**heading** 173:7
**hear** 13:23 16:16 20:5,25
21:1,15,21 24:24 25:3
25:16 26:7 30:21 36:23
37:8,8,10 39:12 50:7
53:15 62:5,7 102:21
106:23 197:16 221:23
229:19 245:20 246:19
246:20,22
**heard** 12:19 14:4 50:15
64:8 69:25 71:22 89:1
104:7 108:2 117:25
132:14 133:23 151:22
175:5 176:22 202:7
205:7 211:9 222:11,17
229:22 244:11 246:25
249:23
**hearing** 1:14 3:2,22,24
4:12,23 9:19 36:16
44:18 45:11 46:11
48:12 56:3 65:18 67:6
125:6,15 127:10 133:5
144:14 158:25 249:2,3
249:6,9 250:2 252:18
**Hearings** 20:3
**hearsay** 96:19
**heart** 7:18 49:7
**heat** 9:6 68:18,18,20 73:2
223:4
**heating** 79:15,17
**heck** 42:10
**held** 59:7
**helicopter** 61:23
**help** 15:17 90:21 121:1
230:24,25
**helpful** 35:22 52:25 53:15
58:16 242:12
**Henderson** 3:17
**her** 21:21 137:5 219:3,8
227:9
**here** 3:12 5:14 9:18 11:7
11:7 12:6 13:10 16:1

22:20 25:23 26:23 29:6
34:3,7,8 35:1 36:24,25
40:21 46:4 47:5,11
52:23 56:8 58:25 62:18
66:4 71:18 78:11,18
80:13 84:24 97:11
100:2 109:4 113:7,24
117:13 121:24 125:14
128:19 129:17 130:6
139:5 140:18 141:3,23
148:20 150:11,25
156:17 158:20 159:4
163:3 170:23 176:14
177:1,24 179:1 188:7
190:12 191:7 192:8,8,9
192:9,11,11,14,14,15
192:24,25,25 195:22
197:23 198:4 201:9,23
204:17 208:5 214:12
225:9 250:15
**herein** 57:23 102:5 146:4
199:22
**Here's** 55:10
**hesitate** 231:22
**hexagon** 175:21 176:1,16
176:18
**hexagon-shaped** 177:15
**he'd** 187:13
**he's** 14:20 15:1 37:17
52:4 65:6,9,20 102:10
102:12,18 103:23
121:20 126:1 128:9
130:6
**Hi** 188:6
**high** 71:10,12 75:5 87:8
87:14 152:18 222:17
227:22,23 228:15
**higher** 108:14 180:10
189:4
**highest** 217:8
**highlight** 93:6 148:17
169:12
**highlighted** 169:7,11
182:2 204:15
**highlighting** 8:7
**highlights** 251:25
**highly** 55:14,21 71:5
72:10 105:25 106:4
111:8 112:25 116:10
137:19
**Hill** 3:17
**him** 62:5,7 64:8 65:14,17
65:19 74:13 123:9
130:7 133:19 150:8
195:23 201:9 229:22
**himself** 210:15
**hired** 60:17
**his** 4:12 20:14,18 30:7
32:10 35:12 41:20 65:7
102:9,9,12 109:24
120:23 121:19 122:4
139:18 147:1,3 195:16
227:9

**histories** 7:9 150:17
201:15
**history** 6:9 21:10 34:2,17
37:13,22 38:13,19
49:18 52:4,7 54:20 61:9
123:6 125:10 145:16,17
161:11 212:4,21 241:16
**hockey** 16:21
**holding** 40:11 96:9
175:22
**hole** 46:14
**honestly** 104:20
**Honor** 3:9 4:5,14 5:7,12
6:22,23 7:5,15 8:5,18
8:19,25 9:14,16,19,24
10:11,25 11:18,20,22
12:2,6,25 13:2 14:12,14
14:15,20 15:1,9,12,18
16:3,22,23 17:6 19:11
19:19,22 20:2,25 21:15
22:2,8 23:18 24:16
25:13,18 26:16 27:1,11
28:10 29:4,10,16,19
30:2,4,10,21,25 31:14
31:21 33:8 34:9,10,18
34:25 35:3,17 36:11,19
36:20 37:17 42:19 43:3
44:11 46:3,4,21 47:2,20
48:11,22 51:2 52:17
53:17 54:9 55:11 56:3
57:9,15,16,18 58:10
62:5 64:7 65:1,5,11,13
65:19,22 66:3,17 67:7
71:17 72:22 74:12
81:22 82:2,13,16,21
83:1,2 85:7 86:4,6
92:13,24 93:11 94:20
96:7 99:18,23 100:11
100:13,15,21 101:7,18
102:1,15 103:12 104:22
116:24 121:1 125:3,13
125:23 126:5,18,23
128:5,17 129:16 130:5
130:13 131:7 133:4,13
133:25 134:4,20,22,23
137:2,6 140:1,6 142:7
143:4,7,8 146:21
152:14 154:6 156:3
157:10 159:3 160:14
161:14,15 162:12,23
163:5,16 164:7,8
165:14 167:23 169:24
170:12 171:18 173:10
175:18 177:18 178:18
187:11,20,24 190:19
191:21 196:2,6,11
197:8,15 198:12 199:7
199:14,17 200:4 204:9
206:23 208:4 210:14,17
217:22 219:2 227:13
230:23 231:3 234:15,17
235:9,16,17 236:1,11
239:4,10 242:17,25

245:2 246:2,5,10,12,13
248:24 249:5,17,19,22
252:4
**Honorable** 1:18 144:18
**hope** 14:1 233:18
**Hornbooks** 22:12
**horse** 57:13
**hot** 3:25
**hot-tub** 235:11
**hour** 128:9 153:18
**houses** 232:25 233:3
**Housey** 26:23
**how** 4:3 6:1 11:15 16:5,11
21:2,16,22 22:5 45:17
49:1 59:7 62:10,13,25
63:22 64:13 71:25
86:12 90:17,22 99:21
102:2,17 107:20 108:11
120:6,24 121:22 126:1
128:12 134:5 147:22
154:17 162:5 176:25
179:3 187:15 194:14
197:2 204:23 206:8
214:14 215:7 220:12
222:8 227:22 231:16
235:6 237:7,16 242:4
251:12,23
**however** 40:6 41:2 141:2
151:19 156:9 166:21
168:16 171:24 175:14
177:9 178:4 189:19
195:22
**hundred** 85:20 88:9
108:16 111:23 156:14
210:2 251:2
**hundreds** 25:1 46:5
165:24
**hydrogen** 192:11
**hydrogenate** 43:3,9 90:16
131:14 202:15 203:8
209:12 217:24
**hydrogenated** 8:9 12:7
14:9,12 15:13 23:21
38:15 39:25 41:13,25
42:23,24 43:11,24 44:2
45:16,19 46:6 48:14
50:20,24 51:5 52:4
54:10,13 67:25 85:21
85:25 86:13,23 87:4
88:6,10 91:24 93:17
97:3 98:4,12,18 123:20
123:22 125:16 127:10
127:21 128:1,19,21,23
128:24 129:1,7,9 139:6
142:12 154:3 155:24
158:18 159:5,14 160:10
160:24 165:16 166:4
168:25 172:5,15,24
173:7 174:9 188:9
191:15 194:12 197:12
198:7 199:1,4 202:3,10
202:15,17 205:1,15,22
206:15 207:10,21

212:16,22 218:15
236:15 239:24 240:15
241:12,17,21 242:1,6
250:24
**hydrogenating** 94:10
207:18 209:9
**hydrogenation** 76:23
86:17 89:20 93:24
95:10 131:4 142:20
189:5 190:13 204:21
236:21,25 237:6,9
238:17 240:12 247:5
**Hydrometallurgy** 60:6
**H-o-u-s-e-y** 26:23

**I**

**i** 1:12 2:15 3:12,21 4:5
5:9,17,19,20,21,22 6:4
6:14,17,23 7:16 8:19,23
8:25 9:5,24 10:21,22
11:1,11,14,19 12:2,10
12:12 14:14,21,22 15:2
15:3,8 20:2 22:2,12
23:17 24:19 26:16,16
26:18 29:12,17,18 30:2
30:22,22 31:21 32:3,17
32:19,21 33:22 34:10
35:23,25 36:2,16,23
37:4 40:2 43:21 44:16
44:18,19 46:2,3,21 47:1
47:16,18 48:10,11 49:5
49:7,15,24 50:2,11
52:16,16,17 53:2,3,13
54:7 55:5 56:14,15,22
57:6,9,18,18,25 58:20
59:12,16,20,22 60:17
60:17,21,25 61:11,12
61:13,16,22 62:7 63:21
64:6,8,8,9 65:1,11,11
65:13,23 66:14,16,17
67:3,19,22 68:4,8,11
69:11 71:21,22 72:9,14
72:21 73:4,19 74:4,10
76:2,12,16 77:15,16,21
79:20 81:17 82:2,4,16
83:1,13 85:14,18 86:9
86:25 87:25 89:2,3,10
91:4,6,7,21 92:25 93:2
93:4,7 94:5,8,21,25
95:11 96:16,19 97:21
97:21 99:18,23,24
100:11,18 101:4,10,21
102:4,9,11,14,20 103:8
103:9,19,20,22 104:1,7
104:7,11,12,18,18,20
104:20,23 105:14,15
106:7,10,10,10,14,18
106:23,24,24 107:3,3,3
107:4,11,14,25 108:2,3
108:7,23 109:5,5,21
110:1,1,4 111:11,22,23
112:4,24 113:9,18,19
113:23 116:19,24 117:2

117:25 120:7,8,9,15,23
120:23 121:1,4,6
122:11,15,15 123:10,11
123:12,13,23 124:8,9,9
124:12,17,23 126:14,16
127:3,6,6,7,8,23,23
129:15,19,21,24,24
130:10,14 131:1,6,19
132:2,6,14,14 133:7,15
133:23,23 134:25
137:17,21,24 138:18,22
139:5,14,19,19 140:6
140:17,22,24 141:2,11
141:15 142:5,8 146:1,6
146:14,21 147:11,16
148:2,3,4,9,11 149:7,9
149:25 150:16 151:22
152:11 153:6,24 154:2
156:12 157:4,9,19
158:16 159:15,17,19,22
159:23 160:6,11,14,15
161:6,8,13,16,24 162:3
162:5,6,23,24 163:12
163:12,23,25 164:3,5
164:13,16,19,21,22
165:9,9,23 166:6,8,8,14
166:15,21,23 167:2,25
168:6 169:3,4,6,12,21
170:3,3,10,10,16
171:21,22 172:9,13,20
173:14,20,22 175:1,5
175:10 176:1,16 177:23
179:7 181:5,13,18,20
181:22,23,25 182:3,5
182:11,20,22 183:8,22
184:16,16 185:15,23
186:17 187:6,11 188:7
188:18 189:10,11,12,22
190:1,2,22 191:3,3,12
191:17,19,20,22,25
192:3,3,4,4 193:2,11,21
193:22 194:2,14,16
195:9,21,22,23 196:2,3
196:6 197:4,8,16 198:2
198:4,5,12,16 199:10
199:24 200:15,19,25
201:4,10,14,16,22
202:1,12,13,25 203:2,8
203:17,22 204:4,12
205:10,22,25 206:8,12
206:18,18,20 207:6,9
208:21 209:5,8,9,16,17
209:18,24 210:1,10,18
210:22 211:20 212:6,13
212:17,18 213:6,7,9
214:1,15,18 215:16
216:6,22,24 217:5,14
218:1,6,8,21 219:1,5,5
219:8,14,16 220:2,4,6
220:12,12,14,16 221:5
221:15,16,23 222:7,7,8
222:10,17,17,20,24
223:10 224:4,7 226:4,7

226:12,13,20,21,21
227:12,22 228:16,17,19
228:21,23 229:8,17,22
230:23,24,24 231:2,9
231:14,15,16,22 232:3
232:16 234:14,21 235:8
235:19,21,22 236:1,2,3
236:4,5,6,9 237:8,9,10
237:10 238:4,4,13,24
239:10,13,18,25 240:2
240:4,7,8,8,9,10,17,17
240:19,21,22,23 241:3
242:4,8,10,11,12,17
243:5,25 244:1,25
245:11,19,20,22 246:5
246:9,20,21 247:4,10
247:10,22 248:9,11,12
248:14,25 249:1,19,20
249:24,25 250:3,4,6,15
250:19,21,22,25 251:1
251:5,9 252:8,16 253:1
253:1,2
**idea** 152:1
**identical** 82:5 83:6 88:22
91:16,22
**identified** 56:14 70:24
71:25 98:7 163:9
**identify** 99:8 252:15
**identifying** 102:22 233:1
**if** 6:10,23 10:24 12:24
14:17 15:8,12 17:2
23:17 24:18 25:20,21
25:23,23,24 27:1,24
28:17,20 29:10,17 30:2
30:13 31:14 32:8 34:13
34:19 38:24 39:10,20
40:7 46:22 47:9,16
48:10,24 51:12,20 52:2
52:16 54:3,11,14 57:18
58:13,21 62:11 70:7,9
70:22 71:18 74:25
75:13,15 77:2,3,15
78:22 79:25 81:10,11
81:15,16 82:19 83:20
83:23,25 84:12 86:2
89:4 90:22,25 97:12
98:18 100:8 104:8
105:15 107:22 108:14
109:1,8 110:2,14 111:1
113:6 116:24 117:16
118:9 122:20,24 123:19
123:22,23 124:18,18
125:4,18,20 126:15
127:18 128:4 130:16,16
131:6,10 134:25 139:24
142:9,15 146:21 148:16
152:11 153:6,24 156:10
158:6,6 160:1,16 161:2
161:13,20 162:23
163:17 165:12 166:10
166:14,21 167:15
168:18 169:5 171:7
172:9 173:20,22 177:23

178:9,11 179:7,25
180:14 181:13,25
182:20 183:6,7,25
185:15 187:12 188:18
189:1,25 190:3,6,20,24
191:2,3,20 192:4,8
193:24 194:14 197:8
199:17 200:9 201:21
202:12 204:4,5 205:8,9
205:14,19,22 206:2,20
209:12,14 211:2,15
212:15 214:13 216:19
217:3 219:23 220:20
222:16 223:24 224:15
224:20 225:2 228:7,13
233:11,11 235:10 236:5
237:11 238:10 239:13
239:18 240:12 242:12
242:14,21 243:5 245:20
246:7 247:6,7,12
248:11 249:25 250:3
251:11 252:10,16
**ignore** 15:20 24:6,6 42:4
**ignores** 16:4,5 19:10
**ii** 1:12 68:24 77:19,22
143:11 144:12,12 145:1
**Illinois** 148:12
**immaterial** 53:9
**immediately** 148:11
**impact** 34:7
**impart** 210:12
**impeachment** 239:6
**implications** 81:13
**importance** 179:25
**important** 10:11 16:7
19:21 20:24 21:14 23:9
24:17 25:8 26:5,9,10
28:23 29:4 30:9 38:9
39:19 40:20,22 50:9
53:10 54:9,17 70:4 74:4
90:13 96:14,21,24 98:3
155:18,20 159:10
166:13 187:1 211:3
**impossible** 73:14 178:6,7
**impression** 206:12
**improper** 125:21 133:8
162:15 163:5 250:8
**improved** 166:18,19
167:5
**impurities** 178:8,13,16
180:6 225:14 226:8
234:7,10
**in** 3:3,14,19 4:4 5:18 6:13
6:15 7:6,23 8:1,4,6,7,10
8:11,11,12,12,15,15,24
9:7,14,14,19 10:3,6,23
11:1,17,22 12:9,12,16
12:18,20,21 13:4,15,15
14:7,23 15:21,25 16:5
16:11,12,15,17,25 17:2
17:12 19:2,3,7,11,12,15
19:24 20:8,9,10,13,21
21:3,8,16,22,23 22:6,12

22:20 23:1,23 24:3,7,9
24:11,14,14,15 25:5,5
25:22,24,24 26:8,13,14
27:8,14,16,22 28:4,10
28:11,13,17 29:8,9,11
29:18,19,20 30:9,18
31:2,10,16,21 32:6,10
32:21,23 33:9,13 34:1,1
34:2,16,22,23 35:13,14
36:2,6,8,14,22 37:14
38:1,10,18,18 39:4,14
39:15,17,17,19,21,24
40:3,15,16,18,18,21,22
41:7,10,10 42:2,2,6,7
42:12,14,17,17,21,25
43:23 44:1,22 45:2,6,11
45:17,21 46:10,13,22
46:23 47:6,8 48:4,11,14
49:2,3,12,16,17,18 50:2
50:21 51:2,9 52:2,3,6,7
52:18 53:14,19 54:2,17
54:18,20,24,24 55:7,9
55:10,12,17,25 56:1,18
59:2,11,11,14,15,16,17
59:22,23,24 60:5,13,22
61:7,10,11,13,13 62:14
62:18,20,23,23,24 63:1
63:5,5,7,13,19,23 64:2
64:3,5,10,11,23,23 65:3
65:6,7,8,8,10,15,16,17
65:17,20 66:5,6,7,19
67:1,4,8,14 68:2,9,24
68:25 69:5,6,9,10,12,17
69:17,19 70:2,8,13,18
70:21,23 71:2,3,15,19
72:5,7,9,20 73:4,15,16
73:16,17,17,22 74:18
74:19 75:5,9,13,14,18
75:18,20 76:9,10,11,20
76:20,23 77:2,10 78:4,7
78:8,14,15 79:4,15,20
79:21,23 80:2,5,9,11,12
80:19,24,25,25 81:13
81:16,17,17,19 82:12
82:22 83:11,17,22 84:9
84:16,22 85:13,23
86:12,19,21 87:2,4,6,12
87:17,17,25 88:4,16,18
88:21 89:6 90:5,8 91:3
91:14 92:17,21 93:1,2
93:20 94:3,3,12,22,23
95:1,8,25 96:12,13,15
96:16,18 97:8,14 98:1,2
98:5,7,10,15,22 99:11
99:11 100:7 101:1,4,8
101:13,15,16,17,22,22
101:24 102:11,17,18,20
102:23,24 103:2,6,23
103:24 104:5,9,14,15
104:16 105:1,7,9
106:10,21,24 107:6,11
108:1,13,20,24 109:15
110:16 111:2,17 112:7

112:11,21,22 113:20,21
114:8,8,10 116:3 117:3
117:7,11,15,19 118:2
120:9,14,16 121:12,17
122:7,22 123:5,11,15
124:11,15,18 125:19,22
126:1,16,17 127:4,16
127:17,17,18,20,20
128:3,10 132:7,12
133:8,10,16,17,18
134:9,15 137:5,22
138:1,8,13,15,18,22
139:3,10,11 140:14
141:23,24 142:15,24,25
143:11 146:14 147:18
148:3,9,12,16 149:19
150:1,12,12,20 151:9
151:10,20 152:3,14,22
152:24 153:1,5,12,21
153:25 154:14,17,19
155:16,17,18,20 156:1
156:3,10,17 157:7
158:3,22 159:18 161:12
161:19,21,25 162:15,18
163:1,3,4,7,18,19 164:4
164:21,23 165:1,16,17
165:22 166:8,9,15
167:4,7,12,12,13,15,20
168:4,6,9,12,17,24
169:3,7,25 170:1,9,14
170:23,23,25 171:2,5
171:10,12 172:4,19,21
173:11,17,18,25 174:4
174:14,18 175:9,21,23
176:6,12 177:4,22,25
178:5,11,11,13,24,25
178:25 179:12,20,24
180:6,7,9,13,17,17,20
180:22,24,24,25 181:7
181:19,19,21,24 182:2
182:20 183:15,23,24
184:3,3,17 185:1,10,11
185:20,21 186:8,17,18
187:2,3,3,8 188:14,15
188:23 189:2,4,12,15
189:20 190:8 191:19
192:12 193:4,7,16,19
193:22,24 194:4,6,18
195:2,4,6,14,16,19,22
196:17 198:9,20,25
200:6,13,14,16,24
201:2,6,18,18,22 202:4
202:9,12 203:13,14,19
203:23 204:1,16,21
205:3,5,6,12,15 206:3,4
206:10 207:2,5,10,12
207:13,13,20,20,25
208:9,10,15,16 209:1,3
209:15,20 210:1 211:10
211:15,21,24,25 212:1
212:2,2,2,11,14,16,20
212:20 213:7,12,13,20
213:20,24 214:9,12,15

214:19,23 215:17,17,20
215:23 216:1,2,9
217:17 218:19,22 220:3
220:17,17 221:9,14,25
222:9,18,21,23 223:22
223:25 224:10,14,17,20
224:23 225:2,7,9,14,19
225:23 226:7,24 227:15
227:16 228:2,6,22
229:9,13,19 230:2,12
230:14,14,15,21 231:5
231:9,12,16,18,25
232:4,17,20,21 233:10
233:11,20 235:3,21,23
236:17 237:14,19,22
238:5 239:1,14 240:14
240:18,21,24 241:9,11
241:20 243:20,23,24
244:3,16,19,24,25
245:7,9,10,17 247:10
247:22 248:5,6,14,16
248:18,18 249:2,4,6,6,9
250:5,12 251:9,11,19
253:4
**Inc** 26:24 250:17
**inception** 64:20
**inclination** 57:1
**include** 55:12 62:11 71:4
110:22 114:11 184:4
187:1 198:10 213:24
**included** 10:12 30:8 34:1
34:1 45:6 81:12 112:11
125:10 162:1 170:9
234:7
**includes** 21:9 37:20
125:15,18 180:19 251:1
**including** 10:7 12:19
54:21 198:23
**inclusion** 46:1 76:17
111:16 112:8 113:2,15
**incorporate** 39:24 41:22
220:21
**increase** 122:24 189:1
**indeed** 4:22 38:23 47:6
50:22 51:8 154:11
159:21 182:18
**indefinite** 161:3
**indefiniteness** 40:16
52:13
**index** 2:14 145:1,14
223:22
**indicate** 170:24 185:11
233:23
**indicated** 32:17 98:10
108:7 222:16
**indicates** 87:22
**indicating** 50:13
**indications** 166:15
**indirectly** 250:7
**individual** 29:24 30:5
**individuals** 17:6
**industrial** 113:25 226:4
**industry** 17:1 64:23

69:10 73:5 107:7
113:20 123:11 137:22
232:21,22 233:10,12
**infer** 211:17
**information** 32:13 163:21
164:2 195:5 220:3
225:16
**infringe** 23:13 24:4 37:3
**infringed** 10:10,19
**infringement** 11:9,9
12:11,12 14:3 26:15
36:25 44:7 45:1 53:7
**infringer** 13:18
**infringes** 37:6
**infringing** 9:21 13:20
22:19 54:6
**ingredient** 12:1 233:17
**ingredients** 11:4 226:15
234:3,5
**inherently** 79:4 106:25
**initial** 8:15 32:10
**initially** 158:22
**innovations** 151:21
**inorganic** 148:12
**input** 57:7
**inquire** 4:3
**inquiry** 99:22 125:7
**inserting** 122:6 156:17
**inside** 92:7 117:22 130:1
**insoles** 62:23
**instance** 13:5 19:24 29:19
29:22 30:4 34:24 73:18
81:13 95:21 98:12,18
163:8
**instead** 92:8 97:15
107:17 122:14 183:8
**Institute** 59:24 61:7
**instruction** 15:21 45:6
**instructions** 45:11
**Instruments** 19:13
**insufficient** 177:15
**insulation** 210:24,25
**insulator** 211:6
**insurance** 96:18
**integrity** 75:9 81:20
**intend** 6:25 7:19 9:11
36:4 130:17
**intended** 4:8 13:13,14
73:13 79:7,23 84:8
123:20 124:20 125:1
126:20 165:4 240:18
**intending** 8:22
**intent** 13:25 114:7
**interact** 184:23 185:1,9
**interest** 92:14 93:2
**interested** 6:12
**interesting** 159:18
**interject** 152:12 227:12
**interlock** 173:20
**intermediate** 153:21
155:9
**interpret** 29:11 44:20
102:3 104:25 171:14

**interpretation** 27:3 43:14
43:16 53:21 102:12
163:14 164:6
**interpretations** 27:2
30:14,15
**interpreted** 29:8
**interprets** 22:6 102:17
**interrupt** 72:14 110:12
189:22 223:9
**intimately** 32:20
**intimating** 235:21
**into** 9:7,11 11:16 12:4
35:11 36:13 44:17
54:15 66:18 68:20
70:11 81:23 90:15
102:9 121:15 126:19
148:16 151:5,18 162:16
162:21 177:5,7 181:8
182:18 186:15 191:16
193:3 202:15,17 216:7
219:25 220:21 229:2
250:9
**intricate** 103:15
**intrinsic** 19:19 20:1 21:4
21:8,18 22:5,7 23:1
28:21 29:7 37:12,23
38:1,6 39:18 164:11
**introduce** 4:24 6:25 9:11
81:23 82:19 239:5
**introduced** 34:14 123:10
124:4
**introducing** 8:22
**invalid** 27:8 39:23 44:10
49:1 89:5 125:5 128:14
161:4
**invalidate** 12:23 13:20
14:2 28:25 40:9
**invalidity** 12:11,15,17
53:8
**invented** 133:17
**invention** 16:11 26:12
27:18 30:17 34:17,19
40:24 71:3 75:14 76:18
88:17 98:2 99:11
153:19,20 166:10
169:25 171:1,10,13
174:18 182:4 184:3
185:12,12 187:4 209:2
213:19 215:11 218:24
219:14,23 229:9 231:6
241:11 244:13
**inventions** 11:23 24:14
152:5
**inventor** 9:23 13:4,13
16:8,10,11 23:7 31:6
32:5,5 62:10 66:10
**inventor's** 13:25
**invited** 47:7
**involve** 149:20 249:12
**involved** 10:3 101:25
157:7
**irregardless** 28:19
**is** 3:21 5:8,21,23,24 6:1,3

6:6,7,10,16,18 7:23,25
8:20 9:17 10:2,15,16
11:10,14,25 12:9,13,15
12:18,25 13:11,14,18
13:19,24 14:4,13 15:7
15:18,21,23 16:8,10,16
16:18,18,23 17:13 19:3
19:4,5,14,19,25 20:3,6
20:7,13,15,21,25 21:2,4
21:4,7,12,14,15,25
22:12,13,23 23:2,2,10
24:6,20,23 25:10 26:23
28:4,5,13,16,18,19,20
28:21 29:3,9,11,20,23
30:1,4,6,18,25 31:1,3,4
31:6,14 32:7 33:12,13
33:18,19,21,25 34:4,6
35:6,7,10,10,13 36:11
37:3,21,22 38:4,7,8,17
38:21 39:5,6,13,16,18
39:20,25 40:9,13,15,16
40:20,20,22 41:3,4,12
41:23 42:2,14,17,21
43:3,7,12,13,20,20,21
44:3,6,10,22 45:5,7,9
45:15,21,22,22,25 46:8
46:9,12,14,15,16,18
47:1,9,16,18,20,23 48:1
48:3,8,9 49:22,25 50:1
50:4,8,9,14,16,19,19,21
51:4,4,13,18,20,21,23
51:23,25 52:8,12,19,22
52:23 53:8,9,19 54:2,3
54:9,14,17,20 55:1,16
56:4,23 57:2,2,4 58:3,3
59:5 65:3,18 67:24 68:1
68:10,20 69:9,13,19,21
70:4,20,25 71:13,23,25
72:4,7,24 73:5,6,8,19
74:6 75:4,21,24 76:4,4
76:5 77:17 79:3,4,18,22
81:3,3,23 82:4,11 83:5
83:8,9,10,12,19,23
84:16,18,21,22 85:6
86:3,15 88:11 89:3,11
89:15,15,19,21,22,23
90:3,5,11,13 91:8,12,12
91:16,19,22 92:2,8 93:1
93:13 94:14 95:12
96:15,21,25 97:1,16
98:2,13,16,16 99:15
101:2,5,6,8,8,14,16,18
101:19,21,23,25 102:8
102:23,24 103:5,6,11
103:14 104:3,9 105:9
106:20,25 107:6 109:6
109:8,12,18 110:2,13
111:16 112:1,3,8,24
113:21,22,23,25 114:7
114:9 116:23,25 117:4
117:7,8,10,22,23
118:10 120:4,15,17
121:13,15,22,23 122:3

123:6,10,13,17,18,20
123:22 124:11 125:5,7
125:14,14,17 126:8,15
127:9,12,17,25,25,25
128:3,11,18,19,22
129:1,3,7,7,9 130:9,15
130:21,23,24 131:3,4
131:23 132:4,8 133:5,7
133:8,8,20 134:7,9
137:10 138:1,10,19
139:3,5,9 140:13 141:1
141:3,12,13,19,20,22
141:24 142:1,4 147:1,3
147:4,12,14,24 148:15
148:19 150:1,7 151:13
151:15,18 152:2,14,20
152:20 153:1 154:12,13
154:15 155:3,9,11,14
155:18,21,24 156:18,22
157:1,3,24 158:16,19
158:21 159:4,6,8,10,11
159:12,16,21,24,24,24
160:2,7,15,16,17,20,20
161:3,8,23,24 162:9,10
162:25 163:2,5,11,12
163:17,20 164:1,8,11
164:20,21 165:4 166:17
166:22,25 167:13,15,22
167:24 168:11,14,19,21
168:25 169:4,6,9 170:1
170:14,18,20,25 171:9
171:23,24 172:1,1
173:9 174:4,13 175:6
175:16,20 177:5,7,9,21
178:7,10 179:4,11
180:2,5,20 181:14
182:6,8,11 183:2,17
184:17,17,21 185:25
186:8 187:1,3,5,5,14
188:6,8,8,11 189:7
190:1,5,7,12,16,16
191:17 192:1,21 193:1
193:7,10,13,14 194:3,8
194:16 195:1,10 197:3
197:6,9,9,10,24,24
200:5,14,17 201:13,23
202:15,18,19 203:2,6,6
203:9,19,23 204:15
205:4,8,13,23 206:2
207:5 208:5,13,15
209:7,19 210:12,15
211:10,11 212:24 213:4
213:5,13,20,22 214:4
214:11,14,19 215:11,15
215:16 216:3,5,7,13,14
216:16,19 217:1,7,11
217:13,19,20,24 218:10
218:18,20 219:11,17,22
219:23 220:4,11,14,16
220:21,24 221:13,22
222:1,3,5,10 223:1,3,4
223:6 225:7,9 226:14
226:25 228:14,15,20

229:2,6,24 230:22
231:12,24 232:5,9,19
232:20,24 233:12
234:23 235:23 237:5
239:8,19,23,24 240:2
240:14,15,15 241:10,11
241:21 242:18 243:22
244:7,23 245:5,6,8,13
245:23 246:7,8 247:1
248:2,13,17,18 250:4
250:13,15,16,22 251:4
251:6 253:3

**isn't** 44:5 72:19 73:2
127:18 193:9 210:13
214:12 220:10 227:14

**isolation** 156:10

**isomer** 155:14

**isomers** 132:6 155:14

**isoparaffins** 71:11

**isoprene** 50:15 88:11,12
90:12 123:22 131:5,25
132:9 154:9,23,25
155:6 156:19,20,22,24
157:4,22 176:19,20
190:8,10,11,13,14,18
190:25 191:1,19 198:24
198:25 202:15 204:20

**isoprene/butadiene** 8:10
12:8 14:9,12 15:14
23:22 38:16 41:14,25
42:24 43:2,25 44:2
50:20 67:25 85:22,25
86:14,24 87:5 88:6
89:21 91:24 93:18,24
95:10 97:4 98:4,13,19
123:21 125:16 127:11
127:22 128:1,22 129:5
139:6 142:12 154:4,18
155:25 157:2 158:18
159:5,14 160:24 165:17
166:4 169:1 172:6,16
173:7 174:10 184:7
188:20 191:15 194:12
197:13 198:7 202:3,10
203:6 205:2,16,23
206:16 207:10 212:23
236:16 241:12,18,21,25
242:6 250:24

**issuance** 28:1

**issue** 7:10 11:19,22 12:13
25:4,5 26:14 27:24 35:1
37:7 42:14 46:18 47:1
47:16 49:4 56:15,22
57:3 66:6,7 114:8,8
120:12 133:7 139:5
150:12 161:24 169:9
213:4 216:3 220:11
221:13 250:15 251:8,20
252:16

