**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ALPS SOUTH, LLC ) | |
| a Florida Corporation, ) | |
| ) | CASE NO.: 8:08-cv-01893-MSS-MAP |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE OHIO WILLOW WOOD ) | |
| COMPANY, an Ohio corporation; ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT THE OHIO WILLOW WOOD COMPANY'S NOTICE OF APPEAL**

Notice is hereby given that Defendant The Ohio Willow Wood Company ("OWW") hereby appeals to the United States Court of Appeals for the Federal Circuit from the following:

1. Opinion and Order (Doc. 73) denying OWW's Motion to Dismiss for Lack of Standing.

2. Order (Doc. 120) adopting Magistrate Judge Mark A. Pizzo's claim construction Report and Recommendation.

3. Opinion and Order (Doc. 121) denying OWW's Motion for Certification of Interlocutory Appeal and for Stay.

4. Endorsed Order (Docket Entry 167) granting Alps' Motion for Summary Judgment as to OWW's Affirmative Defense number two, regarding lack of standing, and denying OWW's Motion for Summary Judgment.

5. Opinion and Order (Doc. 170) denying OWW's Motion for Summary Judgment, and granting Alps' Motion for Summary Judgment as OWW's Affirmative Defense number two, regarding lack of standing.

6. Minute Entry (Docket Entry 250) memorializing Court's finding that amended agreement cured prudential standing issue.

7. Opinion and Order (Doc. 272) granting in part and denying in part OWW's Motion for Summary Judgment and Alps' Motion for Summary Judgment.

8. Oral Order (Docket Entry 283) denying without prejudice in part and taking under advisement in part OWW's Oral Motion for directed verdict.

9. Oral Order (Docket Entry 291) denying OWW's motion for invalidity of all claims, and granting Plaintiff's motion to dismiss the defenses of laches, estoppel and equitable estoppel.

10. Opinion and Order (Doc. 329) entering judgment in favor of Plaintiff and against Defendant OWW on the issue of inequitable conduct.

11. Judgment (Doc. 330) in favor of Alps and against OWW on the issue of inequitable conduct.

12. Amended Judgment (Doc. 335) in favor of Alps and against OWW on the issues of infringement, willful infringement, validity, and inequitable conduct.

13. Second Amended Judgment (Doc. 339) in favor of Alps and against OWW on the issues of infringement, willful infringement, validity, and inequitable conduct.

14. Opinion and Order (Doc. 387) denying OWW's Renewed Motion for Judgment as a Matter of Law, or in the Alternative, Motion for a New Trial, or for Remittur.

15. Opinion and Order (Doc. 415) denying OWW's Motion for Equitable Intervening Rights.

16. Opinion and Order (Doc. 416) denying OWW's Motion to Tax Costs.

17. Opinion and Order (Doc. 418) granting in part and denying in part Alps' Motion for a Permanent Injunction.

18. Opinion and Order (Doc. 420) granting in part and denying in part Alps' Motion for Enhanced Damages, Attorney's Fees, Supplemental Damages, Costs and Interests.

19. Opinion and Order (Doc. 421) granting Alps' Motion for Leave to Register Judgment.

20. Amended Opinion and Order (Doc. 422) granting in part and denying in part Alps' Motion for Enhanced Damages, Attorney's Fees, Supplemental Damages, Costs and Interests.

Respectfully submitted,

**The Ohio Willow Wood Company**

Date:   June 4, 2013

/s/Jeffrey S. Standley
Jeffrey S. Standley (Ohio Bar No. 0047248)
F. Michael Speed, Jr. (Ohio Bar No. 0067541)
Michael Stonebrook (Ohio Bar No. 0075363)
STANDLEY LAW GROUP LLP
6300 Riverside Drive
Dublin, Ohio 43017
Telephone:   (614) 792-5555
Facsimile:   (614) 792-5536
litigation@standleyllp.com

Benjamin H. Hill, III
Florida Bar No. 094585
William C. Guerrant, Jr.
Florida Bar No. 516058
Patrick J. Risch

> Florida Bar No. 0165603
> HILL WARD & HENDERSON P.A.
> 101 East Kennedy Blvd., Suite 3700
> Tampa, FL 33601-2231
> (813) 221-3900
> (813) 221-2900 (Fax)
> bhill@hwhlaw.com
> wguerrant@hwhlaw.com
> prisch@hwhlaw.com

### **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 4th day of June, 2013. Any other counsel of record will be served by first class mail.

> /s/Jeffrey S. Standley
> Jeffrey S. Standley