**issued** 9:23 27:19 29:3
31:24 32:15 62:13 66:9
120:17,20 150:14
196:18

**issues** 34:23 36:1 37:11
44:17 45:12 53:11
57:11 197:23 201:18,19
228:9 251:11

**issuing** 27:22

**it** 3:25 4:11 5:4,21 6:16
8:11,22,24,24 9:5,14,16
10:22 11:2 14:17 15:3
16:4,18 17:5 19:5,5,7
19:10 20:4,22 21:4
23:18 24:18 25:11,25
26:1,2 27:12,24 28:19
29:24 30:25 31:1,19
32:4 33:10 34:7,13,14
34:14,17,18,20 36:11
37:15,23 38:25 39:9,16
39:20 40:1,22,23 41:8,9
41:13,16,18,19 42:21
42:21 43:3,9,9,15 44:20
45:17 46:13 47:17,24
49:22 50:7 51:7,14,15
51:15,16,20,23 52:7,13
54:12,15 55:1,2 58:16
61:1 63:5,11 65:24 67:3
69:10,21 70:6,20 71:17
71:19 73:15,24 74:2,20
74:24 75:16 76:6,18,19
76:23 77:13,18 78:8,13
79:22,22,22 80:1,22
81:10,15,18,19,25 82:1
82:2 83:17,19,25 84:3,5
84:18,21 85:1 86:15,19
87:8,20 88:8,24 89:5,11
89:16 90:5,15,16,21
91:12,15,15 92:2 94:10
94:25 95:7,20 96:16,20
96:22 97:21,21,25 98:3
99:12,24 101:21,25
102:3,7 103:11,14
107:1 108:6,18,20
110:1,8 111:15,15
113:1,18,19 114:7,11
117:3,24 118:7,7 120:8
120:15,17,19 121:22,23
122:17,19,23 123:1,2
123:21 124:2 125:19,21
126:9,14,18,24,25
127:6,7,16,18,19,20
128:10,18 129:11,24,25
130:2,10,21,21,22
131:1,11,11 132:3,22,25
133:14 137:3,5 138:13
138:15 139:9,16 140:9
141:13,19 142:1 147:4
147:18,19,20,21 148:22
151:15,17 152:8,20
153:4,6,14 155:22
156:8,13,13,14 157:3,4
157:16,23 158:10,15
160:17,18,19 161:12,21
161:24,25 162:24
163:18,20 165:13,21
167:10,11 168:17,17,20

168:20 169:17,18,18,19
169:20,23 170:6,7
171:21 173:12 175:12
175:16 176:8,17 177:25
177:25 178:12,19,23
179:4,5,8,25 180:15
181:9,14 182:1,8,11,15
182:18 183:14,16,22
184:1,16 185:4,14
187:1,5,5 188:11 189:6
189:12,21 190:1,2,2,22
190:23,24 191:3,14,17
191:22 192:16,16,17
193:9,24 194:3,8
195:13 196:9 197:3,4
197:22 199:17 201:23
202:1,12,14,18,23
203:2,4,8,8,15,17,22
204:13,14,18 205:10,11
205:13,25 206:2,8,18
207:1 208:10 209:2,10
209:13,14,15,17,17
210:9,16 211:1,6,11,13
211:16 212:13 213:7
214:7,8,14 215:7,14,16
215:23,24,25 216:14
217:9,16 219:23 220:10
220:17 221:3,8 222:5,8
222:9,10,17 223:21
224:15,16,17,21,22
225:13,14 226:10,10,11
226:14,17,19,21,22
227:4,14,22,22 228:1,5
228:20 229:10,13,18,20
229:21 230:3,5,6,7,9,10
230:11,16,22 231:10,20
231:22,23,24 232:5,8
232:21 233:7,12,22
234:6,8,24,24 236:22
237:2,7,8,11,13,16,19
238:11,24 240:8,18,22
240:24 241:20 242:8,11
242:18,23 243:12,22
244:7,8 245:20,24
246:2,7 247:8 249:9,12
249:25 250:6 251:1,7
251:14,17

**Italian** 59:12

**Italy** 59:11,15

**item** 152:19 153:5 166:20
226:11 228:3,6,8 250:4

**items** 175:11 229:4

**its** 12:17 23:12 36:12
39:17 46:13 153:22
161:11,11 163:14,14
164:4 183:12 194:10
217:17,18 227:8 234:2
234:4

**itself** 6:8 50:17 81:4,8
83:22 130:16 153:19
192:2 219:14 227:8

**it's** 5:12 6:5,9,10,11 9:2,8
10:11,23 11:1 13:3

15:18 16:7 17:4 19:6,21
20:4 21:5,6 22:4,20,24
22:25 23:9 24:16,25
25:6,6,10,21,23,24 26:5
26:9,10,20,25 28:2,22
29:24,25 30:1,9,15
31:20 33:7,12 34:9,9
37:5,21 41:2,11 42:23
44:11,25 53:14 55:9,20
72:12 73:14 74:4,21
75:12 77:5,7 78:24
81:16,16 86:4,17 87:17
88:12,15 91:7,18,20
92:1,1,1,3,4,9,10 93:8
93:23 96:19,22 98:8
101:4 102:14,25 103:3
105:7,8,11 109:8,9,13
109:14,14,17 110:3
112:11,17 113:10 114:8
120:12 125:21 128:10
128:15 130:15,19 131:2
132:6,15 134:3 137:23
138:7 139:10 147:13,16
151:4,16 152:15 153:7
153:13 155:20 156:4,20
156:23 159:9,15 161:2
162:15 163:2,5 166:14
167:3 168:16,19 170:8
173:3,5,24 174:7,7
175:17,18 178:6,6,14
178:15,20 179:6,12
180:13,14,14,22 182:2
185:23 186:11 197:21
201:5,22 204:10,17
206:2 208:23 210:12
213:10 214:25 215:6
216:23,24 217:7 218:14
218:14 220:4,4 222:9
222:24 224:20 225:22
227:8,24 228:1,16
229:7 230:1 232:4
234:22 237:8 242:1,21
243:5,21 244:20,22
245:12 248:1,2,13,14
249:1,22 250:8,20
251:9

**I'd** 47:12 68:23 75:23
81:22 82:5 85:5 89:5
91:19 92:24 93:12
100:24 105:6 120:13
122:9 126:6 131:7
134:4 146:21 148:19
166:21 190:5 236:19
239:19 241:17

**I'll** 7:17 37:15 48:16 49:1
53:15 66:7,9 72:22
102:21 103:25 107:19
107:19 128:16 130:12
140:4 152:12,12 153:8
191:8 208:6 210:16
234:21,23 235:10,11,13
242:21 249:14

**I'm** 3:11 6:12 9:11,13,25

11:18 19:18 25:13,18
25:22,23 26:22 32:4,5
33:4 36:22 46:4 48:6
49:5,6 53:4,5,12,24
54:1 57:5 59:6 65:18
67:1 68:5 72:17 75:25
77:15 81:5 85:7 92:14
93:6 99:25 100:8
101:1 102:10 103:5,19
105:9,16 108:4,4,22,22
109:21 110:2,25 111:1
113:25 117:1 121:12
123:4,12 125:23 126:3
127:15,17,20 128:13
129:6 130:5 131:15
132:2 133:19,25 134:20
137:23 139:17 140:1,24
146:19 158:13,15,20
159:1,1,17 160:19
161:7 162:3 164:7
169:22 170:7 171:4
181:1,16,19,20 182:8
183:18,19 184:4 185:15
185:19 187:13 190:8
194:22,24,25 195:2
196:12 197:20 200:13
200:16 203:5 206:22
207:3 208:18 209:24
210:9,12 211:15 212:17
218:21 219:3,4,13,14
220:6,20 221:5,16
223:10 225:25 228:4
233:10 235:20 236:8
238:9 242:15 245:21
246:23 248:3 249:1,7
249:23,24 251:24 252:9
252:14,17

**I've** 6:14 22:12 29:5 45:2
46:12 52:22 55:4 56:14
65:22 121:8 140:9
147:8 150:18 191:1,6,7
195:21 200:18,19,21
201:5 204:18 205:7
225:5 234:20,22 235:14
236:4 243:25 247:4
248:11 252:16

— — — — — — — — —
**J**

**J** 2:2
**January** 196:18
**Japan** 41:6
**Jeff** 3:18 65:5
**JEFFREY** 2:8
**Jello** 102:25
**Jerry** 4:10 145:3,10,18
146:3,9 193:13 243:18
**job** 61:14
**John** 9:23 66:10 121:10
**join** 176:18
**joined** 61:12
**joint** 7:12 8:15 67:12
75:24 200:15
**journal** 107:8

**JR** 2:8
**judge** 1:18 3:16 6:20
19:14 45:8 49:25 50:10
52:2 53:13 73:19
144:18 164:1
**judgment** 46:10,16,17
47:21 48:2 52:15,21
53:19 56:25 57:2
251:20
**judgments** 47:8
**judicial** 33:16
**June** 59:8
**jury** 6:17 15:17,20 19:15
44:6,23 45:6,6,11,15
236:6
**just** 7:5,8 8:16,20,23 9:8
11:21 14:16 26:18 36:9
36:17 37:15 38:6 43:7
44:16 45:2 48:22 49:10
50:14,25 51:19 52:7
54:2 57:10 67:11 74:25
77:15,22 81:20,23 82:1
82:10,10 86:18,22 90:1
91:7 92:18 94:20 95:3
97:20,22 98:12 103:8
103:25 104:23 106:21
107:21 122:3,24 126:2
126:21 127:15 128:6
129:15 130:10 133:25
134:4,22,25 137:17
140:1 142:17,22 146:22
147:8 152:11 153:16
155:13 157:2 159:9,15
160:3 162:24 164:23
166:21,21 168:6 169:4
169:11,18 170:4 171:7
174:13 178:14,19,23
183:24 186:23 191:2,25
195:17 196:8 198:9,14
198:16 204:10,17 207:7
211:12 217:7 225:21
226:11 229:8 230:24
231:2 236:6 237:16
240:17,21 241:20 242:1
243:6 245:11 246:13
247:15,22 248:6,7
249:1 250:5 251:18,25
252:12,14

— — — — — — — — —
**K**

**KANFER** 2:12
**keep** 6:15 9:24 26:17
90:18 126:12 130:6
152:14 240:3
**keeping** 4:7
**keeps** 174:1
**Kekule** 176:2
**Kendrick** 2:4 3:11 9:18
**Kennedy** 2:4
**kept** 240:2
**key** 12:13 20:5 42:12
156:2 166:22 175:17
**kin** 31:21

**kind** 7:16 47:6 54:23 55:1
72:25 81:9 122:25
123:14 158:13 175:24
179:17 180:1 200:10
244:4
**knee** 62:24
**knew** 120:9 204:23
207:25
**know** 5:5,22 10:22,25
11:3,4 19:2 20:2 22:2
37:19 39:5 40:25 43:1
44:16 49:15 50:8 51:19
54:5 55:5,8 57:1 65:12
72:21,23 73:4 86:3 89:2
92:6 94:8 102:7 104:20
105:15 107:12,14 108:3
116:3 117:22 120:6
123:10 124:18 125:11
125:18 159:23 169:21
170:5 175:10 179:11
180:1 185:18 191:3
193:12 195:2,9,9 201:8
204:23 205:10 215:6,7
216:10,22 220:12 222:7
222:8,8,10,21 223:23
225:15 226:7,9,16
227:22 230:18,20,22
231:12,15,16 233:11,11
233:11,16 235:20,23
236:7 237:10,11 239:20
241:17 245:11,25
251:25 252:14,17
**knowing** 142:23 160:25
**knowingly** 13:19
**knowledge** 42:3 63:10
70:25 71:13 83:5 98:9
187:7
**known** 13:8,16,16 30:11
38:17 41:16 55:11 71:3
75:13,17 88:12 155:11
184:3 193:10 202:19
**knows** 12:6 19:11 53:25
227:3
**Kuraray** 41:6,9 140:15
141:2,4,9,13,16 142:1
157:14
**Kuraray's** 122:13

— — — — — — — — —
**L**

**L** 146:9
**lab** 70:8 117:19
**label** 247:18
**labeled** 129:25
**laboratory** 117:16
**lack** 27:9,10 174:20
**Laghi** 2:17 4:10 14:5
16:17 21:2 57:16,22
58:4,14 59:9 60:13,23
61:8 62:9 63:3,10,18
64:1,13 65:3 66:4,13
67:8,17 68:3,5,23 69:2
69:6,15,25 70:18 71:15
71:20 74:11,17 75:12

75:17,23 76:1,25 77:2,6
77:8,17,20 78:6,10 79:9
79:11,24 80:6,11,19
82:5 83:4,13 84:9,15
85:5,12,23 86:11,20
87:15,24 88:16,25 89:7
89:10 91:3,6,22 92:11
92:16 93:12 94:16,18
95:5,21 96:9 100:17,24
101:12 102:8,16 103:21
104:2 110:12 121:9,22
122:1 125:25 126:6,25
128:18 133:14,17 134:4
137:9 138:17,20 139:23
140:4,10 141:9 143:5
155:13 176:22 178:23
183:8 202:8 222:12
226:1 229:19 241:6
246:25
**Laghi's** 22:3
**landscape** 103:6,10
**language** 21:7 28:19
38:12,14 42:14,17,21
42:23 43:22 45:5 46:25
46:25 47:6 50:21 51:2
52:11,19 54:18 55:10
56:5 86:3 91:16 110:15
110:20,25 142:17
163:10 185:10 191:18
203:13 219:15
**large** 1:21 17:8,9 134:11
144:21 145:18 179:19
194:17 195:16 238:23
**larger** 81:19 217:18,18
**last** 15:2,4 26:17 30:4
58:2,3 91:20 95:6 97:16
146:8 166:24 178:14
200:1
**lasting** 97:15
**late** 234:22
**later** 48:17 51:11 63:17
121:14 123:11 125:20
125:21 208:12
**laughed** 92:2
**law** 2:9,12 3:10,19 7:3
9:17 22:13 33:24 57:20
58:1,5 101:9 128:12
146:2,7,10 161:19
162:13 199:20,25
236:10
**laws** 84:13
**lawyer** 5:10 14:23 52:23
**lawyer's** 252:15
**lay** 20:15
**layperson** 12:2 74:4
**lead** 25:17 151:6,21
152:3 160:12 161:3
168:23 198:9 203:13
216:11 236:25 237:20
237:21 242:21 250:10
**Leading** 141:5
**leads** 158:10,11 166:16
166:17 171:25 190:13

**lean** 62:4
**leaning** 252:15
**learn** 190:2
**learned** 41:11,19
**least** 5:1 7:18 11:8 31:3
46:12 58:12 78:1
102:11,18 104:9 108:9
141:24 151:10 217:9
250:16
**leave** 35:18 44:20
**leaves** 153:1
**leaving** 42:11 142:16
198:8
**left** 15:7,15 61:13 121:13
133:16 248:7
**legal** 10:1 44:9 103:6,9
**lengthier** 191:4
**lengths** 197:2
**lengthy** 251:25
**less** 57:10 99:3 108:12,13
108:18 167:22 179:21
188:20 216:11,23 217:2
252:10
**lesser** 102:14 108:12
**let** 4:3 5:15 33:11 35:20
36:15 42:8 48:16 50:9
66:24 76:21 83:15 86:3
87:24 109:15 110:12
113:1 121:21 122:17
126:24 127:6 129:14
137:24 139:16 142:8
169:16 170:4 185:18
198:1 210:24 212:3
220:7 223:9 235:19
237:12 239:20 252:17
**letter** 24:22 250:6 251:12
251:19
**letters** 252:12
**let's** 32:8 37:25 44:15,19
47:24 56:9 57:7,12
74:21 82:10 88:3 100:2
103:25 109:16 134:2,18
137:3 149:14,17 150:5
176:4 192:2 228:7
232:10 234:24,24
251:17
**level** 70:14 81:3 102:6
116:23,23 117:1,6,7,9
117:21,23 118:10 120:9
120:12 178:15 189:4,8
193:1 201:6 209:19
213:6 216:6 217:12
222:10,17,21 228:12
230:21
**levels** 78:13 227:25
**liability** 1:4 3:3 144:4
**liberty** 8:7
**licensed** 9:21 10:6 66:11
150:14
**lies** 124:16
**life's** 96:18
**light** 31:16 156:3 161:20

212:3
**like** 4:10 5:4 29:24 31:1
47:4,12 56:22 57:15
58:13,14 61:22 65:19
68:23 75:23 79:9 80:20
81:22 82:5 85:5 86:18
89:6 91:19 93:12 94:15
96:22 100:15,24 102:24
104:19 105:6 109:9,15
113:10 117:13 118:5
120:13 122:9 126:6
134:4 143:8 146:22
148:19 152:15 158:9
166:14,21 173:19
179:10 182:16 190:5
193:12,15 214:7,17,21
214:21,25 221:11,17
225:7 236:6,19 239:4
239:19 241:3,17 246:7
247:14
**likelihood** 217:8
**likely** 22:14 86:25 193:1
217:13 225:17 232:5
**Likewise** 16:3
**limit** 38:10 50:19 54:23
55:1,18 56:2,6 163:3
198:22 212:22 233:2
235:12 243:21 252:4,9
**limitation** 165:2
**limitations** 162:16 250:9
**limited** 1:4 39:17 45:22
46:17 102:21 144:4
208:23
**limiting** 38:12,14 219:15
**Lindlof** 13:6 29:15,24
**line** 6:16 68:16,25 71:1
74:22,23 77:7,13,19
78:19,22,23 79:10,11
79:23 80:9,10,11,12,13
85:15 86:6,9 87:22,22
88:1,8,16 89:12 105:10
110:13,17 125:7,24
134:9 137:13,13 139:4
139:4,4 140:14,15
142:10 162:25 163:1
166:23 167:17 169:3
171:3,19,19 182:1
183:18 184:1 193:23,23
193:25,25 196:16,16,19
196:19,21 204:16
206:24 207:3,4,21
208:19 220:25 221:4,4
221:6 225:22
**liner** 81:23 84:21,22
94:22 96:15 97:16
132:12,16,21,25 133:9
133:10 134:8,8 158:7
166:20 167:6 183:9
243:22,22,24 244:5,6,8
244:9 245:6,15,16
246:1
**liners** 10:4 42:5 63:4,6,12
63:16 64:24 98:24

132:18,20 133:3,3,17
134:6,6,12,12,15,16,17
150:24 151:6,23 152:4
**Liner-Sample** 145:17,18
**lines** 69:3 71:21 84:17
88:18 166:24 176:17
182:9 183:18,20 241:8
**linkages** 202:18 204:24
**linking** 35:12
**links** 167:4
**liquid** 71:8,11 81:21
83:25,25 106:9,13,14
106:17 112:3 200:20
**list** 13:3 58:17 82:15,19
138:14
**listed** 12:25 55:6 62:10
79:4 106:21 108:24
109:3 138:21 216:5
**listen** 162:4 165:12
**listening** 52:10
**literally** 20:14 45:24
**literature** 141:16,19
240:20
**litigation** 147:19
**little** 6:5 10:21 11:21
12:20 16:21 20:11
25:12 30:22,24 44:17
48:17 62:4 88:3 89:1
93:2 102:24 110:6
165:10 169:22 183:24
202:1 204:18 222:9
**live** 42:21 43:21 59:1
60:13 70:11 146:13,14
**LLC** 1:3 2:5 3:3,12 9:25
10:2 59:4,5 66:12 144:3
**LLP** 2:4,9
**loaded** 73:10
**locally** 10:6 214:24,25
**locked** 215:3
**locking** 173:17
**locks** 64:25 173:16
**logical** 163:9
**long** 11:2 59:7 63:22
64:13 77:18 87:12
116:22 122:23 147:22
152:21 153:17 154:21
158:8 186:15 190:7
212:8 235:6 244:22
245:12 249:22
**longer** 10:18 74:22
212:24
**look** 20:1,6,20 21:5,6,25
28:24 29:14 30:3 38:6
53:3 70:22 81:8 86:19
105:7 120:7 126:13
155:16 156:10 163:9
164:3,4,9 166:1,7
177:23 178:9,11,21
179:7 180:3 181:18
183:25 207:7 212:17
223:21,24 224:1 231:25
232:12 239:18,20
240:11 241:3

**looked** 28:7 30:20 166:8,8
166:12 176:13 204:14
212:21 226:10
**looking** 25:22 89:12,13
95:8 105:9 121:12
126:25 139:19 157:10
160:5 161:10,15,17
171:2 172:11 179:10
180:24 181:2 183:11
186:3 204:12 212:21
216:22 218:9 219:6
223:20 226:25 227:2
229:3,6 232:22 233:17
233:19 237:13 247:23
251:24
**looks** 29:24 94:15 158:9
**Loop** 2:4 3:10 9:18
**loosely** 67:2
**lose** 97:15
**loss** 117:8
**lost** 56:16 229:17
**lot** 24:24 37:8 42:10
49:11 51:9 80:19 90:18
90:19,23 97:12 98:23
104:24 108:18 131:13
131:17,19 215:4 220:22
230:6 234:22
**low** 70:15 78:12 110:10
117:23 120:12 152:18
180:8 217:12 228:15,16
**lower** 97:23 178:15
179:21 223:7 224:24
**lunch** 99:21 102:16
**Luncheon** 100:3
**Lynn** 145:6,11,19 199:18
199:21 200:2 246:16
**L-a-g-h-i** 58:4

## M

**M** 2:3 68:21
**Macromolecules** 201:5
**made** 11:24 22:8 23:4
25:11 32:12 33:2 41:6
63:5 64:8 81:24 91:7
96:16 120:22 132:12
133:14 141:20 142:20
173:15 193:16 200:23
200:25 204:24 206:10
212:23 227:3 238:17
**made-up** 39:9
**Magistrate** 1:18 144:18
**mailed** 121:11
**main** 231:11
**maintain** 40:5,6 247:23
**majority** 3:22 117:12
120:11
**make** 6:16,17 10:15
13:10 16:12 17:10
20:15,22 26:13,19
40:23 62:23 63:3,11
65:23 79:22 81:10,25
85:1 86:22 91:15 96:24
97:1 98:15 103:12

108:20 113:24 134:12
151:6,23 152:8 153:18
157:5,13 158:7 161:8
178:7 180:7 181:23
182:12 192:3,13 196:9
198:2 209:14 210:18
221:9 223:15 226:12
227:7 229:10,14 234:24
234:24 247:9 249:19
250:6 251:17
**makes** 10:8 62:19,21
121:18 122:4 151:5,20
153:14 160:23 168:17
220:14 242:23
**making** 10:4 25:23 63:16
118:9 139:23 151:5
152:1 154:14 159:4
170:12 185:12 195:12
195:18,23 229:1 232:15
241:22 247:6,7 251:4,6
**man** 96:18
**manage** 67:5
**management** 59:23 61:6
61:17,17
**manifest** 38:11,20 46:25
**manifestations** 99:6
**manner** 45:2
**manufacture** 228:6
**manufacturer** 140:20
223:12 233:3
**manufacturers** 227:24
**manufacturing** 40:4
62:20 63:19,24 81:14
86:21 98:11 228:3,7,13
**many** 43:4 56:7 62:10,13
62:25 70:24 134:5,16
156:14 157:14 248:20
**marathons** 17:11
**Margaret** 200:2
**mark** 1:18 82:7,10
144:18 146:25
**marked** 67:11 83:6 84:23
94:19 147:9
**marketing** 61:17 164:6
**markets** 141:13
**marking** 82:9
**Markman** 1:14 3:2 9:19
12:14,14 13:21 19:13
19:17 20:3 38:7 44:18
45:10,21 46:9 47:1,9
48:2 52:15 56:25
103:12 125:15 127:9
133:5 144:14 158:25
249:2,3,6,9
**mashed** 214:21
**mass** 81:21
**masters** 103:3
**material** 31:19 68:21
153:19 155:5 178:3,13
180:3 197:3 200:17
210:7 213:24 214:9
**materials** 196:25 200:18
200:21 201:7 213:5

214:20 216:8 225:8
**mathematics** 148:10
**Matt** 240:9
**matter** 4:4 5:1 6:23 8:20
19:14 34:13,13 49:7
55:4 92:22 125:4,4,20
125:21 131:10 150:6
192:3 200:6 210:8
243:12 249:15 251:14
253:4
**matters** 161:21
**matured** 121:14
**maxim** 28:12,24
**may** 8:11 9:16 27:7 30:21
34:3 35:22 36:1 37:2,2
39:10 46:18 48:10
51:15 53:9 54:22,24
56:18 57:18 58:5,12,20
58:21 72:14 74:1 82:2,3
83:1,3 84:2 94:22,22
95:6 97:21 116:7,24
118:2 121:1,3 127:22
140:8 146:21 152:17
157:24 161:2 163:24
168:20,20 173:15
175:10 177:25 179:19
179:21 192:4 196:3
197:8 210:10,10,21,22
211:17 218:3,3,4,5,6,6
224:24 228:12,19
232:25 233:11 234:18
234:18 239:10,11
240:23 246:18,24 253:5
**maybe** 5:2 25:1 30:17,24
55:7 83:7 88:25 97:5
161:23 169:21 183:24
190:2 207:20 211:3,18
221:15,16 227:20
243:25 246:14 252:16
**ma'am** 204:3
**MBA** 59:23 61:6
**me** 3:12 4:3 5:15 6:5,19
8:19 15:3 20:11,13
25:23 29:18 33:11
35:20 36:15 39:6 42:8
50:1,9 53:9,13 58:13
59:14 66:24 69:15
74:24,25 76:21 77:3,14
78:15,22,25 80:20
83:15 86:2,3,12 87:3,24
107:17 109:15 110:12
110:14 111:1 113:1
114:6 121:21 122:17
123:2 124:18 126:24
127:6,16 129:14 132:9
137:24 139:16 142:1,9
142:9 148:15,17 158:15
161:7,8,15 162:4
163:20,24 166:17
167:18 169:16 181:14
181:22 185:18 198:1
204:5 206:2 209:11
210:24 211:15 212:4

214:13 219:6 220:7,20
222:16 223:9 228:16
230:25 235:19 237:12
239:20 241:9 242:20
243:13 246:19 248:11
251:14 252:17
**mean** 7:24 12:2 33:5 39:1
40:7 48:11 49:5,22
51:25 54:16,16 55:2
60:1 69:8 70:3,6,7
77:11 86:1,14 87:5
102:25 108:5 111:18
112:21 114:11 123:2,3
123:8 128:24 129:2,4
133:23 156:11,13 181:6
196:10 202:11,14
214:18 218:21 220:22
224:4 226:12 228:21
232:16 236:1 240:1
249:7
**meaning** 20:7,7,8 27:20
34:14 38:8 53:5,6 55:9
80:24 128:2 165:20
166:3 181:3 232:21
233:8
**meaningful** 6:16
**meanings** 161:18
**means** 14:10 69:16 70:14
79:20 87:8 107:11
108:6 109:19,24 110:10
114:3 117:9 158:8,24
159:6 160:1,4 162:2
172:16 176:6 177:14
178:19,24 214:5 222:8
223:2 231:13
**meant** 23:8 69:13 107:4
123:7 126:15 132:2
167:15 236:3
**measure** 37:22 178:1,2
179:23 214:8 215:7
216:19 226:17 245:24
**measurement** 224:6
232:16,24
**measures** 226:18
**meat** 150:5
**mechanical** 75:10 76:15
76:24 81:19 87:7 91:2
94:12 96:23 99:8 117:8
117:17 182:10,13
183:21 194:23,25
209:21 210:6 214:7
**medical** 61:21,25 138:13
**medication** 228:8
**meet** 27:25 195:7 209:1
**meeting** 201:9
**meets** 195:10
**Mellon** 200:14
**membered** 176:7
**memory** 193:24
**mention** 41:24,24 71:23
117:25 176:17 206:15
213:14 221:11 244:6,8
**mentioned** 12:10,12 13:6

17:7 72:5 157:9 208:23
211:24 213:4 214:12
225:19 234:18 243:24
245:7,12 252:6
**mentions** 168:18 244:9
**merit** 32:9
**met** 28:8 210:19
**method** 235:11
**methods** 89:19
**methylene** 193:10,12
238:21
**meticulously** 35:11
**Michael** 2:7,8 192:13
247:12
**microphone** 62:3 243:7
**midblock** 82:7 87:13,23
90:24 97:14 152:24
153:4 169:1,13 173:25
177:5 186:1 203:7
**midblocks** 51:22 177:2
181:9
**middle** 1:1 14:24 144:1
173:17,18 203:10
**midpoint** 209:5
**might** 6:24 8:23 25:3
39:15 49:3 50:3 51:5,7
51:14,20 52:14 106:10
128:12 138:20 156:12
156:13,13,14 170:11
179:9 186:13 189:20
195:8 224:2,21,21,22
224:22,23 225:14,15
229:21 230:24 249:20
**Mike** 3:17,18 51:21 188:6
240:9 252:6
**mill** 103:24
**million** 70:7,9 81:16
108:18 118:1,3,4,5,6
229:20
**mind** 6:15 14:17 36:16
46:23 133:16 152:14
223:25 248:5,16 249:22
**Mindi** 2:3 3:13
**mineral** 17:3 41:8 55:15
55:22 71:7 72:12,13
106:2,6 111:10,13,18
111:19,19,21 112:1,1
113:5,22 116:12,14
120:1 137:21 138:3
210:3 225:7
**mineral-based** 111:16
**minimum** 195:7
**miniscule** 227:20
**Minor** 60:5
**minute** 49:2 95:3 130:11
140:4 178:3 184:5
236:20 245:11
**minutes** 36:17 57:10
88:25 89:1 187:17,20
231:3 235:9 240:25
**missed** 252:14
**Missouri** 146:14,16,18
147:23 148:10 149:13

178:11
**mistake** 13:11 20:14
206:10
**mistakes** 25:23
**mix** 151:2
**mixed** 9:4 41:8
**mixing** 79:14,15
**mixture** 85:21 131:14
155:1 202:2,20 203:7
209:11,13
**mixtures** 224:15,16
**moderate** 71:12
**modification** 55:20
**modifies** 69:21
**modify** 40:10 56:2
**mold** 83:24 84:3
**molecular** 71:12 152:18
152:18 179:9,14,15,16
179:22 180:1 229:5
230:10 232:23
**molecule** 152:15 154:13
155:22 176:9 177:9
178:10 179:8 192:12,16
193:6
**molecules** 79:17 177:10
**molymers** 94:9
**moment** 44:15 72:14
83:14 110:13 124:24
189:22 223:9 225:21
**money** 224:19
**monomers** 154:9,19,23
154:25
**Monte** 60:18 61:11
**mopped** 183:10
**more** 6:16 7:11,17 10:22
11:21 21:14 22:23
23:17 26:16,18 27:1
30:24 34:25 35:12 50:2
50:12,16 51:23,25
52:11,20 54:4,14 68:21
77:25 81:21 85:21
88:10 91:15 93:2 95:24
98:11,14 101:25 103:23
104:11 105:1 122:7
129:15 130:10 131:17
131:19 138:13 139:17
155:1 156:15,18,23
157:1 159:17 161:7
162:20,21 165:24
169:25 174:11 191:18
199:10 202:3 204:19
205:3 206:4,13 207:3
207:25 208:1,11 212:4
212:24 213:9 215:4
216:11,23,25 217:1,3
217:19 228:25 233:22
234:1 235:8 240:25
242:8 244:20,20 249:20
250:13 251:2,3
**morning** 3:3,9,16 20:4
23:10 35:19 58:25
104:8 105:10 106:20
108:3,8 117:2,25

162:25
**most** 22:13 50:8 52:25
86:25 101:15 108:8,9
108:16 195:21 200:17
200:21 202:5 207:20,23
214:11 225:17 232:22
**mostly** 59:11 131:12
138:7
**motion** 46:17,18 52:14,21
56:25 173:25
**motive** 53:9,9
**move** 15:10 37:25 48:21
57:12 62:3 79:18 134:2
134:18 149:14,17
173:24 192:8 214:23
**moving** 192:10
**Mr** 2:17,18,18 3:9,16,21
3:21 4:5,12,14,18,21
5:3,6,12 6:21,22 7:2,5
7:15 9:2,10 10:7 11:13
11:18 12:20 13:7 14:20
15:1,10,12 29:19 30:7
32:10,14,17,18,25 33:7
34:9 35:5,10,17 36:4,5
36:11,15,19,20,21 37:5
41:3,19 42:8,9,11,19
43:5,15,19,24 44:8,11
44:25 45:4,14,24 46:2
46:21 47:15,18,20
48:10,17,19 49:10,14
52:16 53:2,17,23,25
54:2,8 55:20 56:16,17
56:18,19,20 57:9,13,15
57:18 58:10,20,24 62:5
62:8,9 64:7,7,12 65:1,5
65:11,13,22 66:1,3,4,10
66:17,23 67:7,8,15,17
68:14,15 71:17,20,22
72:21 73:14 74:12,16
74:17 81:22 82:4,8,12
82:16,21,25 83:4 85:7
85:12 86:2,4,11 89:1,3
92:13,16,24 93:9,10,12
94:20 95:3,4,7,20 96:6
96:9 98:5 99:11,18,20
99:23 100:7,11,13,15
100:18,20,21,23 101:7
101:11,18,21 102:2,5
102:16 103:8,11,17,18
103:19,22 104:2,22
105:4,6,8,10 107:17
109:22 116:24,25
120:22 121:1,5,8,18,21
121:24 122:1,4,16
123:5,7,8 124:6,17
125:1,3,8,13,23 126:5,6
126:15,18,19,23,24
128:5,8,11,13,14,17,18
129:15,17 130:5,9,12
131:21,23 133:4,11,13
133:24 134:3,20,22,24
137:2,6,8,13 138:20
139:18 140:1,2,10,11

140:19,25 141:3,5,8,22
141:24 142:3,6 143:4,8
143:9 145:4,4,7,7,10,12
146:12,21,25 147:2,4,6
147:8 148:14,19,23,24
149:15,17,18,19,25
150:2,4,7,9,10,11,14
153:12 154:6,8 156:12
156:16 157:19 158:13
159:3,23 160:14,19
161:5,14 162:11,23
163:16,22 164:7,14,17
164:20 165:1,4,6,15,15
168:2,8,14 169:24
170:10,13 171:7,9
172:3 174:3,17 176:12
177:19 187:11,17,20,24
188:5 189:9,10,23,24
192:1 193:9 195:18
196:2,6,10,13,23,24
197:8,9,14,17,18 198:5
198:13 199:10,13,14,17
200:4,8 201:12 203:12
203:19 204:9,14 206:3
206:23 207:1,8,12,12
207:24 208:4,5,6,7,7,20
209:18 210:14,15,17,21
217:22 218:2,5,10,12
218:15 219:1,5,8,10
220:7,19 221:7,24,25
225:11,22 227:12,14
229:15 230:23 231:2,18
234:14,16,16,17 235:3
235:4,7,8,13,16,17,19
236:1,9,11,13 239:4,9
239:10,12,13 241:1,2
242:10,17,25 243:9,10
243:15,16,19 244:17,18
245:1,4,5,16,19 246:2,5
246:10,13,17,23,24
247:12,14,18 248:23
249:5,12,17,19 251:4,6
251:13,15,20,23 252:1
252:3,6,12
**Ms** 3:13 36:5 100:8 200:5
**much** 22:18,18 26:16
30:25 33:13 86:25
90:22 99:21 101:25
107:20 114:2 120:6
123:2 148:16 151:25
158:22 187:15 188:16
198:21 215:17 220:12
231:16 235:14 249:18
251:12
**must** 20:1 162:14 179:3
181:8,9 185:13
**my** 3:12 9:17 10:1 17:1
25:22 31:21 33:12,18
33:23 35:21 43:18,20
53:10,14 57:1,1 58:3
60:9 70:25 71:13 72:4
75:20 79:21 96:11 98:9
102:8 104:8 106:19

108:21,23 111:21
116:17 125:13,17 126:8
126:15 127:25,25 132:7
133:16 134:3 147:13,24
149:1 170:7 172:19
173:19,20,22 177:18
179:10 180:22 185:5
188:6 189:19,25 193:1
193:13,13 194:7 197:14
198:4 200:17 209:16
210:19 219:16,17
231:14 233:4 235:20
236:7,10 240:3,15
244:7,23 245:5 246:5
248:5,16 250:13
**myself** 25:14 58:21 124:8
240:10
**M-o-n-t-e** 60:18

**N**

**N** 1:24 144:24
**NA** 145:16,17,17,18
**nailing** 102:24
**name** 9:17 39:9 50:14
58:1,2,3,3,8 132:4,9
146:7,8 176:4 188:6
191:5 193:12,13 199:25
200:1 212:24 227:8
**named** 29:24 30:1,5
141:4 176:2
**namely** 9:21
**names** 107:19 123:16
153:18
**naming** 26:12 131:24
132:9
**naphtha** 73:2,4,10
**naphthalenic** 225:15
226:6 233:24
**naphthenic** 55:13,15,21
71:5,6 72:11,15,19 73:8
73:12,19,23 105:22
106:5,7 111:3,9,14,20
113:4 116:2,11,13
137:20 180:4 224:10
226:2
**narrow** 22:16,23 38:5
46:25 125:12 161:7
197:23 206:9,13 207:25
208:2 242:9
**narrowed** 37:14 46:24
67:23 154:1 201:17
218:20
**narrower** 198:21
**narrowing** 47:22,25
**narrowly** 206:4,5 208:7,9
228:25
**Natta** 60:20
**natural** 17:7 184:17
**nature** 149:19 186:23
200:11 235:25 245:6,8
245:12
**nauseam** 190:2
**necessarily** 8:22 37:4

51:12 73:24 78:21,23
229:24 234:6
**necessary** 29:11 35:14
49:12 81:3 87:13 93:8
98:8 167:13 191:14,22
213:20 219:23
**necessitate** 192:10,12
**necessity** 113:2 213:18
**need** 7:22 16:14 37:14
42:22 43:13,15 48:14
70:22 78:12 94:12
98:14 105:15 117:15,19
125:18 134:25 138:10
159:25 180:9 185:1
191:23 213:23 218:24
220:12 226:7 250:3
**needs** 28:22 58:14 183:10
210:20
**negligible** 210:12
**never** 41:11 110:9 240:18
249:21
**new** 19:4 34:6,13,13,17
34:19 41:22 59:24 61:7
99:13 125:4,4,20,21
151:20 152:2,2,5,5
176:5
**next** 6:3 30:3 76:3 111:7
111:25 167:18 182:18
191:12 205:9
**night** 15:3,4 26:17
**nipples** 62:1 118:9
**no** 1:5 3:5 4:1,25 5:9,12
10:17 13:10 14:19
36:19 38:14 40:11,11
41:23 44:21 45:25 48:3
50:21 51:11 55:9 57:12
66:7,8,25 74:15,25
77:15 84:2,4 85:3,11
91:8 92:1,1,18 93:6
96:8 100:1 105:24
106:18 110:1,3 113:11
117:8 121:5,14 124:9
124:13,13,13 126:9
127:4,8,16,17,19,20,22
128:4 129:3,8 131:10
138:22 139:16,18 142:6
144:5 145:14,15,16,16
145:17 148:15 150:9
156:22 160:13 167:18
172:7,19 174:7 175:8
176:20 177:23,23
182:24,24 184:16,25
187:11 188:20 189:19
192:14 196:6 199:14
201:10 206:12 211:12
211:24,24 213:11,15
219:7,13 220:2 221:11
222:6,24 232:21,21
233:7 234:14 236:3
238:4,22 239:9 241:15
242:1,8,10 243:1 245:7
246:10 247:4 248:23
252:12,14

**nomenclature** 50:17
123:14 124:3 153:13,16
**non** 116:16
**nonaromatic** 37:10 38:21
39:5 72:6 73:23 106:24
107:9 109:14 112:22,23
113:10 117:13 120:11
175:3 177:21 186:13
226:3,16 227:9 232:7
232:11,16,17 233:1 250:17
**none** 34:11 70:25 71:13
79:3 107:4,22 147:6
160:2
**nonetheless** 250:21
**nonolefins** 71:11
**nonSEEPS** 238:10
**non-aromatic** 52:19
**non-silicone** 96:16
**noon** 99:24 100:1
**nor** 34:1 165:23
**normally** 72:7 73:5,12,23
79:5 107:2,13,14,16
108:13 131:25
**North** 1:16 60:19 144:16
**not** 5:10 8:22 10:17,18,19
11:7,11 12:13 14:13
15:3,18,20 16:8,24 17:3
19:6,7,14 20:12 21:17
21:18,24,24 22:20 23:5
23:10 25:6,13,21,24
26:2 27:24 28:5,21,24
31:1 32:4,5,19 33:12,13
34:1,11,15,16,22 35:5
35:13,22 36:24 37:2,4
38:17,18,20 40:7 41:2
41:24 42:10 43:13,18
45:16,18 46:4 48:5,6
49:21,24 50:25 51:12
53:4,5,12 54:2,6 57:5
58:22 65:7 67:3 72:2,3
73:14,23 74:15 76:12
76:19 79:22,25 80:1,20
81:4,6,21 82:9 84:3,11
86:25 89:2,13 90:5 91:6
91:13,16,18 92:1,1,3
94:5,6,14,22 95:6,12,18
96:16,18 97:5,13 98:21
102:10 103:5,19 106:7
107:2,16 108:4 109:7,8
110:1,3 112:11 113:9
113:23 114:7,8 116:4,6
116:21 117:10 120:12
123:11,13 124:6 126:21
127:8,20 129:2 131:8
132:15,22,25 137:23
138:6 142:22 152:2,2
152:15,15 153:4,13,19
155:6 158:20 159:1,1
159:12 164:23 165:1,22
167:10,11,11 168:19,20
169:10,21 170:1 171:24
172:4,7 173:3,5,13,15
174:7,14,18 175:8

176:20 177:7 178:14,24
179:6,8,12 180:5,5,11
181:10 182:24 183:4
184:16,25 185:3,8
186:1 187:9 189:11
192:23 193:1,2 195:2
196:20 197:6 202:12
206:2 207:24 208:23
209:6,24 210:12,22
211:2,10,14,24 212:13
213:14 215:17,24
217:20 218:3 219:4,13
219:16 220:5,6,20
221:16 222:4,18 224:2
224:8,20,21,24 226:11
227:24 228:1 229:9,10
229:22,23,24 230:22
231:7,9,10 233:5,11,15
233:25 235:20 236:7
237:8,14 238:13,21
242:2,15 244:7,23
245:13,23 249:1,24
250:20 251:10,24 252:9
**Notary** 1:21 144:21
**note** 8:4 10:11 137:5
148:18
**notebook** 145:19 239:2,5
240:2,2,17
**noted** 244:25
**notes** 137:5 198:4 240:21
**nothing** 81:16 176:8
**noticing** 99:23
**novel** 19:5 197:24
**now** 13:16 36:13 39:1
46:10 51:17 53:20 55:4
68:5 80:7 81:18 85:5
99:20 107:25 109:17,21
111:11 123:17 124:9
137:13 138:18 148:6
151:8 153:24 154:3
155:11 157:4 159:18
165:19 167:2,7 168:2
169:11 171:2 172:9,21
174:8,23 176:19 177:19
178:1 179:19 181:12
183:11,24 195:1,23
202:4 205:1 206:5
211:14 219:25 220:13
220:19,24 222:11
236:19 249:10
**nowhere** 49:17,18 70:23
**number** 147:16 161:18
177:15 178:21 179:2,2
193:14 194:17 195:3,16
196:5 198:10 203:15
214:10 222:24 223:15
231:22,23 239:15
249:10 250:7
**numbers** 211:22
**numeral** 86:8
**numerical** 195:24
**numerous** 166:15 203:15
**N-a-t-t-a** 60:20

**O**

**object** 125:24 197:18
**objection** 101:7 126:4,18
128:7,16 130:6,12
133:4 141:5 147:5
150:8 197:21 208:4
210:14 239:9 246:10
**objective** 114:9 177:4,7
**obtain** 59:9 61:5 181:23
**obtainable** 194:9
**obtained** 59:15 60:7
**obvious** 92:2,4 99:10
**obviously** 6:3 50:6 57:5
58:10 67:6
**occasionally** 64:16
**occurred** 34:7
**occurring** 15:3 34:8
**of** 1:1,10,12,21 2:14 3:10
3:22,24 4:3,12,22,23
5:4,10,24 6:11,12 7:7
7:16,20,22,23 8:1,3,4,5
8:7,16,21,24 9:2,3,18
9:20 10:6,17,24 11:7,21
11:24 12:19,25 13:2,3,4
13:5,7 14:1,3,3,5,6,7,12
14:15,24 15:7,14,16,24
15:24 16:2,3,5,12,17,19
16:21 17:2,5,10,13,15
19:1,2,3,4,6,18 20:1,8,9
20:16 21:2,2,10,16,22
22:5,19,22 23:13,21,25
24:2,22,22,22,22,24,25
25:1,1,2,10,25 26:2,8
27:5,6,9,10,16,19 28:2
28:20 29:8,9,13,13,14
29:16,17,18,21 30:15
31:12,16 32:12 33:2,16
33:16,24,24 34:11,19
34:22 35:9,14,21,25
36:22,23 37:1,8,19,22
38:7,15,20,21 39:4,7,8
39:11,14,15,17,22
40:15,17,17,20 41:6,24
41:24 42:2,3,5,6,10,11
42:13,13,25 43:4,4,10
43:15 44:1,3 45:1,8,11
45:15 46:5,5,7,16 47:6
47:7,8,10,21,22,25 48:1
48:1,1,8,25 49:7,11,12
49:16 50:5,9,23,23 51:5
51:6,9,18 52:12,14 53:5
53:6,10,11,12,20,23,24
54:1,14,23,24,25 55:1,5
55:5,20 56:3,5,6,7,7,24
56:24 57:5,11,19 58:13
58:17,22 59:8,12,13,23
60:3,10 61:18,24,24,24
62:2,13,14,17 64:1,3,4
64:5,9,20,22 65:3,6,10
65:17 66:21,25 67:2,2,9
67:9,16 68:2,6,13,21
69:4,6,11,13,16,17,22
69:24 70:1,11,14,16,16

70:18,19,21,23,24,25
71:8,12,13,15,19 72:5
72:10,13,17,23,25 73:1
73:5,6,6,15,16,25 74:1
74:2,3,8,19,23 75:1,8,9
75:10,14,18,25,25 76:6
76:7,8,9,10,11,13,15,17
76:21 77:12,24,25 78:2
78:3,13,16 79:3,8,15
80:7,12,17,19,24 81:3,7
81:9,15,20,21 83:15,17
84:1,3,5,9,21 85:13,20
85:21,21,23 86:11,15
86:18,19 87:2,3,6,12
88:5,10,13,20,21 89:2,5
89:20,22,25 90:1,18,19
90:19,20,23,24 91:3
92:7,14,21,25 93:2,4,14
93:24 94:3,3,8,8,9,11
94:13,24 95:1,10,14,15
95:16,17,21 96:11,24
97:3,8,12,13,15,23 98:1
98:19,23,23 99:1,6,10
100:25,25 101:1,5,8,9
101:12,13,13,22,23
102:1,7,11,13,14,23
103:13,24 104:9,13,16
104:16,24 105:7,8
106:9,13,14,17 107:4
107:12,17,21 108:1,8,8
108:9,10,23 109:22,24
110:5,6,8,13 111:3,4,14
111:16 112:2,8,25
113:2,3,12,13,13,15,17
113:20 114:13 116:8,13
116:20,20 117:5,6,7,8,8
117:10,10,11,12,13,21
117:23 118:10,13 120:9
120:10,14,15,16,18,21
121:23 122:14,25 123:4
123:7,10,12,14 124:14
125:6,7,7,24,25 126:9
127:11,12,19 128:12,15
129:23 130:3,10,20,22
130:22 131:2,5,12,13
131:15,24 132:6,6,8
133:3,8,14 134:11,23
135:3 137:18 138:1,2,5
138:18 139:15,23
140:10,13,15,20,21
141:9,12,20,20,22,25
142:2,10,18,20 143:1
144:1,10,12,21 145:1
145:14,18,19 146:16,17
146:19,19 147:13,14,16
147:22,23,23,24,25
148:2,4,7,9,12,21,24
149:2,9,11,13,15,19,19
149:20,23 150:5,20,21
150:23 151:1,8,10,11
151:19,19 152:1,4,4,5,7
152:11,18,21,25 153:1
153:4,7,8,10 154:2,5,9

154:15,21,22,24,25
155:7,9,14,15,18,20
156:2,3,4,19,20 157:14
157:14,16 158:1,3,6,8
158:10,13 159:6,8,11
159:12,13,13,16 160:1
160:2,3,9,10,21,21
161:18,20,20,22,25
162:3,13,15,18,20,25
163:2,8,13,14 164:2,9
165:7,18,23,24 166:3,9
166:9,16,17,18,24
167:5,7,8,12,14,17,19
167:20,21 168:1,1,5,17
168:22 169:5,8,13
170:12,19,20 171:1,9
171:10,11,22 172:5,24
173:2,3,4,13,14,16,17
173:18,18,25 174:4,4,9
174:9,11,18,20,20,24
175:9,19,21,24 176:1,4
176:5,17,24 177:2,3,7
177:15,23,24 178:3,8
178:13,16,17 179:9,15
179:17,17,19,20,22,24
179:25 180:1,9,12,14
180:17,21,21 181:7,13
181:15,20,21 182:1,4,7
182:9,12,20,23 183:8
183:21 184:6,21,21
185:12,12,17,21 186:3
186:11,12,14,23 187:4
187:5,15 188:8,13,15
188:19,21 189:1,4,8,15
189:20 190:7,7,13
191:5 192:3 193:2,4,16
193:18 194:4,10,17,17
194:19 195:9,9,10,12
195:13,16,16,18,21
196:15,16,22,25 197:1
197:21 198:1,3,10,23
200:11,11,17,21,21,25
201:4,8,22,24 202:2,2,3
202:5,8,9,13,13,20,23
203:10,14,17,18 204:6
204:22,23,25 205:4
206:11,14,15 207:1,17
207:17,20,21,23 208:15
209:2,3,8,11,17,19
210:2,3,3,8,19 211:9,9
211:10,13 212:1,3,3,20
213:4,5,6,18,18 214:3,5
214:9,10,21,25 215:4,8
215:12,12,16,20,22
216:3,5,7,19 217:8,12
217:15 218:11,15,21,23
218:24 219:12,12,15,23
219:24 220:8,22 221:1
221:8,13,18 222:11,16
222:18,21,22,23 224:14
224:16,18,18,25 225:4
225:7 226:5 227:24,25
228:9,12,14,22,22,23

229:1,3,3,4,7,13,15,16
230:2,6,9,10,12,14,21
232:16,25 233:1,12
234:2,23,23 235:14,25
236:20,21,25 237:5,6,8
237:9,18,22 238:11,13
238:16,17,22,23 239:5
239:14,15,20 240:3,3
240:12,15,19 241:4,9
241:11,15,24 242:5,5
243:18,21,23 244:4,9
244:13,14,15 245:6,6,8
245:13,24 246:16 247:4
247:5,5,10,11 248:2,4,5
248:12,12,14,16,17,20
248:20 249:10,12 250:2
250:2,7,13,14,14,21
253:3,5
**off** 53:8 183:10 197:3
224:11
**offer** 165:9
**offers** 31:16
**office** 3:14 13:8,13,17
22:15 23:4,8 27:22 28:7
29:3,23 30:12,12,18,20
31:8,8,14,19,24 32:6,8
32:11,14,15,16 34:15
34:21 35:4,6 121:11
122:10 124:17
**off-the-shelf** 41:8 140:21
**often** 33:12 229:12
**oh** 56:19 74:21 77:16
89:14 90:14 97:11
113:9 114:4 117:2
121:7 168:24 172:25
185:7 191:20 192:13
206:22 216:2
**Ohio** 1:7,7 2:10,10 3:4,5
3:19 9:12,20 10:8,13
12:16 13:11,23 14:11
15:25 17:1 19:8 22:23
23:2,11,12,19 25:3
29:13 30:13 31:4,5 33:2
35:3 36:12 37:2,5 56:4
63:7,11 65:2,15 71:23
76:6 81:11 93:20 96:11
97:5 98:20 129:22
132:15 133:18 144:7,7
145:5 172:10 185:18
196:10,12 249:2,4,6,8
**oil** 8:14 9:5,6 10:16 12:3,9
16:4,14,18 17:3 19:1,9
23:24 24:1 38:21,22
41:8 49:14 54:18,23,25
55:2,16 56:8 68:1 69:5
69:7,9,9,13,14,16,20,21
70:5,8,10,12 71:25 73:6
73:20,23 74:20 75:13
76:3,7,10,17,22 78:7
79:25 80:23 81:4 83:16
83:20,23 84:1 85:2,10
105:20,23 106:2,6,25
107:3 108:15 109:6,6,7

109:8 110:2,3,5,7 112:2
112:18 113:12 117:5,7
117:22 120:1 138:9
177:14,17 179:25 180:4
180:8,10,16,25 181:4,8
182:22 183:6,7 184:13
184:15,22 185:11,17
186:10 187:3 210:3
221:14 222:18 223:5,11
223:20 224:16 225:6,13
226:14 227:17 229:7,9
230:9,16,17,19,22
231:7,9 232:18,19,24
234:2
**oils** 11:1 14:8 49:15,17,19
54:21,21 55:6,13,14,22
69:11 70:24 71:4,5,7,10
71:13 72:5,8,12,13,16
72:18,19 73:9,12,13
74:1 75:3 77:25 78:1
79:3 80:9,16 81:7,12
83:14 86:18 105:17
107:4,13,16,21 108:10
110:23 111:4,10,12,13
111:18,19,20,21,24,25
112:1,2,15 113:5,6,20
113:22 116:2,12,14,20
117:12,20 120:10,10
137:21,22 138:1,2,3,4,8
174:24 176:23 184:4,18
185:1,6,7,8 186:5,12,18
186:20,22 187:9 221:18
221:20,22,25 222:1,5,6
223:22 224:5,9 225:4,7
225:18 226:2,16 227:25
229:5,12 232:4,17
233:13,24,24
**okay** 4:13,20 5:8,15 9:9
35:16 36:9 43:19 45:5
47:15 54:8 55:19 58:20
62:6,8 66:23 68:23
74:16 75:23 77:16
78:18 82:14,24 83:13
85:5,23 86:7 90:11 92:2
92:5 93:10 97:11
100:14 104:7 105:5,6
105:13 106:19 107:25
108:22 109:2,5,21
112:7 121:17 122:1
123:23 124:5 126:15
127:4,9 128:4 132:1,11
132:18 133:2 137:1,5
139:23 143:3 148:23
149:18 150:2,4,7
162:13 163:15,22,23
164:25 171:20 176:11
190:16,20 191:1,6
193:8 197:17 198:18
199:9 204:8 213:16
216:15 217:17 218:13
219:5 223:18 225:23
228:18 229:11 231:17
235:3 242:23 245:11

246:7 248:25 249:11,14
252:3,16
**old** 99:13 113:22
**olefins** 149:2
**oligomer** 106:9,13
**oligomers** 71:8,10 106:14
106:17
**omit** 233:21
**omitted** 42:12
**on** 4:10 5:17,21 8:21,22
9:3 11:8 12:25 13:2,4,7
14:17 15:21 20:15
21:17,18,19 22:4,6,22
24:16 25:20 29:17 30:3
33:2 37:25 40:12 41:9
47:13 48:21,23 51:11
52:11 57:12 60:9 61:22
61:23 67:21 68:15,25
68:25 70:5 71:1,1,18
73:11,24 74:3,13,21,22
77:17,18 78:19,22 80:9
80:12,13 81:15,25 82:1
85:10,15,15 87:20,22
87:24 88:8 90:10,17
91:4,9,19 92:12,22 93:5
93:13,16,99 24 101:19
103:21 104:23 108:7,10
112:4 118:7,8 120:21
121:11,19 122:2,3,19
123:1,1,11 124:2 128:14
129:12,22 134:2,18
137:17,25 139:4,4
140:10 141:16,25 148:6
149:1,14,17 152:2
153:6 154:2 157:22
159:25 162:24 163:17
164:15,24 166:22,22
167:21,25 169:3,11
173:23 175:5 177:24
179:3,7 180:5 182:4,11
182:18,18 183:19,22
186:13 189:19 191:23
192:4 197:18 198:13
200:19 202:18 203:15
204:10,24 207:20
208:18 211:2 217:21
221:10 223:5 225:6
227:9 230:8,9,10,11
231:9,19,21,22 232:8
234:25 235:21 237:19
239:6,12,15 240:23,23
241:7 242:18,22 245:19
246:14 248:1,6,9
252:15
**once** 14:23 41:18 46:15
161:24 162:7 203:8
212:5
**one** 5:15 8:19 10:17 14:7
16:5,12,17 19:1,6 20:8
21:2,22 22:5,8 23:17
26:8,18 29:8 31:2,3,7
34:3 35:14 36:24 39:4
39:14 40:19,20,22 42:2

42:3,6,20,25 43:10,17
44:1,22,22 46:7,16
48:12,25 49:12,20 50:5
50:10 51:10 52:12 53:7
53:7 54:14,24 56:6,7
63:25 64:4,9,22 65:3,6
65:17 68:20 69:6,16
70:1,20 71:20,24 72:4
72:12 73:15 74:19
75:18 76:4,5,8,19 77:25
78:1 79:3 80:24 81:25
82:4,12,25 84:21 85:20
85:23 86:8,11,20 87:3
88:9,9,10,21 89:19,21
92:25 94:2 95:15 96:17
98:1 99:10 100:25
101:4,8,15,22 102:19
103:11 104:16 107:14
107:21 108:19 112:21
113:20 116:3,9 117:15
123:4,9 125:25 126:21
129:7 130:19 132:6
134:14,23 137:17,18
142:8,15,17,25 150:20
151:19 152:21 153:12
154:15,19,22,24 155:1
155:2,14 157:12,15,16
157:24 158:2,5,6,6
159:12,12 161:11 162:3
162:20 163:18 164:1,11
165:15 166:10,16,22
167:7 169:25 170:14,17
173:23 174:3 176:4
177:6 180:2,3,24
181:21 182:19,24 183:9
185:20,24,25 186:1,3
187:5,7,22 188:14
189:15,20 190:1 193:4
193:6 194:5,17 195:9
197:9,22 198:9,20,25
202:2,9 203:14 204:20
204:25 207:3,25 209:1
212:1,20 213:23 214:16
215:25 216:2,5,9,18
217:20 218:19 221:17
223:24 224:7 225:10
226:24 227:3,4,12
228:21 229:2 231:11
232:6 234:25 235:21
237:7,8,9,16 244:1
246:14 248:2,6,9
249:19 250:4,13
**ones** 62:11 109:3 223:23
224:14
**one-millionth** 39:2
**one-thousandth** 39:3
**only** 15:16,25 21:6 31:7
32:16 38:15,16,20 48:5
55:16,22 67:4,24 71:24
112:22 134:12 138:11
160:12 165:18 167:3
170:14,16,24 171:23
178:1 187:22 192:25

194:9,11 205:1 218:12
218:13 220:20 225:5
232:25 235:1 243:21,25
245:1 246:4
**oops** 207:3
**open** 31:20 31:20 139:24
139:25
**opened** 31:25
**opening** 4:7,9,15 5:19
7:20,24 31:13 36:12,23
151:9
**operating** 225:1
**operation** 148:2
**operational** 180:13
188:24
**opinion** 21:16,22 72:4
75:20 79:21 172:4,19
177:18 180:23 205:20
208:9
**opinions** 5:13
**opportunity** 249:21
**opposed** 52:15 95:22
116:15 138:2 152:9
167:2 172:2 199:6
221:4 231:13 232:21
234:2
**opposing** 7:3 246:8
**opposite** 22:21
**optimization** 60:10
**or** 6:9,19 7:9 11:17 20:21
20:23 23:6 24:2 25:6
27:1,6,9,17 30:23 31:17
31:17,18 32:13,19 33:9
33:14,19 34:4,7,8,12
36:13 37:2 38:13 40:18
42:16 43:14,14 44:9,13
45:1,10,15,17,18,25
46:17,19,24 48:2,4,24
52:20 53:7,8 54:14 56:3
56:25 57:1,2,6,8,10
61:22 64:17,17 65:15
66:5 67:11 68:21 69:5
71:11 75:6 76:10 77:25
78:4,15,23 85:20,21
87:10 88:9,10 89:1
90:14 92:18 94:22
95:22 97:23 99:13,21
102:16 103:3,3,4,7
107:1,1,7,8 108:8,18
109:6,13,14 111:15
112:22 113:16 116:21
118:5 120:7 121:18
123:16 124:6 125:1,4
125:19 130:2 131:11,11
131:18,18 133:9 138:4
138:9,9,10,13 139:1
140:14 141:20 148:16
152:18,21 153:4,7
156:4 157:17,24 158:14
162:5,9,20 165:24
167:3,13 169:13,18,21
173:22 174:1 175:3,10
175:15 176:4,9 177:3

177:20 179:4 180:4,7,8
181:23 184:7 185:12
186:13,16 189:21 190:4
190:22 195:17 198:14
200:5,16 202:2,3,17
203:4 207:21 210:6,21
211:2 212:7 216:10,11
216:23 218:3 219:11
221:8,9 222:1,4,9,22
223:20,23 224:5,6
225:8 226:18 227:9,9
227:20 228:8,9,15
229:6,9,10,21,23
230:13 231:8,16 232:17
232:18,23,23 233:14,24
234:7,16,18,25 235:8
235:21 236:2,8 237:9
237:16,20 238:10,11
240:20 242:20 243:22
244:4 246:1 250:1,13
251:2
**orange** 8:11 182:2
**orangish** 8:12
**order** 3:1 10:24 13:15
16:15 38:10 48:15
54:24 69:12 76:23 98:5
98:15 103:13 180:8
181:7 187:2 188:23
192:12 221:9 223:16
**ordinance** 62:2
**ordinarily** 46:1 101:14
**ordinary** 8:1 14:7 16:5,12
16:17 19:2,7 20:7,7,8,8
21:2,23 22:5 26:8 27:16
29:8,9 35:14 38:8 64:5
64:9,23 65:3,6,15,17
69:6,16 70:2,21 73:15
74:19 75:18 76:9 80:24
80:25 84:21 85:23
86:12 87:3 88:21 94:3
98:1 99:10 101:1,8,13
101:22 102:11 104:16
123:4 125:25 151:10
181:21 186:3 187:5
189:20
**orient** 7:5
**original** 43:8 60:19
212:11,14,15
**originally** 10:12 42:1
120:19 124:11,16,19
125:19
**originate** 189:11
**originated** 189:12
**orthotic** 62:22 229:1
**other** 3:24 7:10 8:19 9:10
21:12,20 22:8 27:14
28:17 34:4 35:25 48:4
54:22 59:21 61:5 72:5
74:18 79:8 80:5 82:18
85:8,9 87:12 89:21 90:9
90:11 91:1 92:17,20
95:1 96:6 99:5 106:25
108:19 122:22,23

131:16 134:14 138:2,8
138:15 152:9,24 156:22
156:22 157:17 160:13
167:3 168:21,22 169:5
173:20,22,24 174:14
177:10 181:19 182:21
186:17 195:2,6,15,19
195:20,25,25 201:9
205:3 208:2 215:5,25
218:6 220:11 221:13
224:14,15,17,18,18
226:6 228:6 229:20
230:13 232:6,18 235:21
237:7,9,16 241:10,18
242:2,5,19 245:14
**others** 207:13
**otherwise** 57:6 165:2
**ought** 160:5
**our** 3:14 4:6,14,16,18
8:15,15 14:14 24:4
26:17 36:2,14 45:15
55:25 73:4 92:8 96:19
100:1 101:24 134:9,15
134:15 137:3 169:6
179:24 180:8 246:4
247:15 251:15
**out** 5:4 6:6 12:19 14:3
15:6,13 22:16 41:5
51:17 58:15 84:3 94:8
95:16 100:9 102:6
110:5 112:2 113:12
117:1,16 120:8 125:11
130:22,22 132:16
138:14 152:20 154:22
154:25 159:18 175:2,13
178:22,23 183:8 188:14
192:22 201:8 212:13
215:16 225:16 230:24
231:1 233:20 248:3,20
**outcomes** 158:1
**outlined** 92:21
**outside** 97:23,25 187:21
**over** 4:11 10:7 12:22
20:10 30:23 63:17 64:3
120:22 126:17 128:9
158:3 173:20,21,24
192:11 215:5 232:6
235:24 237:7
**overall** 240:13 242:3
**overcome** 40:10 55:18
**overly** 14:1
**overrule** 210:16
**oversee** 148:2,3,4
**overview** 6:12
**overzealous** 113:24
**owner** 32:2,2
**OWW** 46:1 172:17,19
186:6,9
**OWW's** 95:8 186:18
250:16

——————————
**P**
——————————
**page** 17:14 29:21 32:19

32:20 67:20,21 75:25
90:10 93:13 114:12
118:12 121:20 122:2,3
122:9,9 126:13 135:2
140:2,5,10,15 141:23
141:25,25 148:7 153:25
172:11 185:16 239:14
239:15,18,20 252:4
**pages** 1:12 120:18,25
144:12 252:10
**par** 69:10
**paraffinic** 55:13,14,21
71:5,6 72:11,15 73:8
105:19 106:1 107:1
108:15 109:7,8 110:2,3
110:7 111:3,8,14,20
113:4 116:2,10,13
137:20 180:4 224:10
225:13 226:2,5 233:24
**paraffins** 71:12
**paragraph** 55:17 71:21
72:1,6,10 79:4 88:1,3,4
88:22 105:11 137:15
140:11,18 141:25
167:25 168:6 170:15,24
170:24 171:2,15,16,22
182:17,18 184:1 204:16
241:14
**paragraphs** 167:16 183:1
244:25
**part** 4:12 7:23 11:8 37:22
53:20 66:21 75:1 89:25
90:1,9,11 103:15
124:21 127:11,12
139:10,11 189:19 190:6
197:1 213:3,5 216:4
217:7 218:1 219:16
224:1,2 238:22
**parte** 31:5
**partial** 46:17
**participate** 36:6
**participated** 249:9
**particular** 6:6 24:23
39:10 42:18 44:4,21
46:18 48:3 72:9 74:13
95:1 101:9 102:9
104:23 107:10 126:20
137:14 148:17 153:18
158:21 165:20 167:8
169:6 171:12 181:3
193:19 195:13 196:14
215:11 218:20 226:11
227:4,17 229:7 232:16
233:3,8,16,17 241:14
**particularity** 244:3
245:10,14
**particularly** 6:12,19
29:15 35:22 71:2 89:6
96:3 102:23 139:17
151:2,3 163:1 184:2
**parties** 4:3,21 17:15
67:14,23 101:15 103:13
114:13 118:13 135:3

200:4 242:12 249:8
**partly** 88:18
**partner** 3:13
**parts** 9:5,6 27:12 37:19
69:4 70:7,9 74:18 77:24
79:8 81:16 85:20 88:9
90:2 108:17 117:25
118:2,4,5,5 178:1,2,4
202:2 210:2,3 222:22
229:20
**party** 33:21,21 94:23
**party's** 163:13
**passage** 74:14 79:1 86:10
166:22
**passages** 212:21
**past** 20:11 30:23 81:2
106:10
**Pat** 3:16
**patent** 6:8 8:6,6 10:19,20
11:5 12:9 13:1,5,8,8,13
13:17,20 14:6,6 16:11
20:9,23 21:8,11 22:15
23:4,8 26:7 27:17,17,19
27:22,22,23,24 28:7,19
28:25 29:2,3,17,20,21
29:23,25,25 30:2,5,6,12
30:12,17,20 31:8,8,14
31:19,20,24 32:1,2,2,6
32:8,11,13,14 33:9 34:3
34:15,21 35:4,6,10
37:19,22 39:23 40:18
40:23 41:1 42:1,4 45:8
50:23 51:3 53:3,18 66:7
66:8,8,9 68:7,10,13
69:17,19 70:19,22,24
71:1 73:18 75:19 76:10
76:11 77:5 78:7,8,16
81:8 84:9,10,16 85:6,13
86:5,19 87:2,3,6,17
89:3 91:4 92:11 94:4,4
94:13 97:9 98:3,7 102:2
105:9 106:21,22 108:1
108:24 109:2,3,23
110:15 120:17,20,20
121:11,15 122:10 123:5
124:6,9,12,17 125:5
126:1,8,9 137:10
138:19 142:10,23
145:15,16,16,17 150:13
150:14 151:11 161:10
162:1,15 164:21,22
165:8,18,23 166:2,9,11
167:14 168:4,17 170:19
171:1,10 173:4 181:2,8
181:13,14,15,20,22,24
182:1,7,12,20,23
183:11,12,15 187:6,9
189:14,17 193:22,24
195:19 196:16,17,18
197:11,19,22 198:19
200:24 201:24 202:13
204:2 205:3 208:15
209:20 211:9,10 212:20

215:17,19 219:12,18
220:17,18 230:3,15
236:20 241:3,4,5,10,15
241:16 243:20,20 244:3
244:6,13,16,20 245:7
245:10,17 247:16
250:21
**patentability** 31:12
**patents** 7:9,12 8:5 9:21
9:22,22 10:7,8,10,12,17
10:18 11:22 12:22,23
13:2,6 14:2,3 22:16
23:5,13 29:14 30:11
35:15 60:19 62:10,13
66:6,12,15 76:20
102:13,18 104:25
109:23 150:13,15,22,23
151:1 180:18,21 181:1
185:22,24 187:4 193:3
193:17 194:5 195:16,21
201:13 222:23 232:12
232:14 249:13
**patent's** 229:24
**patience** 93:5
**Pause** 231:4
**pay** 22:2 108:16 180:10
**paying** 110:11 140:24
**PDF** 170:5
**pen** 190:4
**pencil** 190:4
**pendent** 154:15
**penetrate** 179:20
**Pennsylvania** 200:15
**people** 10:5 103:1 108:7
133:22 232:22
**per** 9:5,6 70:7,9 81:16
108:16,18 117:25 118:2
118:4,5,5 178:1,2,4
229:20 234:25
**percent** 39:3,3,3,11 49:22
52:1,1 70:6,11 75:5
81:18 108:19 111:23
178:12,13,14,16,17
180:7,9 188:24 189:7
220:13 227:16,19,21
229:21 230:2,3 231:20
248:12,15
**percentage** 39:6 51:18
**percentages** 222:22
**perfectly** 117:5,14
**performs** 98:16
**perfume** 50:2
**perhaps** 3:24 35:24 46:5
103:10 105:1 151:25
165:9 211:14,15 226:15
250:15
**period** 154:24
**permanently** 71:11
**permeate** 17:3
**permit** 30:16 186:21
234:19
**permits** 186:9,19,20
**permitted** 57:10

**person** 27:16 40:20,25
65:15 101:13,23 102:7
103:24 104:16 151:10
176:3,3 230:14
**personally** 105:16 107:12
**perspective** 3:25 4:15
12:13 26:8 150:20
250:16
**pertinent** 34:4
**Petersburg** 10:2 62:19,21
**Petrochemical** 60:5
**petroleum** 55:13 71:5,7
72:12,16,19 73:6,9,12
73:20 74:1 105:20,23
106:2,6 108:10 110:5,6
111:4,10,12,18 112:2
112:14 113:5,12 116:2
116:12,14 137:21 226:2
**petroleum-based** 111:15
**pharmaceutical** 26:23
114:5 178:17
**pharmaceuticals** 178:9
**Pharmacopeia** 114:4
**phase** 214:20 215:1
**phenomena** 215:6
**Phillips** 28:11,11 38:8
250:11
**philosophically** 16:9
**phone** 240:5,9,24 250:1,1
**photocopy** 8:11
**phrase** 12:1,9 51:1 69:7
69:16 70:1 72:24,22
76:3 78:6 85:24 86:13
87:4 91:23 93:16 98:12
107:25 108:5 112:9,14
113:6 116:1 137:19
139:5,10 141:9 160:24
161:2 202:10 212:22
**phraseology** 73:16 91:12
91:13
**phrases** 66:5 80:22,23
94:22
**physical** 16:20,25 26:1
83:15,21 97:6 98:6,25
99:5 138:5 148:12
182:10,13 183:21
194:23,25 195:13
196:14 201:4 244:14,18
**Ph.D** 60:1,2,3,8 64:2
65:20 80:25 103:3
104:3,5 148:11,25
149:1
**pick** 94:18
**pie** 88:9
**piece** 9:2 12:15 228:14
**pigeon** 46:13
**pink** 8:11
**Pittsburg** 200:15
**Pizzo** 1:18 144:18
**place** 1:16 28:5 144:16
170:16 225:5 239:15
**places** 25:20 122:7
**plaintiff** 1:5 2:5 3:4 22:14

22:15 39:16 144:5
**plaintiffs** 5:25
**Plaintiff's** 67:11 77:3
137:10 138:19 145:14
**plant** 60:22
**plants** 60:19
**plasticization** 177:5,7
**plasticize** 181:9 185:25
186:2,13 223:6
**plasticized** 12:3 117:7
195:11
**plasticizer** 55:25 75:7
80:2 81:10 151:1,17
179:3 184:14
**plasticizers** 71:2 78:19
79:5,16,19 105:11
106:21 108:24 109:24
111:5,15 175:2 184:2
186:18 223:6
**plasticizes** 186:24
**plasticizing** 8:14 9:4,6
10:16 11:1 12:9 16:4,14
19:1,9 38:21,22 49:14
49:15,17,19 54:18,21
54:23,25 55:2,6 56:7
68:1 69:5,7,9,11,13,14
69:16,20 70:5,8,10
74:19 75:3 76:3,10,22
77:25 78:1,7 79:25 80:8
80:15,17,22 81:4,6
83:16 84:1 85:10 86:18
107:12,15 117:12,20
120:10,10 174:24
176:23 177:17 179:24
180:3,8,10,15,25 181:4
181:8 183:6,7 185:11
185:17 187:3 210:3
221:14 222:18 227:25
229:5 230:16,17
**plastics** 107:15
**play** 17:11 103:15
**pleasant** 175:15
**please** 3:7 5:16 6:21 9:16
47:19 56:11 57:17,20
58:1,8 61:8 67:20 68:12
77:6 82:19 85:19 100:6
100:10,17 110:14 130:8
132:3 133:2 137:9,12
137:25 138:17 140:7
146:2,7 150:6 171:6,8
190:6,21,24,25 191:4
192:5 199:17,20,25
206:25 214:4 217:10
244:1 245:4 250:4
251:25
**pleases** 251:13
**pleasure** 157:11
**plus** 166:19
**point** 5:17 8:2 9:15 22:8
26:19 35:23 60:23 70:4
74:4 79:9 123:15,17
127:24,25 133:13,15
137:18 154:2 169:22

170:11 176:3 178:11
197:14 203:13 233:1
240:11 249:20
**pointed** 87:25 175:2
178:22,23
**pointing** 183:8
**points** 152:25 176:17
188:14 237:20
**polybutadienes** 158:9
**polybutene** 71:8 106:9
**polyethylene** 149:3
177:12
**polyethylene-ethylene-...**
87:23
**polyisoprene** 157:22
184:18
**polymer** 8:21 9:4,5 10:4
10:14 11:24,25 12:3
14:8 16:19,24 24:2,20
24:23,23,25 25:2,4,20
26:1,2 42:3 63:4,11
64:5 65:17 69:22,24
75:4,9,10 76:8,15,22
79:22 80:17 81:14,20
81:24 83:8,9,10,12 87:8
92:9 94:7,15,25 95:2,15
96:13 97:20,22 98:9
99:1 101:5,24 103:4
122:5,6 130:15,19
138:21 140:21 142:20
145:17,18 149:20 150:1
150:20 151:1,17,19
152:8,9,17,17 153:5,8
153:20 154:15 157:16
157:18 158:8 166:18
167:5 168:19,20,24
172:2 173:6,17,19
174:1,4,4,6,8 176:24
179:8,14,18,19,22
180:2 183:3,3 186:11
186:19 193:19 194:11
195:10 197:7,10,11
198:24 200:19 201:2,7
201:7 215:5 218:9,21
230:10 232:9,11 236:21
247:1,1,2,3,24,25
**polymeric** 200:18 201:6
214:20
**polymerization** 76:17,23
86:16 89:20 130:23
131:3,5 149:2 152:20
154:20,22,24 155:2
157:7 158:1,3,5 160:23
188:17,19 189:3 193:7
237:18
**polymerize** 90:15 131:8
157:20,21,23
**polymerized** 158:9
188:21
**polymerizing** 94:10
**polymers** 10:25 12:19
16:24 25:1 62:14 63:19
63:23 64:4 65:21 69:20

70:14 75:21 78:12
80:16 81:2,7 86:21 92:7
94:7 95:15,25 143:2
151:5 154:5 156:12,14
157:14 165:24 174:14
174:17 178:25 194:17
195:2,6,25 198:11,14
198:15,22,23 203:16
214:19 218:11 221:1
232:1,3,5 238:6,15,16
247:22 248:19
**polyphyletic** 107:1
**polypropene** 71:8 106:13
106:14
**polypropylene** 60:21,22
149:3
**polystyrene** 69:20,22
70:14,16 75:5,8,22
76:14 78:12 80:16
117:11 130:19 154:21
155:9 157:21 177:4,8
177:11 178:25 185:3
223:2,6 230:11,13
**polystyrene-ethylene-et...**
87:21
**polystyrene-ethylene-et...**
87:19
**polystyrene-polyethyle...**
87:9
**Polytechnic** 59:24 61:7
**polyterpene** 71:9 106:17
**poly(styrene** 130:18
**poly(styrene)** 141:12
**poly(styrene-ethylene-e...**
88:14 89:23 90:4
**poly(styrene-ethylene-e...**
24:13 91:5 122:21
127:2 138:24 139:12,22
142:19 155:4 156:6
212:8
**poly(styrene-ethylene-...**
122:25
**poor** 96:18
**Popeye** 5:5
**portfolio** 10:6
**portion** 24:2 26:11 57:8
69:22,23 72:10 76:7
186:10,16
**portions** 80:5 92:17,21
169:7 194:4
**posed** 161:15
**position** 6:4,7 25:22,24
25:25 33:20 59:5,7
146:17 163:14 194:8
198:6 218:9 239:8
**positions** 47:22
**possibilities** 123:23
**possibility** 123:25 124:1
192:1 193:3 210:13
**possible** 27:2 85:1 179:5
179:6 186:11 230:1,4,5
**poster** 14:16
**post-evidentiary** 45:10

**post-trial** 45:10
**pot** 9:7
**potentially** 192:24 220:5
243:17
**PowerPoint** 36:21 176:15
**practical** 81:13 117:4
178:14
**practically** 96:14 117:6
227:20
**practice** 16:10 27:17,18
31:22 55:11 76:19
99:12 117:12 152:4
174:18 185:12 187:3
241:11
**practiced** 111:2 166:10
**practicing** 71:3 98:2
171:1,12 181:23 184:3
**precise** 56:22 57:3 103:6
156:23 179:2 198:21,22
**preciseness** 228:12
**precision** 103:1
**predominantly** 231:8
**prefer** 36:13,16 243:10
**preferably** 5:17
**preference** 4:7 27:3 36:12
**preferred** 71:2
**preliminary** 6:23 8:20
120:23 121:9,17 122:2
**premature** 37:5
**premise** 160:9
**premium** 110:11
**prepared** 6:24 8:17 36:21
**presence** 79:15 170:20
171:11
**present** 2:12 71:3 184:3
201:3 220:9
**presentation** 7:17 12:21
30:8 129:23 151:9
176:15
**presently** 200:10,11
**preserve** 26:21 28:13
40:15
**preserves** 27:4
**president** 39:15 59:6
**presumably** 27:24 34:20
123:6
**presume** 228:23 232:3
245:22
**presuming** 208:18
**presumption** 28:7
**pretrial** 46:20
**pretty** 87:7 114:2 228:16
**previous** 33:22
**previously** 45:13 227:5
**price** 180:8,10
**primarily** 41:1 180:5
181:11 226:5,6
**primary** 157:6,12 164:12
215:15
**principally** 10:3
**principle** 7:22 12:10
**principles** 28:24
**prior** 12:25 13:3,15 19:5

28:7,20,25 29:14 33:2
34:16 40:7,11,24 44:14
45:16 48:15 55:18
102:16,18,19 104:14
**priority** 34:19
**probable** 31:22,23,25
**probably** 7:10 35:13 50:8
55:7 70:11 75:5 81:16
81:18 95:24 108:16
128:24 138:6 157:9
175:25 176:2,16 215:15
224:16 240:7 242:11
243:5 246:18 250:1,20
**problem** 36:19 246:9
**procedure** 47:21 242:18
**proceed** 31:23 103:25
**proceeded** 33:17
**proceeding** 4:4 12:14,15
13:21 26:18 31:2 32:6
45:21 46:9 48:2 52:15
56:25 133:10
**proceedings** 1:14 2:14
94:23 100:4 143:11
144:14 145:1 146:1
253:4
**process** 10:13 22:11
23:19 27:24 30:22,25
31:1,3,5 33:6,18,20
34:6 35:23 40:4,5 61:16
61:16 69:9,21 71:10
76:18 86:21 94:9
116:15,17,22 146:23
157:7 229:4
**processed** 223:5 224:13
**processes** 60:5
**processing** 23:24 24:1
54:21 55:13 71:4 76:7
83:17 105:17 110:22
111:24,25 112:18
177:14 182:22 184:4,13
184:15,18,22,25 185:6
185:7,8 186:4,9,12,17
186:20,22 187:9 223:11
223:20,22 224:5,9
225:4,17,18 226:14
229:5,12 232:4,17,18
232:19,24 233:2,13
234:2
**produce** 83:20 188:23
209:4 213:21 217:2,3
217:19
**produced** 239:1
**producers** 134:11,11
**product** 12:4 16:12,21,22
19:4 20:22 23:23 40:3
41:6,7 61:17 73:3 83:5
83:6,15,22 84:6 86:15
86:23 89:22 90:3 94:11
95:12,18 97:1 98:15
108:9 117:9 123:21
131:2 132:24 134:9
141:3,14,17,20 167:6
167:12,13 215:21,22

243:21,23
**production** 131:12
228:14
**products** 10:8,9,15 16:15
23:11,12 24:4 45:18
61:18,20 62:2 73:17
81:14 84:23 85:1 86:18
95:14,17 108:8,9
133:20 206:6
**professional** 107:8
**professor** 146:20 200:13
215:3,24
**proffer** 65:14
**proffered** 31:15 158:23
172:10
**program** 60:4 148:5,5
**progression** 206:9
**projects** 61:22
**promise** 165:23 166:9,18
167:14 173:3 181:7,13
181:15,20,22 182:7,12
182:23 183:14 195:12
195:19,23 209:2 211:9
**promises** 193:16 195:24
**proper** 30:14 171:14
180:22
**properly** 28:13 169:2
**properties** 16:21 26:4
75:10 76:15,24 81:19
91:2 94:12 96:23 97:7
99:8 117:8,17 151:1,3
153:1,15,23 155:23
167:5 171:12 174:8
182:10,14 183:4,21,23
193:18 194:4,5,9,18,20
194:23,25 196:14,25
197:10 209:21 210:6
216:5 230:12 233:18
238:6,18 244:18
**property** 213:23 214:7
**proposal** 186:18
**proposed** 13:24 14:11
19:9 23:20 42:12,16
76:4,5 79:13 80:14
88:19,23 89:4,9,15,16
91:17,23 92:8 93:21
95:8,11 139:10 156:17
160:13 161:9 162:10
163:14,19 180:18
185:17,21 190:5,9
191:16 192:19,21 198:3
**proposes** 164:3
**proposing** 127:9 192:22
**proposition** 158:17
216:10 250:8
**propylene** 51:14 123:15
130:21 177:2,6,12
190:15 202:16
**prosecution** 6:9 21:10
34:2 41:20,21 51:10
52:3,6 125:10 150:17
161:11 241:16
**prosed** 22:22

**prosthetic** 42:7 62:18,19
64:14,17
**prosthetics** 10:3 64:11,23
65:7
**protected** 10:23
**protective** 10:24
**prothesis** 134:13,16
**provide** 4:24 87:13
166:18 167:11,12
172:14 244:14
**provided** 7:2 66:20 75:2
147:18,20
**provides** 194:17
**providing** 171:25 204:19
**provision** 27:14
**provisions** 166:12
**public** 1:21 53:25 144:21
**publications** 147:17
**publish** 141:16
**published** 141:19
**puck-shaped** 16:22
**puddy** 246:1
**pulling** 174:14 211:2
**purchased** 41:7,8
**pure** 107:22 109:1,3,8,25
178:12
**Purely** 231:8
**purify** 224:19 226:14
**purities** 234:7
**purity** 225:16
**purpose** 84:8 168:21
196:22 213:18 218:23
229:1 245:22,23
**purposes** 4:23 125:6
228:23
**purview** 28:2 47:8
**pushing** 211:2
**put** 4:10 7:6 8:21 9:3,14
14:17 41:9 46:13 47:6
52:24 54:15 85:4
103:21 113:1 125:22
126:16 129:22 130:1,24
139:24 151:16 153:6
157:7 164:24 179:2
183:24 191:3,8,22
231:16,22 238:11
247:13
**putting** 52:24 152:2
203:15
**p.m** 1:19 100:3,4 144:19
188:2,3 243:3,4 252:18

**Q**

**Q** 58:25 59:3,5,7,9,12,18
59:21 60:1,3,7,11,13,16
60:23 61:1,4,8,14,18
62:3,9,13,16,25 63:3,8
63:10,14,16,18,22 64:1
64:12,16,19,22 66:4,15
67:8,17,20,23 68:5,9,12
68:15,23 69:2,6,15,25
70:18 71:15,20 72:3
73:14 74:4,11,17,25

75:12,17,23 76:3,16,25
77:2,6,10,12,15,17,22
78:6,10,15,21,25 79:8
79:11,24 80:5,11,19
81:11 83:4,10,13,20
84:5,8,15,20 85:1,4,12
85:15,18,23 86:11,20
87:2,15,24 88:3,16,21
88:25 89:9,13,15,25
90:8,13 91:3,10,12,16
91:19 92:2,5,11,16,20
93:12,16,20,23 94:2,6
94:16,18 95:20,24 96:3
96:9 97:3,10,17,20 98:1
98:10,17,25 99:3,5,10
99:15 100:24 101:4,11
104:2,5,7,14,19 105:6
105:13,15,19,22,25
106:4,8,12,16,19
107:17,23,25 108:22
109:2,12,21 116:25
117:15,25 118:4 120:1
120:3,6,13 121:8,17
122:1,16 123:4,23
124:5,11,22,24 126:6
126:12,15,24 127:4,9
127:15,25 128:18,22,25
129:6,9,11,14,17,20,22
130:9 131:23 132:1,4,8
132:11,14,18,21,24
133:2 137:9,12,17
138:13,17 139:1,3,9,15
139:23 140:10,18,23,25
141:8,13,16,19,22
142:3 146:13,15,17
147:8,12,14,18,22,25
148:6,24 149:4,6,8,11
149:15,19,23 150:11,17
150:19 151:8,15 152:7
153:12,24 154:8,12,17
155:6,11,16 156:16,25
157:4,19 158:2 165:6
165:15 166:1,7,11
167:7 168:2,8,11,14,22
169:5 170:13,18,23
171:4,9 172:3,9,14,18
172:23 173:1 174:3,12
174:17,20,23 175:2,5
176:12,19,22 177:19
179:2 180:17,24 181:6
181:12,25 182:4,6,15
182:20 183:2,5,11,14
183:17,24 184:11,13,21
185:5,10,15,20 186:6
186:21 187:1 188:6,12
188:18 189:1,7,14
193:9,15,22 194:3,8,14
194:20 195:12,18
196:13 200:9,23 201:2
201:12,15,17,21,24
202:1,7,21,23 203:19
203:23 204:3,14 205:1
205:8,14,19 206:2,9,14

206:20 207:12,17,20,24
208:7,13 209:18,23
210:1,8,21,24 211:2,6,8
211:14,21,25 212:7,11
212:15,19 213:2,11,16
219:10 220:19 221:2,7
221:13,20,22,25 222:4
222:11,14,16,21 227:14
227:19,24 229:15,19
230:1,6,14 231:18
236:14,19 237:2,7,12
237:16,23 238:2,5,9,15
238:18,20 239:1,13,18
239:23 240:1,6,12
241:2,15,24 242:2,5
243:20 244:2,11 246:18
246:24 247:14,18,21
248:17,22

**qualification** 146:23
**qualifications** 4:24 102:7
**qualified** 25:13 150:8
  200:6
**qualifier** 187:2
**quality** 215:22
**quantification** 229:18
**quantified** 251:2
**quantify** 214:8 222:8
**quantitative** 195:3
**quantities** 75:9 178:3
**question** 6:3 11:6 31:17
  33:7 34:10 43:18,20
  44:6,9,12,24,25 45:7,14
  45:20 46:14,15 47:3
  52:9 53:14 55:1 83:10
  83:16 89:15,24 91:21
  92:14,18 95:7 107:20
  108:23 111:21,23
  116:18,20 124:8 126:8
  126:15 127:25 129:14
  130:8,13 131:20 134:4
  135:1,1 138:21 139:16
  139:18,20 140:25 142:8
  156:3 161:6,15 168:25
  170:10 171:8 175:18
  179:1 185:5 191:12,21
  194:15,16 197:25 198:2
  202:7 209:18 217:20,20
  219:8,17,17 220:7
  233:4 237:12 240:16,22
  243:8 245:3,5,14,20,22
  246:6 250:23
**questioning** 110:13
  125:24 143:10 156:9
  235:20 236:7
**questions** 5:20 7:16,18
  31:12 34:25 35:18,21
  35:24 36:8 49:8 74:13
  85:9 96:6,11 99:19
  102:8 106:20 128:25
  129:6,16 134:24 137:14
  137:18 140:12 142:6
  161:2 165:12 187:12
  188:7 199:11 234:14,19

234:23,24,25 235:1
242:10,14,15,16,19,22
243:2,11,14 244:1
246:4,14 248:23 249:25
**quick** 104:8
**quickly** 120:24 169:4
  207:7 240:10
**quite** 22:20,23 26:17
  95:24 104:19 156:11
**quote** 85:24 93:23 122:11
  166:24 174:9 182:9,10
  183:20 186:10,11

---

## R

**R** 253:1
**raise** 57:21 146:2 199:20
**range** 103:10
**rather** 29:1 80:17 95:14
  127:21 131:7 177:11
  184:23 195:16 244:8,24
**rating** 27:16
**ratio** 167:19 230:9
  237:22
**raw** 9:4
**reach** 23:11 164:5
**reaches** 163:20
**reaching** 164:4
**reaction** 57:2 86:16,17
  130:22 131:3,3,4,4
  188:22
**reactions** 86:16 89:22
  131:2
**reactor** 90:18 130:23,24
**reactors** 129:12 130:23
**read** 6:4 16:6 20:16 21:3
  22:12 69:2 71:25 72:9
  74:24 77:14,22 85:19
  86:10 88:17,22 102:15
  106:21 110:1 111:2
  123:5 124:23 126:1,2
  128:4,10 140:18 141:23
  142:3,16,17 150:18
  161:10,19 162:6,7,14
  162:16 163:3,18 164:22
  168:17 170:15 181:20
  182:15 189:14 193:2
  195:21 198:4,20 201:12
  201:15 202:12 205:8,9
  205:10,14 206:8,14
  212:4 213:1,19 215:19
  218:19 219:17,24
  221:10 230:15,18
  240:19 250:8,20,25
  251:1,5
**reader** 114:9
**reading** 14:1 20:12 21:8
  40:22 48:11 73:16
  102:2 110:25 116:10
  124:5,9 128:14 140:22
  161:21 165:1,22 167:17
  187:5 194:24 198:9
  206:11 208:15 212:1,2
  212:20 215:23,24,25

218:22 230:14 245:23
  250:13
**reads** 76:6 162:20 202:2
  209:1
**ready** 100:12
**reagent** 108:14 110:9
**real** 44:21 45:20 153:10
**reality** 42:19
**realize** 66:1 180:4 243:25
**realized** 176:1
**really** 11:7 31:7 32:15
  41:3 44:21 45:9 47:10
  49:11 50:12,16,18
  51:18 65:11 71:24
  104:20 124:8 148:20
  191:22,23 210:12 233:5
**rearranges** 172:21
**rearranging** 15:19
  192:12
**reason** 6:18 7:6 16:16
  20:24 21:13 40:21
  46:11 53:14 76:13
  98:13 106:19 123:16
  179:6,23
**reasonable** 26:20 162:9
  172:5,7 173:1,3,5
  252:10
**Reasonably** 180:2
**reasons** 72:4 79:3 138:11
**reassert** 12:24
**rebound** 33:16
**rebuttal** 252:13
**recall** 104:14,19,20,21
  106:7,11 129:24 138:20
  154:10 174:25 193:19
  193:21 194:1,2 195:22
  195:23 212:13,15
  220:15 239:2 248:25
**recast** 23:6 30:16,16 35:9
**receive** 59:21
**receiving** 59:18
**recess** 56:12 100:2,3
  188:2 243:3
**Recite** 245:3
**recited** 244:24
**reciting** 183:22
**recognize** 77:3 147:10
  159:11
**recognizes** 103:10
**recollection** 33:12,18,24
  190:1 244:7,23
**record** 9:17 11:1 20:2
  25:18 29:25 37:23 38:6
  58:2 67:15 69:3 77:23
  82:11,23 85:19 94:21
  133:16 134:23 146:8
  200:1 205:12 253:3
**recurring** 162:17
**redefine** 23:7 191:15,23
**redirect** 2:18 134:21
  137:7
**reduce** 27:17,17 76:19
  99:12 110:8

**reducing** 16:10
**reduction** 167:21
**refer** 25:19 33:8 45:17
  51:7 55:11 66:8,9 69:12
  90:9 127:22 152:24
  153:8 202:25 222:1
**reference** 20:16 24:10,12
  91:6 140:15 239:16
**referenced** 97:20,22
  170:14 225:9 240:21
  250:7
**references** 8:12,14 13:3
  29:22 40:8 48:15
**referencing** 241:7
**referral** 53:13
**referred** 24:21 79:5 87:17
  94:21 117:17 140:12
  146:20 181:12 188:9
  189:17 193:17 237:2
**referring** 52:4 79:19
  95:21 138:23 139:20
  141:11 165:19 168:7
  176:14 181:15,16 182:6
  194:11,22 195:1
**refers** 25:17 52:6 87:8
  182:15
**refine** 224:17
**refined** 55:14,21 71:6
  72:10 106:1,4 111:8
  112:25 116:10 137:20
**refining** 74:3 87:18
**refresh** 189:25
**refuse** 44:19
**refute** 133:15,22
**regard** 30:9 187:8 195:17
  195:20
**regardless** 23:13 25:2
**regards** 195:14
**region** 153:21 177:10
  185:25
**regions** 177:12 186:14
  215:2 223:2
**regulations** 118:8
**regulatory** 138:7,11
**reinforcement** 112:25
**reject** 209:3
**rejected** 32:18
**relate** 8:13 90:8
**related** 104:15 188:7
  244:19
**relates** 41:1 90:1
**relating** 42:5
**Relative** 64:24
**relatively** 4:15 134:5
  152:21
**relevance** 133:5,12
  197:18
**relevancy** 35:25 125:1,7
  133:9
**relevant** 7:25 10:18 34:6
  88:5 92:8 229:22,23
**relying** 163:17
**remember** 212:18 240:8

**remind** 48:22
**render** 84:5 89:5 176:23
**rendered** 49:1
**rendering** 5:13
**renders** 39:22
**rene** 87:10
**Rensselaer** 59:24 61:6
**repeat** 95:6 97:21 130:8
244:17
**repeating** 20:4 107:18
190:1,2
**replace** 54:12 98:23
205:14,19
**replaced** 205:23
**REPORTED** 1:20 144:20
**reporter** 1:20 58:14,18
107:18 137:4 144:20
197:16 246:21 253:7
**represent** 95:12 156:13
156:14
**representations** 227:3
**representing** 32:5
**Represents** 95:17
**reproduced** 196:17
**reputation** 201:10
**request** 31:6
**requested** 17:16 114:14
118:14 135:4
**requester** 31:16
**require** 43:10 209:19
210:5 215:20 221:8
**required** 87:7 209:21
213:19 216:20 244:5
245:8,25
**requirement** 4:1 27:13,18
27:20 213:11 219:12
243:1
**requirements** 27:5,6,25
195:7,10 210:19
**requires** 160:17 164:10
**requiring** 242:15
**requisite** 188:15
**research** 63:19,23
**residual** 113:13
**resist** 215:4
**resistance** 151:4,4 153:2
166:19 182:25 195:8
210:11,21 211:3,8,22
213:22,25 215:15 216:5
221:9
**resolved** 40:2 46:9,10,19
**respect** 5:1,13 11:9 36:1
39:7 42:20 43:24 49:21
66:25 75:2 78:6 79:6
100:24 101:20 102:22
121:13 126:20 130:3
158:16 159:2 220:23
**respects** 31:2
**respond** 32:3,11 130:7
187:13
**response** 32:1,19 35:5
52:8 188:18
**responsibilities** 61:14

**rest** 35:18 161:20,22
202:13
**restate** 47:17 171:7
**restates** 172:20
**restroom** 56:18
**result** 14:24 27:8 43:9
160:22 167:20 189:3
204:21 207:17 209:8
217:23 237:5 247:5
**resulted** 34:2
**resulting** 15:15 16:2
23:21 93:23 95:9
202:21,23 203:24
244:15
**retake** 100:16
**revelations** 173:4
**reversal** 162:19
**reversible** 68:19 79:22
**review** 33:16 148:15
**reviewed** 66:15 165:7
183:12 193:22 241:16
**reviewing** 194:1
**revision** 43:14
**revisit** 23:3 45:12
**rewrite** 15:23
**re-aging** 70:9
**re-exam** 30:25 31:13,20
34:25
**re-examination** 30:22
31:3 33:6
**re-examine** 52:7
**re-explain** 137:24
**re-look** 30:18
**rhyme** 123:16
**Richter** 2:3 3:13 100:8
**rid** 224:18
**right** 3:23 5:8,15 32:11
33:11 35:20 44:5 45:2
45:20 46:15 47:12 49:9
51:17,22 54:8 56:9
57:21 63:15 65:25 67:5
80:7 84:17 91:11 96:2
96:15 97:19,19,19
100:12 104:9 110:24
111:7 112:10,13,16,19
117:22 120:19 124:9,21
126:7 129:18 131:22
133:15 146:2,24 147:5
147:7 162:11 165:3,19
170:11 184:5 187:14,23
190:12 191:2,11 195:23
199:2,12,20 201:11,22
201:25 203:23 205:9
207:24 208:20 210:8
217:1 219:16,18 221:5
225:11 226:20 229:25
230:1 232:10 234:8,13
243:12,14 245:18 248:2
248:9 249:14 251:10
**right-hand** 239:14
**rigid** 184:9 215:4
**rigidity** 211:8,22 221:8
**ring** 109:7,8,12 110:3

154:16,16 175:20,20,21
175:23 176:7,12,14
**ringers** 107:2
**rip** 153:7
**ripped** 174:1
**Risch** 3:16,16,21
**Riverside** 2:9
**road** 1:24 23:6 53:1
144:24
**Roman** 86:8
**Rome** 59:17,23
**Ron** 3:10
**Ronald** 2:3 9:17
**room** 36:8
**routinely** 63:18,22 86:20
**row** 93:16
**rows** 68:2
**rubber** 54:21 55:12 70:10
71:4 105:17 110:22
111:24,25 112:18 184:4
184:14,17,17,18,23,25
185:2,3,7,9
**rubbers** 107:15
**rubbery** 184:11 185:25
186:16 247:9
**Rule** 36:2
**rules** 66:25 67:2,2
**run** 17:11 103:24 117:15
117:19 152:21 158:8
**runs** 154:22,24

---

**S**

**s** 2:8 253:6
**safe** 246:11
**safety** 228:9
**said** 6:14 19:23 20:6 28:4
28:11 29:5 43:8 45:3
51:21 60:11 63:8 64:9
64:13 68:21 78:1,2,21
86:22 89:3 90:1,2,3
95:11,13 98:20 106:24
108:23 117:17 128:13
128:14 130:10,10 131:1
137:22 156:13 163:5
172:20 176:3,4 184:16
203:20 215:3 217:14
220:13 235:23 240:17
247:4,10
**sake** 44:16 96:18 248:7
**sale** 120:7
**sales** 117:20 132:21 133:3
138:11
**same** 14:24 15:6,19,24
16:25 26:2 35:7 40:17
40:18 41:12 47:3 48:25
49:4 51:11,12 78:8,9
83:8,9,11,12 84:10
91:21 110:5 112:17
114:2 122:18 123:8,25
124:6 138:12 140:12
141:1 158:24 167:9
168:14,16 179:17,22

**sample** 8:21 94:19,24
95:1
**Saunders** 250:17,20
**save** 105:2
**saw** 76:5 124:12 129:20
138:21 151:8 183:23
189:16
**say** 5:9,18 10:23 26:16
33:4,21 36:22 37:5 39:4
43:21 44:23 46:21 47:4
47:13 48:7 49:18,20
51:19 52:17 64:16
66:24 89:14 108:15
109:16 113:9 118:4
120:3 127:7 129:2,4
132:3 159:15 171:6
179:9,16 180:11 206:25
217:10 223:19 224:7
226:11 228:7 229:19,22
234:23 235:19 243:22
249:7 251:2
**saying** 9:25 44:20 65:9
72:15,17 75:12 79:24
103:7 109:22 110:2
116:3 142:1,3 157:2
160:18,19 163:8 171:23
179:11 190:8 191:21,25
198:19 206:5 218:14
219:13,14 226:13
248:13 251:9
**says** 38:15 42:24 45:23
46:1 51:11,20 54:12
88:8,16 109:23 122:11
161:19 178:12 194:24
**scan** 120:24
**scanning** 214:11
**science** 80:21 148:9
181:23 200:17
**scientific** 233:8
**scientifically** 26:7
**scientist** 176:2
**scientists** 178:2
**scope** 40:18 47:9,10,22
48:1,5,8 56:24 57:4
205:21
**screen** 71:18 129:22
169:11
**scribbling** 240:18,21
**sealed** 1:10 17:16 114:14
118:14 135:4 144:10
**sealing** 61:23
**search** 170:6
**seat** 61:23
**seated** 58:6 100:6 250:5
**SEB** 204:6 248:15
**SEBPS** 131:19
**SEBS** 131:17 157:17
167:20 169:18 170:1
217:11
**SEB/EPS** 51:2,4,6 52:5,8
97:12 129:25 130:4,10

**131:18 159:16 167:3,10
168:3,5,19 170:14
171:23 172:2,4 173:6,6
173:12,13 197:4 203:2
203:21,25 204:7,15,21
208:22 209:3,5,8,17
210:2,2 213:10 216:10
216:13 217:2,3,8,12,15
217:19,24,25 218:16
237:4,5,10,22 238:2,10
238:21,22 240:13 247:5
247:11 248:3,6,16,17
248:21
**second** 5:16 12:9 25:10
29:21,23 30:3 68:1,2
76:5 77:19 82:4 93:16
111:13 112:7,23 128:6
131:3 140:14 169:16
248:6
**secondary** 21:19,21
**section** 28:8,9 173:16,18
190:10,15 204:15 241:7
**sections** 168:22 169:12
179:19 194:1,2
**security** 193:13
**see** 13:3 15:6 21:20,20
24:8,9,11 29:21 32:8,11
35:25 36:17 38:14
41:22 51:22 52:3 53:13
53:16 54:19 67:20 68:3
68:7 71:21 74:21 76:1
77:7,13,16,20 82:1
84:17 85:16 86:5 90:5
91:4,6 93:16,20,21
100:8 121:17,19 122:1
122:2,14 126:12,14,25
127:4,6,7,16,16,24
140:14 141:2 148:6
150:24 171:21,22
172:12 176:14 180:3
181:18 182:1,3,5,16
183:1,17 192:2 204:9
205:25 207:9 209:7
223:18 225:12 229:6
235:2 239:24,25 249:15
**seeing** 165:16
**seek** 13:24
**seeking** 12:24 22:10
103:2 164:9 220:21
**seemed** 234:12
**seems** 142:1 158:15 161:1
197:22 208:10 251:8
**seen** 12:17 24:19 184:1
225:5
**SEEPS** 8:21 38:17 39:8,9
39:10,24,25 41:18,20
41:22,24 50:21,25
54:14 87:10 97:1 122:7
122:14,17,19,20 123:3
123:8,10,17,19,25
124:1,3,20 125:18,18
125:20 126:16 127:1,4**

127:12,16,17,23 128:2
128:20,23 129:1,7,9
130:2,3,9,15,16,17
131:13,17,19 138:21
139:1 142:2 152:12,14
152:17,19 153:4,9,14
153:19 156:7 157:17
166:17 167:2,3 168:1,2
168:5,20 169:13,17
170:6 171:23,25 172:1
173:12 179:8,14 183:7
188:9,12,13,23 189:8
193:18 194:6,9,11,16
194:21 195:10,15,20
196:15 197:1,6 205:24
208:12,22,23 209:3,4
209:17 211:16 212:7,13
212:23 213:7 216:12,14
216:16 217:2,7,14,17
217:18 218:4,5,11,12
218:13 220:1,14,21,22
220:24 237:1,11,13,14
238:2,10,20,22,25
240:15 241:6,10,23
247:7,10 248:8
**segment** 51:23
**selected** 31:4 68:21 77:25
**sell** 134:6
**sells** 132:24
**sense** 67:4 148:16
**sensitive** 179:21
**sentence** 167:19 207:25
**SEP** 169:18
**separate** 1:10 131:10,11
144:10 161:1,6
**SEPS** 122:5,14,18,20,24
123:3,8,13,18,22,22,25
124:1 131:15 142:2
**September** 121:12
**Septon** 41:5,5,10,12 52:6
92:6,6 141:11 206:6
**Serial** 121:14
**series** 71:9 143:1
**serve** 184:14
**serves** 193:24
**set** 57:19 197:3 217:18
225:4
**settlement** 231:1
**several** 37:1 94:7 120:18
122:7 130:15 181:12
**severely** 56:6
**shampoos** 138:9
**she** 21:16 137:5 164:3
**shear** 79:18
**she'll** 58:18
**shipping** 63:6
**short** 4:8,8,15 36:21
**shortcomings** 96:11
**shot** 108:3
**should** 21:5,6 26:21 27:2
28:12 31:17,17 39:16
40:14 42:6 52:18 56:24
67:10,12 68:7 80:23

122:13 140:14 159:22
161:12 162:6 164:3,3
169:1,4 184:18,19
190:22 206:18 236:7
240:20
**shouldn't** 165:2 235:18
**show** 7:17 9:8 38:3 49:1
50:9 94:15 103:23
121:22 181:14 241:9
247:15
**showed** 129:24
**showing** 79:14
**shown** 97:8 197:10 248:1
**shows** 14:16 55:17,23
197:5 204:20
**Shumaker** 2:4 3:10 9:18
**SIB** 128:19,22,23 129:1,2
129:7
**SIBS** 43:11 45:16,19 46:6
48:14 50:24 51:5 52:5
128:24 129:4,9 152:13
172:24 207:18,22 209:9
209:12 212:16 217:24
218:15 236:21,25 237:6
237:9,19 238:17 240:12
240:15 242:1 247:6
**side** 5:6 34:4 49:23 82:18
164:2 229:15 235:21
**sides** 235:20
**signed** 62:11 121:10
**significance** 152:7 154:9
169:6 171:9 174:24
198:3 215:12
**significant** 6:2 91:12
169:8 198:10
**significantly** 16:20 97:18
**silicone** 61:20 62:1,21
63:5 132:12,18,21
133:3,10 134:5,8,11,12
134:16
**silicones** 61:13 62:14 64:3
81:2
**silly** 246:1
**similar** 12:4 183:14,22
200:23
**simple** 80:23 151:15,16
175:14 244:21
**simpler** 183:25 244:20
**simplicity** 248:7
**simply** 9:2 15:19,23
22:19 33:1 94:24
130:10 142:17 168:18
172:20,21 188:8 233:15
244:2
**since** 10:4 59:8 61:9
63:25,25 64:1,15,20,21
65:21 147:17,18 149:6
201:5 213:7 216:3
224:13 231:25 236:4
249:21
**single** 126:16 192:25
**sir** 11:13 42:9 44:1 45:4
77:15 95:4 105:12

124:22,22 129:19 143:6
194:15 196:3 199:11
**sit** 195:22 243:6
**site** 33:23
**sitting** 177:24
**situation** 220:19
**six** 96:20,22 97:15,16
151:25 169:12 176:7
234:25 235:1
**size** 83:8
**skill** 8:1 14:7 16:5,12,17
19:2,7 20:8 21:2,23
22:6 26:8 27:16 29:8,9
35:14 39:4,15 40:20
42:2,6,25 44:1 49:12
54:24 64:5,9,23 65:3,6
65:8,15,17 69:6,16 70:2
70:21 73:15 74:19
75:18 76:9 80:25 84:22
85:23 86:12 87:4 88:21
94:3 98:1 99:11 101:1,8
101:13,22 102:11
104:16 123:4 125:25
151:10 181:21 186:3
187:5 189:15,20 193:2
202:9 212:2,20 213:20
230:14
**skilled** 44:22 101:17
102:23,24 103:23,24
114:9 116:3 142:15,24
142:25 150:20 153:12
161:12 163:18 165:16
167:7 174:3 180:24
185:20 198:9,20 203:14
209:1 216:1,2,9 218:19
228:22 231:12
**skin** 17:4 61:24 138:9
**skip** 37:17
**sleeve** 158:7
**sleeves** 64:24
**slide** 129:23 151:9 173:19
192:4
**slightly** 147:17
**slowly** 11:19
**small** 68:24 75:9 77:19,22
85:18 86:8 90:19,20
116:8 131:14,16 139:24
145:17 188:13 201:21
231:20
**smaller** 8:4 67:9
**smell** 50:1,3 175:12
176:10
**smelled** 175:11
**smells** 176:9
**smooth** 173:25
**smoothly** 173:20,21,24
**snap** 182:25
**Snapp** 1:20 144:20 253:2
253:6,6
**so** 4:8,23 5:14,22 6:11,21
10:21 12:13,17 13:20
14:24 17:10 23:9,15
24:3,23 26:5,18,21,25

27:11 28:19 30:23 31:5
32:10,13,19 35:6,7,10
35:23,25 36:1,9,9 37:4
37:15 43:7,12 44:15
45:20 48:20 50:5,17
51:17 52:9,25 53:7 54:8
54:9,11,14 55:16 56:2
57:1,5,7 58:18,22 61:22
62:4 66:22,24 67:3
70:15 71:13 72:9 73:8
73:14 74:1 76:16 79:18
79:19,24 82:1,7,11 84:5
86:17,20 88:15,16 89:1
89:25 90:11,17 91:16
92:7,10 94:11 96:19,21
96:23 97:1,12 98:1,23
101:11 102:7 103:8,25
106:15,18 107:15 108:3
108:10,13,14,22 109:8
109:12,18,21 110:5,7,9
111:4 113:15,23 114:6
116:1,23 117:11,22,23
120:20 121:6,17 123:19
123:23 124:13,15
127:23 130:21 131:4,10
131:15 134:10 137:5
138:5,13 139:15 148:15
152:1 153:7,12,17
155:2,6 158:20 159:15
163:17 165:6 166:25
172:3 174:12 175:16,20
176:6 177:13 178:3,18
179:13,17,20 180:11
182:4 184:18 186:6,21
187:22 188:18 189:7
191:3,6 192:6,11,13,19
192:22 195:5,8,25
197:23 200:21 203:2,3
203:9,11 205:8 206:9
207:8,24 209:11,17
211:8,25 213:4,20,22
214:1,17 215:1,6,17,19
215:19 216:15 220:6,19
222:25 224:6,9,20
225:2,13,18 229:9
230:1,14 231:11 232:15
233:2,15,22 234:1
235:15,19,24 238:4
240:19 241:22 243:6,8
247:10 248:4,8,15
250:2 251:11 252:9,16
**social** 193:13
**sock** 96:22
**soft** 97:2
**soften** 76:23 223:5
**softness** 17:2
**sold** 141:4
**solidify** 214:25
**solution** 230:12
**solvation** 79:17
**solvent** 75:6 83:24 109:6
157:11
**solvents** 107:3 222:1

some 5:17,19 9:10,15
11:2 20:10 21:7 23:5
28:16 29:14 30:8 33:2
35:20,23,25 36:22,23
42:6 47:4,12 53:11 55:5
55:5 58:11,16 59:11
60:23 64:10 74:8 89:2,5
94:9 97:8 98:22 101:16
101:20 102:21 107:7
108:18 118:2 120:4
121:18 123:15 131:9
137:17 140:12 149:23
152:9 157:17 163:24
164:24 167:3 168:21
169:11 175:13 176:3
177:25 179:15,16
182:19 197:2 207:14,17
207:21 208:1,14 209:11
209:24 210:3 211:17
213:6,24 214:3 215:12
215:20 216:6 220:25
221:15 222:1,9 224:14
224:23 225:14,16,17
226:12 228:8,20 229:13
229:13,19 230:21
231:18 234:5 235:22
240:11 241:5 250:2
251:2
**somebody** 103:3,4 229:6
**somebody's** 45:12
**somehow** 51:6 131:11
**someone** 13:18 58:12
80:20,25 81:1 101:17
102:1,11,13,15,23
111:1 142:24 168:18
175:24 226:18 245:23
**something** 5:22 7:25 16:9
23:15 38:17 41:16
46:10 51:8 54:4 84:20
96:25 127:7 130:7
131:1 153:2 159:6,8,15
165:13 167:8 170:19,25
172:23 173:22 175:5,6
183:10 185:1 186:23
190:3 203:4 208:1,3
209:10 210:12,22
220:25 226:7 228:8,13
240:4,7,17,20 251:24
252:8
**sometimes** 122:5,6
210:25 227:15
**somewhat** 33:5 110:14
223:10
**sorry** 3:12 25:18 75:25
77:12 78:18 81:5
108:22 128:13 130:5
131:15 132:2 139:17
140:24 147:2 183:18
185:16 196:12 197:17
200:16 206:22 207:3,6
214:17 221:5 225:25
228:4 244:21 246:23
249:23

**sort** 62:2 69:11 176:1
177:2 186:12 214:25
225:7 250:2
**sounds** 5:4 47:4 252:10
**source** 6:4,6,7,11 8:3
111:14,19 112:20
157:14 162:18 163:13
164:12 240:20
**sources** 8:8 21:13,19,21
158:25 163:21 164:2,9
**South** 1:3 2:5 3:3,11,12
9:24,25 10:1 59:4,5
66:12 144:3
**Southwest** 148:10
**so-called** 167:10
**spaghetti** 214:22
**spare** 250:2
**speaking** 16:9 32:4
110:16 134:5 171:16
236:14
**special** 16:24 55:9 175:24
**specialized** 226:24
**specific** 10:14,16 11:16
15:21 24:25 25:2 26:13
26:14 34:24 35:2 38:12
38:14 43:10 48:13
49:20 70:18 71:24
72:13 95:15,18 96:17
98:6,9 139:20 140:20
155:20 156:19 157:1
163:10 178:20 179:8
180:11,12 182:19
193:14,17 195:4 199:5
200:25 202:23 205:3
206:6 207:14 210:6,7
211:21 218:9 232:15,23
233:22 248:2,5 249:25
**specifically** 19:23 24:12
25:17 43:7,16,22 50:25
55:6 88:4 110:19
138:14 139:4 142:10
153:25 181:25 185:16
192:22 193:6 195:24
198:22 206:17 207:14
208:12 211:16 228:25
233:13 239:19 241:2,7
241:22 244:8,19,24
**specification** 8:3,8,13
13:15 14:5 15:20,22,23
16:4,6 19:3,10 21:3,4,9
21:18 22:1,4 23:1 24:9
24:11,14 25:9 28:18,21
29:7 32:25 34:1,12,16
35:11,13 37:12,20 38:4
38:13,18 41:21 45:22
46:24 47:7 48:9 49:16
49:17 50:22 51:3 54:20
56:5 70:19 74:18 75:1
78:16 79:8 80:3,6,12
86:22 88:22 92:17,21
93:4 98:7,11 122:4,12
128:10 142:16 156:4,11
160:6 161:11,20,22

162:1,5,8,16 163:10
165:23 166:8,16 168:9
168:23 169:8,24 173:5
178:12 183:12 185:10
187:7 198:8 203:20,24
206:11,20 213:5 225:24
241:4,5,9,15 244:25
250:9
**specifications** 6:8 24:6,7
69:12 80:20 81:9 94:13
117:21 138:12 162:5
202:13 204:1 212:3
213:1,3,9 216:4 219:24
220:3 244:4 251:5,7
**specificity** 164:24
**specified** 42:22
**specifies** 193:6
**specify** 86:25 195:4
227:16,25
**specs** 120:7 218:19,22
**spectrum** 238:23
**speculation** 141:6
**speed** 2:8 3:17,21 4:12,14
4:18,21 5:3,12 15:10
32:17 36:15,19,21 42:8
42:9,19 43:15,19,24
44:8,11,25 45:4,14,24
46:2,21 47:15,18,20
48:10,19 49:10 52:16
53:2,17,23,25 54:2,8
55:20 56:16,17,19,20
64:7 71:22 82:21 89:1,3
128:14,18 137:13
140:25 145:7,10 146:22
156:12 187:20,24
196:10 198:13 199:17
200:4,8 201:12 203:19
204:9,14 206:23 207:1
207:8,12 208:5,6,7,20
209:18 210:15,21
217:22 218:2,5,10,12
218:15 219:1,5,8,10
220:7,19 221:7,24,25
225:11,22 227:12,14
229:15 230:23 231:2,18
234:14 235:17,19 236:1
236:9 239:9 242:17
243:15,16,19 244:17,18
245:1,4,5,16,19 246:2
246:10 251:6,15,20,23
252:1
**speeding** 49:6
**Speed's** 198:5 203:12
**spell** 58:2,8,12,15 146:8
200:1
**spelled** 192:22
**spelling** 58:13,22
**spellings** 58:18
**spent** 208:13
**spirit** 56:3
**spoke** 193:16
**spoken** 113:7
**spot** 25:17

**spotted** 167:21
**squarely** 11:4
**St** 10:2 62:19,21
**staff** 148:4
**stage** 158:4 160:23
**stand** 57:20 100:16
**standard** 21:24 31:13
107:6
**standing** 130:6
**Standley** 2:8,9,18 3:18,18
56:18 65:5,5,11,22 66:1
99:20,23 100:20,21,23
101:11,18,21 102:5
103:8,11,17,22 104:2
104:22 105:4,6 107:17
116:24,25 121:1,5,8,21
121:24 122:1 125:3,8
125:13 126:6,24 128:11
129:15,17 130:9 131:21
131:23 133:11,13,24
134:3,20,24 138:20
139:18 140:2,11 141:5
249:12
**standpoint** 53:18 113:17
123:2 138:5
**start** 7:16 26:15 36:12
43:1 61:13 154:20
204:18 206:23 207:2,5
208:7,8 211:17 214:24
238:24
**started** 41:7 63:6 124:14
207:24 235:13
**starting** 68:16 71:1 74:22
77:6,18 78:19,22 85:15
137:13 171:3,19
**starts** 77:13 86:8 139:4
184:2 242:8
**state** 1:21 58:1 61:8
144:21 146:7 148:11
166:24 199:25 240:14
241:22,24 249:3
**stated** 26:20 43:13,22
76:13 151:9 160:12
220:6 238:5
**statement** 4:9 7:24 36:13
64:8 171:23 239:23
240:1
**statements** 4:8 5:19 67:13
145:15 181:16
**states** 1:1 37:24 59:14
60:14,24 61:2,4,10
121:10 144:1 162:14
196:18 241:20
**stating** 248:3,9
**status** 22:9
**statutory** 27:25 53:4
**stearic** 167:18,20
**steer** 161:8
**stems** 123:19
**step** 27:11 130:25 143:5
**Sterno** 72:20,23 73:1,1
**stick** 56:4 112:4 173:23
**still** 104:13 108:22

109:17 203:9 211:6
221:16 222:22 229:14
247:23
**stipulate** 65:6
**stipulated** 4:21 5:7
101:15 103:20 200:5
**stipulating** 5:10
**stipulation** 17:15 65:2,24
66:18 101:20 114:13
118:13 135:3
**stirred** 9:6
**stock** 129:12 130:24
223:15
**Stonebrook** 2:7 3:18 13:7
30:7 128:13 145:4
147:6 150:9 187:17
188:5,6 189:23,24
192:1 193:9 196:2,6,13
196:23,24 197:14,17
199:10 211:19 240:9
**Stonebrook's** 12:20
**stop** 87:25 184:5
**stopped** 92:12
**straight** 165:6 252:12
**strain** 151:24
**strength** 17:4,13 26:3
84:2 87:14 90:24 97:15
122:24 153:9 158:12
167:12 182:16,25 195:5
195:25
**stress** 151:24 153:6
**strictly** 92:9
**strike** 83:10 139:16
**string** 154:21
**strong** 168:19
**stronger** 50:3
**strongest** 162:7
**strongly** 29:6
**structure** 50:6 90:24
92:10 142:18 153:14
159:7,9,25 160:9 167:8
170:20 172:24 174:5,13
174:15 176:5,5,8
197:12 217:23 232:9
240:13
**structures** 43:4 94:14
97:13 122:22 159:11
160:2,4,21 204:19
237:23 238:1,3,7,12,14
**stuck** 178:20
**students** 20:15,17,19
**studied** 215:8
**studies** 59:16 148:21,25
149:1
**study** 60:3 149:16
**styrene** 8:9 12:7 14:9,12
15:13 16:19 23:21
38:15 39:25 41:13,25
42:24 43:1,25 44:3
50:20 54:10,13 67:25
85:21,25 86:13,23 87:5
88:6,10 91:24 93:17,24
95:10 97:4 98:4,12,18

125:16 127:10,21 128:1
128:22 129:3,4,5
130:20,21,24 139:6
142:12,20 154:3,9,12
154:13,17,19,20,22
155:1,25 157:4,21
158:18 159:5,14 160:24
165:17 166:4 169:1,1
172:6,15 173:7 174:9
176:12,25 181:11 184:6
184:6,7,23 186:14
188:19 191:15 194:12
194:12 197:13 198:7
202:3,10,14 203:2,7
205:2,15,22 206:16
207:10 212:22 224:25
236:15 237:4 241:12,17
241:21,24 242:6 250:24
**styrene-ethylene-butyl...**
237:3
**styrene-ethylene-ethyle...**
123:18
**styrene-ethylene-ethyle...**
25:7 87:11 205:24
236:23
**styrene-ethylene-ethyle...**
184:8
**styrene-ethylene-propy...**
203:1
**styrene-ethylene-propy...**
123:19
**sub** 248:2
**subclass** 204:22 209:17
**subgroup** 247:11
**subject** 5:24 46:16 48:1
52:14 56:24 161:18
208:18
**subjected** 73:25 151:24
**submit** 22:1,12 34:11
66:18
**submits** 31:6
**submittals** 120:22
**submitted** 7:13 121:10
**submitting** 94:24
**subpart** 77:20 85:18
126:20 139:3
**subparts** 126:21
**Subsection** 27:12
**subsequently** 66:11
**subset** 43:10 49:20
116:13 159:9 160:3
174:5,7 198:23 216:16
217:15,16,18 219:25
242:5 244:10
**subsets** 159:12,13 174:9
174:11
**substances** 151:23
**substantial** 54:4 81:17
229:18
**substantially** 16:13 24:8
39:1,5 51:23,25 52:11
52:19,20 55:3 70:1,2
73:20 74:6,7 75:11

79:25 83:18 84:12
108:1,5 110:10,10
120:4 177:13,20,21
178:19,22 180:13,14,19
182:21 184:19 185:2,13
186:4,22 187:2 222:5,7
229:16 230:17 231:13
231:15 232:19 233:6,7
**substrate** 8:21 9:8 68:21
79:20 151:17,20 152:2
152:8 210:4
**substrates** 151:12
**substructures** 240:14
**subtract** 42:16
**subtracting** 33:10
**succeed** 20:19
**succinctly** 237:17
**such** 37:14 45:25 51:13
61:25 71:4 80:22
110:23 111:24,25
120:11 137:22 149:2
150:24 151:3 152:20
153:6 154:23 158:7
166:20 173:6 175:14
181:16 183:9 197:5
224:5 243:21
**sufficient** 81:4 137:4
166:25
**suggest** 161:12 178:18
**suggested** 36:2 79:2
159:20,21
**suitable** 116:17,22 117:6
117:14
**Suite** 1:24 2:4 144:24
**summary** 46:10,16,17
47:8,21 48:2 52:14,21
56:25 57:2 251:20
**superior** 17:14 19:5
**supplemental** 47:13
56:23
**supplier** 223:12 224:4
**supply** 232:25 233:3
**support** 36:22 74:18 80:6
92:17 159:20 203:19,23
**supported** 13:14 22:25
25:8 32:25 34:12,15
**supporting** 164:5
**supports** 38:4 75:1 78:16
79:1,12 80:14
**supposed** 40:9 103:13
170:7
**supposition** 226:12 227:7
**Supreme** 19:11,16,22
**sure** 6:18 9:12 11:18
19:18 48:6 53:12 99:25
103:5,19 108:4 112:6
113:25 120:5 123:11
140:23 158:20 159:1
164:8 187:13 191:11,13
196:4 198:2 209:24
220:6 243:17 244:2
249:24 252:2,17
**surely** 153:6

**surface** 20:20 167:21
**surgical** 62:2,22
**suspect** 250:19
**sustain** 126:3 128:16
197:20
**Sustained** 126:22 141:7
**swells** 69:21
**sworn** 57:23 146:4
199:22
**synthesis** 200:19 201:7
**synthetic** 71:8,9 106:8,12
106:14,16 112:3
**synthetics** 113:14
**system** 59:12,13 215:1
**systems** 214:23
**S-a-u-n-d-e-r-s** 250:17
**S-B-E-P-S** 247:8
**S-E-B** 248:1
**S-E-B-E-P-S** 131:18
**S-E-B-S** 25:6
**S-E-B/E-P-S** 129:25
159:7 167:9 170:14,20
172:24 174:6,15 247:2
247:21,24
**S-E-E-P-S** 24:23 26:11
26:14 122:6 130:2
139:1 140:13 141:1
142:4 159:9 170:20
174:5,13 212:7 239:24
241:18 247:1,19,24
**S-E-P-E-B-S** 131:15
**S-E-P-S** 25:6 41:16 122:5
140:14 141:1 142:4
**S-E-P/E-B-S** 247:4
**S-I-B** 128:22 129:7
**S-I-B-S** 128:21 129:9
239:23

**T**

**T** 253:1,1
**Tab** 67:9 68:6 77:2,4
**table** 243:6
**tack** 167:21
**tail** 186:13,15
**take** 14:23 15:4,5,13 43:8
44:12 54:11,14 56:9
70:21 99:11 100:1
110:2 124:24 142:17
159:24 160:7 164:3,4
165:13 187:25 202:12
202:13 223:5,23,25
224:21 228:5 235:7,18
245:24 249:15
**taken** 8:7 31:10 33:20
56:12 100:3 108:3
125:11 178:10 188:2
198:19 243:3
**taking** 24:21 27:11 33:8
94:9 143:9 197:21
207:6 229:2
**talk** 8:24 10:21 36:24,25
40:1 41:23 50:13 88:3
89:1 151:1 164:17,20

179:7 218:16
**talked** 20:11 25:12 55:24
96:10 107:21 176:22
179:7 213:11
**talking** 26:15,22 39:2
40:14 48:8 58:11 75:4
80:8,15 93:17 98:5
105:16 109:19 113:25
118:5 124:21 125:9
141:3 165:18 167:24,25
171:4 177:1 181:1
208:14 219:25 228:21
241:3 246:1
**talks** 211:16
**Tampa** 1:2,17 2:5 144:2
144:17
**tank** 61:24
**taught** 20:21 149:6,9,16
201:5
**teach** 149:11,20 155:25
201:2,4 242:2,5
**teaches** 16:11 156:5
241:6,10
**teaching** 149:4,8 173:4
**tear** 99:8 151:3 153:3,7
166:18 178:24 182:25
186:19 195:1,3,7
210:11,21 211:3,8,22
213:22,25 215:15 216:4
221:8
**technical** 55:15,22 71:7
72:12 106:1,5 107:19
111:9,17 113:4 116:11
116:14 117:4 137:20
138:4
**techniques** 214:10
**technology** 12:21 48:20
102:20
**tell** 25:23 39:6 49:24
59:14 69:15 74:25 77:3
78:22,25 79:12 86:12
87:3 109:2 117:21
120:23 123:2 124:5,18
124:19 133:2 134:5,13
148:8 161:17 163:25
164:22 181:22 200:9
209:24 230:7 235:10
236:10 242:21 251:7
**telling** 50:12 96:19
104:14
**tells** 186:2,2
**temperature** 129:13
157:11 223:3,3,7
224:25 225:1
**temperatures** 73:7
**Ten** 51:25
**tend** 175:23
**tender** 65:19
**tendered** 65:14
**tensile** 99:7 182:16,25
195:5,24
**term** 8:9,13 22:11 41:22
46:23 54:3 81:8 85:8

103:5 113:3 114:10
152:12,13 154:3 155:17
156:11,17,24,25 158:20
158:21 159:4 160:1,5
161:18 162:2,17 164:10
165:5,16 166:3 167:2
169:13 170:6,13 172:5
172:15 173:2 174:11,13
175:6,8,9,12 178:19
180:19,20,22,25 181:3
181:20 182:12 207:9
208:11 225:6,13 232:20
233:7,12 236:15,17,20
250:10
**terminology** 123:10
224:5 237:14
**terms** 5:22 7:24 11:15
16:8 20:16,17 21:17,24
22:6,23 35:1 37:1,1,4
37:13 38:2 39:17 42:12
48:7 58:11 78:14 148:3
149:19 150:12 153:1
154:2 155:20 166:9
168:2,9,11 175:9 176:6
177:20 179:20 180:17
183:1,25 222:21
**test** 120:8
**testified** 57:24 102:16
106:20 107:3 126:2
128:9 132:11 134:1
146:5 155:14 199:23
208:13,22,25 238:20
**testify** 8:2 104:8 132:14
133:14 246:25
**testifying** 208:5 210:15
226:20
**testimony** 7:21 14:4 22:3
24:24 35:19 56:11 57:8
93:7 102:22 128:19
133:22 139:9 151:22
188:7 193:20 194:3,7
218:18 220:15 222:11
226:13 236:14 238:5
241:5 244:11
**text** 20:21 78:15 80:19
**textbook** 20:23
**than** 3:24 22:23 23:7,15
30:24 34:25 50:12
51:20,23,25 52:20 54:4
54:5 80:17 95:1,15 96:1
98:12 101:25 102:13
103:24 104:11 127:21
130:10 131:17,19
138:15 156:15,22 157:1
169:25 177:11 179:21
182:21 184:23 188:20
195:15,20 201:9 205:4
212:4 216:12 217:3,19
228:13 235:8 241:10,18
242:2 251:3
**thank** 3:15,20 6:22 7:4
11:20 36:20 58:5,7,25
65:1 66:3 67:7 76:25

82:5 85:4 86:7 93:10
94:16 96:5 100:21
103:17 121:7,25 126:5
126:23 128:17 131:21
137:2 138:17 143:4,6,7
146:10 147:7 150:10
165:14 191:11 192:13
199:15,16,19 204:12
210:17 235:16,17
236:11 242:25 246:2,12
247:12 248:22 249:18
252:17
**that** 4:1,6,9,21 5:7,13,21
5:24 6:1,7,11,16,18,18
7:13,17,25 8:13,14,17
9:3,7,11 10:9,9,11,14
10:17,18,19,19,20 11:4
11:11,14,15,16 12:2,14
12:18,21,23,25 13:6,15
14:5,16,21,23 15:5,6,8
15:16,25 16:1,8,13,16
16:21,22,23 17:1,5,12
19:2,7,8,13,15,18,25
20:14,19 21:13 22:4,8
22:12,13,13,13,15,17
23:4,10,23,24 24:1,3,4
24:7,17,24 25:5,16 26:5
26:10,13,14,19,20,22
27:3,8,11,13,20,23 28:7
28:8,12,16,18,20,23,24
28:25 29:1,6,6,10,18,21
29:22 30:5,10,11,12,13
30:18,19,24 31:11,14
31:15,15,17 32:19,21
32:24,24 33:1,13,13,17
33:19,21,22,25 34:4,11
34:19 35:1,13,23,24,25
36:2,7,9,12 37:1,5,11
37:14,21,25 38:10,15
38:16,20 39:8,13,14,21
40:1,4,7,9,9,12,19,19
40:24 41:2,6,7,15,17,19
42:12,14,17 43:1,3,13
43:21 44:3,5,10,12,17
44:18,19,21 45:5,12,14
45:21 46:8,9,11,14,16
46:21 47:1,2,2,3,4,13
48:14 49:11,13,18,25
50:1,4,13,17,22,22 51:1
51:10,22 52:4,13 53:7
53:11,20,24 54:1,5 55:4
55:5,23 56:15 57:1,11
58:12,18,19,20,21 59:7
59:12 61:1,20 62:11,13
62:19,21,23 63:11 64:9
64:12,13,16 65:3,6,9,14
65:19,23 66:1,19,24
67:4 68:7,24 69:2,9,21
70:10,15,19,19,20,22
71:21,23,24,24,25,25
72:5,5,15,17,21 73:1,2
73:6,19,25 74:6,7,18
75:1,1,2,4,12,13,17,20

75:21,25,25 76:5,7,9,12
76:13,13 77:16,20,22
78:16,16,25 79:1,3,9,12
79:12,13 80:1,6,6,7,11
80:22,23 81:14 82:4,5,8
82:22 83:5,6,10,14,16
83:21 84:10,11,22,23
85:16,19 86:3,8,10,22
86:22 87:7,8,15 88:1,3
88:4,16,18 89:3,9,11,13
89:14,21,24 90:11,13
90:21 91:6,8,12,12,13
91:13,23 92:3,5,17,21
93:8,17,21 94:2,8,8,12
94:19 95:11,11,13,16
95:23,25,25 96:13,14
96:16,18,20,25 97:1,4,6
97:20,23 98:2,5,6,10,14
98:15,16,19,20 99:6,10
99:15,24 101:2,5,14,19
101:20,22,25 102:4,7
102:12,19 103:2,5,9,14
103:19,21,22,23 104:3
104:5,5,11,15,19,23,24
105:2,8,11,13 106:7,20
106:21,22,23,25 107:4
107:8,8,19 108:5,23
109:6,18,22,24 110:1,2
110:4,10,15,25 111:1
111:11,18,19 112:21,21
112:24 113:5,6,19,21
113:23 114:7 116:3,5
116:12,14,25 117:4,6,9
117:9,13,21,22,22,23
120:9,10,12,13,14,16
120:22 121:15,18
122:14,16,21 123:8,9
123:10,13,15,25 124:1
124:3,7,16,18,19,23
125:2,14,14,22,25
126:2,12,17,20 127:11
127:12,13 128:2,3,19
129:24 130:3,7,16,19
130:24 131:14 132:4,12
132:14,15 133:8,17,20
133:21,22,24 134:3,12
134:24 137:5,22,22,23
137:24,25 138:1,8,10
139:9,9 140:2,5,11,11
140:25 141:13,16,19
142:1,1,3,18 143:1
147:1,3 148:11,17
149:16,20,25 150:3,24
150:25 151:5,5,6,9,12
151:13,15,16,18,19,21
152:2,3,9,14,17,19,20
152:21,25 153:1,9,14
154:10,13,19 155:2,18
156:5,15,17,18 157:1
157:16,20,24 158:9,15
158:16,17,20,21,22,23
158:24,25 159:2,3,4,6,8
159:10,11,16,23,25

160:1,4,8,9,11,15,16,22
161:1,2,17,17 162:7,8
162:10,14,14,21,24,25
163:1,2,5,7,9,18,20,20
163:21,23 164:2,5,10
164:13,21 165:2,5
166:17,18,22 167:3,15
167:22 168:3,6,11,20
168:23,24 169:3,5,7,9
170:3,4,8,10,15,17,18
170:24 171:6 172:7,12
172:13 173:1,9,10,11
174:13,25 175:2,5,7,11
175:20,22 176:3,3,7,14
176:23,25 177:14,24
178:13,14,15,16,20
179:13,24 180:14,19,20
181:6,14,22 182:1,3,11
182:13,16 183:1,2,10
183:14,17 184:21,22
185:1,11,24 186:3,6,7
186:10,11,13,23 187:3
187:9 188:24 189:3,17
190:4,6,20 191:16,19
192:1,9,10,15,22,23,25
193:10,11,18,19,21
194:3,8,14,15,16,17
195:7,9,10 196:14,17
197:5 198:5,6,9,13,19
200:5,11,24 201:13,17
202:15,16,21,25 203:6
203:10,13,20,24 204:9
204:20,22,25 205:3,4
205:19,22 206:3,7,18
206:25 208:10,18,21,22
208:25 209:1,5,15,15
209:18 210:6,9,9,13,18
211:3,9,15,17,17,18,19
211:20 212:11,20,24
213:5,8,10,12,21,23
214:2,7 215:14,15,16
215:21,21 216:5,6,16
216:19 217:2,6,8,10,12
217:14,19,20 218:1,10
219:11,14,16,25 220:4
220:9,12,14,15,16
221:10,10,12,23 222:2
222:3,8,8,17,19 223:2,2
223:4,6,7,11,16,25,25
224:7 225:7,12,18
226:2,4,9,11,13 227:7
227:15,19,23 228:2,3,6
228:8,14 229:2,19,22
230:12,16,19,20,21,25
231:2,6,6,10,12,24
232:3,5,11,15,20,25
233:2,15,17,19,23
234:3,11,18,20 235:3
235:19,19,20,21 236:4
236:7,8,16,19 237:13
237:13 238:5,11,16,20
238:23 239:2,19,23,24
239:25 240:1,2,4,10,15

240:20,22 241:5,11,20
241:22,24 242:1,2,23
243:7,10,21,25 244:1,4
244:7,15,17,25 245:8
245:22,23 246:6 247:1
247:2,22,24 248:3,9,10
248:11,13,20 249:1,3
250:4,8,10,14,16,23
251:1,3,4,4,6,7,8,9
253:2
**that's** 5:22 11:11 12:3
15:16 20:24 21:24,24
22:13,19 24:21 25:1,3,4
25:8,8 26:19,24 27:18
29:4 31:4 32:15,16
33:23 38:17,18 40:21
41:14,17 43:9,18 44:23
45:17 46:3,8 47:10 50:5
53:10 54:3 55:22 56:8
64:19 67:15 69:17
71:25 75:14 81:24 83:7
86:9 87:15 91:4 95:2
98:25 99:18 101:15
104:22 107:4,25 108:20
109:19 117:1 128:8
130:13,21 131:25 139:5
148:20 151:14 152:16
156:2 157:25 158:8
159:8 160:7 162:2,6,11
164:14,23 169:10
170:16,22 171:4,14,18
173:1 174:16,19 175:17
177:18,24 179:8,10
180:12 181:23 183:5
188:25 189:10 194:7
197:1,14 199:7 203:7
203:22 205:11 206:8
207:4 209:11 211:5
219:1,3,13,16 220:6,9
220:11 221:1 222:4
225:23 229:22,23 230:2
230:19 231:14 234:9
235:24 237:21 242:4,15
243:23 245:1 246:4
247:2 248:3,4,8,15
251:10 252:7,8,10
**the** 1:7,18 2:10 3:2,10,15
3:18,20,22,22,23,24,24
4:2,3,12,13,17,20,21,22
4:22 5:2,4,8,8,9,9,13,15
5:23,24,25 6:1,3,3,4,6,7
6:8,9,11,14,15,15,19,24
7:1,3,4,6,7,7,8,9,10,11
7:12,12,13,14,17,20,21
7:22,23,25 8:1,1,3,4,5,5
8:6,7,8,8,8,11,12,12,12
8:13 9:1,3,3,8,9,13,16
9:16,17,19 10:3,7,10,13
10:14,15,20,23 11:1,3,5
11:11,11,14,14,16,17
11:19,22 12:1,5,8,9,11
12:13,15,21,25,25 13:2
13:4,4,5,5,7,7,8,9,12,13

13:14,17,20,23,25,25
14:1,3,5,6,7,8,15,16,17
14:19,21,22,23,24 15:2
15:2,5,6,6,9,10,13,15
15:16,16,17,19,20,20
15:21,22,24,25 16:2,4,5
16:6,7,8,9,11,12,16,17
16:18,19,19,20,21,25
17:2,2,2,4,4,13,14 19:2
19:3,3,5,7,8,10,11,12
19:14,14,15,16,16,22
19:23,24,25 20:1,2,5,6
20:7,7,8,9,9,10,12,17
20:19,20,21,24 21:3,3,3
21:10,13,16,17,18,22
21:23,24,24,25 22:1,4,4
22:5,6,7,9,10,13,14,14
22:15,15,16,17,20,20
22:24,25 23:1,3,4,5,7,8
23:14,14,17,19,21,24
23:25 24:1,6,7,8,9,11
24:14,14,20,22,22,22
25:4,5,8,10,14,15,16,17
25:18,19,20,20,21,22
25:24,25,25 26:1,2,2,8
26:10,12,13,19,22,23
27:2,4,4,6,13,16,16,16
27:17,18,20,22 28:2,3,5
28:6,7,11,11,12,12,14
28:15,17,18,18,20,21
28:23,24 29:1,1,2,3,6,7
29:8,9,13,15,16,17,17
29:18,20,20,21,23,23
29:25 30:1,3,3,4,11,11
30:12,14,16,16,17,17
30:20,21,23,25 31:2,3,6
31:7,7,8,10,11,13,13,14
31:15,15,19,20,20,20
31:24,25 32:2,3,4,5,6,6
32:8,9,11,12,12,14,15
32:17,21,22,25 33:1,2,4
33:6,11,14,14,15,15,17
33:20,23,24,24 34:1,2,2
34:4,4,11,12,14,15,15
34:16,18,20,21,22,25
34:25 35:1,4,6,7,8,9,9
35:11,12,14,16,18,18
35:20,22,22,23 36:1,8,9
36:15,22,22,23 37:3,7
37:11,11,12,12,14,19
37:19,19,20,20,21,21
37:22,23,24,24 38:1,2,3
38:6,7,7,9,12,13,15,16
38:17,18,18,20,25 39:4
39:6,7,8,15,15,15,18,22
39:24 40:3,3,8,10,12,13
40:15,16,17,18,21,21
40:22,23 41:1,4,12,21
41:22 42:1,2,4,5,5,6,8
42:10,13,14,15,16,17
42:19,20,21,21,23,25
43:8,12,13,15,18,20,22

43:23 44:1,5,9,9,13,15
44:18,20,21,23 45:2,2,5
45:6,6,7,11,12,14,15,16
45:17,18,20,20,22,25
46:4,8,11,14,15,16,19
46:22,23,24 47:3,8,9,9
47:10,10,12,16,16,19
47:21,21,24,24,25,25 48:1
48:1,3,5,7,8,8,16,19,19
48:22,25 49:3,4,5,7,7,9
49:12,13,16,17,18,19 50:2
50:3,3,8,13,16,22,22,23
51:3,3,5,7,9,10,12,13
51:13,22,24 52:2,3,6,7
52:9,9,11,14,16,22,22
52:25 53:3,5,5,6,6,9,9
53:10,11,12,12,13,13
53:15,20,21,22,24,25
54:1,2,7,9,13,16,18,18
54:19,20,22,24,25 55:1
55:9,10,11,12,16,17,19
55:20,21,22 56:1,2,2,3
56:4,5,5,9,10,14,14,18
56:19,20,22,22,23,24
57:2,3,4,5,7,7,8,11,12
57:17,19,20,23,25 58:1
58:2,3,5,7,8,9,14,16,17
58:17,18,21 59:6,11,12
59:13,14,23 60:3,9,10
60:10,13,18,19,20 61:4
61:6,9,22,22,23,23,23
61:24,24,24,24 62:3,7
62:10,11,12,14,16,22
62:23,24 63:6,6 64:5,10
64:12,20,23,23 65:3,6,8
65:9,10,14,15,17,18,21
65:25 66:2,5,8,9,19,19
66:21,21,24,25 67:1,2,4
67:5,5,8,10,12,14,15,16
67:21,23,23,24 68:1,2,2
68:6,7,13,14,17 69:3,6
69:7,9,10,12,13,15,17
69:17,17,20,21,22,23
69:24,25 70:2,5,8,8,10
70:15,16,16,17,18,18
70:20,21,22,23,23 71:1
71:3,3,9,15,18,21 72:5
72:7,10,14,17,19,23,25
73:1,4,5,6,6,8,10,11,16
73:16,17,17,18,19,21
73:21,22,23,24 74:3,3,5
74:7,15,18,19,22,23
75:1,2,7,8,8,9,10,10,13
75:13,14,18,18,21,24
76:1,3,4,5,7,9,10,11,11
76:12,14,15,15,16,17
76:18,20,21,22,22,24
77:2,4,5,10,12,14,17,22
78:6,7,8,8,9,15,16,23
79:1,3,6,8,10,12,14,14
79:15,15,16,17,20,21
80:2,5,12,16,17 81:2,3
81:4,5,8,8,9,13,15,17

81:19,20,20 82:1,3,7,10
82:11,12,14,18,18,22
82:24 83:1,3,5,6,7,8,8,9
83:9,10,10,12,12,14,15
83:16,17,21,22 84:1,3,5
84:5,8,9,9,9,10,11,12
84:13,16,22,22 85:6,8,9
85:9,11,13,19,24,24
86:2,4,7,9,10,12,13,15
86:18,19,19,21 87:2,2,4
87:4,6,6,7,11,12,13,14
87:15,17,17,18,22,25
88:5,5,13,16,21,22 89:2
89:4,5,9,15,19,19,19
89:20,21,21,22,25 90:1
90:2,3,3,5,8,8,9,11,12
90:18,23,23,24,24,25
91:1,3,4,6,14,16,17,20
91:21,22,23 92:5,9,9,11
92:13,14,17,20,21 93:2
93:3,4,5,6,13,14,16,16
93:20,24 94:3,3,4,11,12
94:13,13,13,14,15,15
94:18,21,23 95:2,3,5,8
95:9,14,17,19,20 96:3,5
96:8,10,11,12,13,15
97:8,9,10,13,13,14,16
97:17,20,22,22 98:1,2,2
98:5,7,8,12,13,19,25
99:1,3,7,8,11,13,13,15
99:15,19,19,20 100:1,4
100:6,10,12,14,16,16
100:17 101:1,8,9,10,13
101:14,15,17,19,22,23
102:1,4,5,5,6,11,13,17
102:21,23,24,25 103:1
103:5,6,9,9,13,16,18,22
103:23,24,24,24 104:1
104:16,16 105:2,5,7,9
105:11,11 106:7,10,21
106:22 107:6,6,11,13
107:18,25 108:1,1,7,9
108:10,13,13,14,15,24
109:2,2,3,12,16 110:4,4
110:5,6,8,12,15,15,18
110:19,20,21,22,24,25
111:2,3,6,7,7,11,11,12
111:13,14,14,16,16,17
111:22,22,25 112:1,4,4
112:6,7,7,8,8,10,11,11
112:13,14,16,17,17,19
112:20,21,22,24 113:1
113:2,2,3,6,9,12,14,15
113:15,16,17,17,19,20
113:22,25 114:1,1,3,4,6
114:9,10,10,12 116:1,1
116:3,4,5,7,9,16,16,19
116:20,22,22 117:4,6,7
117:7,8,9,11,11,11,12
117:15,16,19,21,22,23
118:7,8,9,10,12 120:7,8
120:9,10,14,17,17,18
120:19,20,25 121:1,3,4

121:6,9,10,12,12,15,19
121:21,23,25 122:2,2,3
122:5,9,10,11,11,12,18
122:24 123:1,3,3,5,8,10
123:11,12,13,16,24,25
124:1,3,5,6,8,9,11,12
124:13,14,15,16,17,25
124:25 125:5,6,7,9,9,12
125:14,19,24,24 126:1
126:1,3,3,7,7,9,9,13,22
127:24 128:6,10,11,16
128:16 129:3,12,12,13
129:13,13,20,22,23
130:1,8,8,12,14,23
131:2,3,5,11,12,15,16
131:16,22 132:6 133:2
133:2,7,7,12,12,15,15
133:16,16,21,25 134:2
134:7,9,12,13,14,18,21
134:23,23,25 135:2
137:1,3,4,10,13,18,18
137:19,19,22 138:5,11
138:12,19,23 139:1,5
139:16,19,20,20,23,24
139:24,25 140:2,6,8,9
140:13,14,15,15,19,25
141:1,2,7,9,11,12,20,24
141:25,25 142:2,2,8,8,9
142:10,14,15,15,16,18
142:22,23,24,24,25,25
143:3,6,7,10 144:7,18
146:2,4,6,7,8,9,10,16
146:17,19,22,23,24
147:1,3,5,7,14,16,19,22
147:22,23,24,25 148:1
148:2,2,3,4,5,6,8,10,12
148:14,14,21,21,22,24
149:1,1,2,9,11,14,15,17
149:19,25 150:3,5,5,5
150:13,17,20,21,23,24
150:25,25 151:4,5,6,8,8
151:9,10,11,11,18,19
151:19,22 152:1,3,3,4,4
152:5,7,9,11,12,13,19
152:19,20,24 153:4,5,7
153:9,9,10,12,13,14,19
153:19,24,25 154:3,3,5
154:15,19,20,21,24
155:1,2,3,3,3,6,7,8,8,9
155:9,14,16,17,18,24
156:2,2,3,4,4,5,7,9,11
156:17,25 157:6,7,9,12
157:14,15,19,23 158:1
158:3,5,6,7,7,8,10,11
158:13,17,19,20,23,24
158:24 159:3,4,6,8,11
159:13,16,17,21,24
160:6,9,11,11,16,18,20
160:22 161:1,6,6,6,7,10
161:12,14,15,17,19,19
161:20,20,22,22,23,25
161:25 162:1,3,3,5,5,6
162:7,8,13,14,15,15,16

162:17,18,19,19 163:2
163:3,4,6,7,10,11,12,13
163:17,18,18,23,25
164:1,2,2,5,5,11,11,13
164:16,19,21,22,23,25
165:3,7,7,8,11,12,14,16
165:16,17,18,19,22,22
165:23,23 166:1,2,3,3,8
166:9,9,11,12,15,16,17
166:17,18,22,22,23,24
167:2,4,5,5,5,6,6,7,9,10
167:12,12,13,13,14,14
167:15,17,18,21,21,23
167:24,24,25 168:1,1,4
168:6,9,12,14,15,16,17
168:22,24,24,25 169:1
169:3,3,7,7,8,11,12,13
169:13,14,16,17,20,21
169:24 170:1,3,8,9,11
170:13,14,16,18,19,19
170:20,22,23 171:1,2,5
171:6,9,10,10,11,13,14
171:16,18,20,21,21,22
171:24,25 172:1,2,5,9
172:15,17,19,21,21,24
173:2,3,3,4,4,4,6,9,10
173:14,15,17,17,18,18
173:25 174:1,4,4,5,13
174:15,18,20,24 175:8
175:9,10,12,14,16,17
175:20,21,22,22,25,25
176:4,8,9,11,14,14,16
176:17,17,18,24 177:1
177:4,4,4,5,6,7,11,11
177:13,17,17,20,23,24
178:5,10,11,15,16,17
178:19,25 179:6,7,11
179:12,13,14,17,19,20
179:22,24 180:2,3,10
180:17,17,19,20,24,24
180:25 181:2,3,7,7,8,8
181:9,11,12,13,13,15
181:17,19,19,20,21,23
181:24 182:1,4,6,7,12
182:12,17,18,20,20,23
183:3,3,4,6,10,11,12,15
183:23 184:3,4,6,21,22
184:23,23 185:2,10,11
185:11,16,20,21,21,23
185:24,24,25,25 186:2
186:6,7,9,10,14,14,15
186:15,16,19,21,23,24
187:1,3,4,6,7,7,8,8,8,14
187:18,21,22,25 188:8
188:8,13,14,15,19,19
188:20,21,22,23 189:1
189:2,3,7,12,14,15,16
189:16,20,20,25 190:5
190:7,7,9,10,10,11,11
190:12,12,13,13,16,19
190:20,22,24 191:1,2,4
191:6,9,10,11,12,13,14
191:20,24,25 192:4,5,6

192:7,8,12,19,20,20,21
193:6,7,8,16,18,19,22
193:24 194:3,4,4,5,9,11
194:17,18,18,21,22,24
195:9,10,12,17,17,21
196:3,3,4,8,12,13,15,15
196:16,22,22 197:3,5,6
197:9,16,20,20,23
198:1,3,6,8,10,12,14,16
198:18,19,20,21,25,25
199:2,3,3,5,7,9,12,15
199:16,17,19,20,22,24
199:25 200:1,2,4,9,10
200:11,11,21,23,23,24
201:8,10,11,12,15,18
201:24 202:1,4,5,7,7,9
202:9,12,13,13,14,15
202:16,18,19 203:3,5,5
203:6,7,8,9,9,11,14,17
203:19,23,24 204:1,3,5
204:5,6,7,8,12,16,18,19
204:22,23,24 205:3,4,6
205:12,15,21 206:9,11
206:12,14,14,14,15,20
206:20,23,25 207:1,4,6
207:6,9,9,10 208:11,11
208:12,15,15,17,21,24
208:25 209:1,2,2,3,3,4
209:4,7,9,10,12,13,18
209:19,20,21 210:16,18
210:19 211:2,8,9,9,10
211:12,13,16 212:1,2,2
212:3,4,11,14,15,16,20
212:20,20,21,22,24,24
213:1,3,4,5,8,8,13,17
213:18,19,20,20,22,24
214:1,3,6,9,10,13,16,18
214:19 215:1,4,8,10,12
215:14,15,17,18,19,20
215:22,23,24 216:1,2,2
216:3,4,5,9,9,10,13,13
216:15,17,18,18,21,22
216:25 217:1,4,5,7,7,8
217:9,10,11,11,14,16
217:17,22,23 218:1,2,4
218:8,11,13,15,16,18
218:19,19,22,23,23,24
218:24,24 219:3,7,8,9
219:12,13,14,15,17,19
219:20,21,22,23,25
220:2,3,8,11,11,13,16
220:17,17,21 221:3,5
221:13,13,14,16,23
222:11,18,18,23,23
223:1,3,5,6,9,13,14,15
223:17,18,19,19,22
224:4,5,9,11,13,14,16
224:18,20,22,24,25
225:2,2,5,5,5,7,9,12,16
225:18,18,19,20,21,23
225:23,25 226:1,4,9,18
226:20,23,24,24 227:1
227:2,2,4,6,7,8,11,15

227:16,17 228:2,4,5,11
228:12,15,16,18,19,20
228:21,22,24,25 229:3
229:3,4,4,5,5,8,9,9,10
229:11,12,15,17,17,23
229:23,24 230:2,7,9,10
230:11,11,13,14,15,15
230:16,18,19,21,25,25
231:5,8,10,11,12,14,17
231:19,21,24,25 232:2
232:3,6,8,9,10,13,14,20
232:22 233:1,1,2,5,6,7
233:9,10,10,11,16,18
233:20,21 234:1,2,4,4,6
234:7,7,8,9,10,11,13,16
234:19,20 235:6,10,14
235:18,21,23,24,24
236:3,10,15,20,20,21
237:7,9,9,10,12,16,18
237:18,18,20,21,21,22
238:11,22,22,22 239:5
239:8,11,14,15,18,20
239:20 240:3,12,13,23
240:24,25 241:3,4,4,5,9
241:9,11,15,16,16,20
242:2,11,12,18,19,19
242:20,21,22,22 243:1
243:5,6,7,8,10,12,20,20
243:21,23,23 244:2,3,4
244:5,5,12,13,13,14,15
244:16,17,18,20,22,23
244:25,25 245:1,3,6,6,7
245:7,8,8,10,11,12,13
245:14,17,18,19,20,21
245:22,24 246:7,9,11
246:12,14,15,21,21
247:5,6,7,9,15,21,25
248:1,1,2,6,6,7,8,9,9,10
248:12,12,13,14,20,25
249:11,12,14,15,18,24
250:2,8,10,10,14,14,15
250:21 251:3,5,5,7,8,8
251:13,14,17,17,20,22
251:24 252:2,5,8,14,15
252:16 253:2,3,4

their 3:7 10:15 15:4,7,14
16:3 20:15 23:22,23
24:4,5 26:21 28:13 31:6
31:16 35:7 39:21 40:6
40:15 48:12,12 54:14
60:22 63:16 117:9
125:17 129:23 132:16
140:20 159:19,19 197:1
223:3 226:8

them 4:24 7:6 21:21
30:16,20 46:7 48:25
51:6 52:5 56:6 70:25
80:18 82:10 93:1 94:10
94:10 113:14 123:1
134:16 163:3 169:18,23
186:13 195:9,22 198:16
207:23 212:16,17
214:23 222:16 223:4

224:17,19 226:7 228:1
229:13 233:15 242:20
243:7
**themselves** 165:22
**then** 4:11,16,17,18 8:3
22:17 28:23 32:1 44:5
44:12 45:5,6,13 51:11
51:14 52:9,21 54:15
61:12 62:22 69:15 86:7
87:22 90:16 108:18
112:2 113:22 120:18,21
120:22 126:12 127:17
127:22 129:25 134:19
152:23 154:15,21,22,25
158:10 160:4 161:23
165:12,13 173:21
181:18 182:11,17 183:4
183:22 187:1 191:12,14
192:13 204:20,21
205:20,25 206:4,4
208:12 209:16 237:12
238:24 251:23
**theory** 56:2
**there** 6:18 8:6 9:14 11:19
12:10,19 16:18 21:7
24:18 26:6 27:13 28:16
31:9,11,14 32:16,22
33:11,19 38:11,11 40:7
41:23 44:6 45:7,24,25
46:5 47:2,4,5 48:3 49:4
50:2,21 52:19 55:16
61:13 66:6 69:10 71:22
71:25 74:17 76:1,3,21
77:19 79:8 80:5 84:10
85:16 90:2 91:6,13
92:16 93:16,20 95:24
96:1,10,13,19 97:8 99:5
100:9 101:16,18 105:7
105:10 107:6 111:18
112:8,21 113:2,20,22
116:12 117:8 120:4,14
120:24 124:11,16,18
126:8,13,21 129:3
133:9 134:7,9,10 150:7
150:13 151:20 154:8
155:17,21 156:22
161:13,23 164:8 165:2
166:15 168:22 169:5
177:10,14 179:14,15
184:5 185:18,19 186:11
189:15,19 190:16 192:1
192:23 195:1,6,8
203:19,23 204:10 205:2
208:13 213:13,17 214:4
224:23,24 230:21
232:25 239:8,14,21,23
250:4 252:4
**thereafter** 133:19
**thereby** 14:3 31:12
174:14
**therefore** 75:6,8 78:12
90:24 97:14 122:23
197:8 213:19

**there's** 4:1,25 11:8 12:18
31:23 40:11,11 41:24
42:10 44:20 46:24 47:4
48:7 49:11,23 50:6
58:21 66:24 77:19
80:19 85:18 86:8
120:21 138:6 140:11
148:15,17 153:22,25
156:16 157:25 162:13
162:17 169:11 175:19
176:7 178:13,24 179:4
179:12 180:11,12 192:7
201:21 213:11,12
214:10 221:15,17
238:16 241:4,17 243:1
248:4,13 250:22 251:1
**thermoplastic** 68:18
**these** 5:21 7:22,24 11:15
12:22,23 13:12 14:2
15:22 16:7,15 17:6,13
20:12 21:17,23 22:23
23:13,16,19 24:7 25:19
28:8,23 29:12,14,16
30:15 32:24 35:2,15
37:4,13 38:5 40:4 49:6
51:10 68:1 70:24 71:13
72:17 74:1 76:20 80:19
80:22 89:22 104:25
106:20 107:4,21 108:8
108:8,24 109:3 111:24
113:11 116:20 117:12
117:13,20 120:9 133:6
138:3 152:5,13,23
154:25 156:10 157:12
157:14,15 160:21 168:2
168:3,5,11 171:11
173:13 174:9,23 177:6
177:15 178:25 180:21
182:25 183:1,4 193:3
193:19 194:1,8,20
195:7,10,13,24 200:25
208:8 214:23 216:7
222:25 223:4 227:25
228:22 229:3,4,14
232:12 235:25 238:6,10
247:21,23 249:8
**thesis** 60:7,9,9
**they** 10:15 11:4 13:8,9
14:1,2 20:15 22:16,17
22:19 23:23,25 24:3,3
27:21 31:20,25 32:1
37:13 41:4,4,12,15,17
41:19 46:6 48:14 52:25
53:17 55:12,17 60:19
65:16 67:4 71:4 73:9
74:1 79:5,6 81:25 84:14
102:2 103:14 106:24
109:10 110:4,22 113:12
113:12 116:7,21 123:15
123:17 124:6 129:25,25
132:19,24 134:15 138:4
149:22 154:17 158:22
159:12 168:13,18

173:21,23 176:24 177:3
179:20 184:4 185:8
194:5 196:20 206:15
214:22,24 223:4 224:12
224:13,24 225:14,15
227:15 230:15,16,18,18
230:20 237:19 238:15
238:18 243:8,10
**they'll** 7:19 215:3,4
**they're** 5:13 7:25 12:24
22:17 24:5 29:17 30:10
35:8 39:4 51:12 54:6,6
56:1 66:21 73:25 79:14
79:14,18 80:8,15 92:8
97:11,11 100:8 107:22
109:1,25 113:9,10
114:1 116:4,5 132:20
133:20 141:11 160:3
169:10 174:10 211:24
214:22 215:2 217:6
218:9 232:15 238:13
244:23,24 248:17
**they've** 15:17 35:8 41:15
41:18 159:7
**thick** 120:14
**thin** 93:5
**thing** 8:19 15:16,25 35:7
36:24 40:19 41:12
48:25 50:10 51:11,12
103:11 114:2 122:18
123:8,9 152:19 157:24
186:24 215:15 221:17
222:6 227:12 233:21
**things** 8:4 17:12 20:13
26:9 28:3,6 32:24 36:22
36:23 37:9,10 51:9
102:17 103:1 108:6
109:11 128:15 132:19
160:22 162:3 182:16
217:6 220:23 226:6
235:25 237:13,13
240:10 247:9
**think** 21:14 32:17 37:4
38:5 40:2,20 44:18
49:11 50:5 56:14 64:8
65:2 66:18 71:22 80:7
83:13 87:25 89:3 92:25
93:7 95:11 96:16 99:6
99:18 103:14,22 104:18
106:15,18,24 107:3
109:21 110:4 112:24
113:18,19,23 121:6
129:24 130:14 133:7
137:21 141:11 143:1
147:16 156:12 159:23
160:7,14,15 161:6,16
161:24 164:21 169:6
170:4,11 172:20 183:8
192:3 198:5 201:22
203:14,17 206:10 217:5
219:1 221:15 228:16
234:21 235:8 236:3,8
237:8,9 238:4,13 240:7

240:19 242:8,11 243:5
247:4,10 248:10,11
250:15,21,22,25 251:5
**thinking** 224:1 234:20
**third** 29:22 30:1 68:2
93:20 140:15 188:16
**this** 1:10 3:2 4:4,23 5:1,8
6:10 10:12,21 11:6,16
11:22 12:12,14,14
13:18,21 14:5,6 15:17
15:17,23 16:25 17:10
17:13 19:3,4,21 20:3,4
22:11 23:9,24 24:3,15
24:16,17,23 25:5,5,10
25:17,17 26:6,11,14,17
28:10,24,25 29:4 30:9
31:10 32:10 33:13 34:6
34:23 35:19 37:17,18
38:1,8 39:10,19 40:2
41:3 42:2 43:20 44:23
45:21 46:6,11 47:24
48:16,20 50:8,9,11,11
50:12,12 51:2,21 52:10
52:22 54:3,4,9,17 55:25
56:3 57:13 58:25 65:18
66:6,7,17 67:1,14,18
68:7 69:10,19 70:4,13
70:19 72:5,9,9 73:16
74:13,23 75:19 76:10
79:4,20 81:3,7,23 82:7
82:25 83:16,25 84:2
85:10 87:2,8 88:22
92:15,22 93:5 94:3,8,14
94:21,24 95:16 96:15
96:17,17 97:1 101:1,16
101:23 102:20,22 103:2
104:8,24 105:10 106:20
107:20 108:3,4,8,20
109:5 110:13 111:1,2
113:25 114:8,9 116:15
116:17 117:2,3,14,25
121:13,17 122:3,7,17
123:6,6 124:21 125:7
125:15 126:24 127:9
129:14,24 130:1,14
131:7 133:5,10 134:19
137:3,14 140:18 141:23
141:23 142:3,16,17
143:1 144:10 146:25
147:14,17,19,24 150:13
151:18 152:7,22 153:4
153:6,7,8,13 154:1,1
155:18,21 156:5,11
158:8,15,16,22 159:4
160:1,23 161:3 162:8
162:25 163:4,7 164:24
165:4,11,25 166:10
167:7,8,24 168:17
169:4,8,22 170:1,5,23
170:24 171:1,10,14,22
172:14,23 173:15,24
174:11,12,18 175:5
176:1,5,12,13 178:11

179:17,23 180:4,5,6,21
181:15,20,21,22 182:4
182:5,6,11,23 183:9,24
184:1 185:10,12,12,21
186:8,19,20,21 187:12
187:15 189:11,11
191:23 192:3,22 195:2
195:4,6,18,23 196:5,7
196:22 197:2,5,19,24
200:6,22 201:18 203:3
203:5,13 204:1,15,20
206:12 208:14 209:1,7
211:25 212:4 213:3
215:8,11,19 216:23
220:7 229:1 231:6
234:21,24 235:11,11
236:6,6 239:6,6 240:2
240:17,19 241:10,11,14
241:15 242:5 245:23
248:10 249:1,25 250:5
251:18,21 253:5
**those** 7:6,8,18,19 8:3,4,14
9:22 10:17,18,25 11:3
13:22 17:8 20:17 22:6
26:3,9 27:25 28:3,6
34:23 38:19 39:12
40:10 42:17 47:6,7 55:5
66:12,15 67:9 68:3 69:2
78:14 84:20 85:1 88:17
89:17 90:5 92:20,25
94:22 104:18 106:19
107:2,18 108:11 111:4
128:15 138:8 149:20,23
150:15,18,22,23 151:5
154:7 157:7 166:12
168:9 170:2 174:17
178:4 191:23 194:2
198:22 202:20 207:20
211:21,23 224:11 226:5
228:5 233:3 237:23
248:5,15 251:11
**though** 51:13 179:23
200:9
**thought** 8:23 32:12 64:9
103:20 108:23 132:2
139:20 217:14 219:5
230:23,25 249:20
**thoughts** 235:22 240:18
**thousands** 25:1 46:5
238:16
**three** 7:16 10:12,17 63:17
71:21 81:18 126:21
166:24 224:10 234:25
243:17,25
**threshold** 179:4 189:8
**through** 7:20 10:13,22
14:14,21 15:2,8 22:11
23:18 27:23 33:17
37:16 38:3 44:12 49:5,6
49:6 78:19 79:10,11
80:10 92:25 93:1,4,7
120:25 130:14 131:7
133:22 134:18,20 154:7

169:4 181:18 193:23,25
196:16,19 207:7 209:13
213:3,8 214:7 215:1
216:4 241:8,8
**throughout** 183:1
**time** 1:19 13:9 23:18
24:20,20 29:5,5 34:14
34:20 55:16,22 56:20
58:17 66:17 75:18
85:10 92:14 93:2 99:21
123:11,15 124:3,7
129:13 144:19 147:19
152:10 154:24 157:11
170:6 178:11 187:12,15
197:25 207:6 208:14
215:8 251:12,18
**times** 130:15 181:12
208:1,2
**Timmerman** 2:2 3:13
36:5 143:9 145:4,7
146:12,21,25 147:2,4,8
148:14,19,23,24 149:15
149:17,18,19,25 150:2
150:4,7,10,11 153:12
154:6,8 156:16 157:19
158:13 159:3,23 160:14
160:19 161:5,14 162:11
163:16,22 164:7,14,17
164:20 165:1,4,6,15
168:2 169:24 170:10,13
171:7,9 172:3 174:3
176:12 177:19 187:11
197:8,18 199:13,14
234:16 235:7,8,13,16
236:11,13 239:4,10,12
239:13 241:1,2 242:10
242:25
**Timmerman's** 235:4
**tin** 9:4,7,13
**tire** 70:11
**title** 181:17 216:14
221:22
**to** 3:1,22 4:8,10,11 5:1,7
5:10,11,13,18,18,18,20
5:21,22 6:5,15,16,17,17
6:19,20,25 7:2,3,5,6,13
7:15,18,19,22,25 8:2,2
8:2,13,21,24 9:8,11,13
9:14,21,23 10:11,14,15
10:21,25 11:2,6,9,19
12:2,4,5,6,11,13,16,24
13:8,11,15,20,20,21,24
13:24 14:2,4,7,7,22,25
14:25 15:3,4,5,6,6,11
15:12,17,19,20 16:8,10
16:12,14,15 17:3,3 19:1
19:5,6 20:1,5,5,8,11,12
20:15,16,20,20,22,25
21:1,6,6,15,17,22,25
22:1,1,2,2,3,10,15,17
22:18 23:2,3,6,10,10,11
23:15 24:6,10,12,17,18
24:20,21,24 25:4,14,17

25:19,23 26:5,6,9,10,13
26:16,17,19,20,21 27:3
27:8,12,15,15,17,17,18
27:21 28:3,5,12,15,17
28:20,22,22,24 29:10
29:11,12,14,14,23 30:1
30:3,3,5,11,14,15,16
31:11,19,21,23 32:2,9
32:11,11,19,22 33:8,10
33:25 34:6,14,21,24
35:2,2,9,12,18 36:1,4,6
36:7,13,17,21,22,24,24
36:25 37:2,3,5,7,7,8,10
37:11,14,16 38:4,5,6,10
38:11,12,23,23,24,25
39:1,4,7,8,20 40:6,10
40:10,14 41:2,21,23
42:5,20,20 43:21,24
44:6,10,19,19 45:9,12
45:17 46:2,3,6,9,10,14
46:25 47:5,9,21 48:7,13
48:14,15,15,22,25,25
49:7,7,8,8,13,15,19,21
49:23,24,24,25 50:5,19
50:21 51:1,7,14,15,15
51:17,24 52:1,2,4,6,10
52:15,17,18,20,24 53:5
53:6,9,10,13,15,15 54:5
54:11,19,23 55:1,3,5,18
56:2,4,6,6,12,16 57:10
57:16 58:12,14,17
60:10,13,18,21 61:4,9
61:13 62:3,4,4,11 63:3
63:6,10,11 64:4,10,12
64:22,24 65:19,24 66:5
66:8,9,9,10,11,18,25
67:1,4,9,20,24 68:5,5,6
68:12,12,23,24 69:4,8
69:11,12,12,12,16 70:3
70:20,21,22,25 71:12
71:13,24 72:22 73:15
73:20,25 74:7,23,24
75:2,5,17,23,24,24 76:3
76:19,19,19,22,23 77:2
77:6,14,18,24 78:3,6,15
79:6,9,9,17,18,19,23
80:16 81:4,5,8,9,9,10
81:17,22,25 82:5,19
83:4,6,7,20,20,23,24
84:3,13,15 85:1,5,5,8,8
85:18 86:1,14,19,22,25
87:5,8,17,23,25 88:5,22
89:4,6,6,11,16 90:1,2,8
90:9 91:7,16,19,19,23
92:2,5,11,14,24 93:1,3
93:3,5,8,13,13 94:13,15
94:21,25 95:5,6,21,22
97:13,15,16,21,21 98:3
98:5,8,9,15,15,17,23
99:10,11,12,21 100:3,6
100:8,12,16,24,24
101:15,16,20 102:1,6,8
102:9,15,16,22,25,25

103:1,2,13,23 104:23
105:6,15 107:10,19,25
107:25 108:6,14,15
109:5 110:9,9,14 112:3
112:4 113:7,19,24
114:9 116:1,15 117:1,3
117:10,15,16,17,18,19
117:24 120:7,8,13,13
120:22,24,24 121:9,10
121:11,11,13,19 122:4
122:9,10,12,23 123:2,9
123:17 124:13,14,17
125:11,18,21,23,24,24
126:3,7,7,7,13,20,21
127:7,22 128:9,12
129:6 130:3,5,7,7,16
131:7,7,8,13 133:3,5,9
133:14,15,19,21,22,25
134:1,5,6,10,13 137:9
137:12,13,17,24,25
138:2,10,14,18,21,23
139:3,10,10,18,20
140:2,4,12,15,18,20
141:11,24 142:1,2,3,9
142:10,15 143:8 146:20
146:22,22 147:18
148:15,17,19,19,22
150:5,7,8,12,14,14,19
150:22 151:6,12,16,17
151:21,24 152:3,8,8,9
152:14,22,23,25 153:2
153:8,10,13,17,24,24
154:2,2,15 155:1,17
157:5,13,13,15 158:2,5
158:6,7,10,11,15,16,17
159:2,7,10,18,19,20,24
159:25 160:5,5,6,6,7,8
160:8,11,12,15,16,20
161:1,3,8,9,15,18,19
162:4,4,8,16 163:3,6,7
163:9,10,12,12,13,13
163:19,20,24,24,25,25
164:5,9,10,15,17,20
165:6,6,12,13,19,20,21
165:25 166:2,3,3,12,13
166:14,14,16,17,21,23
166:23,25 167:2,5,13
167:16,20,24,24,25
168:7,23 169:8,17,21
170:4,7,7,11,11,18
171:11,14,17,25 172:2
172:2,9,9,15 173:5,11
173:19,23,23 174:12,17
175:6,9,23 176:8,14,24
177:5,7,10 178:2,5,7,14
178:15,16,20,21,24
179:20,21,25 180:8,9
180:10,15,15,20 181:1
181:2,3,7,12,13,15,16
181:18,25 182:6,8,12
182:15,21,22,24 183:10
183:14,23,24 184:5,14
184:22 185:5,11,15,24

185:25 186:1 187:1,2,8
187:9,13,14 188:2,7,8,9
188:23 189:15,17 190:5
190:13,14,17 191:14,22
191:23,25 192:9,11,11
192:12 193:17,18
194:12,20,21,22 195:1
195:1,3,14,17,20
196:15,17,25 197:2,2,3
197:6,10,19,20 198:2
198:10,22 199:6 200:6
200:23 201:18,24
202:11,14,14,19,25
203:14 204:4,22,24
205:4,9,9,20 206:9,13
207:7 208:1,2,10,18,23
209:1,9,10,11,15,16
210:7,9,12 211:17,25
212:17,23 213:7,17,19
213:20,23,23 214:2,13
214:13,16,21,23,24,25
215:7,10,20 216:11,18
217:13,17,18 218:20,20
218:23 219:20 220:5,21
220:23 221:4,9,17
222:1,4,4,8,19,23,25
223:8,14,23,24 224:12
224:14,17,17,19,24
225:8,17 226:7,12,15
226:21,21,22,25 227:20
227:25 228:1,5,6 229:2
229:6,6,23,23 230:1,9
230:24 231:6,10,13,22
232:4,5,9,15,21 233:1,3
233:8,14,21,22,23
234:2,5,12,19 235:4,4,5
235:6,11,12 236:4,7,19
236:19,25 237:3,10,11
237:20,21,22 238:11,24
239:4,18,20 240:2,7,10
240:19,23 241:3,17
242:12,14,16,18,20
243:2,3,7,9,12,16,21,22
244:5,19 245:8,20
246:7,15,21 247:6,7,14
248:10 249:1,21 250:2
250:6,8,11,12 251:5,11
251:14 252:9,15
**today** 3:22 5:1,5 6:25
7:21 8:17,20 9:19 11:6
12:7 13:10,23 14:4 20:5
20:24 21:14,15 22:2
23:5,6 24:25 25:3,16
26:18 29:9 30:21 32:16
32:21 34:8,8 35:8 37:16
43:6 56:8 65:24 66:5
94:25 95:2 107:18
125:15 128:19 130:15
132:11 133:3 134:1,6
150:12 151:22 172:20
176:10 184:1 188:8
194:3 223:1 234:18
246:25

**today's** 125:6
**Todd** 2:2 3:13
**together** 41:9 128:15
150:25 151:16 154:14
157:8 169:19,23 175:22
175:23 198:20 235:24
**told** 20:13 102:18 127:15
**tolerable** 229:14 230:21
**tolerate** 178:16 180:7
**Tomcat** 61:21
**tomorrow** 5:2 252:1,3
**too** 9:13 10:11 121:4
222:17
**took** 7:18 105:10 148:9
242:12
**tools** 28:15
**top** 122:11 141:25 183:10
194:18 239:20
**topic** 104:23 239:7
**torn** 174:1
**torturing** 107:17
**tossing** 168:3
**total** 83:25
**totally** 84:5 133:20
158:16 197:11
**touched** 162:24
**toward** 77:10,12 124:12
124:14 126:9 129:23
**towards** 223:7
**Toyota** 95:22 96:3
**Toyotas** 96:1
**track** 240:3 250:18
**trade** 107:7,8 225:2
**trade-named** 141:3
**TRANSCRIPT** 1:10
144:10 253:3
**transcription** 122:12
**transition** 214:20 215:1
223:7
**transitional** 15:24
**tremendous** 151:24
**trial** 14:24 45:8 57:3
236:6
**triblock** 129:3,4 153:20
155:3 156:7 168:25
194:13 198:16,18 203:3
203:9,15
**tried** 35:9 159:7
**trier** 121:23
**trillion** 178:2,4
**triple** 127:23
**trouble** 96:3
**Troy** 59:24 61:7
**truck** 109:10
**true** 179:12 193:10 206:2
211:5 227:14 230:20
**truly** 197:6,24
**trust** 226:21
**try** 20:15 22:18 29:14
47:18 49:8 97:21
107:19 158:5 160:6
**trying** 23:2,10 24:6 38:4
45:12 50:19 52:24 53:4

53:6 99:11 117:1
133:19,25 141:24 158:2
159:24 160:7 163:3
164:14 223:8 232:9
233:21
**tub** 3:25
**tumble** 14:23
**Tundra** 95:22
**turn** 4:11 67:9,20 68:5,12
68:12,23 75:23 77:2,6
84:15 85:5,8 89:6 91:19
93:13 120:13 122:9
126:7 137:9,12 138:17
153:24 167:4 172:9
201:21
**turned** 12:4
**turning** 92:11
**turns** 175:12
**tutorial** 14:14 129:20
238:10
**Twenty** 187:17
**two** 4:9 7:6,7,8,8,9,12 8:4
9:21 12:7,10 19:18
23:16 24:18 26:6 27:1
27:12 29:9 34:25 36:25
40:17 66:6,15,19 67:9
67:24 69:2 71:21 72:4
76:4 78:3 79:3 81:18
85:21 86:15 88:17
89:11,16,17 90:2 98:23
109:10 111:4,24 112:5
113:20 118:11 123:23
128:15 130:22 131:2,11
133:6 150:13 154:13
155:8,14 157:25 161:1
164:1,8 167:16 168:2
170:23 194:4 198:1
201:18 202:2 203:8
217:4,6 222:23 231:2
243:16,17,25 245:1
246:4,14 247:22 248:15
248:20 249:8
**two-page** 122:3
**two-thirds** 188:16,21
189:3
**type** 24:25 38:15,17,21
43:15 47:7 51:5 54:25
56:6 61:18 69:13 81:7
96:17 104:13 130:10
151:19,19 157:15 158:3
166:17 167:12 176:5
202:23 205:4 218:20
229:7 234:2,4 241:24
243:21,23
**types** 43:4 46:5 54:22
56:7 111:4 165:24
200:23 228:22
**typical** 5:9,9
**typically** 81:25 163:2

**U**

**Uh-huh** 202:22 212:10
216:17,21 219:19,21

221:19 222:13 225:20
227:1,6 228:11,24
232:2,13 237:15 239:17
239:22 247:20
**Ukraine** 62:23,24
**ultimately** 25:4 53:19
**unambiguously** 38:2
**uncomfortable** 96:25
**uncommon** 227:24 228:1
**under** 1:10 45:15 139:3
144:10 186:18 188:21
206:12 249:15
**undergraduate** 148:5
201:6
**underline** 190:22
**underpinnings** 47:5
**underskilled** 65:10
**understand** 11:20 16:8
16:13 20:19 23:10,18
24:3,4,17 26:5,10 30:10
32:4 37:25 40:23 44:2
49:13 50:11 53:2 54:7
59:12 65:23 69:7 70:2
73:18 74:7 76:16 86:13
87:4 101:21 102:4
103:8,20 111:11,21,22
116:17,19 123:12,13
139:9 150:21 157:4
163:23 164:13,16,19
170:3 187:6 188:18
190:8 191:17 198:3
201:17 202:9 218:1,6,8
219:15,16 220:14
226:13 233:4 236:9
**understandable** 6:17
**understanding** 84:21
87:6 101:5,12 109:22
121:15 123:7 125:13,17
132:15 133:17 141:9,13
141:22 168:15 169:6
**understands** 21:17
**understood** 9:5 43:21
123:24 140:19 151:12
168:8 191:20 232:20
**undo** 27:8
**unique** 16:24 19:4 194:10
**unit** 190:14 228:14,14
**United** 1:1 37:24 59:14
60:14,24 61:2,4,9
121:10 144:1 196:18
**units** 153:5,22 177:3,4,6
177:8 188:16
**universe** 12:18 218:14,15
**University** 59:23 146:16
146:17 147:23 148:12
149:9,11,13 200:14
**unknown** 209:11
**unless** 21:7 23:14 35:17
110:9 125:9 158:15
161:7 204:23 226:14
233:21
**unlike** 53:4 156:21
**unlock** 79:16

**unnecessarily** 13:22
**unreasonably** 13:12 38:5
**unsuitable** 116:15
**until** 5:11 61:12 132:16
154:24 226:16,18
237:10
**up** 8:11 11:24 16:19
17:10 45:13 48:16 49:4
53:11 55:17,23 71:18
76:24 77:19 94:18
99:24 129:22 133:14
142:11 147:17 148:11
151:5 154:20 155:2
157:16 165:13 183:10
192:4 205:7 208:8,9
209:14 214:21 215:17
216:3 223:4 227:20
247:6,13
**upon** 7:11 35:6 37:3 51:7
57:3 206:10 218:2
220:8 227:8 230:6
**Upton** 240:9
**us** 4:7 10:14 22:9 36:13
79:9,12 97:3,10 102:18
104:14 124:19 147:18
149:23 150:19,25 151:6
151:21 152:3 153:1
159:24 160:8,20 161:17
164:22 166:11 171:11
178:6 186:2
**usage** 168:14
**use** 12:1 19:1 23:23,25
35:2 39:17 55:11 71:2
74:5 80:16 83:20,23
84:5 90:15 131:6
152:12,12 153:10,13
157:12,15 167:2 168:1
169:12 172:2 178:18
182:21 184:2 193:18
194:6 196:15 213:9
224:6 232:4,6 233:23
**used** 10:15 14:8 16:15,18
48:4 54:22 61:20 66:5
67:4 72:7,20 75:13
80:16 83:16 84:13
98:18 104:18 108:1
118:11 137:19 138:1,9
151:12 155:17 168:11
177:20 180:25 183:6,7
185:11 187:10 189:8,10
225:6,8,23 227:4 239:6
244:5 245:9
**useful** 95:2 151:6,24
154:14,17,19 167:22
168:21 170:25 171:12
171:23,24 174:18 187:3
193:7 241:10,21
**useless** 84:7,8,14 176:24
247:8
**uses** 84:12 208:11 210:25
**using** 12:2 13:21 23:6
40:8 70:5,8,10 75:6
81:14 83:14,22 85:2

152:7 153:16 154:20
156:25 181:19,20
188:23 194:9 195:3,14
196:7 216:15 228:22
231:19 232:11
**USP** 72:7 113:21,23
114:1,3 117:5 138:4,10
**U.S** 1:16,18 59:11 77:5
114:4 144:16,18 145:15
145:16,16,17
**U.S.C** 27:6,7,12,19 29:2

**V**

**v** 19:13,24
**vacuum** 164:23 202:12
203:13 236:17
**vague** 27:22 161:3
**vagueness** 27:9
**validity** 26:22 27:4 28:13
40:6,15 45:1
**values** 182:19
**variable** 220:9
**variables** 157:6,12,13,15
**variety** 160:1 228:23
**various** 41:10 43:4 54:20
54:22 94:23 152:13
250:12
**varying** 32:23
**vast** 102:19 117:12
120:11 151:20 159:10
**vehicle** 13:21 23:6 163:9
163:11
**vendor** 120:8
**venture** 46:2,3 52:18
**ventured** 55:4
**verbatim** 196:17
**verify** 226:21,22
**version** 147:14 160:10
190:7 239:24 240:15
**versus** 3:4 26:24 51:13
107:9 221:20 232:6
233:14 250:17
**very** 4:2 6:14 16:23 17:12
19:21 22:17 24:25,25
25:2,8 26:5 30:25 34:24
35:2 37:13 38:9,10
39:18,19 40:20 47:3
48:13 52:13,23 53:10
75:11 78:12 88:15
91:20 92:10 96:23,24
96:25,25 97:1,2 98:6
118:10 120:16 122:23
131:14 134:11 140:2
161:24 183:22 200:9
205:21 207:14 215:8
217:12 222:9 244:2
249:18
**Virginia** 60:22 61:12
**virtually** 178:6
**virtue** 64:1
**viscosity** 71:10 78:1
**vitae** 147:1,3,13,15 148:7
148:15

**Vitronics** 19:24
**Volume** 1:12 2:15 105:8
120:15,16 143:11
144:12 145:1 146:1
**voluntarily** 10:20
**VP** 96:19
**vs** 1:6 144:6

**W**

**wait** 56:19
**waived** 32:10
**walk** 37:15 92:25 93:1,3
**Walker** 4:16,19 21:15
36:5 41:23 49:25 145:6
145:11,19 199:18,21
200:2,5,5 201:12
208:22 209:19 215:25
218:22 219:10 227:15
231:5 236:14 239:1,5
239:13,19 240:12
244:12 246:16,18,24
247:14
**Walker's** 21:16
**wall** 102:25
**want** 5:18,18,22,25 6:1
6:14,17 8:23 9:14 10:21
11:12,14 14:24 15:11
36:24 41:4,15,17 46:6
49:7 52:17 55:17 56:15
70:9 74:23 77:14 81:10
93:5 94:25 97:21 100:6
102:9 104:23 107:25
108:14 112:4 117:18
118:2 127:7 130:16
137:25 148:17 154:2
159:19 162:4 163:12,13
163:25 164:17,20
166:23 170:4 178:20
180:15 186:1 220:4,6
224:7 226:21,21,21
233:23 234:18 236:4,6
238:11 242:14 245:20
246:21 251:11,12,15
252:8,10
**wanted** 93:3,3 113:24
124:17 137:17 207:7
**wants** 12:16 48:12 56:4,6
103:23 158:6,7 185:24
185:25 243:8
**Ward** 3:17
**warm** 214:22
**warning** 35:21
**warranty** 98:22
**was** 5:23 7:13 9:3,4 10:17
10:19 12:21 13:16,16
13:17 19:16 22:10
28:10 30:19 31:11,15
34:14,14,20 35:24 39:9
39:9 41:5,6 42:17 45:5
56:12 57:23 59:15 60:3
60:7,9,17,21 61:11,13
63:10,16 75:19 78:8
79:25 83:16,17 95:7

96:16 98:5,19 99:23
100:3 103:21 104:5,12
106:22 120:19 121:9
122:10 123:10,13,15
124:3,18 125:18,19,20
125:25 129:19 130:7
132:6 133:13,16 134:3
134:24 137:18,19,22
138:22 139:19,20
140:21,22,25 146:4
147:19,21 148:24 149:1
150:3 152:2,7,9 153:19
153:20 157:16,20
161:15 165:4 167:25,25
168:6 172:20 175:12
176:1 179:24 180:4
181:5 183:8 185:5
188:2 189:14,17,17,19
189:21 191:25 193:25
199:22 203:12 204:12
206:12 208:1,2 210:22
212:7,11 214:15 215:7
215:8 217:14 224:1
229:8 230:17,21 233:6
234:11 240:8,10,17,18
240:18,21,22 243:3
245:7,15,16 248:11
249:9 252:4
**Washington** 33:14,14
**wasn't** 96:19 140:24
196:6
**water** 109:16,16,17,18,20
177:24,25 178:5
**waters** 113:11
**way** 11:21 22:19 30:18
35:13 45:11 47:24 50:5
58:13,21,22 74:8,22
92:15 95:1 105:1 110:1
112:1 113:1 122:17
126:24 131:16,24 132:8
137:3 163:8 171:14
190:2,17 203:5 204:18
208:10 213:3,8 216:4
223:4 224:13 230:13
238:11 243:7,22 247:6
248:10 249:25
**ways** 40:1 76:20
**we** 3:2,17,23 4:8,9,11,15
4:16,18 6:24,25 7:2,6
7:10,18,19,25 8:17,24
9:10,11 10:19,22,24
11:2,3,4,7,9 12:1,19
13:19 14:17,24 16:22
16:23 17:10 21:14 22:1
22:24,25 23:1,18 24:18
25:12 26:15 29:6,16
30:18,19 32:23 33:13
34:22 36:1,4,4,21 37:7
37:11 38:1,3,5 39:2,9
39:14,20,21 40:3,5,19
41:11,23 42:4,20 43:7
43:16 44:1 45:17 48:10
48:11,20 49:2,10,10,22

50:15 51:17,19,20 52:2
52:21 53:16 56:16
58:10 62:11,18,20,22
63:5,6 65:2,5,7,14,23
66:18,20 67:10 70:13
70:15 71:22 75:4 78:11
78:12,13,18 81:24
82:16,21 83:24 86:18
87:20 90:5 92:11 93:3
94:12 96:16,17 97:1
98:22,23 99:19 100:1
100:13 102:7 103:20,21
104:22 106:21 107:21
109:19 110:11,15
120:22 123:23,24,25
125:8,18 127:14 130:14
130:16,16 133:15,24
134:10 148:6 150:24
151:8 152:14,24 153:13
153:17 154:4,6 155:16
156:10,17,21 159:25
160:1,4,5,8 161:20,24
162:2 164:9,17,20,24
165:11 170:11 174:14
174:23,23 176:13,14,22
176:22 178:1,2,3,9,11
178:18,20 179:2,7,7,23
179:25 180:1,7,9,11,15
181:18 183:1,6,7,17,23
185:1 187:25 191:23
192:6,8,13 193:22
195:3,9 197:18 199:10
199:18 201:17 202:14
205:6 209:7 211:9
213:11 214:1,2 215:6
219:1 220:19,20 223:1
235:2,22 236:21,22
239:12 243:10 245:1,25
246:10,13 249:5,6,7,16
249:20,25
**weak** 168:20
**wear** 93:5
**wearability** 166:19
**wearing** 17:5 96:20,22
**week** 252:1,3
**weeks** 97:16
**weight** 69:4 71:12 77:24
85:20 88:9 152:18,18
179:9,14,16,16,22
180:1 202:2 222:22
224:6 229:3,3,6 230:10
232:23,23,24 233:2,16
**welcome** 77:1 94:17
131:22
**well** 5:3 6:11 11:11 13:16
13:16 19:19,21 28:10
36:15,18 39:4 43:8 44:5
46:8 47:4,12,24 48:10
49:3,16 51:9,11,24
52:13,16 55:12 58:16
58:22 61:21 64:11
66:21 71:3 72:4 75:12
78:11 80:9 82:10,19

88:8 92:6 99:7 101:10
102:21 103:22 105:2
107:13 112:2,4 117:5
121:23 122:17 123:4,9
127:19 128:4,25 130:25
132:20 133:7,13 142:11
148:22 151:16 159:17
160:18 161:5 176:4
178:6 184:3,14 185:9
194:24 196:8 197:20
204:1 205:6,22 209:7
210:5,16 212:3,19
214:6,16 215:6,8,14
216:13 217:5 219:3
226:9 232:8,10 234:4
235:6,10,18 241:20
242:15 245:21 248:1
249:14,21,24 250:4
251:21 252:5
**went** 14:14,21 15:2 41:5
130:14 156:9 206:9,12
207:25
**were** 10:18 12:23 13:6,8,9
15:12 23:14,15 28:17
29:2,10,22 30:3,11,12
30:13 32:18,25 34:13
41:19 43:5 44:19 45:12
50:23 54:11 61:14,20
75:13 79:7 81:12,12
83:20,23 84:13 89:4
90:2 92:21 100:4 124:6
129:17 138:22 142:15
153:4 154:8 158:22
165:20 166:13 167:17
168:22 169:8 179:25
181:1,2 182:20 191:17
194:14 204:24 205:9
211:19 214:13 217:3
219:6 223:24 236:6
237:20 238:6
**West** 60:22 61:11
**Westview** 19:13
**we'd** 4:10 36:5 57:15
65:19 143:8 239:4
247:14
**we'll** 4:23 7:23 16:16
35:18 37:17 40:1 48:21
50:7,13 54:19 56:10,19
58:11 65:24 67:11 68:6
82:25 146:25 165:13
180:6,9 196:8 204:10
204:10 235:2 249:15,24
**we're** 8:22 9:18 11:7 12:6
13:10 24:16 34:22,23
36:24,25 37:16 38:23
38:24 44:16 45:9 47:11
51:1 52:1 56:8 66:4
82:9 90:11 94:24
120:15 150:11 153:16
157:10 158:14,14 163:4
163:7 164:14 165:1,18
171:2 177:1 178:21
182:12 186:3 208:17

219:25 228:21 235:11
234:16 246:1 248:9
**we've** 4:24 5:6 8:6 12:4
12:17 14:15 46:11,12
55:24 57:13 69:25
71:17 83:5,6 93:17
94:19 142:11 147:9
154:1 156:7 163:9
168:3 184:1 204:14
205:25 212:21 224:19
241:2 249:22
**what** 4:17 5:18,25 6:1,6
6:12,18 7:23,24 10:14
10:15,25 11:3 12:4,16
12:17 13:10,12,13,14
14:8 15:7,21 16:16
19:22,23 20:5,5,12,13
20:21,25 21:1,5,6,14
22:12 23:2,7 24:5,19
25:2,10 28:3 31:21
32:11 33:5,25 34:6,12
35:3,10 36:15 37:2,16
38:4,23,25 39:5,6,11,13
40:24 41:3 42:15 43:3,7
43:20 44:22 45:7,13,22
46:1,12 47:10 48:7,7,8
49:21,25 50:11,19 51:1
51:4,17,18,21,25 53:23
54:15,16 55:2 56:8,16
57:3 59:5,9,14,21 60:3
60:7 61:14,18 67:10,11
68:9 69:7,13,15 70:1,5
72:23,25,25 74:8 80:11
81:8,12 83:21 85:24
87:3 88:4 89:3,10,17,25
90:1,8 94:15 95:13
98:13,17 101:2,5,7,12
101:17 102:6,15,15
103:14 107:4 108:4
109:12,19 110:2,19
113:5,15 114:3,10,11
116:25 117:1 120:15
122:10,19,19 123:1,3,5
123:6,7,11,13 124:2,2,2
125:1,1,7 126:19
128:21 131:10 133:19
133:25 137:21 140:19
140:20 141:20,22,22,23
147:9,12,25 148:19,20
148:21,24 150:21 152:7
152:24,25 153:8 154:12
155:24 157:6,22 159:10
160:15,15,19 161:16
162:1 163:4,11,12,21
163:25 164:1,14,20,21
165:4 166:3,9,14 168:8
170:12 172:15 173:15
176:24 177:14 179:11
180:1,2,15,18 181:6,14
181:18,21,22 182:6,11
183:23 185:24 187:18
189:17 190:5,8,25
191:4 192:21 194:24

200:20 202:9 203:2,20
203:22 209:12 213:20
214:2,5,13 215:10,11
217:22 219:13 220:4,6
220:14 222:10,21,25
223:5 224:1,2 227:3
229:24 230:7,22 231:12
231:15,19 232:8,9
234:9,11,21 235:10
236:21,22 237:2,21
240:1,6 241:24 242:21
242:22 245:15 247:15
248:13,17,18
**whatever** 44:13 210:8
224:6 232:23 251:13
**whatsoever** 84:2 133:9
147:6
**what's** 5:23 6:3,15 31:4
32:21 34:7 72:20
124:25 125:10,11,11
133:12 141:8 146:17,20
149:15 167:15 192:9,17
196:22 229:15
**when** 6:4 12:1 15:7 16:18
17:4 19:8 22:14 26:15
26:20 29:3 33:4 38:3
40:13 41:22 42:1 51:22
52:4 54:6,6 60:7,13
61:1 63:3,10 75:19 79:5
79:18 90:16 103:12,21
104:12 109:23 113:3
118:4 124:8 129:2,3
131:4,8,13 133:14
149:4 154:21 155:16
157:20,21,23 164:9,22
164:24 167:2 176:22
177:19 178:18 179:7
181:19 185:18 189:16
194:5,22,24 209:12
214:22 217:23 218:19
219:17 223:18 226:10
230:15 231:25 232:11
233:12 238:9 239:20
249:7 251:15
**where** 9:20 25:21 30:10
33:15 36:17 38:3 39:18
39:24 43:16 46:18 48:2
52:19 53:16 58:25 59:3
65:16 77:13 86:3 105:9
112:8 121:22,23 122:10
122:13 123:17 126:25
130:24 146:13,15 149:8
149:11 156:21 158:14
158:14 159:1,24 160:7
162:19 164:1 166:7
167:16 169:4 170:1,16
176:17 177:10 179:4
183:17 200:10 204:22
206:5 207:4 209:7
210:11 211:16 213:5
219:1 220:20,20 223:7
235:2 241:9,17 249:16
**wherein** 40:4 54:13

**wherever** 15:10
**whether** 6:7,8,9 20:22
22:10 31:22 44:6,10
45:9,15,18,22,25 46:22
46:23 47:5,16,18,20,20
47:25,25 52:10 56:23
93:3 102:10 103:2
109:13,14 116:21 124:6
138:21 140:13 141:1
157:16 161:3,9 176:9
189:21 197:23 205:20
216:10,23 218:22
219:22 229:7,8,10
237:19 245:25 248:25
**which** 5:23 7:10 8:20
11:23 14:7 16:20 19:25
23:13 28:14 29:20 30:8
34:2,3 40:16 43:5,6
46:12 50:1,7,23 51:4
56:20 66:7,9 67:10,12
68:6,14,20 71:10 73:19
75:24 80:11 83:23
84:16 85:6 88:11 89:12
91:19 93:13 98:3 100:4
112:1,3 113:21 116:16
117:8,17 120:11 121:9
121:14 124:12,19 126:7
127:23 137:10 138:18
138:19 139:3 141:12
142:11 151:2,6,9,22,23
152:22 153:2,21,21
154:14 155:3 158:11,19
160:2 164:11 166:16,16
166:24,25 167:4,13
168:19,25 169:8,12
171:12,16,24 172:3,10
173:22,25 177:2,4,11
178:7,10 179:3 180:4,9
182:19 185:2 186:2,2
186:12,18 187:7 188:8
190:7 191:7 193:7
194:17 195:1 197:4
198:25 200:14 201:5
202:18 203:12 204:22
207:1,5,17 208:21
214:12 223:23 225:9
229:24 244:9,13 245:13
247:8 250:11,15
**while** 4:23 14:20 15:1
57:14 152:1 198:1
208:17 238:20
**white** 55:15 71:7 72:12
106:2,5 111:9,17 113:5
116:11,14 117:5 137:21
138:3,8
**who** 13:19 17:10,11 20:17
20:19 31:7 39:15 40:22
40:23 42:3 45:8 80:25
81:1 86:20 101:4,23
102:7,23 114:9 187:14
197:9 243:8,13
**whole** 20:23 21:8 42:10
77:14 164:23 181:2

186:24 198:19 213:8
219:18
**wholly** 174:5
**who's** 54:5 80:20
**why** 5:21 7:22,24 11:7,11
11:14,15 19:3,4,5 26:7
26:9 32:7 40:21 41:4,14
41:17 48:18 60:16
70:18 72:3 74:25 78:10
78:25 79:12 81:2,3
87:15 90:13 92:5 94:6
96:13,14 98:14 100:1
101:19,19 113:2 114:6
124:24 126:16 127:17
128:3,9,25 137:19
138:1 139:15,17 155:18
158:2 159:20 160:20
162:2 163:20 165:11,11
166:12 172:1 173:9
175:16 183:2 187:25
191:14 196:8 208:17
219:3 240:8,14 245:19
251:18,18 252:7
**will** 3:7 7:10 12:24 13:23
14:2 17:2 22:3 23:12
24:20 25:20 26:14 29:7
31:20 34:19 36:23
38:14,19 40:23 41:22
43:6 45:14 47:1 52:1
52:16,21,25 67:3 75:15
78:13 81:7 82:16 91:15
102:13 103:14 143:9
166:18 167:20 177:25
179:14,15,17 180:6
185:1,2 195:2 203:8
204:21 214:24 215:1,2
222:18 223:6 224:14,15
224:16 225:13 226:6
229:12,14 236:10
238:23 239:6 240:4
243:7 251:1
**willfully** 13:19
**willing** 209:16
**Willow** 1:7 2:10 3:4 9:12
9:20 10:8,13 12:16
13:11,23 14:11 15:25
17:1 19:8 22:24 23:2,11
23:12,19 25:3 29:13
30:13 31:4,5 33:2 35:3
36:12 37:2,6 56:4 63:11
65:2,16 71:23 76:6
81:11 93:21 96:12 97:5
98:20 129:22 132:15
133:18 144:7 145:5
172:10 185:18 196:10
249:8
**Willow's** 196:12
**Wimpy** 5:4
**wisdom** 32:3,7
**wish** 120:23
**with** 3:10,12 4:25 5:12
6:24 7:11 8:19 9:4,17
10:9 11:8 12:3 14:23

15:15,23 19:19 20:3,10
21:7 24:17 27:13 30:11
30:24 31:7,8 32:20,21
35:1,25 38:24 39:7 40:5
42:19,21 43:1,22,24
44:13 45:7 47:11 48:19
49:20,21 50:7 56:4,10
57:4,7 60:5 61:11,18
63:18,23 64:3,14,16
65:21 66:12,25 67:18
68:9,20 69:5 70:11,13
73:2,10 75:2,20,21 76:9
76:12 77:25 78:4,6,11
79:6 80:16 81:2,7,24
84:1 86:21,23 91:22
92:18 94:2,7 96:3,10
97:1,22 99:13,15
100:24 101:2,20 102:8
102:22 103:3,4 104:10
104:12 105:11,17,19,22
105:25 106:4,8,12,16
107:1,18 108:17 109:18
110:17 111:20,23
112:14,20 113:3,8,19
121:13 122:16 124:17
126:9,20 130:3,3
132:16 133:16,19
134:19 137:4,19 142:21
147:19 148:11 150:15
151:12,17 153:1 155:2
157:16,23 158:15,16
159:2 161:22 170:5,25
174:8,14 175:6,9,24
176:1,7,9 178:20
179:13,13,16 182:18
183:7 184:23 185:2,4,9
185:20 186:7 187:8,18
188:16 189:12 192:6,23
192:25 193:1 195:3,17
195:19 197:11,12 198:5
198:12,20 200:17,18,20
200:21 203:11 204:18
205:15,16,23 206:7
208:8 209:14,14 210:2
210:9 211:19,20,23
215:25 220:23,25
222:19 226:1 228:3
230:1,3 232:4 233:13
233:13 238:6 240:9
243:24 244:3,5 245:9
245:13 246:7 250:24
**withdraw** 130:12 208:6
**within** 6:17 11:5 23:11,24
23:25 28:2 47:13 53:12
73:7 97:23 98:20
159:10 166:1,11 171:21
173:4,6 175:20 177:17
189:16 204:1,3 216:14
217:7,11,16
**without** 32:1,13 54:4 69:5
73:21 78:5 81:25
109:20 123:16 137:23
160:25 165:19 197:22

203:14 209:24
**witness** 57:19,23,25 58:3
58:7,9 68:17 72:17,25
73:4,10 83:1 85:9 86:10
95:14,19 99:19 100:16
104:24 107:11 110:18
110:21,24 111:6,22
112:6,10,13,16,19,24
113:9,17 114:4 116:4,7
116:19 121:2,4,6
130:14 131:22 134:1,9
134:19 140:6,9 142:14
142:22,25 143:7 146:4
146:6,9,22 152:11
156:2 157:9 165:14
167:23 169:20 171:18
171:21 173:10 175:17
177:17 187:16,19,22
190:10,12,19,22 191:1
191:6,10,13,20,25
192:6,21 196:3 198:12
198:16,25 199:3,7,16
199:22,24 200:2,6
201:10 203:5,17 204:7
204:12 207:6,9 208:24
209:7 210:18 213:22
214:6,16,19 215:14,23
216:2,13,17,21,25
217:5,11,16 219:19,21
220:2,11,16 221:5
223:13,17 224:9,22
225:5,12,20,25 226:4
226:18,23 227:1,6,11
228:4,11,15,18,20,24
229:8,12 231:8,14
232:2,8,13 233:5,9,20
234:4,8,11 244:23
246:12
**witnesses** 2:16 4:9 7:11
145:2,5
**witnessing** 240:4
**wonder** 206:20
**won't** 5:9 38:19 108:20
154:6
**Wood** 1:7 2:10 3:4 9:12
9:20 10:8,13 12:16 17:1
19:8 23:2 25:3 31:4,6
33:2 35:3 36:12 37:2,6
56:4 63:11 65:2,16 76:6
129:22 132:15 133:18
144:7 145:5 172:11
185:18 196:10 249:8
**Wood's** 13:11,24 14:11
16:1 22:24 23:11,12,20
29:13 30:13 71:23
81:11 93:21 96:12 97:5
98:21
**word** 24:8 32:20 58:21
74:7 81:3 111:16
189:16 212:16 221:23
229:17
**words** 15:5,6,13,15,19,22
15:24,25 23:7 24:7

27:15 28:17 33:10
38:19,20 48:4,4 53:5
58:15 66:5 78:15 90:5,8
91:4 104:18 106:25
109:15 122:5,8,22
138:8,23 139:19,21
141:2 172:21 181:19
186:17 205:15 228:7
230:16 232:18
**work** 31:8 61:18 63:18
64:16 81:10 105:22,25
106:4,8,12,16 176:25
179:4 200:11,17,19
210:10 223:4,8 229:9
230:20 231:6,9
**worked** 61:22 81:1
105:15,16,19 200:18,20
200:21 231:25
**working** 63:22 64:3,13
65:21 104:10
**works** 49:2 75:20 86:20
179:4
**world** 159:10 168:12,15
**worn** 17:4
**worry** 117:24
**worse** 53:8
**would** 4:11,16,17,18 8:1
12:23 14:8,17 16:5,13
16:14 19:2,6,7,9 20:12
21:3,23 22:1,12 26:2
28:25 29:12 31:17,18
31:19,21 33:8,15,25
34:10,12,17,18,20
35:24 36:7,13 37:15
39:5 40:24 42:20,25
44:2,22,23 46:2,3,21
49:12 52:17 55:6,8
56:22 57:9 58:16 61:8
64:10,16 65:13 69:11
70:20 73:2,18 74:6 75:7
75:10,15,16,17 76:14
76:14,18,19,24 78:7
79:21,21,22 80:1,17
81:11,13,18,19,20 82:8
82:13 83:14,21,25 84:2
84:5,10,11,12,14,15
85:1 86:3,21,25 89:5,10
91:13 92:17 94:18 95:5
95:20,23,24,25 96:1,14
97:4,6,17,23,25 98:3,11
98:14,17,20,20 99:1,3,5
99:8,10,20 100:15
101:17 102:2,15 103:9
104:25 110:14,19 111:2
111:7,12,13 113:2
114:7,10,11 116:3,5,9
116:12,15,16 120:3,7
123:21 124:19 126:1,10
137:9,12,25 138:13,15
138:17 139:15,17 142:9
142:17,25 151:11,18
153:6 155:21,22 156:11
157:12,15 158:2,5

161:10,16 163:18
164:11,22 166:9,14
167:8,10,10,11,16
171:7 172:4,4,7,23
173:10,11,12,19 174:14
176:23 177:11 179:25
180:2,3 182:11,22,24
183:4,9 184:13,16,22
185:7 186:10,18,21
187:6 188:21 189:3,6
189:25 190:6,20,24,25
191:2,3,3,4,14,22 192:9
192:10,15,16,16,17,23
193:2,12 194:14,16
195:7 198:9,16,20
200:9 201:21 202:9,13
202:21,23,25 203:3,4
203:13,17,20,22,25
204:5 205:20 207:21,23
209:3,4,6,16 210:7
211:14,14 212:1,17,22
213:6,7,9,17 214:3,8,14
214:21 215:19,21 216:6
216:6,9,11,18 217:2,2
217:18 218:16,22
219:24 221:10,17
222:22 223:10,11,14,15
223:15,21,23,25 224:1
224:4,6,7 225:3,4 226:1
226:4,7,10,11 227:15
228:2,5,23 229:9,10
230:6,7,9,10,11,16,18
230:18,20,22,25 231:1
231:7,9,10 232:3 233:1
233:2,18,23 234:11
235:3 238:21,24 240:10
240:14 241:3,8 242:4
242:11 243:6 244:4,9
245:8,23 246:6 247:8,8
250:10,19 251:12
**wouldn't** 36:16 41:17
57:6 83:24 134:13
185:8 211:3 214:6
221:3 226:9 230:20
236:5
**wrap** 99:24
**wrapper** 34:5
**wrappers** 7:9
**writing** 240:10,14
**written** 27:4,9,13 172:22
198:6 203:6
**wrong** 97:22 111:1 127:7
131:1 132:7 161:7
183:6 211:15 220:20
222:17 228:19
**wrote** 205:11 240:5,8
**W-a-l-k-e-r** 200:3

――――――――――――

**Y**

**Y** 9:23 66:10
**yeah** 61:11 70:4,23 77:16
79:10 80:8 92:4,4 95:23
97:8 99:7 104:11 118:3

118:7 121:6 138:3
190:11 220:24 237:8
251:22 252:14
**year** 30:23 147:24
**years** 12:22 13:16 23:4
61:15 63:17 64:3 81:2
96:20,22 97:16 98:23
103:4,5 104:9 149:9
151:25 249:10
**yellow** 8:7 169:7
**yes** 11:13 33:7 42:9 43:25
45:4 57:15 59:20 60:25
61:6 62:18 63:21 64:6
64:24,25 66:14,16
67:19,22 68:4,8,11,17
69:1,19 74:10,21 75:16
75:16,20 76:2 77:5
78:18 83:19 84:14,19
84:25 85:14,17 86:4
88:2,20,24 89:8,25 90:7
90:7,7 91:3 92:18,19,20
92:23 93:15,19,22 94:1
95:4 98:8 99:2,2,4,17
100:10 101:3 104:6,11
104:11 105:12,14,18,21
106:3 107:11 110:18,21
111:22 116:19 120:2,16
121:16 122:24 124:22
124:22 126:11,14
129:19,21 132:13,23
133:1,11 137:6,11,16
139:8,14 140:17 141:18
141:21 142:14,24 143:6
147:11,21 148:9 149:22
150:16,18 151:14
154:11 155:13 157:25
161:14 163:16 164:7
165:9 166:6 167:23
168:24 169:10 170:16
170:22 171:14 172:13
172:18,25 175:1,4
176:16 177:18 180:22
181:5 182:3,5,8,8
183:13,19 184:10
185:14,19,23 186:25
187:24 188:11 189:6,10
190:19 193:21 194:2,7
194:16,22,22 198:12,25
199:7,7 201:20 202:6
203:18,22 204:3,17
205:6,13,18 206:8
207:16,19,23 208:24
209:23 210:5,18 211:1
211:7,20 212:6 213:2
220:11,16 221:21
222:15 223:13,17
226:23 227:11,18,23
228:20 231:14,23 232:8
233:9 235:16 236:18,25
237:5 238:1,19 239:3
244:18 247:17 248:20
**yesterday** 4:6 5:20 7:19
12:20 13:7 14:14 17:7

25:13 30:8 32:17 39:20
43:6 48:20 50:15,24
58:11 129:17,18 150:3
154:4 157:10,20 176:13
176:15,17 184:17 202:5
223:1 238:5,8
**yesterday's** 5:24
**yet** 32:1 35:5 55:9 74:15
89:13 103:20 155:1
214:18
**yield** 43:4 236:22 237:2,7
237:16
**yields** 43:3 240:13
**York** 59:25 61:7
**you** 3:15,20 4:3,7,17 5:5
5:11,18,18,20 6:22 7:4
7:6,15,17 8:18,23,24
9:13,14 11:2,20 12:24
14:17,22,25 15:7,10,11
15:12 17:2 20:6,19,20
22:3,8,9,14 25:3,20
27:15 30:3,21 33:4,5,11
33:15,23 34:19 35:20
36:13,16,17,17,20,23
37:15,15,19,24 38:3,14
38:19,24 40:17 41:22
42:8,12 43:1,2,8,9,21
43:21 44:13 46:22 47:3
48:6,8,16,18 49:1,3,24
50:1,8,10 51:2,7 52:10
53:10,11 54:11,14 57:1
57:6,20 58:5,5,7,13,25
59:1,3,7,9,14,18,21
60:1,7,11,13,23 61:1,4
61:8,18 62:4,4,5,10,16
63:8,18,22 64:4,13,16
64:16,22 65:1,9 66:3,12
66:15 67:7,9,17,20,20
68:3,5,7,9,12,12 69:2,7
69:15 70:9,11,19,20,22
71:15,16,18,19,25
72:14,15,23 73:1,18
74:7,8,12,18,23,25,25
75:12,15,23 76:1,5,8,21
76:25 77:2,3,7,11,14,15
77:20,22 78:15,21,21
78:22,23,25 79:12,12
79:24 80:7 81:7,9,10,20
82:3,6,14 83:3,5,13,20
83:23,25 84:15 85:4,4,5
85:12,13,13,16,19,24
86:2,7,12,12,21 87:3,3
87:15,24,25,25 88:4
89:1,6,12,17 90:2,3,9
90:15,15,16,16,18,18
90:19,20,21,22,22,23
90:25 91:1,7,19,21 92:2
92:2,5,6 93:6,8,10,12
93:16,20,21 94:2,16,18
95:5,6,11,13 96:5,12,24
97:3,12,12,20,22 98:10
98:11,14,18,20 99:6,7
99:15,22 100:6,12,15

100:18,21 101:1,11,12
101:19 103:2,7,12,13
103:17 104:2,5,7,9,14
104:15,19,20 105:2,7,7
105:8,10,13,15,16,19
105:22,25 106:8,12,16
106:19,20,25 107:20
108:2,11,11,14,17,19
108:23 109:2,15,16,17
109:21,22,23 110:2,5,7
110:8,8,9,12,14 111:21
111:23 112:2 116:17
117:3,17,17,18,19,21
117:23,25 118:2,4,4
120:3,6,14,15,18,24,24
121:3,7,8,17,19,21,24
121:25 122:1,2,9,14,16
122:17,19,20,20,24
123:1,2,3,4 124:2,5,12
124:13,14,18,24 125:11
126:5,7,8,12,23,25
127:4,15,15,16,16,17
128:2,4,6,17,24,25
129:2,3,4,6,14,17,20
130:2,9,24 131:5,6,8,8
131:10,10,13,17,18,18
131:21 132:2,11,12,14
134:5,6,13,18,25 137:2
137:9,12,14,18,21,24
137:25,25 138:10,17,17
138:20,20,21,22 139:9
139:15,17,23,24 140:4
140:8,12,12,14,18,25
142:3,9 143:4,6,7
146:10,13,15 147:7,9,9
147:19,22 148:7,17,20
149:4,6,8,11,20,23
150:10,19,21 151:11
153:24 154:7,10 157:7
157:20,21,21,22,23,23
157:23 158:2,23 159:19
159:23 160:15,16
161:12 162:4,7 163:9
165:7,12,12,14,20
166:1,7,11,12,13 167:9
167:15,16 168:23 170:4
170:4,5,5,6,7,15 171:7
171:16 172:9,12 173:1
174:24 175:2 176:13
177:19 178:18,22
179:11 180:20 181:1,2
181:13,14,25 182:1,15
182:16 183:11,25 184:5
185:11,15,20 187:12,15
187:18,22 189:1,15,16
189:22,25 190:3,3,4,4,5
190:6,8,20,24 191:2,3
191:11,12,17 192:13
193:12,16,18,19 194:1
194:11,15,20 195:2,12
195:13,18 196:4,8,10
196:14 197:16 198:1,2
198:5 199:15,16,19

200:9,23 201:2,8,12,17
201:21,22 203:11,20,20
204:5,12,18,22,23
205:8,9,9,10,11,14,14
205:19,19 206:2,6,10
208:17,21 209:2,12,14
209:14 210:17,24
211:14,14,19 212:4,15
212:19 213:17,23 214:8
214:8,13,14,16,18,23
215:7,19 217:3,14,22
217:23,23 218:3,4,5,5,6
218:19,22 219:4,6,10
219:17,24 220:14
221:17 222:1,19,21,24
223:4,9,11,14,15,15,18
223:20,21,23,24,25,25
224:1,6,7,15,20,21,22
225:2,4,12,13,15,15
226:1,9,10,13,14,16,16
226:19,20 228:2,5,15
229:19 230:24 231:5,12
231:25 232:11 233:4,8
233:11,11,11,16,18,20
233:23,23 234:17,18,23
234:25 235:6,10,15,16
235:17,18,23 236:3,4,6
236:7,8,8,10,11,14
237:12 238:5,9,9,11,20
239:2,11,18,20,24
240:1,6,14 241:9,19
242:14,16,20,21,24,25
243:14 244:11 245:12
245:20,21 246:2,3,12
246:18,18,20,22,24
247:2,9,12,12,15,22,22
247:23 248:6,22 249:2
249:3,3,7,7,18,20 250:5
250:6 251:4,6,11,12,15
251:18,18,25 252:9,10
252:14,17
**your** 3:9 4:5,14 5:7,12,19
6:4,6,22,23 7:5,15 8:5
8:18,19,25 9:13,16,19
9:24 10:11,24 11:6,18
11:20,21 12:1,6,24 13:2
14:11,14,15,20 15:1,9
15:12,18 16:3,22,23
17:6 19:11,18,22 20:2
20:24 21:15 22:1,8
23:18 24:16 25:13,18
26:16 27:1,11 28:10
29:4,10,12,16,19,20
30:2,4,10,21,25 31:14
31:21 33:8 34:9,10,18
34:24 35:3,17 36:9,11
36:11,19,20 37:17
42:12,15,19 43:3,9,12
44:11 46:3,4,21 47:1,20
48:11,22 49:8 51:1
52:12,17,24,24 53:14
53:17 54:8 55:11 56:3
57:7,9,15,16,18,21 58:1

58:2,8,10 59:5,10,15,18
59:19 60:3,7,8 61:9,14
61:15 62:5,13 63:10,19
63:23 64:1,2,7 65:1,5
65:11,13,19,22 66:3,17
67:7 68:23 71:17 72:21
74:12 77:15 78:7 80:24
81:22 82:2,12,12,16,21
83:1,1,4 84:10,21 85:7
86:4,5,23 88:18 89:24
92:13,18,24 93:10
94:20 95:6 96:6,13
98:17 99:18,23 100:11
100:13,15,21,25 101:5
101:7,18 102:1,15
103:12,12 104:22 105:7
108:2 109:22 110:11
116:19,24 120:13 121:1
121:15 123:7,24 125:3
125:13,23 126:5,7,12
126:18,23 127:18,24
128:3,5,17,18 129:16
130:5,13 131:6,20
132:15,21,24 133:4,13
133:22,24 134:4,20,22
134:23 137:2,6 138:22
139:9,15 140:1,6 141:8
141:13,22 142:6 143:4
143:7,8 146:2,7,8,17,21
147:14,25 148:6,7,8,25
148:25 152:13 154:6
156:3 157:10 158:17
159:3,18,20,20 160:12
160:14 161:14,15 162:4
162:6,11,23 163:5,16
164:7,8 165:14 167:23
168:14,23 169:24
170:12,18 171:7,18
172:4 173:10 175:18
177:18,22 178:18
187:11,19,20,24 188:7
188:18 190:19 191:20
191:21 194:3,8 196:2,6
196:10 197:8,15 198:12
199:7,14,17,20,25
200:1,4 203:24 204:9
206:11,23 208:4,9
210:14,17 214:15
215:25 216:15 217:22
219:2,15 224:20,21,25
226:13 227:12 228:12
230:23 231:3,11,24
233:6 234:14,17 235:9
235:12,14,16,17 236:1
236:11,14 237:14 238:5
238:9 239:1,4,10
242:13,17,25 245:1,3
245:14 246:2,5,10,12
246:13 247:23 248:7,23
249:5,17,19,22 252:4
**yours** 98:21
**yourself** 32:8 64:4,22
**you'd** 79:9 123:9 226:12

**you'll** 8:4 13:3 21:19,20
21:21 24:8,9,11 25:16
26:7 29:21 38:6 39:12
52:3 54:19 77:13 84:17
86:5 117:22 204:9
225:17 248:10 252:17
**you're** 6:19 15:15 20:5,25
21:1,14 24:24 37:7,8,9
39:8 46:14 48:4,5 52:24
52:24 62:3 70:5,8,10
77:1 82:19 86:22 89:2
94:17 97:14 104:15
108:15 109:10 116:2
117:16 118:9 124:15,21
125:9 131:13,22 133:21
150:15 159:1 160:18
170:12 181:14 182:6
185:18 191:21 193:11
198:19 200:10,11
208:18 211:2 214:17
218:13 221:5 223:8
228:7,13 231:19 232:5
232:9,11 233:17,19,21
233:21 234:1,9 235:1
239:21 247:6,7 251:4,6
251:8
**you've** 74:20 88:17 90:1
96:10 104:7,8 106:4
108:3 113:7 123:5
147:18 149:16 157:6
181:12 186:23 201:15
202:4,7 205:10 206:14
212:4 221:14 222:11
231:25 240:25 241:16
**Y-Petroleum** 113:22

**Z**

**zero** 52:1 107:23,24
108:24 109:24 110:9
227:20
**Ziegler** 60:20
**Z-i-e-g-l-e-r** 60:20

**$**

**$15** 228:6,14,15
**$200** 108:16

**0**

**08-CIV-1893-T-33MAP**
3:6
**08/612586** 121:14

**1**

**1** 1:12 27:12 39:2,2 42:13
42:24 43:23 48:23,24
48:24 54:9,15 67:9,11
67:12 68:13,24 70:6
75:24 77:7,7,9,13 85:15
85:18 86:6 93:13 105:8
126:9,16,21 127:5,16
127:18,23 138:18,22
139:3 145:15 156:1
172:11 180:7 185:15,16

192:4,7 196:9,10,12
201:24 205:1,5,15,20
206:1,3,10 207:13
210:2,5,19 211:10,12
213:12,14 219:12,25
221:2,7,11 229:21
230:2 250:23
**1,2** 90:14,15,16,21 156:21
192:10 199:6 237:20
**1,2s** 237:21
**1,2-butadiene** 155:21
189:21 192:18 193:2,10
**1,2-polybutadiene** 131:9
**1,3** 25:18,19,22,24 90:14
90:15 131:6 189:21
199:5
**1,3-butadiene** 24:11
25:15 26:12 50:16
88:12 91:8 131:8,23
132:4 142:21 155:12,13
155:17 156:22 157:1
158:1 189:18 191:7
193:5,15
**1,4** 90:15,16,21 158:9
188:22 237:20
**1,4s** 237:20
**1,4-butadiene** 131:12
188:17
**1,4-polybutadiene** 131:9
189:2
**1-carbon** 152:16
**1:00** 100:2,4
**10** 39:3 62:15 70:7 74:23
75:15 118:5 193:23
194:19 196:16 207:21
230:2,3 231:20
**10th** 180:9
**10-minute** 187:25
**10:45** 56:12
**10:55** 56:13
**100** 2:18 9:5 202:2
**101** 2:4
**102** 1:24 144:24
**109** 8:6 10:7,10 13:5
29:20 34:3 39:23 40:3
41:1 50:25 51:3 66:8
68:7,13 71:1 76:10 78:8
84:10 85:6,13 86:5 87:2
91:3 92:11 94:4 98:2
105:9 106:22 108:1,24
109:2 110:15 120:17,18
121:15 126:8,9 137:10
138:19 142:10 150:13
151:11 152:4 156:4
165:8,18 166:2,9,11,16
180:17,25 181:14 182:1
182:20 183:15,23
185:21,24 187:4 189:14
189:16 193:17,22 194:4
194:18 195:17 196:16
200:24 201:13,24 204:3
205:3 208:10,15 209:20
211:10 215:18 219:12

220:17 230:2,15 241:3
241:4 243:20,20,24
244:2,5,13,16,20 245:7
245:10,17
**11** 74:23 193:23 194:1
196:16
**11B** 1:16 144:16
**112** 27:12 40:15
**112(1)** 27:6 28:8
**112(1)(2)** 29:2
**112(2)** 27:7,19 28:9
**12** 39:22,23 42:14 43:23
48:23,24 54:16 61:15
91:19,22 156:1 250:23
**12:00** 100:3
**12:30** 99:24
**13** 166:23 171:19 204:16
208:19 241:8
**1323** 250:12
**1326** 250:18
**1332** 250:18
**1348** 26:24
**137** 2:18
**143** 1:12
**144** 144:12
**146** 145:4,18
**15** 104:9 227:20 228:3
235:8
**1576** 19:25
**1616** 36:2 79:10,11
**16th** 147:24 175:10
**1600** 69:4 77:24
**17** 68:15,25 85:15 86:5
126:10 138:18 142:10
171:3 202:1
**17th** 175:11
**18** 77:19
**18th** 196:18
**1800** 78:4
**1858** 176:2
**1875** 1:24 144:24
**188** 145:4
**1893-00015** 239:19
**19** 89:7 91:4 126:13
**1930s** 151:18
**1960s** 152:3
**1968** 149:5,6
**1970s** 12:22
**1974** 61:10
**1983** 196:18
**1987** 61:3 189:13
**1988** 63:25 64:1
**1989** 41:7
**1993** 63:5,5,8,9,9 64:15
64:21 132:12 133:18
**1994** 10:5 75:18
**1996** 19:11 63:13,14
121:12 132:16 133:18
**1998** 201:5

**2**

**2** 29:20 42:13 43:23
48:23 68:6,6 69:18 85:6

87:20,21,25 92:12
105:9 120:15,15,16,16
122:9 137:10 138:19
140:10 141:25 145:15
156:1 178:13,14,16
180:7 192:7 207:2,13
229:21
**2,000** 167:20
**2-methyl** 132:2
**2-methyl-1** 190:17
**2-methyl-1,3-butadiene**
24:10 25:15 26:11
50:14 88:11 90:12 91:7
132:8 142:21 156:18,25
**2-methyl-1-3-butadiene**
156:23
**2-oxygen** 152:16
**20** 12:22 23:4 39:3 52:1
78:19 103:4 183:25
188:24 189:7 220:13
227:21 235:9 241:8
**200** 145:7 167:19
**2004** 26:25
**2007** 250:19
**2008** 10:6
**2010** 1:15 144:15 253:5
**22** 91:20
**236** 145:7
**239** 145:19
**24** 250:12
**243** 145:10
**246** 145:12
**25** 187:17
**253** 8:5 10:8,10 42:4,5
49:3 50:23 55:9 66:9
76:11 77:5 78:7,16 84:9
84:16 97:9 144:12
150:14 152:5 156:4
180:18,25 183:11,12
185:22,24 187:4,8,9
188:14 193:17,24 194:5
195:17 200:24 201:13
206:14,15,24 207:1,5
215:17 220:17 230:15
247:15
**26** 79:10,11 149:9
**26th** 121:12
**2800** 2:4
**29** 1:15 80:10,13 144:15

**3**

**3** 39:3 42:13 43:23 48:23
49:22 70:11 77:2,4
84:15 145:16 156:1
183:20 192:7 196:19,21
207:5 250:23
**3d** 250:12,18
**3,676,387** 29:25
**3,827,999** 30:2
**3:01** 188:2
**3:11** 188:3
**30** 10:7 64:3 75:5 81:2
88:1,16,25 171:19

187:20 208:19 241:8
**300** 69:4 77:24 210:2
**300,000** 179:9
**33** 75:5 80:9,12 88:8
   183:17 193:25
**33602** 2:5
**33765** 1:25 144:25
**34** 80:10,13 88:18 183:20
   193:25
**35** 27:5,6,12,19 29:2
   87:22 88:18 250:18
**36** 86:6
**366** 26:24
**37** 68:16 84:17

— **4** —

**4** 42:13 43:23 48:23
   67:20,21 75:25 78:2
   84:17 90:10 93:13
   145:16 153:25 156:1
   172:11 183:20 185:16
   196:19 250:23
**4,369,284** 196:19
**4-carbons** 192:7
**4:26** 243:3
**4:30** 235:12
**4:38** 243:4
**4:50** 252:18
**40** 13:16 49:15 78:2
**4033** 92:6 206:6
**4045** 206:6
**405** 52:6
**4055** 41:5,5,10,12 52:8
   92:6 122:13 140:15
   141:2,9,11,14 142:2
   206:6
**41** 86:9
**415** 250:12
**42** 85:15 139:4 142:11
**43** 78:19,22 139:5 142:11
   167:17 184:1
**4300** 2:9
**43017** 2:10
**44** 74:22 182:1
**45** 62:12 68:25 206:24
   248:1,9,12,13,15
**492** 250:18

— **5** —

**5** 39:22,23 42:13 43:23
   48:23,24 54:11,12,16
   84:18 91:3,9,14,16
   118:5 126:13,17,25
   127:17,19,20 128:4,12
   145:17 156:1 205:7,20
   206:1,4 211:15,21,24
   247:15,18 248:18
   250:23
**5th** 250:12,18
**5,618,882** 30:6
**5:00** 1:19 144:19
**50** 49:15 71:2 105:10
   110:17 137:13 225:22

**50,000** 179:16
**500,000** 179:17
**52** 182:9
**53** 78:20,24
**54** 77:6,11,12,13 196:21
   207:3
**55** 77:18 196:19 207:3,20
**56** 84:16 206:24 207:2
**58** 2:17

— **6** —

**6** 42:14 43:23 71:1 82:13
   83:7,11,17 84:23 105:9
   110:16 137:12 145:17
   156:1 205:7 207:13
   225:22 247:15,21
   248:18 250:23
**6,552,109** 9:22 66:7
   145:15,16
**6,867,253** 9:22 66:8
   145:16,17
**6-carbon** 175:20
**60** 137:13 193:23
**61** 80:9,12 183:18 193:25
   196:16
**63** 77:7,10,13 207:4
**64** 87:22
**68** 145:15
**69** 145:15

— **7** —

**7** 79:10,11,23 83:1,6,11
   83:17 84:24 85:4 94:19
   96:10 145:18 166:23
   171:3,18 196:20 204:11
   204:16 205:7 206:5
   208:19 241:7 243:23
   245:9
**70s** 62:12 65:21
**700** 9:6
**725-9157** 1:25 2:25
   144:25
**727** 1:25 2:25 144:25
**74** 60:15
**76** 61:12,13

— **8** —

**8** 78:18 145:18 146:25
   147:9,10,12 239:5,12
**8:08-CIV-01893-T-33...**
   1:6 144:6
**80** 10:5
**801** 1:16 144:16
**81** 67:16
**85** 32:19 63:2 145:16
**88** 59:8 61:13

— **9** —

**9** 74:21 75:15 145:19
   182:1 193:23 194:18
   196:15
**9:30** 1:19 144:19
**90** 19:25

**92** 64:15,15
**97** 96:16
**98** 178:12,17